# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DALLAS MANUFACTURING COMPANY, )<br>INC., a Texas corporation, and BJ'S )<br>WHOLESALE CLUB, INC., a Delaware )<br>corporation, )<br>)<br>Defendants. )<br>_____)<br>DALLAS MANUFACTURING COMPANY, )<br>INC., a corporation, )<br>)<br>Counter-Claimant, )<br>)<br>v. )<br>)<br>FLEXI-MAT CORPORATION, a corporation, )<br>)<br>Counter-Defendant. )<br>) | Civil Action No. 04 10162 DPW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Dallas Manufacturing Company, Inc. ("Dallas Manufacturing") in the above-referenced action, certifies that the following listed party has a direct, pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

Dallas Manufacturing is a wholly-owned subsidiary of The Brinkmann Corporation, which is a privately held company.

>Attorneys for Defendant and Counter-Claimant
>DALLAS MANUFACTURING COMPANY, INC.
>
>_____*James J. Marcellino*_____
>James J. Marcellino (BBO # 318840)
>David M. Mello (BBO # 634722)
>MCDERMOTT, WILL & EMERY
>28 State Street
>Boston, MA 02109
>(617) 535-4000

Dated: March 3, 2004

Of Counsel:
Gary A. Clark
Darren M. Franklin
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Plaintiff's counsel, John J. Cotter, Esq., Testa, Hurwitz & Thibeault, LLP, 125 High Street, Boston, MA 02110, via hand delivery.

_____*James J. Marcellino*_____
James J. Marcellino

BST99 1397925-1.T01684.0012