AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____
Massachusetts

| | |
|---|---|
| Flexi-Mat Corporation | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| Dallas Manufacturing Company, Inc. and BJ's Wholesale Club, Inc. | 04 10162 DPW |

TO: (Name and address of defendant)

BJ's Wholesale Club, Inc.
1 Mercer Road
Natick, MA 01760

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Cotter
Testa, Hurwitz & Thibeault LLP
125 High Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                           JAN 23 2004
CLERK                                                  DATE
[signature]
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 2/18/04 |
| NAME OF SERVER (PRINT)  B. Keith Wheeler | TITLE  Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: In hand to Mary Slattery, Legal Dept, BJ's Wholesale Club, Inc, 1 Mercer Road, Natick, Ma

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/18/04
             Date

Signature of Server

6 Beacon street, suite 825
Address of Server
Boston, Ma. 02108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.