AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

Flexi-Mat Corporation

V.

Dallas Manufacturing Company, Inc., and
BJ's Wholesale Club, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10162 DPW

TO: (Name and address of defendant)

Dallas Manufacturing Company, Inc.
4215 McEwen Road
Dallas, TX 75244

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Cotter
Testa, Hurwitz & Thibeault LLP
125 High Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 2/12/04 |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |
| NAME OF SERVER (PRINT) Gary Sherman | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Dallas Manufacturing Company, Inc BY Serving Christine E Parrish Authorized to Accept Service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/12/04  @ 01:42 pm
Date

Signature of Server

Address of Server: 4413 N Central Expy #1000
Dallas, TX. 75205

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.