IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FLEXI-MAT CORPORATION**, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>**DALLAS MANUFACTURING COMPANY, INC.**, a Texas corporation, and **BJ'S WHOLESALE CLUB, INC.**, a Delaware corporation,<br><br>Defendants.<br>_____<br><br>**DALLAS MANUFACTURING COMPANY, INC.**, a corporation, and **BJ'S WHOLESALE CLUB, INC.**, a corporation,<br><br>Counter-Claimants,<br><br>v.<br><br>**FLEXI-MAT CORPORATION**, a corporation,<br><br>Counter-Defendant. | Civil Action No. 04 10162 DPW |

## CERTIFICATE OF LARRY L. SARET

I, Larry L. Saret, declares and states as follows:

1. I am an attorney with the law firm of MICHAEL, BEST & FRIEDRICH, LLP. I am a member in good standing of the Bar of the State of Illinois.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

-2-

Signed under the penalties of perjury this March 25, 2004.

By: _____/s/ Larry L. Saret_____
      Larry L. Saret