**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **FLEXI-MAT CORPORATION**, an Illinois corporation, <br><br>   Plaintiff, <br><br> v. <br><br> **DALLAS MANUFACTURING COMPANY, INC.**, a Texas corporation, and **BJ'S WHOLESALE CLUB, INC.**, a Delaware corporation, <br><br>   Defendants. <br><br> --- <br><br> **DALLAS MANUFACTURING COMPANY, INC.**, a corporation, and **BJ'S WHOLESALE CLUB, INC.**, a corporation, <br><br>   Counter-Claimants, <br><br> v. <br><br> **FLEXI-MAT CORPORATION**, a corporation, <br><br>   Counter-Defendant. | Civil Action No. 04 10162 DPW |

**ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* OF
<u>MANOTTI L. JENKINS</u>**

  John J. Cotter, a partner of the law firm of Testa, Hurwitz & Thibeault, LLP, and a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, enter an Order authorizing Manotti L. Jenkins to appear *pro hac vice* in the above-captioned case on behalf of the plaintiff for the following reasons:

  (1) Manotti L. Jenkins is an attorney with the law firm of Michael, Best & Friedrich, LLP, and is a member of the Bars of the States of Illinois and Indiana.

(2)   Mr. Jenkins has prepared the attached certificate of good standing in accordance with Local Rule 83.5.3, certifying that:

(a)   He is a member in good standing of the Bars of the States of Illinois and Indiana;

(b)   He is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

(c)   There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of Manotti L. Jerkins.

Respectfully submitted,

FLEXI-MAT CORPORATION,

March 29, 2004                                   By:

_____/s/_____
John J. Cotter (BBO #554524)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
Telephone: (617) 248-7000

### CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

I, William A. Meunier, have spoken with opposing counsel, James J. Marcellino, of the law firm of McDermott, Will & Emery, and he has ASSENTED to this motion.

_____/s/_____
William A. Meunier

3042237_1