# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) )  Civil Action No. 04 10162 DPW |
| Plaintiff, | ) ) MOTION FOR ADMISSION ) PRO HAC VICE |
| v. | ) |
| DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, and BJ'S WHOLESALE CLUB, INC., a Delaware corporation, | ) [Local Rule 83.5.3(b)] |
| Defendants. | ) |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) |
| Counter-Claimant, | ) |
| v. | ) |
| FLEXI-MAT CORPORATION, a corporation, | ) |
| Counter-Defendant. | ) |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) |
| Counter-Claimant, | ) |
| v. | ) |
| FLEXI-MAT CORPORATION, a corporation, | ) |
| Counter-Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), the undersigned, a member of the Bar of this Court, respectfully moves for the admission to the Bar of this Court, pro hac vice, of Gary A Clark and Darren M. Franklin of Sheppard Mullin Richter & Hampton LLP, for the purpose of representing Defendants and Counter-Claimants Dallas Manufacturing Company, Inc. and BJ's Wholesale Club, Inc. in this action. In support of this motion, and filed herewith, are certificates executed by Attorneys Gary A. Clark and Darren M. Franklin certifying that (1) they are members of the bar in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings pending against them as a member of the bar of any jurisdiction; and (3) they are familiar with the Local Rules of this Court.

WHEREFORE, the undersigned respectfully requests that the Court grant Gary A. Clark and Darren M. Franklin admission to the Bar of this Court to represent Defendants and Counter-Claimants Dallas Manufacturing Company, Inc. and BJ's Wholesale Club, Inc. in this action.

Respectfully submitted,

Dated: April 7, 2004

James J. Marcellino, Esq. (BBO # 318840)
McDermott, Will & Emery
28 State Street
Boston, MA 02109-1775
(617) 535-4000

## CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1(A)(2), I have conferred with counsel for the plaintiff and said counsel has assented to the foregoing appearance in this action. I also certify that a true copy of the above document was served upon all counsel of record via U.S. Mail delivery on April __7__, 2004.

James J. Marcellino, Esq.