# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) <br> ) Civil Action No. 04 10162 DPW <br> ) |
| Plaintiff, | ) <br> ) CERTIFICATE OF DARREN M. <br> ) FRANKLIN IN SUPPORT OF MOTION |
| v. | ) FOR ADMISSION <br> ) PRO HAC VICE |
| DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, and BJ'S WHOLESALE CLUB, INC., a Delaware corporation, | ) <br> ) [Local Rule 83.5.3(b)] <br> ) <br> ) |
| Defendants. | ) |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) <br> ) |
| Counter-Claimant, | ) |
| v. | ) |
| FLEXI-MAT CORPORATION, a corporation, | ) |
| Counter-Defendant. | ) |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) |
| Counter-Claimant, | ) |
| v. | ) |
| FLEXI-MAT CORPORATION, a corporation, | ) |
| Counter-Defendant. | ) |

## CERTIFICATE OF DARREN M. FRANKLIN

I, Darren M. Franklin, declare as follows:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April __1__, 2004, at Los Angeles, California.

*/s/ Darren Franklin*
Darren M. Franklin

## CERTIFICATION

I certify that a true copy of the above document was served upon all counsel of record via U.S. Mail delivery on April 7, 2004.

*James J. Marcellino, Esq.*