IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>     Plaintiff,<br><br>v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, and BJ'S WHOLESALE CLUB, INC., a Delaware corporation,<br><br>     Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 04 10162 DPW |

## LOCAL RULE 16.1 JOINT STATEMENT

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1, and the Court's Notice of Scheduling Conference and Order for Joint Statement and Certifications, plaintiff Flexi-Mat Corporation ("Flexi-Mat") and defendants Dallas Manufacturing Company, Inc. ("Dallas Manufacturing") and BJ's Wholesale Club, Inc. ("BJ's Wholesale") have conferred with a view to establishing a schedule for discovery and other pretrial events. Having so conferred, the parties have agreed to and propose the following schedule:

## PRE-DISCOVERY DISCLOSURES

The parties will exchange Fed. R. Civ. P. 26(a)(1) disclosures by **May 21, 2004**.

## DISCOVERY PLAN

The parties propose the following discovery plan:

  1.  Discovery will be needed on the following subjects:

a. Dallas Manufacturing's and BJ's Wholesale's alleged infringement of U.S. Patent No. 5,765,502 ("the '502 patent");

b. Dallas Manufacturing's and BJ's Wholesale's alleged willful infringement of the '502 patent;

c. Prior art and alleged invalidity of the '502 patent;

d. Alleged unenforceability of the '502 patent; and

e. Flexi-Mat's alleged damages.

2. Except as provided herein, the parties propose no changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure. All depositions pursuant to a single Rule 30(b)(6) notice shall constitute a single deposition even though the parties may depose multiple persons with relevant knowledge on separate subjects pursuant to that Rule 30(b)(6) notice.

3. The parties agree that there will be **no limit** on the number of document requests and requests for admission that may be served upon another party.

4. The parties will complete fact discovery by **January 14, 2005**.

5. Expert Reports under Fed. R. Civ. P. 26(a)(2)(B) for the party bearing the burden of proof are due by **January 14, 2005**. Depositions of such experts will be completed by **February 14, 2005**. The parties' Expert Rebuttal Reports are due **March 14, 2005**.

6. The parties will complete expert discovery by **April 14, 2005**.

**OTHER ITEMS**

1. The parties shall have until **September 17, 2004** to move to join additional parties and to amend the pleadings.

2. The parties must file motions potentially dispositive of a claim or defense on or before **April 28, 2005**. Oppositions to such motions must be filed within **thirty (30) days** thereafter. Replies in support of the motions must be filed within **twenty-one (21) days** after the filing of Oppositions.

3. The parties request a final pretrial conference on **July 28, 2005**.

4. This case should be ready for trial by **August 15, 2005**.

5. The parties **do not** both consent to trial before a Magistrate Judge.

6. The parties' respective certifications pursuant to Local Rule 16.1(D)(3) are attached as Exhibits A and B. The Local Rule 16.1(D)(3) certification for Dallas Manufacturing covers BJ's Wholesale because Dallas Manufacturing is indemnifying and defending BJ's Wholesale in this case

Dated: May 4, 2004.

By: _____
Larry L. Saret
Manotti L. Jenkins
MICHAEL BEST & FRIEDRICH LLP
401 N. Michigan Ave., Suite 1900
Chicago, Illinois 60611
Telephone: (312) 222-0800
Facsimile: (312) 222-0818

Attorneys for plaintiff
FLEXI-MAT CORPORATION

By: _____
James J. Marcellino, Esq. (BBO # 318840)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109-1775
(617) 535-4000

Attorneys for defendants
DALLAS MANUFACTURING COMPANY, INC.
and BJ'S WHOLESALE CLUB, INC.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>        Plaintiff,<br><br>v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, and BJ'S WHOLESALE CLUB, INC., a Delaware corporation,<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 04 10162 DPW |

## FLEXI-MAT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The plaintiff, Flexi-Mat Corporation ("Flexi-Mat"), hereby certifies that the president of Flexi-Mat, Mr. James Elesh, and Flexi-Mat's counsel, Larry Saret, have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Mr. Elesh, Flexi-Mat's authorized representative, has not signed this Certification because he is presently unavailable; however, he has fully authorized counsel to execute this Certification. Flexi-Mat will supplement this Certification with Mr. Elesh's signature if the Court so requires.

