UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, and BJ'S WHOLESALE CLUB, INC., a Delaware corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 04 10162 DPW |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, <br><br> Counter-Claimant, <br><br> v. <br><br> FLEXI-MAT CORPORATION, a corporation, <br><br> Counter-Defendant. | ) ) ) ) ) ) ) ) ) ) ) |
| BJ'S WHOLESALE CLUB, INC., a corporation, <br><br> Counter-Claimant, <br><br> v. <br><br> FLEXI-MAT CORPORATION, a corporation, <br><br> Counter-Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT

Defendants and Counter-Claimants Dallas Manufacturing Company, Inc. ("Dallas Manufacturing") and BJ's Wholesale Club, Inc. ("BJ's Wholesale Club") (collectively, "Defendants") hereby give notice of non-opposition to the *Motion to File Amended Complaint* by

Plaintiff Flexi-Mat Corporation dated July 14, 2004.  In connection with this notice, Defendants wish to make of record that Plaintiff did not confer with Defendants pursuant to Local Rule 7.1(a)(2) before filing the motion.

                Attorneys for Defendants and Counter-Claimants
                DALLAS MANUFACTURING COMPANY, INC.
                AND BJ'S WHOLESALE CLUB, INC.

                */s/ Darren Franklin*
                Gary A. Clark (pro hac vice)
                Darren M. Franklin (pro hac vice)
                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                  A Limited Liability Partnership
                  Including Professional Corporations
                333 South Hope Street, 48th Floor
                Los Angeles, California  90071-1448
                (213) 620-1780

Dated:  July 28, 2004

James J. Marcellino, Esq. (BBO # 318840)
David M. Mello, Esq. (BBO # 634722)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA  02109-1775
(617) 535-4000