UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,<br><br>             Defendants. | Civil Action No. 04 10162 DPW |
| DALLAS MANUFACTURING COMPANY, INC., a corporation,<br><br>             Counter-Claimant,<br><br>     v.<br><br>FLEXI-MAT CORPORATION, a corporation,<br><br>             Counter-Defendant. | |
| BJ'S WHOLESALE CLUB, INC., a corporation,<br><br>             Counter-Claimant,<br><br>     v.<br><br>FLEXI-MAT CORPORATION, a corporation,<br><br>             Counter-Defendant. | |

**STIPULATION EXTENDING TIME FOR DEFENDANT BJ'S WHOLESALE CLUB, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Counter-Defendant Flexi-Mat Corporation ("Flexi-Mat") and Defendant and Counter-Claimant BJ's Wholesale Club, Inc. ("BJ's Wholesale Club"), by their respective undersigned counsel, as follows:

BJ's Wholesale Club shall have up to and including September 20, 2004 to answer, move, or otherwise respond to Flexi-Mat's First Amended Complaint, filed under the above caption on or around August 31, 2004.

The First Amended Complaint was served on BJ's Wholesale Club on or around September 1, 2004, making its answer or other response originally due on September 13, 2004. The extension is for seven (7) days, making the new due date September 20, 2004.

Attorneys for Defendants and Counter-Claimants
DALLAS MANUFACTURING COMPANY, INC.
AND BJ'S WHOLESALE CLUB, INC.

_/s/ Darren Franklin_

Gary A. Clark (pro hac vice)
Darren M. Franklin (pro hac vice)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
(213) 620-1780

Dated: September 10, 2004

Attorneys for Plaintiff and Counter-Defendant
FLEXI-MAT CORPORATION

_/s/_

Larry L. Saret (pro hac vice)
Manotti L. Jenkins (pro hac vice)
MICHAEL BEST & FRIEDRICH LLP
401 N. Michigan Avenue, Suite 1900
Chicago, Illinois 60611-4274
(312) 222-0800

Dated: September 13, 2004