UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04 10162 DPW |
| DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, | ) ) ) ) ) ) ) | **CORPORATE STATEMENT** |
| Defendants. | ) ) | |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) ) ) | |
| Counter-Claimant, | ) ) | |
| v. | ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) | |
| Counter-Defendant. | ) ) | |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) ) ) | |
| Counter-Claimant, v. | ) ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) | |
| Counter-Defendant. | ) ) | |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, | ) ) ) | |
| Counter-Claimant, v. | ) ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) ) | |
| Counter-Defendant. | ) | |

**FILED
IN CLERK'S OFFICE

2004 SEP 30  A 11: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.**

## CORPORATE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Doskocil Manufacturing Company, Inc. in the above-referenced action, has no parent corporation and there is no publicly held corporation that owns 10% or more stock in Defendant Doskocil Manufacturing Company, Inc..

Attorneys for Defendant and Counter-Claimant
DOSKOCIL MANUFACTURING COMPANY, INC.

_____
James J. Marcellino, Esq. (BBO # 318840)
David M. Mello, Esq. (BBO # 634722)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109-1775
(617) 535-4000

*Of Counsel:*
Roy W. Hardin
Martin Korn
Michael W. Dubner
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
(214) 740-8000

Dated: September 29, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Plaintiff's counsel, John J. Cotter, Esq., Testa, Hurwitz & Thibeault, LLP, 125 High Street, Boston, MA 02110, via overnight mail.

_____
James J. Marcellino

BST99 1427195-1.072263.0011