UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Check if previously referred ___

| | |
|---|---|
| FLEXI-MAT CORP., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 04-10162-DPW |
| DALLAS MANUFACTURING CO., INC., ) | |
| ET AL., ) | |
|     Defendants ) | |

## ORDER OF REFERENCE

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Chief Magistrate Judge __Cohen__ for the following proceedings:

(A)    Determination (Order) on:
       ( ) Rule 16(b) and/or Pretrial proceedings _____
       (X) Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below:

       **Plaintiff's Motion to Compel Documents and Interrogatory Responses from Dallas Manufacturing Co.**

       Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.
       28 U.S.C. §636(b)(1)(A)

(B)    Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
       ( ) Motion(s) for injunctive relief
       ( ) Motion(s) for judgment on the pleadings
       ( ) Motion(s) for summary judgment
       ( ) Motion(s) to permit maintenance of a class action
       ( ) Motion(s) to suppress evidence
       ( ) Motion(s) to dismiss
       See Documents Numbered: _____

(C)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
       ( ) In accordance with Rule 53, F.R.Civ.P.
       ( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

(D)    Special instructions _____

October 19, 2004                    By :    /s/ Rebecca Greenberg
                                               Deputy Clerk