

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

Darren M. Franklin
Writer's Direct Line: 213-617-5498
dfranklin@sheppardmullin.com

June 24, 2004

Our File Number: 0SEL-109915

*VIA FACSIMILE AND U.S. MAIL*

Mr. Manotti L. Jenkins, Esq.
Michael Best & Friedrich LLP
401 N Michigan Ave Ste 1900
Chicago IL 60611
Facsimile: (312) 222-0818

Re:  *Flexi-Mat Corp. v. Dallas Manufacturing Co.* and related counterclaims, Case No. 04 10162 DPW, District of Massachusetts

Dear Manotti:

Per our telephone conversation today, Flexi-Mat has agreed to extend the due date for Dallas Manufacturing and BJ's Wholesale Club to respond and object to Flexi-Mat's discovery requests, dated May 25, 2004, by three weeks to July 19, 2004. These discovery requests are *Plaintiff Flexi-Mat's First Set of Interrogatories to Defendant Dallas Manufacturing (Nos. 1-16)*; *Plaintiff Flexi-Mat's First Set of Interrogatories to Defendant BJ's Wholesale Club, Inc. (Nos. 1-17)*; *Plaintiff Flexi-Mat's First Request for Documents and Things from Defendant Dallas Manufacturing Company, Inc.*; and *Plaintiff Flexi-Mat's First Request for Documents and Things from Defendant BJ's Wholesale Club, Inc.*

In exchange, Dallas Manufacturing and BJ's Wholesale Club agreed to extend the due date for Flexi-Mat to respond and object to Defendants' discovery requests, dated June 14, 2004, by three weeks to August 9, 2004. These discovery requests are *Defendant Dallas Manufacturing's First Set of Interrogatories to Plaintiff Flexi-Mat*; *Defendant BJ's Wholesale Club's First Set of Interrogatories to Plaintiff Flexi-Mat*; and *Defendants' First Joint Set of Requests for Production of Documents and Things to Plaintiff Flexi-Mat*.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Mr. Manotti L. Jenkins, Esq.
June 24, 2004
Page 2

        Please contact me immediately if the foregoing does not accurately reflect our agreement.

        Sincerely,

*Darren Franklin*

Darren M. Franklin

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-LA:1DAF1\70723957.1

cc:    Gary A. Clark