## Darren Franklin

**From:** Jenkins, Manotti L. [MLJENKINS@MBF-LAW.com]
**Sent:** Wednesday, September 15, 2004 9:32 AM
**To:** Darren Franklin
**Cc:** Saret, Larry L.
**Subject:** Flexi-Mat v. DMC et al. - Proposed letter agreement

Dear Darren:

As we have discussed, please see the attached draft letter agreement to govern the exchange of discovery until a formal protective order is entered by the Court. Please get back to us with your comments ASAP so we can avoid burdening the Court with this matter.

Thanks.

*Manotti L. Jenkins*
**INTELLECTUAL PROPERTY ATTORNEY**
**Michael Best & Friedrich LLP**
**401 North Michigan Ave.**
**Suite 1900**
**Chicago, Illinois 60611**
**Direct Dial: (312) 222-5794**
**Facsimile:  (312) 222-0818**
**E-mail: mljenkins@mbf-law.com**

+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above,
and may be legally privileged. If the reader of this message
is not the intended recipient, you are hereby notified
that any dissemination, distribution, or copying of this communication,
or any of its contents, is strictly prohibited. If you have
received this communication in error, please return it
to the sender immediately and delete the original message and any
copy of it from your computer system. If you have any questions
concerning this message, please contact the sender.
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+

10/22/2004