## Darren Franklin

**From:** Jenkins, Manotti L. [MLJENKINS@MBF-LAW.com]
**Sent:** Friday, September 24, 2004 4:23 PM
**To:** Darren Franklin
**Cc:** Saret, Larry L.; meunier@tht.com
**Subject:** Draft Interim Discovery Agreement

Dear Darren:

Pursuant to our recent discussions, please see the attached draft Interim Discovery Agreement. As discussed, we should attempt to finalize and execute this by early next week, with the plan to begin exchanging responsive documents and supplemental interrogatory answers by overnight delivery next Friday, October 1.

Manotti

+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above,
and may be legally privileged. If the reader of this message
is not the intended recipient, you are hereby notified
that any dissemination, distribution, or copying of this communication,
or any of its contents, is strictly prohibited. If you have
received this communication in error, please return it
to the sender immediately and delete the original message and any
copy of it from your computer system. If you have any questions
concerning this message, please contact the sender.
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+

10/22/2004