## Darren Franklin

| | |
|---|---|
| From: | Darren Franklin |
| Sent: | Wednesday, September 29, 2004 3:50 PM |
| To: | 'MLJENKINS@MBF-LAW.com' |
| Cc: | Gary Clark |
| Subject: | Flexi-Mat v. Dallas Manufacturing et al.: Interim Discovery Agreement |

 

-z65t4-z.pdf (921 KB)   70756917_1.DOC (76 KB)

Manotti:

Attached, please find the Interim Discovery Agreement signed by counsel for Dallas Manufacturing and BJ's Wholesale Club. I have also attached a redlined document showing Defendants' changes from Flexi-Mat's previous draft. If Flexi-Mat is agreeable, please sign and return the agreement to me.

Darren M. Franklin
Sheppard Mullin Richter & Hampton LLP
333 S Hope St Fl 48
Los Angeles CA 90071-1448
Direct: (213) 617-5498
Main:   (213) 620-1780
Fax:    (213) 620-1398