UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,<br><br>Defendants.<br><br>DALLAS MANUFACTURING COMPANY, INC., a corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>FLEXI-MAT CORPORATION, a corporation,<br><br>Counter-Defendant.<br><br>BJ'S WHOLESALE CLUB, INC., a corporation,<br><br>Counter-Claimant,<br>v.<br>FLEXI-MAT CORPORATION, a corporation,<br><br>Counter-Defendant.<br><br>DOSKOCIL MANUFACTURING COMPANY, INC., a corporation,<br><br>Counter-Claimant,<br>v.<br><br>FLEXI-MAT CORPORATION, a corporation,<br><br>Counter-Defendant. | Civil Action No. 04 10162 DPW<br><br>**JOINT STIPULATED AGREEMENT FOR AMENDMENT OF SCHEDULING ORDER**<br><br>AND<br><br>**PROPOSED ORDER** |

26937:00036 : DALLAS : 1342927.1

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Counter-Defendant Flexi-Mat Corp. ("Flexi-Mat") and Defendant and Counter-Claimant Doskocil Mfg. Co., Inc. ("Doskocil") through their respective undersigned counsel of record, as follows:

Whereas the Honorable Judge Douglas P. Woodlock entered a Scheduling Order in this litigation on May 11, 2004;

Whereas Doskocil Manufacturing Co., Inc. was not made a party to the litigation until August 31, 2004;

Whereas, with the addition of Doskocil, the lawsuit now involves multiple accused products from different defendants;

Whereas Flexi-Mat and Doskocil agree that Doskocil's addition as a party, as well as some delay occasioned by agreements to give more time to respond to discovery, necessitate an amendment to the Scheduling Order to allow additional time for fact and expert discovery; and

Whereas Defendants and Counter-Claimants Dallas Mfg. Co., Inc. and BJ's Wholesale Club, Inc. do not oppose this Stipulated Agreement;

The dates set forth in the Scheduling Order shall be amended as to all parties such that:

(1) Discovery shall be complete by **JUNE 3, 2005**, unless shortened or enlarged by Order of this Court; and

(2) all trial experts shall be designated and all information contemplated by FRCP 26 shall be disclosed no later than **JULY 12, 2005**.

A trial date has not been set, therefore this does not affect the trial date or any other deadlines set by the Court.

IT IS SO STIPULATED (Proposed Order submitted herewith):

//

Dated: December 14, 2004          By: _____
                                      James J. Marcellino, Esq. (BBO #318840)
                                      McDermott Will & Emery LLP
                                      28 State Street
                                      Boston, MA 02109-1775
                                      Telephone: (617) 535-4045
                                      Facsimile: (617) 535-3800
                                      Counsel for Defendant/Counter-Claimant
                                      Doskocil Manufacturing Co., Inc.


Dated: December 3, 2004           By: _____
                                      Roy W. Hardin
                                      Locke Liddell & Sapp, LLP
                                      2200 Ross Avenue, Suite 2200
                                      Dallas, TX 75201-6776
                                      Telephone: (214) 740-8556
                                      Facsimile: (214) 740-8800
                                      Counsel for Defendant/Counter-Claimant
                                      Doskocil Manufacturing Co., Inc.


Dated: December 13, 2004          By: _____
                                      Larry L. Saret
                                      Manotti L. Jenkins
                                      Michael Best & Friedrich LLP
                                      401 N. Michigan Avenue, Ste. 1900
                                      Chicago, IL 60611
                                      Telephone: (312) 222-0800
                                      Facsimile: (312) 222-0818
                                      Counsel for Plaintiff/Counter-Defendant
                                      Flexi-Mat Corp.