UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04 10162 DPW<br>)<br>)<br>)<br>)<br>) **PROPOSED ORDER**<br>)<br>) ON<br>)<br>) **JOINT STIPULATED AGREEMENT**<br>) **FOR AMENDMENT OF**<br>) **SCHEDULING ORDER** |
| DALLAS MANUFACTURING COMPANY, INC., a corporation,<br><br>    Counter-Claimant,<br><br>    v.<br><br>FLEXI-MAT CORPORATION, a corporation,<br><br>    Counter-Defendant. | |
| BJ'S WHOLESALE CLUB, INC., a corporation,<br><br>    Counter-Claimant,<br>    v.<br>FLEXI-MAT CORPORATION, a corporation,<br><br>    Counter-Defendant. | |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation,<br><br>    Counter-Claimant,<br>    v.<br><br>FLEXI-MAT CORPORATION, a corporation,<br><br>    Counter-Defendant. | |

## PROPOSED ORDER

## ON JOINT STIPULATED AGREEMENT
## FOR AMENDMENT OF SCHEDULING ORDER

This Court having considered the Joint Stipulated Agreement for Amendment of Scheduling Order ("Joint Stipulation"), is of the conclusion that it is in the best interest of justice, and should be granted.

It is therefore ORDERED that:

(a) The Joint Stipulation is GRANTED; and

(b) The Scheduling Order dated May 11, 2004 is hereby amended as follows:

    (1) Discovery is to be completed by **JUNE 3, 2005**, unless shortened or enlarged by Order of this Court; and

    (2) All trial experts are to be designated and disclosure of information contemplated by FRCP, Rule 26 provided by plaintiffs no later than **JULY 12, 2005**, and by defendants no later than **JULY 12, 2005**.

IT IS SO ORDERED:

Dated December ____, 2004

_____
The Honorable Judge Douglas P. Woodlock

26937:00036 : DALLAS : 1342971.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing were caused to be served on the following by the manner indicated on December 14, 2004:

**By Facsimile and First Class Mail**

John J. Cotter, Esq.,
Testa Hurwitz & Thibeault, LLP
125 High Street Tower
Boston, MA 02110
Facsimile: (617) 248-7100

Larry L. Saret, Esq.
Manotti L. Jenkins, Esq.
Michael Best & Friedrich LLP
401 N. Michigan Avenue, Suite 1900
Chicago, IL 66011
Facsimile: (312) 222-0818

Darren M. Franklin
Gary A. Clark
Sheppard, Mullin, Richter & Hampton LLP
48th Floor
333 South Hope Street
Los Angeles, CA 90071-1448
Telephone: (213) 617-5498
Facsimile: (213) 620-1398

Roy W. Hardin
Locke Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: (214) 740-8556
Facsimile: (214) 740-8800

_____
Attorneys for Defendant
Doskocil Manufacturing Company, Inc.