# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,<br><br>Defendants. | Civil Action No. 04 10162 DPW<br><br>**CERTIFICATE OF M. SCOTT FULLER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>[Local Rule 83.5.3(b)] |
| DALLAS MANUFACTURING COMPANY, INC., a corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>FLEXI-MAT CORPORATION, a corporation,<br><br>Counter-Defendant. | |
| BJ'S WHOLESALE CLUB, INC., a corporation,<br><br>Counter-Claimant,<br>v.<br>FLEXI-MAT CORPORATION, a corporation,<br><br>Counter-Defendant. | |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation<br><br>Counter-Claimant,<br>v.<br><br>FLEXI-MAT CORPORATION, a corporation,<br><br>Counter-Defendant. | |

26937:00036 : DALLAS : 1321110.1

## CERTIFICATE OF M. SCOTT FULLER

I, M. Scott Fuller, declare as follows:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on December 14, 2004, at Dallas, Texas.

_____
M. Scott Fuller

## CERTIFICATION

I certify that a true copy of the above document was served upon all counsel of record via U.S. Mail delivery on December __, 2004.

_____
James J. Marcellino, Esq.

26937:00036 : DALLAS : 1321110.1