# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FLEXI-MAT CORPORATION**, an Illinois corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>**DALLAS MANUFACTURING COMPANY, INC.**, a Texas corporation, **BJ'S WHOLESALE CLUB, INC.**, a Delaware corporation, and **DOSKOCIL MANUFACTURING COMPANY, INC.**, a Texas corporation,<br><br>    Defendants. | Civil Action No. 04 10162 DPW |

### PLAINTIFF FLEXI-MAT'S MOTION TO COMPEL DEFENDANT DALLAS MANUFACTURING TO PRODUCE ITS ONLY RULE 30(B)(6) WITNESS AND AN INDIVIDUAL WITNESS FOR TWO SEVEN-HOUR DAYS OF DEPOSITION

The plaintiff, Flexi-Mat Corporation ("Flexi-Mat"), pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37, hereby moves the Court for an Order compelling defendant Dallas Manufacturing Co., Inc. ("Dallas) to:

(a) produce Richard Mathews for two seven-hour days of deposition to permit Flexi-Mat to depose him in both his individual capacity and as Dallas's sole corporate designee under Fed. R. Civ. P. 30(b)(6); and

(b) pay Flexi-Mat's reasonable attorneys' fees and costs incurred in pursuing this motion, and any additional amount the Court deems appropriate.

This Motion is accompanied by a supporting Memorandum.

Respectfully submitted,

**FLEXI-MAT CORPORATION**

Dated: February 14, 2005        By:  /s/ John J. Cotter
                                               John J. Cotter (BBO #554524)
                                               Testa, Hurwitz & Thibeault, LLP
                                               (a Limited Liability Partnership in dissolution)
                                               125 High Street
                                               Boston, MA 02110
                                               Telephone: (617) 248-7000
                                               Facsimile: (617) 248-7100

                                               Larry L. Saret (*pro hac vice*)
                                               Manotti L. Jenkins (*pro hac vice*)
                                               Lisa C. Childs
                                               MICHAEL BEST & FRIEDRICH LLP
                                               401 N. Michigan Avenue, Suite 1900
                                               Chicago, Illinois  60611-4274

                                               Telephone: (312) 222-0800
                                               Facsimile: (312) 222-0818

                                               Attorneys for Plaintiff, Flexi-Mat Corporation

Pursuant to local rules 7.1(a)(2) and 37.1(b), counsel certifies that it made a reasonable and good faith effort to reach agreement on the contested matters set forth in this motion through various telephone conversations and written correspondence with opposing counsel during the months of January and February 2005, to no avail.