



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FLEXI-MAT CORPORATION,
an Illinois corporation,

        Plaintiff,

    v.

DALLAS MANUFACTURING COMPANY,
INC., a Texas corporation, BJ'S WHOLESALE
CLUB, INC., a Delaware corporation, and
DOSKOCIL MANUFACTURING COMPANY,
INC., a Texas corporation,

        Defendants.

Civil Action No. 04 10162 DPW

## PLAINTIFF FLEXI-MAT'S NOTICE OF DEPOSITION
## PURSUANT TO FED. R. CIV. P. 30 TO MR. RICHARD MATHEWS

To:    Gary A. Clark, Esq.
       Darren M. Franklin, Esq.
       SHEPPARD MULLIN
       333 South Hope Street, 48th Floor
       Los Angeles, California 90071-1448
       Facsimile:  213/620-1398

       James J. Marcellino (BBO # 318840)
       David M. Mello (BBO #634722)
       MCDERMOTT, WILL & EMERY
       28 State Street
       Boston, Massachusetts  02109
       Facsimile:  617/535-3800

       Roy W. Hardin, Esq.
       Martin Korn, Esq.
       Michael W. Dubner, Esq.
       Locke, Liddell & Sapp LLP
       2200 Ross Avenue, Ste. 2200
       Dallas, Texas  75201-6776
       Facsimile:  214/740-8800

PLEASE TAKE NOTICE that, commencing at 9:30 a.m. on the 10th day of January

2005, Plaintiff Flexi-Mat Corporation ("Flexi-Mat") will take the deposition of Mr. Richard

Mathews, pursuant to Fed. R. Civ. P. 30, at the offices of Hughes & Luce,  L.L.P., Suite 2800,

1717 Main Street, Dallas, Texas 75201, and continuing thereafter as necessary. The deposition will be taken before a person authorized by law to administer an oath and will be recorded stenographically.

Dated: December 6, 2004

Flexi-Mat Corporation
Plaintiff

By: _____
One of Its Attorneys

John J. Cotter (BBO #554524)
William Meunier
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
Telephone: (617) 248-7000
Facsimile: (617) 248-7100

Larry L. Saret (*pro hac vice*)
Manotti L. Jenkins, Esq. *(pro hac vice)*
MICHAEL, BEST & FRIEDRICH LLP
401 N. Michigan Avenue, Suite 1900
Chicago, Illinois 60611
(312) 222-0800
Facsimile: (312) 222-0818

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30 TO MR. RICHARD MATHEWS was served, via facsimile and first class mail, postage pre-paid, on this 6th day of December 2004 upon:

Gary A. Clark, Esq.
Darren M. Franklin, Esq.
SHEPPARD MULLIN
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Facsimile: 213/620-1398

James J. Marcellino (BBO # 318840)
David M. Mello (BBO #634722)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, Massachusetts 02109
Facsimile: 617/535-3800

Roy W. Hardin, Esq.
Martin Korn, Esq.
Michael W. Dubner, Esq.
Locke, Liddell & Sapp LLP
2200 Ross Avenue, Ste. 2200
Dallas, Texas 75201-6776
Facsimile: 214/740-8800

One of the Attorneys for Plaintiff