ex. 4

1 of 2 DOCUMENTS

Copyright 2005 Gale Group, Inc.
Company Briefs--Gale Group

**Dallas Manufacturing** Company Inc.

4215 McEwen Rd.
Dallas, TX 75244
United States

TELEPHONE: 972 716-4200 (972)770-8597

January 10, 2005

**COMPANY-NO:** 0000548850

**VARIANTS: Dallas Manufacturing** Co Main Company Name CID 548850

**BRAND-NAMES:** Cozy; Cozy Pet; Premiere Pet; Puppy Pad; Sweet Dreams; Wag-Bag

**BRAND-TYPE:** Pet products

**PUB-TYPE:** Company Profile

**INCORP-YEAR:** 1988

**EMPLOYEES:** 50(Company Information)

**COMPANY-TYPE:** Exporter; Importer; Private Subsidiary, Headquarters Location

NAICS:
336612 Boat Building
314912 Canvas and Related Product Mills
339999 All Other Miscellaneous Manufacturing
PRIMARY SIC CODE:
3732 Boat Building And Repairing
SECONDARY SIC CODE:
2394 Canvas & Related Products
3089 Plastics Products, Not Elsewhere Classified
3999 Manufacturing Industries, Not Elsewhere Classified

**DESCRIPTION:** Manufacturing: Manufactures canvas and nylon boat covers; novelty pet items

**HISTORICAL-SALES:**
```
YEAR                 SALES($ millions)
2003                 94.00
2002                 43.20
```

REVENUES: $ 94,000,000
REVENUE-TYPE: SALES
REVENUE-SOURCE: Estimate
FISCAL YEAR END: December 31, 2003

**HISTORICAL-REVENUES:**

| YEAR | REVENUE | TYPE | INFO SOURCE | EMPLOYEES |
|---|---|---|---|---|
| 2003 | $94.00m | SALES | Estimate | 50 |
| 2002 | $43.20m | SALES | Estimate | 27 |

**EXECUTIVES:** Chief Executive Officer:
John Brinkmann, President
Head of Marketing, Sales:
Michael Hasbany, Vice President, Marketing and Sales

OTHER PHONE NUMBERS:USA (800)256-8669
URL: http://www.thebrinkmanncorp.com
TELEX:(972)770-8597

**LOAD-DATE:** January 11, 2005