# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 18  P 3: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | |
| Plaintiff, | Civil Action No. 04 10162 DPW |
| v. | |
| DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, | |
| Defendants, | |
| AND RELATED COUNTERCLAIMS. | |

### Defendant's Motion For Entry of Stipulated Protective Order

Defendant Doskocil Manufacturing Company, Inc. ("Doskocil") moves unopposed for entry of a Protective Order in the present litigation. The parties, having conferred on this issue, and having reached an agreement as to form and content, recognize that certain highly confidential and valuable information, including sensitive business sales and product information, may be disclosed or produced by the parties during the course of this litigation. As a result, the parties desire to limit the potential harm associated with the production of such confidential information by specifically setting forth certain guidelines to be followed by the parties and by expressly limiting the uses of the disclosed confidential information.

**Defendant's Motion for Entry of Protective Order**
DALLAS: 26937.00036: 1367041v1

1

## Certificate of Service

The undersigned counsel has caused to be served the foregoing by the following method on February 18, 2005:

### By Facsimile and First Class Mail

John J. Cotter, Esq.,
Testa Hurwitz & Thibeault, LLP
125 High Street Tower
Boston, MA 02110
Facsimile: (617) 248-7100

Larry L. Saret, Esq.
Manotti L. Jenkins, Esq.
Michael Best & Friedrich LLP
401 N. Michigan Avenue, Suite 1900
Chicago, IL 66011
Facsimile: (312) 222-0818

Darren M. Franklin
Gary A. Clark
Sheppard, Mullin, Richter & Hampton LLP
48th Floor
333 South Hope Street
Los Angeles, CA 90071-1448
Telephone: (213) 617-5498
Facsimile: (213) 620-1398

_____
M. Scott Fuller