IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,<br><br>    Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. 04 10162 DPW |

## AGREEMENT CONCERNING MATERIAL COVERED BY PROTECTIVE ORDER

The undersigned hereby acknowledges that (s)he has read the attached Protective Order, understands the terms thereof, agrees to be bound thereby, and agrees to accept jurisdiction of this Court for any matters relating to the enforcement of this Protective Order.

By:_____

Dated: _____