## Darren Franklin

| | |
|---|---|
| **From:** | Jenkins, Manotti L. [MLJENKINS@MBF-LAW.com] |
| **Sent:** | Thursday, December 30, 2004 7:11 PM |
| **To:** | Darren Franklin |
| **Cc:** | Saret, Larry L.; mkorn@lockeliddell.com; rhardin@lockeliddell.com; Fuller, M. Scott; Gary Clark |
| **Subject:** | RE: Flexi-Mat Corp. v. Dallas Manufacturing Co.: Letter re Depositions |

Thank you for your letter. I assume you intended to say that you "have not been **able** to confirm" the depositions of Mr. Mathews and Mr. Nivert for 1/10 and 1/11. Please provide us with the confirmed dates as soon as possible. In the meantime, please be advised that we intend to serve 30(b)(6) Notices of Deposition on Dallas and BJ's tomorrow (Friday, 12/31), which depositions we presumed would be consolidated with the already noticed individual depositions, based on Dallas's and BJ's' initial disclosures. We will proceed to notice those corporate depositions for the dates presently reflected in the individual notices, but we will certainly be flexible in accommodating the witnesses' schedules.

*Manotti L. Jenkins*
**INTELLECTUAL PROPERTY ATTORNEY**
**Michael Best & Friedrich LLP**
**401 North Michigan Ave.**
**Suite 1900**
**Chicago, Illinois 60611**
**Direct Dial: (312) 222-5794**
**Facsimile:   (312) 222-0818**
**E-mail: mljenkins@mbf-law.com**

-----Original Message-----
**From:** Darren Franklin [mailto:DFranklin@sheppardmullin.com]
**Sent:** Thursday, December 30, 2004 7:02 PM
**To:** Jenkins, Manotti L.
**Cc:** Saret, Larry L.; mkorn@lockeliddell.com; rhardin@lockeliddell.com; Fuller, M. Scott; Gary Clark
**Subject:** Flexi-Mat Corp. v. Dallas Manufacturing Co.: Letter re Depositions

<<Letter.PDF>>
Manotti:

Attached, please find a letter about the depositions of Richard Mathews, Neil Nivert, and Jim Pereira.

Darren M. Franklin
Sheppard Mullin Richter & Hampton LLP
333 S Hope St Fl 48
Los Angeles CA 90071-1448
Direct:  (213) 617-5498
Main:   (213) 620-1780
Fax:  (213) 620-1398

```
This message is sent by a law firm and may contain information that is
privileged or confidential. If you received this transmission in error, please
notify the sender by reply e-mail and delete the message and any attachments.
```
**Sheppard, Mullin, Richter & Hampton LLP**

Please visit our website at www.sheppardmullin.com

+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above,
and may be legally privileged. If the reader of this message
is not the intended recipient, you are hereby notified
that any dissemination, distribution, or copying of this communication,
or any of its contents, is strictly prohibited. If you have
received this communication in error, please return it
to the sender immediately and delete the original message and any
copy of it from your computer system. If you have any questions
concerning this message, please contact the sender.
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+