

48th Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

Darren M. Franklin
Writer's Direct Line: 213-617-5498
dfranklin@sheppardmullin.com

January 4, 2005

Our File Number: 0SEL-109915

**VIA E-MAIL AND U.S. MAIL**

Manotti L. Jenkins, Esq.
Michael Best & Friedrich LLP
401 N. Michigan Ave., Ste. 1900
Chicago, IL 60611-4274
mljenkins@mbf-law.com

Re:   *Flexi-Mat Corp. v. Dallas Manufacturing Co.*,
       Civil Action No. 04 10162 DPW (D. Mass.)

Dear Manotti:

Responding to your e-mail to me dated December 30, and subject to confirmation of the availability of Doskocil's counsel, Richard Mathews and Neil Nivert are available for depositions on January 11 and 12, respectively. Mr. Mathews' deposition would start on January 11 at 9:00 a.m. Mr. Nivert's deposition would start on January 12 at 10:00 a.m. Please contact me to confirm your availability for these dates. We are still working on providing a date for the deposition of Jim Pereira.

Subject to objections we will be serving, Dallas Manufacturing offers Mr. Mathews as its Rule 30(b)(6) witness.

Sincerely,

Darren M. Franklin

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-LA:1DAF1\70788898.1
cc:   Larry L. Saret, Esq. (via e-mail)
      Martin Korn, Esq. (via e-mail)
      Roy W. Hardin, Esq. (via e-mail)
      M. Scott Fuller, Esq. (via e-mail)
      Gary A. Clark, Esq. (by hand delivery)