## Darren Franklin

| | |
|---|---|
| **From:** | Jenkins, Manotti L. [MLJENKINS@MBF-LAW.com] |
| **Sent:** | Thursday, January 06, 2005 10:53 AM |
| **To:** | Darren Franklin |
| **Cc:** | Saret, Larry L.; Korn, Martin; Hardin, Roy W.; Gary Clark; Fuller, M. Scott |
| **Subject:** | RE: Flexi-Mat Corp. v. Dallas Manufacturing Co.: Letter re deposition scheduling |

Dear Darren:

Thank you for your prompt response regarding scheduling of the depositions of Mr. Matthews and Mr. Nivert, as well as the 30(b)(6) deposition of Dallas. As I communicated to you by voicemail this morning, because of my current illness, Flexi-Mat must reschedule all of those depositions for later dates, hopefully in the month of January, if the witnesses will be available. We anticipate proposing alternative dates by early next week.

Thank you for your cooperation.

Manotti

**Manotti L. Jenkins**
**Michael Best & Friedrich LLP**
**401 North Michigan Ave.**
**Suite 1900**
**Chicago, Illinois 60611**
**Direct Dial: (312) 222-5794**
**Facsimile: (312) 222-0818**
**E-mail: mljenkins@mbf-law.com**

>    -----Original Message-----
>    **From:** Fuller, M. Scott [mailto:sfuller@lockeliddell.com]
>    **Sent:** Wednesday, January 05, 2005 9:48 AM
>    **To:** Darren Franklin; Jenkins, Manotti L.
>    **Cc:** Saret, Larry L.; Korn, Martin; Hardin, Roy W.; Gary Clark; Fuller, M. Scott
>    **Subject:** RE: Flexi-Mat Corp. v. Dallas Manufacturing Co.: Letter re deposition scheduling
>
>    Counsel,
>
>    The proposed dates are acceptable to Doskocil. Scott Fuller will be in attendance at the dates and times stated in Darren's letter.
>
>>    -----Original Message-----
>>    **From:** Darren Franklin [mailto:DFranklin@sheppardmullin.com]
>>    **Sent:** Tuesday, January 04, 2005 9:07 PM
>>    **To:** Jenkins, Manotti L.
>>    **Cc:** Saret, Larry L.; Korn, Martin; Hardin, Roy W.; Fuller, M. Scott; Gary Clark
>>    **Subject:** Flexi-Mat Corp. v. Dallas Manufacturing Co.: Letter re deposition scheduling
>>
>>    <<Letter.PDF>>
>>    Manotti:
>>
>>    Attached, please find a letter regarding deposition scheduling.

Darren M. Franklin
Sheppard Mullin Richter & Hampton LLP
333 S Hope St Fl 48
Los Angeles CA 90071-1448
Direct: (213) 617-5498
Main: (213) 620-1780
Fax: (213) 620-1398

```
This message is sent by a law firm and may contain information that is
privileged or confidential. If you received this transmission in error,
please notify the sender by reply e-mail and delete the message and any
attachments.
**Sheppard, Mullin, Richter & Hampton LLP**
Please visit our website at www.sheppardmullin.com
```

+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
The information contained in this communication may be confidential,
is intended only for the use of the recipient(s) named above,
and may be legally privileged. If the reader of this message
is not the intended recipient, you are hereby notified
that any dissemination, distribution, or copying of this communication,
or any of its contents, is strictly prohibited. If you have
received this communication in error, please return it
to the sender immediately and delete the original message and any
copy of it from your computer system. If you have any questions
concerning this message, please contact the sender.
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+