# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FLEXI-MAT CORPORATION**, an Illinois corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**DALLAS MANUFACTURING COMPANY, INC.**, a Texas corporation, **BJ'S WHOLESALE CLUB, INC.**, a Delaware corporation, and **DOSKOCIL MANUFACTURING COMPANY, INC.**, a Texas corporation,<br><br>　　　　　　Defendants. | Civil Action No. 04 10162 DPW |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY
## IN SUPPORT OF ITS MOTION TO COMPEL

Plaintiff Flexi-Mat Corporation ("Flexi-Mat") hereby requests leave, pursuant to Local Rule 7.1(b)(3), to file a reply *instanter* to Dallas Manufacturing Company, Inc.'s ("Dallas") Opposition to Plaintiff Flexi-Mat's Motion to Compel Defendant Dallas Manufacturing to Produce its Only Rule 30(b)(6) Witness and an Individual Witness for Two Seven-Hour Days of Deposition ("Dallas' Opposition").

　　1.　　On February 14, 2005, Flexi-Mat filed its Motion to Compel Dallas to Produce Its Only Rule 30(b)(6) Witness and an Individual Witness for Two Seven-Hour Days of Deposition. Dallas filed its opposition thereto on February 28, 2005.

　　2.　　Flexi-Mat seeks to file a reply primarily to address an issue Dallas has raised that goes beyond Flexi-Mat's opening brief, *i.e.*, Flexi-Mat's use of the term "consolidate" when it referred to the pending individual and corporate depositions. Flexi-Mat believes that addressing this issue will aid the Court in ruling on the present motion.

　　3.　　Flexi-Mat attaches hereto as Exhibit A its reply brief.

For the foregoing reasons, Flexi-Mat respectfully requests that this Court grant Flexi-Mat leave to file a reply brief.

>Respectfully submitted,
>
>**FLEXI-MAT CORPORATION**

Dated:  March 9, 2005		By: /s/ Larry L. Saret
>William Meunier
>GOODWIN PROCTER, L.L.P.
>Exchange Place
>53 State Street
>Boston, MA 02109
>Telephone:  (617) 570-1000
>Facsimile:  (617) 523-1231
>
>Larry L. Saret (*pro hac vice*)
>Manotti L. Jenkins (*pro hac vice*)
>MICHAEL BEST & FRIEDRICH LLP
>401 N. Michigan Avenue, Suite 1900
>Chicago, Illinois  60611-4274
>
>Telephone:  (312) 222-0800
>Facsimile:  (312) 222-0818
>
>Attorneys for Plaintiff, Flexi-Mat Corporation

## **LOCAL RULE 7.1 CERTIFICATION**

The parties have conferred concerning the subject matter of this motion. Dallas will not oppose this motion.

By: /s/ Larry L. Saret
One of Plaintiff's Attorneys