# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FLEXI-MAT CORPORATION**, an Illinois corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**DALLAS MANUFACTURING COMPANY, INC.**, a Texas corporation, **BJ'S WHOLESALE CLUB, INC.**, a Delaware corporation, and **DOSKOCIL MANUFACTURING COMPANY, INC.**, a Texas corporation,<br><br>　　　　　Defendants. | Civil Action No. 04 10162 DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard B. Myrus of Goodwin Procter LLP on behalf of Plaintiff Flexi-Mat Corporation.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted by,


　　　　　　　　　　　　　　　　　　　　/s/ Richard B. Myrus
　　　　　　　　　　　　　　　　　　　　Richard B. Myrus (BBO #638793)
　　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109-2881
　　　　　　　　　　　　　　　　　　　　(617) 570-1000
　　　　　　　　　　　　　　　　　　　　rmyrus@goodwinprocter.com

Dated: March 18, 2005