IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FLEXI-MAT CORPORATION**, an Illinois corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>**DALLAS MANUFACTURING COMPANY, INC.**, a Texas corporation, **BJ'S WHOLESALE CLUB, INC.**, a Delaware corporation, and **DOSKOCIL MANUFACTURING COMPANY, INC.,** a Texas corporation,<br><br>        Defendants. | Civil Action No. 04 10162 DPW |

### PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT

Plaintiff Flexi-Mat Corporation ("Flexi-Mat"), by its attorneys, hereby moves the Court for an order pursuant to Fed. R. Civ. P. 15(a) permitting Flexi-Mat to amend its complaint. A copy of Flexi-Mat's proposed Second Amended Complaint is attached as Exhibit 1.

The bases for Flexi-Mat's motion are as follows:

1.   Flexi-Mat is the owner of United States Patent No. 5,765,502 (the "'502 Patent") which covers pet beds having a bolster. Flexi-Mat originally filed suit against defendants Dallas Manufacturing Co., Inc. ("Dallas Mfg.") and BJ's Wholesale Club ("BJWC") on January 23, 2004. On August 31, 2004, prior to the exchange of any discovery, Flexi-Mat filed its First Amended Complaint, adding Doskocil Manufacturing Co. ("Doskocil") as a defendant.

2.   Flexi-Mat alleges in its First Amended Complaint that Dallas Mfg. and Doskocil, among other things, offer to sell and sell to BJWC pet beds having a bolster that are made substantially as claimed in the '502 Patent. Flexi-Mat further alleges in the First Amended

Complaint that BJWC in turn offers for sale and sells these pet beds to purchasers in the United States under the name "Berkley & Jensen Premium Quality Bolster Pet Bed." Flexi-Mat also alleges in the First Amended Complaint that the infringing activities of Dallas Mfg. and Doskocil include, "but are not limited to," the sale and offer for sale of the beds sold and offered for sale by BJWC under the name "Berkley & Jensen Premium Quality Bolster Pet Bed."

3. Based upon discovery received from the defendants, Flexi-Mat has reason to believe that Dallas Mfg. and Doskocil offer to sell and sell pet beds with bolsters made substantially as claimed and described in '502 Patent, to retailers other than BJWC. Dallas Mfg. and Doskocil have taken the position, in response to Flexi-Mat's discovery requests, that no bolster pet beds other than those offered for sale and sold to BJWC are accused of infringement in the First Amended Complaint, and thus information pertaining to such other pet beds are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

4. While Flexi-Mat disagrees with that position taken by Dallas Mfg. and Doskocil, to avoid burdening this Court with a potentially protracted dispute on this issue, Flexi-Mat seeks leave to file a Second Amended Complaint stating that Flexi-Mat is accusing all such similarly constructed bolster pet beds of infringing the '502 Patent, and not just those sold to or by BJWC. The Second Amended Complaint also additionally alleges that Dallas and Doskocil make and use the infringing products, and that BJWC is possibly selling the infringing products under names other than "Berkley & Jensen Premium Quality Bolster Pet Bed."

5. Fed. R. Civ. P. Rule 15 states that leave to amend "shall be freely given when justice so requires." Further, the U.S. Supreme Court has held that in the absence of undue delay, undue prejudice to the party opposing the motion, or futility of the amendment, leave to

amend should be freely given.  <u>Foman v. Davis</u>, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962).

6. Flexi-Mat has not unduly delayed the amendment of its complaint, defendants will not face undue prejudice by allowance of the amendment, and the amendment is not futile. Flexi-Mat has only recently learned that those defendants are likely selling other pet beds having a bolster that are substantially similar to the pet beds sold to and by BJWC, and of their positions as to the scope of the First Amended Complaint.  Moreover, the amendment supports judicial economy, since the same '502 Patent will be litigated against all accused products emanating from the defendants.

7. The parties still have substantial discovery remaining, even absent discovery on these additional bolster pet beds, so there would be no prejudice due to the date of filing the Second Amended Complaint.  Fact discovery is not scheduled to close until June 3, 2005, and no trial date has been set.

For the foregoing reasons, plaintiff Flexi-Mat Corporation respectfully requests that it be granted leave to file a Second Amended Complaint.

## **LOCAL RULE 7.1 CERTIFICATION**

Plaintiff attempted to confer with all of the defendants concerning the subject matter of this motion.  Counsel for defendants Dallas and BJWC has indicated that Dallas and BJWC will not oppose this motion.  Counsel for Dosckocil did not reply to Plaintiff's attempts confer on this motion and Plaintiff thus does not know whether Dosckocil will oppose this motion.  .

By: /s/ Manotti L. Jenkins
    One of Plaintiff's Attorneys

3

                                                      Respectfully submitted,

Dated: March 18, 2005                  By: /s/ Richard B. Myrus
                                                     Richard B. Myrus (BBO # 638793)
                                                       William Meunier
                                                       Goodwin Procter LLP
                                                       Exchange Place
                                                       Boston, MA 02109
                                                       Telephone: (617) 570-1058
                                                       Facsimile: (617) 523-1231

                                                       Larry L. Saret (*pro hac vice*)
                                                       Manotti L. Jenkins (*pro hac vice*)
                                                       MICHAEL BEST & FRIEDRICH LLP
                                                       401 N. Michigan Avenue, Suite 1900
                                                       Chicago, Illinois 60611-4274
                                                       Telephone: (312) 222-0800
                                                       Facsimile: (312) 222-0818

                                                       **Attorneys for Plaintiff, Flexi-Mat Corporation**