

Care instructions:
Remove outer cover.
Machine wash-mild detergent,
Cold water, gentle cycle
Line dry
Dallas Manufacturing Company
Made in China

4  00000 12510  7

WBB4200-127.1
Pet Bed

2004 6 1