IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FLEXI-MAT CORPORATION**, an Illinois corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>**DALLAS MANUFACTURING COMPANY, INC.**, a Texas corporation, **BJ'S WHOLESALE CLUB, INC.**, a Delaware corporation, and **DOSKOCIL MANUFACTURING COMPANY, INC.**, a Texas corporation,<br><br>        Defendants. | Civil Action No. 04 10162 DPW |

**PLAINTIFF'S AGREED MOTION TO RESCHEDULE HEARING**

Plaintiff Flexi-Mat Corporation ("Flexi-Mat"), by its attorneys, hereby moves the Court to reschedule the hearing presently set for March 31, 2005 to **April 4, 2005, at 2:30 PM**. Defendants' counsel has indicated that defendants agree to reschedule the hearing to the afternoon of April 4, 2005. Likewise, plaintiff Flexi-Mat understands from the Court's clerk that the Court is amenable to rescheduling the hearing for the requested new date and time.

Dated:  March 30, 2005

By: /s/ Richard B. Myrus
Richard B. Myrus  (BBO # 638793)
William Meunier
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Telephone:  (617) 570-1058
Facsimile:  (617) 523-1231

Larry L. Saret
Manotti L. Jenkins
MICHAEL BEST & FRIEDRICH LLP
401 N. Michigan Avenue, Suite 1900
Chicago, Illinois  60611-4274
Telephone:  (312) 222-0800
Facsimile:  (312) 222-0818

**Attorneys for Plaintiff, Flexi-Mat Corporation**

2