UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>    Plaintiff,<br><br> v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,<br><br>    Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. 04 10162 DPW |

**DALLAS MANUFACTURING AND BJ'S WHOLESALE CLUB'S
NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER RE TOPIC IV
OF FLEXI-MAT'S RULE 30(b)(6) DEPOSITION NOTICES**

**TO: PLAINTIFF AND ITS ATTORNEYS OF RECORD**

  **PLEASE TAKE NOTICE** that Defendants and Counter-Claimants Dallas Manufacturing Company, Inc. ("Dallas Manufacturing") and BJ's Wholesale Club, Inc. ("BJ's Wholesale Club") (collectively, "Defendants") hereby move the Court as follows.

## MOTION

  Dallas Manufacturing and BJ's Wholesale Club move under FED. R. CIV. P. 26(c) for a protective order precluding Plaintiff and Counter-Defendant Flexi-Mat Corporation ("Flexi-Mat") from:

(a) inquiring into the prior art relied upon by Dallas Manufacturing in this action, including its contentions and legal theories regarding the prior art, during Flexi-Mat's Rule 30(b)(6) deposition of Dallas Manufacturing; and

(b) inquiring into the prior art relied upon by BJ's Wholesale Club in this action, including its contentions and legal theories regarding the prior art, during Flexi-Mat's Rule 30(b)(6) deposition of BJ's Wholesale Club.

The grounds for this motion are that Topics IV-A, IV-B, and IV-C of Flexi-Mat's Rule 30(b)(6) deposition notices propounded upon Defendants are improper because they are duplicative of Flexi-Mat's other discovery requests and the topics concern information that is more appropriately sought through contention interrogatories and expert discovery.

In support of this motion, Dallas Manufacturing and BJ's Wholesale Club rely upon the Memorandum of Points and Authorities, the Declaration of Darren M. Franklin, the pleadings and other papers on file in this action, and such argument as may be permitted at a hearing of this motion.

Pursuant to LOCAL RULES 7.1(a)(2) and 37.1(b), counsel certifies that it made a reasonable and good faith effort to reach agreement on the contested matters set forth in this

///

///

///

motion through various written correspondence and a telephone conference with opposing counsel during the months of February and March, 2005, to no avail.

                              Attorneys for Defendants and Counter-Claimants
                              DALLAS MANUFACTURING COMPANY, INC. AND
                              BJ'S WHOLESALE CLUB, INC.

                              /s/ Darren M. Franklin
                              Gary A. Clark (pro hac vice)
                              Darren M. Franklin (pro hac vice)
                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                                A Limited Liability Partnership
                                Including Professional Corporations
                              333 South Hope Street, 48th Floor
                              Los Angeles, California  90071-1448
                              (213) 620-1780
                              dfranklin@sheppardmullin.com

Dated:   March 30, 2005

James J. Marcellino, Esq. (BBO # 318840)
David M. Mello, Esq. (BBO # 634722)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA  02109-1775
(617) 535-4000