THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR -7 P 1:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FLEXI-MAT CORPORATION<br>     Plaintiff,<br><br>   v.<br><br>DALLAS MANUFACTURING<br>COMPANY, INC. et al.<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.
1:04-CV-10162-DPW

## REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2(c), John J. Cotter seeks leave to withdraw as counsel of record for Plaintiff Flexi-Mat Corporation in this action.  Mr. Cotter has moved to a new law firm now that his prior firm, Testa, Hurwitz & Thibeault, LLP has dissolved; other counsel have entered an appearance for Flexi-Mat Corporation, which is now represented by Goodwin Procter LLP and Michael, Best & Friedrich LLP; and all counsel of record are receiving notice of this Request.

DATED: April 6, 2005

Respectfully submitted,

John J. Cotter
Kirkpatrick & Lockhart Nicholson
Graham LLP
75 State Street
Boston, MA   02109
Telephone:  (617) 261-3178
Facsimile:  (617) 261-3175

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Request to Withdraw as Counsel to be served in the manner indicated on the following attorneys of record this 6Th day of April, 2005.

### BY MAIL

Gary A. Clark
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA  90071

Darren M. Franklin
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street
Forty-Eighth Floor
Los Angeles, CA  90071

James J. Marcellino
McDermott Will & Emery LLP
28 State Street
Boston, MA  02109

Richard B. Myrus
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109

Manotti Jenkins
Michael, Best & Friedrich, LLP
401 N. Michigan Ave., Suite 1900
Chicago, IL  60601

John J. Cotter