US005765502A

# United States Patent [19]

## Haugh

| | |
|---|---|
| [11] | Patent Number: **5,765,502** |
| [45] | Date of Patent: **Jun. 16, 1998** |

[54] **PET BED WITH REMOVABLE BOLSTER**

[75] Inventor: **Scott Haugh**, Lockport, Ill.

[73] Assignee: **Flexi-Mat Corporation**, Chicago, Ill.

[21] Appl. No.: **634,374**

[22] Filed: **Apr. 18, 1996**

[51] Int. Cl.[6] ............................................. A01K 1/035
[52] U.S. Cl. ................................... 119/28.5; 5/722
[58] Field of Search ........................... 119/28.5, 526;
5/402, 691, 694, 722, 723, 737, 738, 740

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 984,324 | 2/1911 | Von Below | 5/722 |
| 1,469,523 | 10/1923 | McGarvey | 5/402 X |
| 1,569,710 | 1/1926 | Burt | 119/28.5 |
| 3,890,658 | 6/1975 | Petersilie | 5/722 X |
| 3,989,008 | 11/1976 | Neumann | 119/28.5 |
| 4,860,689 | 8/1989 | Stewart | 119/28.5 |
| 5,010,843 | 4/1991 | Henry | 119/28.5 |
| 5,109,559 | 5/1992 | West | 5/691 X |
| 5,197,411 | 3/1993 | Schatzenbart | 119/28.5 |

### OTHER PUBLICATIONS

'Braided "Jacobean" Bed' from p. 14 of Spring 1996 catalog entitled *In The Company Of Dogs*.
'Pucker Bed' from back page of Spring 1996 catalog entitled *In The Company Of Dogs*.

'Cuddler' Bed from 1994 Brochure of Flexi-Mat Corporation entitled *Flexi-Mat's Country Quilt Collection*.

'Flip Chair', 'Wing Chair', and 'Flip Couch' from 1995 Brochure Of Flexi-Mat Corporation entitled *Flexi-Mat's Cuddle-Up* 'Cuddler' from 1996 Brochure of Flexi-Mat Corporation entitled *Flexi-Mat's PolyCedar Cuddler*.

'Rainbow Cuddler' from 1991 Brochure of Flexi-Mat Corporation entitled *There's Gold At The End Of Our Rainbow*.

'Kozy Kup' from 1996 Brochure of Flexi-Mat Corporation entitled *Flexi-Mat's Kozy Kup*.

'Kitty Kup' from 1996 Brochure of Flexi-Mat Corporation entitled *Flexi-Mat's Kitty Kup*.

*Primary Examiner*—Robert P. Swiatek
*Assistant Examiner*—Elizabeth Shaw
*Attorney, Agent, or Firm*—Laff, Whitesel, Conte & Saret, Ltd.

[57] **ABSTRACT**

A pet bed comprising an outer covering, a removable cushion disposed within the outer covering to form a cushioned bottom portion, and a bolster removably affixed to the interior of the outer covering and disposed about at least a portion of the perimeter of the bottom portion. The outer covering further includes a reclosable access opening permitting both the bottom cushion and bolster to be removed as needed.

**11 Claims, 2 Drawing Sheets**





FIG. 4

FIG. 5

FIG. 6

**U.S. Patent**          Jun. 16, 1998          Sheet 1 of 2          5,765,502



FIG. 1

FIG. 2

FIG. 3



**FIG. 3**



FIG. 4

FIG. 5



**FIG. 1**



**FIG. 2**

5,765,502

1

# PET BED WITH REMOVABLE BOLSTER

## FIELD OF THE INVENTION

This invention relates generally to a pet bed and in particular to a pet bed having a removable bolster.

## BACKGROUND OF THE INVENTION

Pet beds were originally devised both for the comfort of animal pets and to keep the animals from commandeering household furnishings. Although a simple cushion is often used as a pet bed, many animals would rather occupy a favorite couch or human bed than sleep on a mere cushion.

Much of the animal's reluctance to quit the family sofa is traceable to the animal's need to feel secure. Thus, pet beds having surrounding wall portions are more popular with pets. These wall portions extend upwardly from the periphery of the pet bed, leaving an opening through which the animal can enter and leave, and allowing the animal to see out even while in a supine position.

The wall portion can also be used as a headrest by animals who feel safer with a better view of their surroundings, but the wall does not provide support for the heavier breeds of animals. The wall tends to collapse under the weight of heavier animals unless it is made of material so rigid that it is uncomfortable for lighter animals.

In one popular method for pet bed fabrication, the base and wall portions are formed from two glued pieces of fairly firm material, such as foam. The pet bed is then provided with a single removable cover, which is generally a washable fabric. The foam material from which the pet bed is constructed is not easily washable, due to the bulk of the two glued foam pieces.

In another popular pet bed style, the wall portion is formed from a single piece of foam, often attached to a vinyl sheet bottom portion, and only the wall portion is then covered with fabric. The fabric is generally sewn around the wall and is therefore not removable for washing. In order to make this type of pet bed more comfortable, a separate bottom cushion with its own fabric cover is provided for insertion over the bottom portion. This requires two separate fabric covers, one for the wall and one for the bottom cushion, and this adds to the cost of manufacture. Pet beds are also known in which the bottom cushion is stuffed with replaceable foam pieces or other stuffing material, treated with an odor retarding agent, because odor and washability are of major concern to the pet's owner.

Yet another pet bed has a bottom cushion encased in fabric with an upstanding wall extending partially around the periphery of the bottom cushion. The wall is formed from multiple pockets sewn in the encasing fabric, and each pocket is stuffed with polyester fill. Because the pockets are permanently sewn into the encasing fabric, the fill is not accessible and cannot be replaced without replacing the entire fabric. This creates a major odor problem when, for example, the pet urinates on the wall.

Accordingly, a need arises for a structurally sound pet bed that is designed for the pet's comfort, regardless of whether the animal is light or heavy. The pet bed should be relatively inexpensive to manufacture, and should be equipped with a one-piece cover and separately removable bolster and bottom cushion for ease of cleaning.

## SUMMARY OF THE INVENTION

These needs and others are satisfied by the present invention, comprising a pet bed having an outer covering, a

2

removable cushion disposed within the outer covering to form a cushioned bottom portion, and a bolster removably affixed to the interior of the outer covering and disposed about at least a portion of the perimeter of the bottom portion. The outer covering includes a reclosable access opening that may be opened and closed with a zipper.

In one form of the invention, the bolster may be removably affixed to the interior of the outer covering by a plurality of hook-and-loop fastener straps. The outer covering may include a bolster pocket sized to accommodate the bolster, where the plurality of straps removably affixes the bolster within the bolster pocket. The bottom cushion rests within a bottom pocket which communicates with the bolster pocket. The removable cushion and the bolster are separately removable from the outer covering through the reclosable access opening.

Further objects, features, and advantages of the present invention will become apparent from the following description and drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top plan view of a pet bed in accordance with the present invention;

FIG. 2 is a perspective view of the pet bed of FIG. 1;

FIG. 3 is a bottom plan view of the pet bed of FIG. 1;

FIG. 4 is a bottom view of the pet bed of FIG. 1, with a portion of the outer covering cut away to illustrate the bolster removably affixed within the bolster pocket; and

FIG. 5 is an exploded view of the pet bed of FIG. 1.