Dated: May 4, 2004

Attorneys for Plaintiff
FLEXI-MAT CORPORATION

_____
Larry L. Saret
Manotti L. Jenkins
MICHAEL BEST & FRIEDRICH LLP
401 N. Michigan Ave., Suite 1900
Chicago, Illinois 60611



Telephone: (312) 222-0800
Facsimile: (312) 222-0818

John J. Cotter (BBO # 554524)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, Massachusetts  02110
Telephone: (617) 248-7000
Facsimile: (617) 248-7100


_____
James N. Elesh
President, Flexi-Mat Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, </br></br> Plaintiff, </br></br> v. </br></br> DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, and BJ'S WHOLESALE CLUB, INC., a Delaware corporation, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) ) Civil Action No. 04 10162 DPW </br> ) </br> ) </br> ) </br> ) |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, </br></br> Counter-Claimant, </br></br> v. </br></br> FLEXI-MAT CORPORATION, a corporation, </br></br> Counter-Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |
| BJ'S WHOLESALE CLUB, INC., a corporation, </br></br> Counter-Claimant, </br></br> v. </br></br> FLEXI-MAT CORPORATION, a corporation, </br></br> Counter-Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### DALLAS MANUFACTURING'S CERTIFICATION UNDER L.R. 16.1(d)(3)

Per Local Rule 16.1(d)(3), Defendant and Counter-Claimant Dallas Manufacturing Company, Inc. ("Dallas Manufacturing") and its counsel affirm that Dallas Manufacturing has conferred with counsel:



EXHIBIT B

a. with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Attorneys for Defendant and Counter-Claimant
DALLAS MANUFACTURING COMPANY, INC.

*/s/ James J. Marcellino*

James J. Marcellino, Esq. (BBO # 318840)
David M. Mello, Esq. (BBO # 634722)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109-1775
(617) 535-4000

Dated: May 4, 2004

*/s/ Janis Jackson*

Janis Jackson
DALLAS MANUFACTURING COMPANY, INC.
4215 McEwen Road
Dallas, TX 75244
(972) 770-8500

Dated: May 3, 2004

Of Counsel:

Gary A. Clark
Darren M. Franklin
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
(213) 620-1780

05/04/04 TUE 11:19 FAX 508 651 5576      BJS                                          ☒002

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, and BJ'S WHOLESALE CLUB, INC., a Delaware corporation, | ) ) ) ) ) ) | Civil Action No. 04 10162 DPW |
| Defendants. | ) ) | |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) ) ) | |
| Counter-Claimant, | ) ) ) | |
| v. | ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) ) | |
| Counter-Defendant. | ) ) | |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) ) ) | |
| Counter-Claimant, | ) ) ) | |
| v. | ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) ) | |
| Counter-Defendant. | ) | |

## BJ'S WHOLESALE CLUB'S CERTIFICATION UNDER L.R. 16.1(d)(3)

Per Local Rule 16.1(d)(3), Defendant and Counter-Claimant BJ's Wholesale Club, Inc. ("BJ's Wholesale Club") and its counsel affirm that Dallas Manufacturing has conferred with counsel:

a.  with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

b.  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Attorneys for Defendant and Counter-Claimant
BJ's WHOLESALE CLUB, INC.

*/s/ James J. Marcellino*

James J. Marcellino, Esq. (BBO # 318840)
David M. Mello, Esq. (BBO # 634722)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109-1775
(617) 535-4000

Dated: May __, 2004

*/s/ Kellye L. Walker*

Kellye L. Walker,
Senior Vice President and General Counsel
BJ's WHOLESALE CLUB, INC.
One Mercer Road
Natick, MA 01760-2400
(508) 651-6625

Dated: May __, 2004

Of Counsel:

Gary A. Clark
Darren M. Franklin
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
(213) 620-1780