## DETAILED DESCRIPTION OF THE INVENTION

In accordance with the present invention, a pet bed is described that provides distinct advantages when compared to those of the prior art. The invention can best be understood with reference to accompanying drawing FIGS. 1 through 5.

The pet bed 1 of the present invention includes an outer covering 2, preferably fabricated from a durable material, such as a fabric that is easily cleaned. The cover material can be furnished with colors and/or designs to suit the needs of the pet owner.

The pet bed 1 includes a removable cushion 4 disposed within a bottom pocket 12 formed in the outer covering 2 to form a cushioned bottom portion of the pet bed 1. The cushion may be fabricated from any soft, durable material, but is preferably designed to be replaced at intervals by the user as it becomes soiled or worn.

Within a bolster pocket 10 provided in the outer covering 2, a bolster 6 is removably affixed. The bolster is disposed about at least a portion of the perimeter of the cushioned bottom portion of the pet bed 1. The bolster 6 is also formed from a soft, durable material, and is designed to be replaced as needed. Since the bolster 6 is more cylindrical or banana-shaped than flat, and more like a pillow than a wall, the bolster 6 tends to retain its shape even when used as a pillow by the pet, and does not easily collapse from the weight of the pet as in some prior art products.

The bolster is held in place by a plurality of fasteners or straps 8. The straps 8 are preferably the well-known hook-and-loop fasteners, such as Velcro®, although other fasteners, such as ties or straps with snaps or buckles, would perform adequately in this application. The fasteners are sewn or otherwise secured to the interior of bolster pocket 10 in the outer covering 2.

US005421044A

# United States Patent [19]

## Steensen

[11] Patent Number: 5,421,044

[45] Date of Patent: Jun. 6, 1995

[54] **AIR BED**

[76] Inventor: Steen W. Steensen, 509 N. "T" St., Lompoc, Calif. 93436

[21] Appl. No.: 113,712

[22] Filed: Aug. 27, 1993

[51] Int. Cl.6 ........................................ A47C 27/08
[52] U.S. Cl. ...................................... 5/453; 5/455;
5/456; 5/470
[58] Field of Search ................ 5/453, 455, 456, 449,
5/470

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 779,576 | 1/1905 | Berryman | 5/455 |
| 4,190,286 | 2/1980 | Bentley | 297/284 |
| 4,193,149 | 3/1980 | Welch | 5/455 |
| 4,221,013 | 9/1980 | Echevarria | 5/455 |
| 4,224,706 | 9/1980 | Young et al. | 5/499 |
| 4,306,322 | 12/1981 | Young et al. | 5/455 |
| 4,622,706 | 11/1986 | Takeuchi | 5/455 |
| 4,757,564 | 7/1988 | Goodale | 5/470 |
| 4,890,344 | 1/1990 | Walker | 5/449 |
| 4,947,500 | 8/1990 | Seiler | 5/455 |
| 5,070,560 | 12/1991 | Wilkinson | 5/455 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1113473 | 3/1956 | France | 5/456 |

*Primary Examiner*—Michael J. Milano
*Attorney, Agent, or Firm*—Ladas & Parry

[57] **ABSTRACT**

An air bed is disclosed comprising an enclosure formed from a flat rectangular bottom panel, a lower vertical panel standing perpendicularly up from the periphery of the bottom panel, an upper vertical panel disposed above the lower vertical panel, a gusset connecting the lower and upper vertical panels, a rectangular top panel removably connected to the upper vertical panel, and a plurality of restraining straps, with one end of each restraining strap connected to the gusset along the left side of the enclosure and the other end of each restraining strap attached to the gusset along the right side of the enclosure. The enclosure has upper level and lower levels separated by the restraining straps. In each level inflatable air tubes are inserted. Each level of tubes includes bolster tubes inserted parallel and adjacent to the sides and ends of the enclosure, and cushion tubes which are disposed laterally across the enclosure in the rectangular space surrounded by the bolster tubes. Each tube has sheathing surrounding it to reduce noise when adjacent tubes rub against each other, and attachment means are used to prevent rotation of the tubes. An air pump provides air pressure to the inflatable tubes through a manifold block having several separate, variably controlled output ports. An air hose assembly connects the manifold's output ports to the various tubes so that certain combinations of tubes receive various air pressures. In addition, the invention includes a single level embodiment.

24 Claims, 8 Drawing Sheets





5,765,502

| 3 | 4 |

Removably affixing the bolster 6 within the bolster pocket 10 of the outer covering 2 has the advantage of lending structural integrity to the pet bed 1. Since the bolster 6 is much like a long, slender pillow, holding the bolster 6 in the bolster pocket 10 keeps the bolster relatively fixed in position with respect to the perimeter of the bottom portion of the pet bed 1.

Access to the interior of the outer covering 2 is preferably provided by a zipper 7. Thus, the bolster 6 is easily removable by the simple expedient of unzipping the zipper 7 on the bottom of the pet bed 1, disengaging the straps 8, and withdrawing the bolster through the reclosable access opening 11 that is sealed by the zipper 7. The bottom cushion 4 can also be withdrawn in the same way. The outer covering 2 can then be cleaned, and the bolster 6 and cushion 4 can be washed and replaced within the outer covering 2. Of course, a new bolster 6 or a new cushion 4 could also be replaced by the user as part of this removal operation.

Instead of a zipper, access to the interior of the bed could be provided through a slit in the covering 2. The slit could be concealed by merely overlapping flaps of the fabric. The flaps could be manually parted when necessary to remove the cushion or bolster.

It is also possible to combine other features with those just described. For example, the cushion 4 and bolster 6 could be cushions filled with foam pieces, polyester, styrofoam beads, a mixture of polyester and cotton, and other suitable materials, and be treated with an odor retarding agent such as cedar.

There has been described herein a pet bed that avoids the shortcomings of the prior art. It will be apparent to those skilled in the art that modifications may be made without departing from the spirit and scope of the invention. Accordingly, it is not intended that the invention be limited except as may be necessary in view of the appended claims.

What is claimed is:

1. A pet bed comprising:

an outer covering;

a removable cushion disposed within the outer covering to form a cushioned bottom portion; and

a bolster removably disposed within the interior of the outer covering and substantially all of said bolster disposed exteriorly about at least a portion of the perimeter of the bottom portion without being secured to the removable cushion.

2. The pet bed of claim 1, wherein the outer covering further includes a reclosable access opening.

3. The pet bed of claim 2, wherein the reclosable access opening further includes a zipper.

4. A pet bed comprising:

an outer covering;

a removable cushion disposed within the outer covering to form a cushioned bottom portion; and

a bolster removably affixed within the interior of the outer covering and disposed about at least a portion of the

perimeter of the bottom portion, wherein the bolster is removably affixed within the outer covering by a plurality of straps secured to the outer covering.

5. The pet bed of claim 4, wherein the straps are hook-and-loop fasteners.

6. The pet bed of claim 4, wherein the outer covering includes a bolster pocket sized to accommodate the bolster, and the plurality of straps removably affixes the bolster within the bolster pocket.

7. A pet bed comprising:

an outer covering including a reclosable access opening;

a removable cushion disposed within the outer covering to form a cushioned bottom portion;

a bolster removably secured to the interior of the outer covering and disposed about at least a portion of the perimeter of the bottom portion;

such that the removable cushion and bolster are separately removable from the outer covering interior through the reclosable access opening.

8. The pet bed of claim 7, and means for closing the reclosable access opening.

9. A pet bed comprising;

an outer covering including a bolster pocket and a reclosable access opening;

a removable cushion disposed within the outer covering to form a cushioned bottom portion;

a bolster removably affixed within the bolster pocket and disposed about at least a portion of the perimeter of the bottom portion;

such that the removably cushion and bolster are separately removable from the outer covering interior through the reclosable access opening;

wherein the bolster is removably affixed within the bolster pocket by a plurality of straps.

10. The pet bed of claim 9, wherein the straps are hook-and-loop fasteners.

11. A pet bed comprising:

an outer covering including a bolster pocket and a reclosable access opening through a bottom portion of the outer covering;

means for closing the reclosable access opening;

a removable cushion disposed within the outer covering to form a cushioned bottom portion;

a bolster removably affixed within the bolster pocket by a plurality of straps that are secured about the bolster, the bolster disposed about at least a portion of the perimeter of the bottom portion;

such that the removable cushion and the bolster are separately removable from the outer covering interior through the reclosable access opening.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

**PATENT NO.** : 5,109,559

**DATED** : MAY 5, 1992

**INVENTOR(S)** : Gordon W. West

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 4,

Claim 1, line 15; delete "and said opening having a peripheral edge unattached to the inner bladder to allow the valve to move below the outer bladder top side." and insert --a cover for the outer bladder having sections extending about said peripheral edges of the outer bladder; and straps joining spaced peripheral portions of the cover to retain the bladder within the cover.--

Column 2, line 63, "10" should be --12--.

Column 3, line 34, "pad 8" should be --pad 8.--

Signed and Sealed this

Third Day of August, 1998

*Michael K. Kirk*

MICHAEL K. KIRK

Attest:

Attesting Officer                 Acting Commissioner of Patents and Trademarks

PTO/SB/08A (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 634,374 |
| | Filing Date | April 18, 1996 |
| | First Named Inventor | Haugh, Scott |
| | Art Unit | 3303 |
| Sheet 1 of 1 | Examiner Name | Elizabeth Shaw |
| | Attorney Docket Number | 26935.00036 |

| | | U. S. PATENT DOCUMENTS | | | |
|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Document Number Number–Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| | | US- 2,032,248 | 02-25-1936 | Bins | |
| | | US- 5,010,843 | 04-30-1991 | Henry | |
| | | US- 5,109,559 | 05-05-1992 | West | |
| | | US- 5,421,044 | 06-06-1995 | Steensen | |
| | | US- 5,588,393 | 12-31-1996 | Hellborn | |
| | | US- 5,136,981 | 08-11-1992 | Barreto III | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

| | | FOREIGN PATENT DOCUMENTS | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
| | | DE G9309699.2 | 09-30-1993 | Hoechst AG | | ✓ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

5          5,109,559          6

a rectangular outer bladder constructed form a fluid impervious plastic material having a top side and a bottom side with coterminous peripheral edges, the outer bladder enclosing the inner bladder, the top side of the outer bladder having a circular opening positioned to surround the valve on the inner bladder and allow access thereto;

a mattress cover surrounding the outer and inner bladders, the mattress cover including an upper side constructed of mattress ticking having a thermal barrier layer, a bottom side, and peripheral sides made of a woven cloth fiber, said cover being provided with an elongate zippered opening to allow the insertion of outer and inner bladders and the filling thereof; and

inner straps extending between opposed peripheral sides of the mattress cover above the outer bladder to hold the inner and outer bladders in place.

11. A mattress cover for a flotation mattress pad comprising: an upper side constructed of mattress ticking having a thermal barrier layer; a bottom side; peripheral sides made of a woven cloth fiber, said cover being provided with an elongate zippered opening to allow the insertion of a bladder and the filling thereof; and inner straps extending between opposed peripheral sides of the cover to hold the bladder in place.

12. A mattress cover as claimed in claim 11 wherein the thermal barrier layer includes a thin reflective plastic film attached to a felted sheet.

13. A mattress cover as claimed in claim 11 and further comprising straps attached to the mattress cover for securing same in place.

* * * * *

Feb. 25, 1936.

J. G. BINS

DOG BED OR THE LIKE

Filed March 4, 1935

2,032,248



Fig.1.   Fig.2.

Fig.3.   Fig.4.

Fig.5.   Fig.6.

Inventor

John G. Bins

By

Attorneys

5,109,559

3

layers of the mattress ticking 26 to each other as well as securing one side of the zipper 20 to the mattress ticking 26. The mattress ticking 26 itself is composed of a top polyester woven cloth 28, which is above a polyester filling 30, which is above a polyurethane foam layer 32, which is above a thermal barrier 34, which is above a bottom polyester cloth 37, all of which are quilted together. The thermal barrier layer 34 consists of a thin plastic film 35, reflective on both sides, which is attached to one side of a felted sheet 36. The other side of the zipper 20 is secured to an upper edge of a side surface 22 of the mattress cover 14. An additional hem 19 secures a lower edge of the side surface 22 of the mattress cover 14 to the bottom 24 of the mattress cover 14.

As an alternative to the construction of cover 14, the upper side 40 could be made out of lambswool or conventional mattress ticking. Also, cover 14 could be made reversible, with upper side 40 having lambswool on one side and normal mattress ticking on the other side. With a full zipper 20 around the periphery of cover 14, mattress cover 14 could be turned inside out to make the upper surface either lambswool or mattress ticking.

Optional attaching devices, such as flaps 21 may be provided at the corners and along the sides of cover 14. Flaps 21 are provided with grommets 23 for attaching light rope or straps 25 to mattress pad 8 for tying down the mattress pad where it is used in a mobile location such as in a truck, a recreation vehicle or a boat. Alternatively, straps 25 could be attached directly to cover 14 or to flaps 21 by being sewn in place, and such straps could be provided with hook and loop type releasable fasteners on the ends of the straps so that they could surround an anchoring device or even another conventional mattress located under mattress pad 8

Individual users who are prone to arthritis or simply those who prefer a pre-warmed bed may choose to utilize a conventional water bed heater in conjunction with the flotation mattress pad 8. The heater would normally be located between bottom 24 and outer bladder 12.

In order to better facilitate the utilization of fitted bed sheets in standard sizes the flotation mattress pad may be marginally shortened and narrowed in order to provide a space between the peripheral edges of the bed mattress and the peripheral edges of the mattress pad 8 when viewed in plan.

FIG. 3 is an enlarged plan view of the mattress ticking 26 showing the top side 40 of the mattress cover 14, having a decorative quilting stitching 38 which holds all the layers together.

Referring next to FIGS. 4 and 5, a mattress pad 50 is shown which would be suitable for each one of a set of twin beds, or a single bed. A single bladder assembly 15 shown in chain dotted lines in FIG. 4 would be used inside an appropriately sized cover 14. A flotation mattress pad for a single bed is sufficiently light that a child might be able to pull it off the bed. For this reason the mattress cover may be provided with two outer safety straps 52 attached to the underside or bottom 24 of cover 14. One strap would encircle each end of a conventional bed mattress to secure mattress pad 50 in place. The two safety straps are about 7.5 centimeters (3 inches) wide, are formed of elasticized fabric, and are sewn between opposed bottom hems 19 of mattress cover 14. In addition, inside mattress cover 14, as seen in FIG. 4, three non-stretch inner straps 54 span from opposite bottom side hems 19 of mattress cover 14, across the top of the bladder assembly 15 to hold blad-

4

der assembly 15 inside mattress cover 14. Straps 54 are about 7 to 10 centimeters in width and are made of the same material as side surfaces 22, which is a felted synthetic material flame treated to increase tear strength, but yet remain breathable. However, straps 54 could be made of any suitable webbing or elasticized material, if desired. Straps 52, 54 are optional, and usually are not required at all on the larger mattress pads containing two bladder assemblies 15. However, straps 52, 54 could be employed in the embodiments shown in FIGS. 1 to 3 if desired.

Where the mattress pads of the present invention are used in an unheated location, such as in an automobile, a recreation vehicle or a truck in the winter time, the inner bladders may be filled with an antifreeze solution such as ethylene glycol or propylene glycol to prevent freezing.

I claim:

1. A flotation mattress pad for a bed comprising:
a rectangular inner bladder constructed from an impervious plastic material having a top side and a bottom side with coterminous peripheral edges, the top side and the inner bladder having a thickness between 2.5 and 10 centimeters;
a rectangular outer bladder constructed from a fluid impervious plastic material having a top side and a bottom side with coterminous peripheral edges, the outer bladder enclosing the inner bladder, the top side of the outer bladder having a circular opening positioned to surround the valve on the inner bladder and allow access thereto.

2. A mattress pad as claimed in 1 wherein the inner bladder has a width approximately half the width of the bed and further comprising a second similar half-wide, full length inner bladder, and wherein each inner bladder is covered by a separate outer bladder.

3. A mattress pad as claimed in 1 wherein the inner bladder is made from a colored material and the outer bladder is made from a transparent material.

4. A mattress pad as claimed in 3 wherein the outer bladder is made from a thinner material than the inner bladder.

5. A mattress pad as claimed in 4 and further comprising a heater located adjacent to the outer bladder bottom side.

6. A mattress pad as claimed in 4 adapted to fit on a bed by providing a space between the peripheral edges of the bed and the peripheral edges of the mattress pad when viewed in plan.

7. A mattress pad as claimed in claim 1, the mattress cover including an upper side constructed of mattress ticking having a thermal barrier layer, a bottom side, and peripheral sides made of a woven cloth fiber, said cover being provided with an elongate zippered opening to allow the insertion of outer and inner bladders and the filling thereof.

8. A mattress pad as claimed in claim 7 and further comprising straps attached to the mattress cover for securing same in place.

9. A mattress pad as claimed in claim 8 wherein said straps are in the form of elasticized outer straps extending between opposed peripheral edges of the mattress cover adjacent to said bottom side.

10. A flotation mattress pad for a bed comprising:
a rectangular inner bladder constructed form an impervious plastic material having a top side and a bottom side with coterminous peripheral edges, the top side having a valve;

Patented Feb. 25, 1936

**2,032,248**

# UNITED STATES PATENT OFFICE

2,032,248

### DOG BED OR THE LIKE

John G. Bins, St. Paul, Minn.

Application March 4, 1935, Serial No. 9,338

20 Claims. (Cl. 119—1)

This invention is a novel improvement in beds for dogs, cats and other pets, and the principal objects of the invention are to provide an inexpensive portable bed for animal pets, which bed
5 is adapted for use primarily in the home, although same being portable may be readily carried in a car, automobile, or other conveyance; also to provide a bed of circular, oval, oblong, or other shape which may conform with the natural
10 contour of a dog or other pet when curled up in the act of sleeping, said bed comprising briefly an annular bolster, a reversible mattress within the bolster, a reversible mattress cover within the bolster above the mattress, means for secur-
15 ing the parts together, and a cowl-shaped cover adapted to be applied over the bed for use in cold weather, said cover having an arched curtained opening therein at one side through which the pet may pass in and out when the cover is in
20 use, the cover being removable for warm weather; also to provide a low stand for preventing the bed from contacting directly with the surface of the floor or ground.

I will explain the invention with reference to
25 the accompanying drawing which illustrates one practical embodiment thereof to enable others to adopt and use the same; and I will summarize in the claims the novel features of construction, and novel combinations of parts, for which pro-
30 tection is desired.

In said drawing:—

Fig. 1 is a perspective view of a bed of circular shape with the cover detached, and showing in dotted lines a dog therein in sleeping position.

35 Fig. 2 is a perspective view of the bed with the cover attached, but with the curtains of the cover opening removed.

Fig. 3 is a perspective view of the mattress member, detached.

40 Fig. 4 is a perspective view of the mattress cover, detached, showing the opening in the periphery for insertion of the split steel wire ring.

Fig. 5 is a perspective view of the cover for the bed detached, and showing the curtains applied
45 to the opening in the cover.

Fig. 6 is a transverse section through the members of the bed showing the mattress and mattress cover in place in the pocket, and showing the bed mounted upon the stand.

50 As shown, the bed comprises an annular bolster I of general circular, oval, oblong, or other desired shape preferably formed by stitching the side edges of a strip of fabric of desired length together to form a tube, then filling the tube with
55 cotton 2 or the like, preferably using a cotton

packer having a fan or blower. After the tube is filled one end is sewed up, and the sewed end of the tube inserted in the open end and the overlapping end portions of the tube sewed to-
5 gether, thereby forming a circular, oval, or oblong stuffed bolster. A base sheet of fabric 3, of approximately the same shape and size as the outer periphery of the annular bolster I has an annular band of fabric 4 stitched to its periphery
10 and also stitched to the outer cover of the bolster I to connect the base sheet 3 to the bolster, the width of the band 4 being substantially the same as the thickness of the mattress 5 which is fitted into the pocket 6 (Fig. 6) formed between
15 the lower end of bolster I and the base sheet.

The mattress 5 (Fig. 3) is of size and shape to suit the pocket 6 of the bolster member, and may be circular, oval, oblong or other desired shape. The mattress is preferably reversible and formed
20 of upper and lower fabric members united at their peripheries by an annular band, the mattress being filled with cotton 2 or the like, preferably blown therein by a cotton packer, or may be filled with other suitable stuffing or filling mate-
25 rial. Preferably the mattress is tufted, or upholstered with buttons 7 in the usual manner. The mattress is inserted through the upper side of the bolster I and forced into the pocket 6 formed between the annular bolster and the base
30 sheet 3 as shown in Fig. 6, which operation is accomplished by slightly distorting the mattress and bolster; and the mattress when inserted in pocket 6 fills the pocket and forms a support for the annular bolster.

35 In the pocket 6 immediately above mattress 5 is a reversible mattress cover 8 (Fig. 4) consisting of two sheets of fabric substantially of same size and shape as the mattress 5, and having their peripheries stitched together except for a short
40 length 9 which is left unstitched for the purpose of permitting insertion and removal of a split ring 10 of relatively stiff steel wire between the sheets. Ring 10 is of the same diameter as the mattress cover 8 and has on one end a socket
45 member 11 consisting of a length of small tubing welded or otherwise secured thereto adapted to receive the other free end of the wire. The socket end 11 of the split ring 10 is inserted into the mattress cover 8 through the opening 9, and
50 the wire worked around until both ends thereof appear through the opening 9; and the free end of the wire is then inserted in socket 11. The mattress cover 8 with the wire stiffener 10 therein is then distorted and inserted down through
55 the upper end of the bolster member I and dis-

5,109,559

1

# FLOTATION MATTRESS PAD HAVING A COVER WITH PAD RETAINING STRAPS

## BACKGROUND OF THE INVENTION

This invention relates to waterbeds, and in particular to waterbed mattresses.

Waterbeds in the past have usually been made with a mattress consisting of a large, watertight bladder covered by mattress ticking, and a heavy supporting structure or frame to maintain the shape of the mattress and support the heavy weight of the water filling the bladder. A difficulty with this type of waterbed is that it cannot be moved without draining the mattress, and in view of the large quantity of water, this is time-consuming and wasteful since the water is usually not reused. A further difficulty with these waterbeds is that a leak in the bladder can cause extensive damage.

Attempts have been made to overcome the weight problem. One example of this is shown in U.S. Pat. No. 3,689,949 issued to J. D. Weinstein. Weinstein suggested the use of a base for the water bladder which was hollowed out on its top side in a shape to conform to the general shape of the human body. It was suggested that this structure would effectively reduce the weight of the water above those areas of the mattress which supported the least weight. However, this mattress was unusually bulky.

Another attempt to overcome the weight problem of conventional waterbeds is shown in U.S. Pat. No. 3,789,442 issued to S. Tobinick. This patent shows a hollowed out foamed flexible material which receives a liquid filled bladder. This bladder is also covered by a foamed flexible material. It would seem that the benefits achieved would be accompanied by a lost flotation effect.

A problem with both the Weinstein and Tobinick approaches is that these beds are very expensive to manufacture.

In order to solve the problem of leaking bladders, it has been proposed to make a separate watertight cover or envelope to enclose the main mattress bladder, so that if a leak occurs in the bladder, the water will be contained by the outer watertight cover. A problem with this solution, however, is that it must be possible to open the outer cover to insert the bladder, to fill it, and to empty it. This requires a large watertight closure which itself is prone to leakage.

It is an object of the present invention to provide a lightweight easily transportable flotation pad having a double wall to protect against leaks and which can be used to convert any ordinary bed into a waterbed.

## SUMMARY OF THE INVENTION

According to one aspect of the invention there is provided a flotation mattress pad for a bed comprising a rectangular inner bladder constructed from an impervious plastic material having a top side and bottom side with coterminous peripheral edges which are heat sealed to each other in order to form a fluid-tight enclosure. The top side has a valve. A rectangular outer bladder is constructed from a fluid impervious plastic material having a top side and a bottom side with coterminous peripheral edges heat sealed to each other in order to form a fluid-tight enclosure which encloses the inner bladder. The top side of the outer bladder has a circular opening which is positioned to surround the valve on the inner bladder and allow access thereto.

According to another aspect of the invention, there is provided a mattress cover for a flotation mattress pad. The cover comprises an upper side which is constructed of mattress ticking having a thermal barrier layer, and a bottom side and peripheral sides, both made of a woven cloth fiber. The cover is provided with an elongate zippered opening in order to allow the insertion of outer and inner bladders and the filling thereof.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is perspective view of a flotation mattress pad having two inner bladders;

FIG. 2 is an enlarged sectional view of the flotation mattress pad taken along lines 2—2 of FIG. 1;

FIG. 3 is a plan view of a portion of the mattress pad indicated in FIG. 1 by circle 3 showing the quilting design thereon;

FIG. 4 is a perspective view similar to FIG. 1 but showing a mattress pad with a single inner bladder with retaining straps; and

FIG. 5 is a perspective view of the underside of the mattress pad of FIG. 1.

## DETAILED DESCRIPTION OF THE DRAWINGS

A flotation mattress pad 8 is shown in an open position in FIG. 1. A zipper 20 is used to removably affix a top of a mattress cover 14 to a side of the mattress cover 14. Disposed within the mattress cover 14 are two double bladder assemblies 15, each bladder assembly 15 including an outer bladder 12 which surrounds an inner bladder 10 which contains a valve 16 therein, which valve is used to fill the inner bladder 10 with a fluid such as water. The flotation mattress pad in FIG. 1 is for a wider bed, such as a standard size double mattress bed, a queen size mattress bed or a king size mattress bed, and appropriately contains two half-width, full length bladder assemblies 15. Alternatively, rather than using the two half-width outer bladders, a single full width outer bladder may be employed (not shown). In such employment, the bladder would have two circular openings in its top side positioned to permit access to the valve 16 in each inner bladder 10. Utilization of two half-width inner bladders 10 and outer bladders 12 reduces the transmission of waves caused by one user of the flotation mattress pad 8 to a second user laying beside the first. The mattress pad 8 is preferably about 5 centimeters (2 inches) thick; however, it may be as thin as 2.5 centimeters (1 inch) or as thick as 10 centimeters (4 inches).

FIG. 2 is a sectional view of the flotation mattress pad 8 taken along lines 2—2 of FIG. 1. The mattress cover 14 surrounds the outer bladder 12 which itself surrounds the inner bladder 10 which holds the fluid 44 therein. The outer bladder 12 may be made of a thinner material than the inner bladder 10. For example the outer bladder could be made of 10 mil vinyl and the inner bladder made of 20 mil vinyl. Further, it is also useful when filling, in order to ascertain that the inner bladder 10 is correctly aligned with respect to the outer bladder 10, to have the inner bladder 10 made of a coloured material, and the outer bladder 12 made of a transparent material.

The upper side 40 of the mattress cover 14 is composed of a mattress ticking 26 which is peripherally edged by a hem 18 which binds the outside edges of the

**2**                                          **2,032,248**

posed between mattress 5 and the underside of
the annular bolster as shown in Fig. 6, the flexi-
bility of the wire 10 readily permitting the mat-
tress cover to be sufficiently distorted for this
purpose. When the stiffening wire 10 is secured
in the mattress cover the sheets forming the
cover will be held taut so that they cannot wrin-
kle, and when the mattress cover is inserted in
the pocket 8 between mattress 5 and the annu-
lar bolster the sheets of the cover cannot readily
become disengaged from the bed due to the wire
10 which maintains the mattress cover in proper
shape. The reversible cover 6 will keep the mat-
tress 5 clean, and may be readily removed when
soiled and a new or clean cover inserted in its
place.

If desired a stand shown in Fig. 6 may be pro-
vided to prevent the bed from directly contacting
with the floor or ground, which stand preferably
consists of a grille of a circular, oval, or oblong
shape, having an annular frame member 12 of
stiff wire provided with three or more offset bent
portions 13 adapted to form short legs. Frame
member 12 has a plurality of light cross-wires
14 welded or otherwise secured to the frame
member 12, the outer ends of the wires 14 be-
ing bent upwardly as shown at 14a. A wire guard
rail 15 adapted to surround the lower end of
the bed is mounted on the upturned ends 14a
of wires 14 to prevent the bed from slipping off
the stand. Preferably two hand-holds 16 are
formed on the sides of the stand, diametrically
opposed to each other, for the purpose of mov-
ing the stand with the bed thereon from place to
place.

For use in cold weather I provide a removable
cover (Figs. 2, 5, 6) consisting of a cowl-shaped
member 17 having an arched opening 18 in its
front maintained by a steel wire loop 19 of suf-
ficient size for the dog, cat, or other pet to pass
therethrough, said loop 19 being stitched to the
edges of the opening 18. The cowl 17 is of size
and shape to cover the exterior of annular bolster
1, and stitched to its periphery is a depending
annular band 20 of somewhat larger diameter
than bolster 1 provided with elastic inserts 21
so that when the band 20 is applied around the
exterior of the bolster as shown in Fig. 6 the
elastic inserts 21 will contract the band around
the bolster to maintain the same in place, while
the opening 18 through the cover is maintained
by the wire loop 19, so that the dog or cat can
readily pass into the bed through the opening.
The lower portion of the loop 19 which lies ad-
jacent the band 20 is secured thereto by an arcu-
ate tape 20a (Fig. 2) stitched to the inner face
of the band 20 over the wire loop 19; and as
the lower portion of the loop 19 is disposed be-
tween the bolster 1 and the band 20, the loop
19 is thereby maintained in substantially verti-
cal position when the cover 17 is applied to the
bed.

The arched opening 17 for the cover 15 of the
dog bed may be provided with curtains 22 (Fig.
5), consisting of two semi-circular sections adapt-
ed to overlap at the center of the opening 18.
Suitable snap fasteners 23 are provided on the
curtain sections 22 and on the material of the
cover 17 adjacent the opening 18 for maintain-
ing the curtain sections 22 closed when desired.
When the sections 22 are not fastened the dog
or other pet can readily pass in and out of the
opening 18. In warm weather the cover 17 is not
needed and may be removed.

As shown in Fig. 1 the upper end of the bolster

will generally be utilized by the dog or other pet
as a pillow, although a separate pillow may be
provided. The beds may be made in different
sizes and shapes, and of various materials or
fabrics.

I claim:

1. A bed for pets comprising a mattress; and
an annular bolster on said mattress having an
annular pocket receiving the edge portions of
the mattress for connecting said members to-
gether.

2. A bed for pets comprising a mattress; an
annular bolster on said mattress; means for con-
necting said members together; and an extensi-
ble cover around the side edges of said bolster
having an opening therein for the passage there-
through of the pet.

3. In a bed as set forth in claim 2, said cover
having a band secured to its lower edge slightly
larger in diameter than the exterior of the bol-
ster; means for contracting the band around the
bolster; and a stiffener secured to the edges of
the opening.

4. In combination with a bed as set forth in
claim 2, a portable stand comprising a grille hav-
ing legs; a guard rail on the grille surrounding
the mattress; and handles extending from the
grille.

5. A bed for pets comprising a mattress; a mat-
tress cover stretched over said mattress; an an-
nular bolster on said mattress cover; means for
connecting said members together; and a flexi-
ble extensible cover around the side edges of said
annular bolster having an opening therein for
the passage therethrough of the pet.

6. In a bed as set forth in claim 5, said mat-
tress cover comprising superimposed sheets of
substantially the same size and shape as the mat-
tress stitched together at their edges, and a split
stiffening ring removably inserted between the
sheets maintaining the same taut.

7. In a bed as set forth in claim 5, said cover
having a band secured to its lower edge slightly
larger in diameter than the exterior of the bol-
ster; means for contracting the band around the
bolster; a stiffener secured to the edges of the
opening; and means for closing said opening.

8. In combination with a bed as set forth in
claim 5, a portable stand comprising a grille hav-
ing legs; a guard rail on the grille surrounding
the bed; and handles extending from the grille.

9. A bed for pets, comprising an annular bol-
ster, a base sheet secured to the outer sides of
the bolster and forming with the bottom of the
bolster an annular pocket; and a mattress hav-
ing its edge portions filling the annular pocket
and its central portion forming the bottom of
the space bounded by the said bolster.

10. A bed for pets, comprising an annular bol-
ster, a base sheet secured to the outer sides of
the bolster and forming with the bottom of the
bolster an annular pocket; a mattress having
its edge portions filling the annular pocket and
its central portion forming the bottom of the
space bounded by the said bolster; and a mat-
tress cover in said pocket above the mattress.

11. In a bed as set forth in claim 10, said mat-
tress cover comprising superimposed sheets of
substantially the same size and shape as the
mattress stitched together at their edges, and
a split steel wire stiffening ring removably in-
serted between the sheets maintaining the same
taut.

12. A bed for pets, comprising a flexible an-
nular bolster, a base sheet secured to the outer



FIG. 3

FIG. 4

FIG. 5

2,032,848

3

sides of the bolster and forming with the bottom of the bolster an annular pocket; a mattress having its edge portions filling the annular pocket and its central portion forming the bottom of the space bounded by the said bolster; and a cover for the bed engaging the outer sides of the bolster and having an opening therein for the passage therethrough of the pet.

13. In a bed as set forth in claim 12, said cover having a band secured to its lower edge slightly larger in diameter than the exterior of the bolster; means for contracting the band around the bolster; and a stiffener secured to the edges of the opening.

14. A bed for pets, comprising an annular bolster, a base sheet secured to the outer sides of the bolster and forming with the bottom of the bolster an annular pocket; a mattress having its edge portions filling the annular pocket and its central portion forming the bottom of the space bounded by the said bolster; a mattress cover in said pocket above the mattress; and a flexible cover for the bed engaging the outer sides of the bolster and having an opening at one side for the passage therethrough of the pet.

15. In a bed as set forth in claim 14, said mattress cover comprising superimposed sheets of substantially the same size and shape as the mattress stitched together at their edges; and a split stiffening ring removably inserted between the sheets maintaining the same taut.

16. In a bed as set forth in claim 14, said flexable cover having a band secured to its lower edge of slightly larger size than the exterior of the bolster; means for contracting the band around the bolster; and a stiffening loop secured

to the edges of the opening in the cover and to the band.

17. A bed for pets, comprising a stuffed annular bolster, a base sheet secured to the outer sides of the bolster and forming with the bottom of the bolster an annular pocket; an upholstered reversible mattress having its edge portions filling the annular pocket and its central portion forming the bottom of the space bounded by the said bolster; a flexible reversible mattress cover in said pocket above the mattress; and a flexible cowl-shaped cover for the bed engaging the outer sides of the bolster and having an opening at one side for the passage therethrough of the pet.

18. In a bed as set forth in claim 17, said mattress cover comprising superimposed sheets of substantially the same size and shape as the mattress stitched together at their edges, said cover having an opening in its edge, and a removable split stiffening ring between the sheets insertible and removable through the opening, said ring maintaining the sheets of the cover taut.

19. In a bed as set forth in claim 17, said cowl-shaped cover having a band secured to its lower edge of slightly larger size than the exterior of the annular bolster; elastic inserts in said band for contracting the band around the bolster; a stiffening loop secured to the edges of the opening in the cover and to the band; and removable curtains adapted to close said opening.

20. In combination with a bed as set forth in claim 17, a portable stand comprising a grille having legs; a guard rail on the grille surrounding the bed; and handles extending from the grille.

JOHN G. BINS.



FIG. 2

# United States Patent [19]

**Henry**

[11] **Patent Number:** 5,010,843

[45] **Date of Patent:** Apr. 30, 1991

[54] **PET BED**

[76] Inventor: **Beth Henry,** La Tierra Nueva, 1063 Buckman Rd., Santa Fe, N. Mex. 87501

[21] Appl. No.: 438,163

[22] Filed: **Nov. 16, 1989**

[51] Int. Cl.⁵ ............................................. A01K 1/035
[52] U.S. Cl. ........................................ 119/28.5; 5/462
[58] Field of Search ................... 119/1, 19, 29; 5/419, 5/420, 437, 442, 463, 434, 435, 436

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,569,712 | 1/1926 | Burt | 119/1 |
| 2,032,248 | 2/1936 | Biss | 119/1 |
| 2,167,622 | 8/1939 | Bestivoglio | 5/338 |
| 2,775,222 | 12/1956 | Kruck | 119/1 |
| 2,952,856 | 9/1960 | Ruff | 5/437 |
| 3,842,454 | 10/1974 | Young | 5/343 |
| 3,902,456 | 9/1975 | David | 119/1 |
| 3,911,512 | 10/1975 | Plate | 5/465 |
| 3,989,008 | 11/1976 | Neumann | 119/1 |
| 4,008,687 | 2/1977 | Keys | 119/1 |
| 4,242,767 | 1/1981 | McMullen et al. | 5/437 X |
| 4,259,757 | 4/1981 | Watson | 5/434 |
| 4,393,530 | 7/1983 | Stark | 5/437 |
| 4,742,799 | 5/1988 | Schiltz | 119/29 |

### FOREIGN PATENT DOCUMENTS

0117406 2/1901 Fed. Rep. of Germany .......... 5/437

*Primary Examiner*—Robert P. Swiatek
*Assistant Examiner*—Todd E. Manahan
*Attorney, Agent, or Firm*—Darby & Darby

[57] **ABSTRACT**

A pet bed comprises a pair of semi-circular cushions connected along their circumferential perimeters to a circular cushion having substantially the same radius as the semi-circular cushions. The opposed diametral edges of the semi-circular cushions are unattached leaving a trough between them. A pocket is formed between the adjacent surfaces of the semi-circular and circular cushions whereby a pet may crawl into the pocket for resting and sleeping or may lie in the trough surrounded on two sides by the diametral edges of the semi-circular cushions.

**12 Claims, 2 Drawing Sheets**





FIG. 1

**U.S. Patent**          Apr. 30, 1991          Sheet 1 of 2          **5,010,843**



FIG.1

FIG. 2

US005109559A

# United States Patent [19]

West

| | |
|---|---|
| [11] | Patent Number: **5,109,559** |
| [45] | Date of Patent: **May 5, 1992** |

[54] **FLOTATION MATTRESS PAD HAVING A COVER WITH PAD RETAINING STRAPS**

[76] Inventor: Gordon W. West, 35 Peel Village Parkway, Brampton, Ontario, L6W 1G1, Canada

[21] Appl. No.: 643,531

[22] Filed: Jan. 18, 1991

[51] Int. Cl.⁵ ...................... A47C 27/10; A47C 31/00
[52] U.S. Cl. ...................................... 5/451; 5/470;
5/502; 5/903
[58] Field of Search ................. 5/451, 450, 449, 502,
5/500, 455, 470

[56]            **References Cited**
**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2,201,424 | 5/1940 | Berger | 5/451 |
| 3,702,484 | 11/1972 | Tobinick et al. | 5/451 |
| 4,149,286 | 4/1979 | Fogel | 5/451 |
| 4,292,701 | 10/1981 | Woychick | 5/470 |
| 4,549,323 | 10/1985 | Brockhaus | 5/451 |
| 4,597,120 | 7/1986 | Fogel et al. | 5/451 |
| 4,847,931 | 7/1989 | Bard | 5/451 |
| 4,972,534 | 1/1990 | Hutton | 5/451 |
| 4,980,939 | 1/1991 | Smith | 5/451 |

5,001,792  3/1991  Strobel .......................... 5/449

Primary Examiner—Alexander Grosz
Attorney, Agent, or Firm—Krass & Young

[57]                **ABSTRACT**

A relatively shallow mattress for a bed which has three integral parts: an inner bladder, an outer bladder and a mattress cover. The inner bladder is formed from a rectangular top and bottom sides welded together along the edges. The top side contains a valve. The outer bladder is effectively a safety cover for the inner bladder. It surrounds the inner bladder and but for a circular opening which allows access to the valve on the top side of the inner bladder, it is fluid tight. It is made in a similar fashion to the inner bladder which it permanently encloses. The mattress cover has an upper surface made of a quilted ticking. This ticking incorporates a thermal barrier layer. The mattress cover has a bottom and sides made from a relatively light woven cloth fabric. The mattress cover totally surrounds the bladder. An elongate zipper along the edge of the top surface allows insertion of the bladders and access to the valve used for filling.

**13 Claims, 3 Drawing Sheets**





5,010,843

3

lar cushions 14, 16. Thus, the pet has many options in using the pet bed 10 in accordance with this invention.

Cats also find such a device appealing. The cats will lie in the trough 28 or in the pockets 30, 32, or on the top surfaces, just as readily as dogs. Further, the basic size 5 of the bed can be scaled for different dog sizes and for cats.

The outer periphery of the bed need not be limited to a circular shape as illustrated and described, but may be of any shape, for example, square, oval, elliptical, po- 10 lygonal, etc. The trough 28 need not symmetrically divide the bed. The top cushions, for example, cushions 14, 16, can be complementary segments of the periph- eral shape of the base cushion 12, regardless of the base cushion shape, such that the top cushions on opposite 15 sides of the trough are of unequal size. Also, in other alternative embodiments in accordance with the inven- tion, the top cushions need not entirely cover the base cushion, and conversely, the top cushions can extend beyond the edges of the base cushion 12. Also, the base 20 cushion 12 may be replaced merely by a pad (not shown) which does not have removable fillers or a zippered cover. Further, in another alternative embodi- ment in accordance with the invention, one top cushion may be attached to the base cushion around the entire 25 periphery of the top cushion such that the pet bed in accordance with the invention has only one pocket and a trough.

Nevertheless, in each of these embodiments in accor- dance with the invention a trough and at least one 30 pocket is provided, with entrance to the pocket from the trough, such that the pet has the option of lying in the trough, crawling and resting at least partially within the pocket, or resting on the top surface of the top cushions. 35

Further, in alternative embodiments of a pet bed in accordance with the invention, the pockets as shown in FIGS. 1–3 may be omitted. That is, the diametral edges of the top cushions 14, 16 are attached to the base 12. Because the cushions are substantially pliable and in- 40 elastic, a trough 28 is still provided between the top cushions 14, 16. However, there are no pockets. In such an embodiment, the options for the pet are reduced to resting in the trough or resting on the top surfaces of the cushions 14, 16. 45

In the bed 10' of FIG. 4 the top cushions 14', 16' are less than semi-circles and the trough 28 between the top cushions flares out at one end of the trough. In FIG. 5, the cushions 14'', 16'' are contoured so as to provide a basically circular enlargement in the trough 28'' at the 50 center of the bed 10''.

FIG. 6 presents an embodiment of a pet bed 10''' in accordance with the invention which is similar to the embodiment of FIG. 4. However, in FIG. 6 entrance to the pockets 30''', 32''' is only at the flared portion of the 55 trough 28'''.

In FIGS. 4–6, the troughs are shown, for clarity in illustration, without deformations in the top cushion inner edges as would occur when a pet has been lying in the trough. 60

It will thus be seen that the objects set forth above, among those made apparent from the preceding de- scription, are efficiently attained and, since certain changes may be made in the above constructions with- out departing from the spirit and scope of the invention, 65 it is intended that all matter contained in the above description or shown in the accompanying drawings shall be interpreted as illustrative and not in a limited sense. It is also to be understood that the following claims are intended to cover all of the generic and spe-

4

cific features of the invention herein described and all statements of the scope of the invention which might be said to fall therebetween.

What is claimed:

1. A bed for pet comprising:
a base having a defined area;
a first top cushion having a first edge around the perimeter thereof, said first cushion being posi- tioned on top of said base and covering a first por- tion of said base area, said first cushion being at- tached to said base along a major portion of said first edge, a minor portion of said first edge being unattached to said base, said unattached portion being an entrance to a first pocket formed between said first cushion and said base;
a second top cushion having a second edge around the perimeter thereof, said second cushion being positioned on top of said base and covering a sec- ond portion of said base area, an attachment being formed between said base and the second edge of said second top cushion, the unattached portion of said first top cushion edge being opposed to said second top cushion, a trough being formed be- tween said cushions, said pocket entrance being within said trough.

2. A bed for a pet as claimed in claim 1, wherein said top cushions are attached to said base by at least one of stitching, zippers, snaps and materials that releasably adhere when pressed together.

3. A bed as claimed in claim 1, wherein a minor por- tion of the second edge of said second cushion is unat- tached to said base, said unattached portion of said second edge being an entrance to a second pocket formed between said second cushion and said base, and the unattached edge portions of said top cushions being opposed to each other, such that the entrance to said second pocket is within said trough.

4. A bed as claimed in claim 3, wherein said base is circular and said top cushions are each semi-circular, the diametral portions of said semi-circular cushions being opposed to each other and forming said trough therebetween.

5. A bed as claimed in claim 4, wherein said base is a cushion.

6. A bed as claimed in claim 5, wherein said base and top cushions each include a cover having an opening therethrough and filler therein, and reversible closure means in each cushion for controlling said opening, said filler being removable and insertable into said cushion via said opening.

7. A bed as claimed in claim 6, wherein said closure means is concealed from said pet.

8. A bed as claimed in claim 1, wherein said base and said top cushions are each circular and said top cushions are each semi-circular, the diametral portions of said semi-circular cushions being opposed to each other and forming said trough therebetween.

9. A bed as claimed in claim 1, wherein said base is a cushion.

10. A bed as claimed in claim 1, wherein said trough has two ends, said trough being narrow at one end and flared at the other end.

11. A bed as claimed in claim 10, wherein said pocket entrance is at said flared end of said trough.

12. A bed as claimed in claim 1, wherein said trough has two ends, said trough being narrow at both ends and wider for at least a portion of the trough length between said two ends.

* * * * *

5,010,843

1

## PET BED

### FIELD OF THE INVENTION

This invention relates generally to a bed for a pet and more particularly to a combination of cushions providing a number of resting options for the pet.

### BACKGROUND OF THE INVENTION

In many instances a household pet is considered as a family member. As such, the pet is deserving of comfortable accommodations, especially for sleeping. A dog bed of the prior art may comprise a lying down surface which is surrounded, with the exception of an entrance opening, with low vertical wall sections. The dog may lie in the center of the bed and frequently the dog attempts to snuggle into the corners of the wall. Dogs seem to have an instinct to withdraw into recesses and trough-like depressions. Cats also seek out environments where they are enclosed or at least partially surrounded, with their head exposed, or sometimes concealed. However, the prior art beds offer the pet few, if any, options in the manner of using the pet bed.

### OBJECTS OF THE INVENTION

Accordingly, it is an object of this invention to provide an improved pet bed which gives the pet options for comfortable rest.

Another object of this invention is to provide an improved pet bed which allows for easy cleaning and maintenance.

Yet another object of this invention is to provide an improved pet bed which caters to the instinctive, protective traits of dogs and cats.

In accordance with a preferred embodiment of the invention, a pet bed is provided which is especially suited to accommodate several pet preferences in sleeping and resting. A pair of semi-circular cushions connect along their circumferential perimeters to a circular cushion having substantially the same radius as the semi-circular cushions. The opposed diametral edges of the semi-circular cushions are unattached leaving a trough or slot between them. A pocket is formed between the adjacent surfaces of the semi-circular and circular cushions whereby a pet, for example, a dog or cat, may crawl into the pocket for resting and sleeping or may lie in the trough surrounded on two sides by the diametral edges of the semi-circular cushions. Whether in one of the pockets or in the trough, the animal can keep its head exposed to the ambient air. The cushions are fabricated of a flexible material, for example, cloth covers which may be treated to resist staining. The cushions are filled by opening longitudinal zippers provided in each cushion. The semi-circular cushions are attached to the circular cushion by means of stitching, zippers, snaps, materials that releasably adhere when pressed together, and the like. The seams are turned under to prevent the pet from pulling them apart.

Further objects and advantages of the invention will be apparent from the specification and drawings. The invention accordingly comprises the features of construction, combinations of elements, and arrangement of parts which will be exemplified in the constructions hereinafter set forth and the scope of the invention will be indicated in the appended claims.

2

### BRIEF DESCRIPTION OF THE DRAWINGS

For a fuller understanding of the invention, reference is had to the following description taken in connection with the accompanying drawings, in which:

FIG. 1 is a top perspective view of a pet bed in accordance with the invention;

FIG. 2 is a sectional view taken along the line 2—2 of FIG. 1;

FIG. 3 is a top view of the bed of FIG. 1; and

FIGS. 4–6 are top views of alternative embodiments of pet beds in accordance with the invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

With reference to the figures, a pet bed in accordance with the invention includes a circular base cushion 12 and a pair of semi-circular top cushions 14, 16 which rest upon the base cushion 12. The semi-circular edges 18, 20 of the top cushions are coincident with the circular top edge 22 of the base cushion 12. The circumferential edges 18, 20, 22 are joined together by any suitable means in a permanent or releasable fashion, for example, by stitching, zippers, snaps, hook and loop fastening means that releasably adhere when pressed together, such as VELCRO (registered trademark of VELCRO Industries, Curacao), and the like, to attach the top cushions to the base cushion.

The diametral edges 24, 26 of the semi-circular cushions 14, 16 are opposed to each other and unattached to the base cushion 12, thereby leaving an opening between the top cushions 14, 16 which is readily and usually inelastically pliable depending upon the filler within the cushions 14, 16. The edges 24, 26 can be kept close together or partially spread apart to form a generally V-shaped trough 28 or slot.

Because the top cushions 14, 16 are connected to the base cushion 12 only along the outer peripheral edges, pockets 30, 32 exist between the top cushions 14, 16 and the base cushion 12, these pockets extending from the central trough 28 toward the peripheral curved outer edges 18, 20, 22.

The cushions 12, 14, 16 are filled with any suitable cushion material, for example, layers of plastic foam or resilient foam particles, semi-rigid or rigid beading, cloth filler, and the like. To this end, the filler may be contained in its own liner (not shown) which is put into respective covers of the cushions 12, 14, 16 through zipper openings 34, 36, 36, provided in these covers. Thus, the inner filler material may be removed and cleaned as required, and the outer cushion covers may also be cleaned. The cushions, outer surfaces may be any suitable cloth fabric or plastic material and a different covering material may be used for the external surfaces as compared to the inner pocket surfaces. The connections between the top cushions 14, 16 and the base cushion 12 are turned under and the zippers 37, 38, 39 may be concealed to prevent the pets from pulling such joints apart. Also, the base cushion 12, on the surface 33 that contacts the floor or ground, may be of material different from the upper surface of the cushion. The filler material in the base cushion 12 may differ from the filler material in the top cushions 14, 16 to provide different resiliency characteristics, if desired.

In use, a pet can snuggle in the trough 28 as illustrated in FIG. 1; the pet may crawl into either pocket 30, 32, and the pet also may merely lie on top of the semi-circu-