5,588,393

5

combination with the inner panel 112 to provide an elastic pocket for the bottom cushion core. This construction, i.e., the first and second elasticized openings at the bottom of the bed 100, enables the customer to easily remove both foam cores for cleaning of the fabric cover, as contrasted with the single opening structure of the prior art bed which is shown in FIG. 3.

Moreover, because the lower, inside edge of the fabric panel 114 that covers the wall core is not attached to the annular fabric panel 130 which encloses the bottom cushion core, the latter can be pivoted upwardly in the direction indicated by the arrow 140. As this is done, the back wall portion 142 of the upper fabric layer, which extends upwardly from seam 138 along the back edge of the bottom cushion, folds in an upward direction. As this is done, the forward and rearward wall portions 106a, 106b are pressed towards one another, in the directions indicated by arrows 144a, 144b. As this motion continues, the forward and rearward wall portions come together, and the height "h" of the rear wall portion 142 of the upper fabric layer is sufficient to permit the rearward edge of the bottom cushion to rotate upwardly past the upper edge of the rear wall portion 106b, until the bottom cushion is finally pressed flat between and lies more or less parallel to the front and rear wall portions 106a, 106b. In other words, as is shown in FIG. 8, the height "h" of the rear wall fabric portion 142, plus the distance from the inner edge of the wall to the seam 120, is selected to be sufficient to allow the rearward edge 146 of the bottom cushion to pivot upwardly past the upper edge of the rear wall portion 106b, by the distance "h" which is necessary for the inner surface of the rear wall portion to come into flat abutment with the lower surface of the bottom cushion.

Simultaneously, the sides of the entrance notch 105 at the front of the bed collapse together as shown in FIG. 7, permitting the front wall portion 106a to move downwardly and rearwardly into flat abutment against the upper surface of the bottom cushion 104, as is also shown in FIG. 8.

In short, the combination of the loose fabric rear panel 142 and the downwardly folding front wall 106a permit vertical adjustment of the foam core members until they come to the position shown in FIG. 8, in which the bottom cushion is sandwiched flat between the front and rear portions of the perimeter wall. It will be noted, however, that the movement of the front wall portion 106a relative to the forward edge of the bottom cushion may also be achieved in part or in whole by forming the forward wall portion 148 of the upper fabric panel with sufficient height to accommodate the shift in positions. Furthermore, the arrangement may be reversed in some embodiments, i.e., the floor which may pivot upwardly at the front wall portion and downwardly at the rear wall. It will also be understood that, in some embodiments, the wall covering and liner fabrics may be cut from a single sheet of fabric rather than from two different materials as in the illustrated example.

Once the bed has been folded or "flattened" to the compact configuration which is shown in FIG. 8, it can be secured in this position by shrink wrap and/or banding 150, or by other suitable means.

The much more efficient packaging which is thus made possible can be seen by comparison of FIGS. 9 and 10. As was noted above, FIG. 9 shows the stacking of a typical non-collapsible prior art pet bed 30. In the particular example which is shown in FIG. 9, it is only possible to package four of the non-collapsible beds 30 in a space defined by the dimensions "a"x"b" (the dimension along the

6

third axis is assumed to be identical in both FIGS. 9 and 10). However, using collapsible beds 100 in accordance with the present invention, having essentially identical dimensions, it is possible to pack approximately seven units in an actually slightly smaller space as defined by dimensions "a"x"b–x". As can be seen, the downwardly folded forward wall portion 102a of each of the collapsed beds 100 fits beneath the rearward wall portion 102b of the bed in front of it, and against the bottom side of the bottom cushion 104, so that each collapsed basically bed occupies the thickness of two of its foam core portions. Also, if two or more stacks of the collapsed beds are packed adjacent one another, the downwardly extending edges of the forward wall portions 102a may be received in the gaps 152 between the edges of the bottom cushions.

In the example given above, an approximately 75% improvement in volumetric efficiency of the packaging is achieved by the present invention, which represents a very significant savings in terms of both packaging and shipping costs. It will be understood that these are only rough approximations, however, and that various factors, such as thicknesses of the foam cores and the overall shapes and sizes of the erected beds will naturally effect how many of the beds can be packed in a particular volume.

As was also noted above, another advantage of the pet bed of the present invention is that it provides for a neat and efficient use of shelf space at the point of sale. In particular, as can be seen in FIG. 10, the forward faces of the upturned bottom cushions 104 provides display areas 154 (see also FIG. 7) on which a label and other information can be conveniently positioned for viewing by the customer.

To erect the bed for use by the pet, the customer simply removes the shrink wrap and/or cardboard banding and reverses the steps which were described above with reference to the FIGS. 6–8, simply letting the forward and rear wall portions 102a, 102b spread apart and simultaneously pivoting the bottom cushion portion 104 downwardly to its horizontal position; because the bed collapses as a single unit, it is unnecessary for the customer to perform any additional assembly steps when setting it up, such as inserting foam core panels, for example.

FIGS. 11–13 show a pet bed 200 in accordance with a second embodiment of the present invention, this being particularly suited to relatively larger sizes of beds. As can be seen, the overall construction of the bed 200 is similar to that which has been described above, in that there is an oval bottom cushion member 202 which is encircled by an upstanding wall member 204. Also, there is a first fabric enclosure 206 for the bottom cushion, this having an upper fabric layer 208 which extends across the top of the foam core 210 and a lower fabric layer 212 which extends under the outer edges thereof, the latter being provided with an elastic band 214 along its edge to form the resiliently deformable opening which allows selective removal of the foam core. Similarly, there is a second fabric enclosure 216 for the foam core 218 of the wall member; as with the embodiment which was described above, this comprises an inner fabric layer which extends upwardly over the inside surface and upper edge of the wall, and an outer fabric layer 222 which extends downwardly over the outer surface of the wall and under the lower edge thereof, the lower edge of the outer fabric panel being provided with an elastic band 224 which forms the pocket for holding the foam core 218.

As is also similar to the embodiment which was described above, the inner fabric layer 220 of the outer enclosure extends downwardly and has its lower edge joined to the

U.S. Patent   Aug. 11, 1992   Sheet 12 of 14   5,136,981



FIG. 33

FIG. 34

FIG. 35

5,588,393

7

edge of the first enclosure 206 at a seam 226 which extends about the perimeter thereof, while the inner enclosure 206 remains free from attachment to the edge of the enclosure 216 which extends under the wall member. This allows the edges of the inner enclosure 206 and bottom cushion core 210 to be displaced upwardly relative to the wall member as the bed is folded, as is shown in FIG. 13.

Thus, as the bed 200 is folded to the collapsed configuration which is shown in FIGS. 11–13, the two edges 230, 232 at the ends of the long axis of the oval bottom cushion 202 bend upwardly as the forward and rearward portions 234, 236 of the wall member are pressed towards one another, and the inner fabric layer 220 in these areas folds and extends upwardly above the upper edge of the wall core to accommodate this movement. Simultaneously, the edges 240, 242 at the ends of the short axis of the bottom cushion remain positioned proximate the lower edges of the wall member 204, or in some embodiments move downwardly relative thereto. This results in the bottom cushion member 202 being folded essentially in half, in an inverted "U" configuration, with an upstanding ridge 244 formed along the long axis thereof. The wall member 204, in turn, is collapsed to a flattened, lozenge shape, with its forward and rearward portions 234, 236 being pressed flatly against the upper surface of the folded bottom cushion 202, adjacent the forward and rearward edges 240, 242 thereof.

The bed 200 can be secured in its collapsed configuration by a cardboard band 248 or other member which is wrapped around the short axis of the collapsed structure. An angled display area 250 may be formed on a forward portion of the band to display the label and other information. Thus, in their compact, collapsed form, the relatively larger beds 200 can be efficiently arranged in a row on a store shelf, with the display area 250 angled upwardly for convenient viewing by the purchaser.

To erect the bed, the purchaser simply removes the retainer band 248 and any associated packing, and spreads the forward and rearward wall portions 234, 236 apart. As this is done, the bottom cushion member 202 unfolds to its oval, planar configuration to form the floor of the bed, the fabric portions 220 at the ends thereof folding and extending downwardly to accommodate this motion relative to the wall member.

In the preferred embodiments which have been illustrated herein, the bottom cushion and wall cores are formed of a resiliently collapsible material, such as foam rubber. It will be understood, however, that in the embodiment which is illustrated in FIGS. 4–8, in which the floor cushion is not required to bend in order for the bed to collapse, the bottom cushion core may be formed in part or in whole of a rigid or semi-rigid material, and with cushioning being provided on the upper surface of this for the animal. Also, in many embodiments, the bottom cushion core may be retained in its enclosure by one, two, or more strips of plastic or webbing material which extend across the bottom opening, or by a continuous bottom panel which is releasably secured to the edges of the enclosure by a zipper, Vector™ (hook and loop) material, snaps, or other means. Furthermore, the foam core itself may be detachable mounted to the upper layer of the enclosure by hook and loop material, snaps, and so forth, so as to permit the lower portion of the fabric enclosure to be dispensed with. Also, the bed of the present invention can be made to collapse as a unit without any means being provided for removal/detachment of the foam cores (i.e., the cores could be permanently mounted within their enclosures), although the advantage of being able remove the cores for washing of the fabric cover would then be lost. Still further,

8

although the fabric covers have, for the purposes of this description, been discussed in terms of inner/outer and upper/lower layers of fabric, it will be understood that this includes a construction in which one or more of these layers may be formed of a single sheet of fabric, such as a single sheet running over the top of the bottom cushion and the upper edge and outer surface of the wall member, or over the outer and inner surfaces of the wall member and under the edge of the bottom cushion member, for example.

It is therefore to be recognized that these and many other modifications may be made to the illustrative embodiments described above without departing from the spirit and scope of the present invention. Accordingly, the invention is not to be limited, except as by the appended claims.

What is claimed is:

1. A pet bed which is collapsible as a unit for packaging, said bed comprising:

   a generally planar cushion member;

   a resiliently collapsible wall member which at least partially surrounds said cushion member when said bed is in an expanded configuration; and

   a fabric cover member, said cover member comprising:
   a first enclosure enclosing said cushion member; and
   a second enclosure enclosing said wall member;
   said second enclosure being attached to said first enclosure at a junction along an edge thereof, at least a part of said junction being displaceable in a vertical direction relative to said wall member so as to permit said cushion member in said first enclosure to be tilted up as first and second portions of said wall member are pushed together, to a collapsed position in which said cushion member is substantially parallel to and sandwiched between said first and second portions of said wall member.

2. The pet bed of claim 1, wherein said second enclosure for enclosing said wall member comprises:

   an inner fabric layer which extends upwardly over an inner surface and upper edge of said wall member; and

   an outer fabric layer which extends downwardly over an outer surface and under a lower edge of said wall member;

   said junction attaching said first enclosure to said second enclosure being formed between an edge of said first enclosure and said inner fabric layer of said second enclosure, and being free from attachment to an edge of said outer fabric layer which extends under said lower edge of said wall member, so that said inner fabric layer at said junction is free to fold upwardly as said cushion portion is tilted upwardly to said collapsed position.

3. The pet bed of claim 2, wherein said inner fabric layer of said second enclosure has sufficient height from said junction to said upper edge of said wall member to permit said inner fabric layer to deform as said cushion member is tilted upwardly until a portion of said wall member which is adjacent said junction comes into flat abutment against a lower surface of said cushion member.

4. The pet bed of claim 3, wherein said wall member comprises:

   a notch portion formed in an upper edge of a portion of said wall member generally opposite said junction, so as to permit said wall member to fold downwardly and rearwardly at said notch portion and into abutment with an upper surface of said cushion member as said cushion member is tilted to said collapsed position.

5. The collapsible pet bed of claim 4, wherein said notch is of sufficient width to form an access opening in said wall member when said bed is in said expanded configuration.

**U.S. Patent**   Aug. 11, 1992   Sheet 11 of 14   **5,136,981**



FIG. 30



FIG. 31



FIG. 32

US005136981A

## United States Patent [19]
### Barreto, III et al.

[11] Patent Number: 5,136,981
[45] Date of Patent: Aug. 11, 1992

[54] **PET BED**

[76] Inventors: Aurelio F. Barreto, III, 20455 Somma Dr., Lake Mathews, Calif. 92570; Darrell R. Paxman, 7186 Calico Cir., Corona, Calif. 91719

[21] Appl. No.: 738,587

[22] Filed: Jul. 31, 1991

[51] Int. Cl.⁵ ............................................. A01K 29/00
[52] U.S. Cl. ............................................. 119/28.5; D30/118
[58] Field of Search .................... 119/174, 28.5; 5/424, 5/425, 99.1; D30/118

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 45,392 | 3/1914 | Matthai | D30/1 |
| D. 224,934 | 10/1972 | Gilstrap | D30/1 |
| D. 225,121 | 11/1972 | Mashburn | 119/28.5 |
| D. 246,540 | 11/1977 | Burleson | D30/1 |
| 1,029,144 | 6/1912 | Rich | 119/19 |
| 1,126,333 | 1/1915 | Adams | 454/358 |
| 3,147,736 | 9/1964 | Daniel | 119/19 |
| 3,565,040 | 2/1971 | Pohl | 119/1 |
| 3,814,058 | 6/1974 | Thompson | 119/19 |
| 3,902,456 | 9/1975 | David | 119/1 |
| 3,989,008 | 11/1976 | Neumann | 119/1 |
| 4,008,687 | 2/1977 | Keys | 119/1 |
| 4,010,880 | 3/1977 | Guillot - Munoz | 224/42.42 A |
| 4,057,031 | 11/1977 | Williams et al. | 119/1 |
| 4,729,343 | 3/1988 | Evans | 119/19 |
| 4,763,604 | 8/1988 | Meekins | 119/1 |
| 4,860,689 | 8/1989 | Stewart | 119/1 |
| 4,899,693 | 2/1990 | Arnold | 119/28.5 |
| 5,000,116 | 3/1991 | Fife et al. | 119/28.5 |
| 5,002,014 | 3/1991 | Albin | 119/28.5 |
| 5,010,843 | 4/1991 | Henry | 119/28.5 |
| 5,027,748 | 7/1991 | Wolak | 119/168 |
| 5,033,408 | 7/1991 | Langenbabu | 119/28.5 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2514990 | 4/1983 | France | 119/28.5 |
| 955581 | 4/1964 | United Kingdom | 119/28.5 |

Primary Examiner—John G. Weiss
Attorney, Agent, or Firm—Cassidy, Vance & Tarleton

[57] **ABSTRACT**

Apparatus and methods for providing soft padded bedding for pets, such as for cats and dogs. The invention comprises: a flexible foam-core sidewall; a flexible foam-core base; and a cover having a sidewall enclosure, a separate base enclosure, and a floor, the sidewall enclosure capable of at least partially enclosing the sidewall, and the base enclosure capable of at least partially enclosing the base. The invention may also be configured to have a general appearance of a boat or one of several different tepees.

19 Claims, 14 Drawing Sheets



FIG. 27

FIG. 28

FIG. 29

U.S. Patent        Aug. 11, 1992        Sheet 1 of 14        5,136,981



FIG. 1

FIG. 2

U.S. Patent   Aug. 11, 1992   Sheet 9 of 14   5,136,981



FIG. 24

FIG. 25

FIG. 26



FIG. 3

FIG. 4



FIG. 21

FIG. 22

FIG. 23



FIG. 5, FIG. 6, FIG. 7, FIG. 8, FIG. 9, FIG. 10

U.S. Patent      Aug. 11, 1992      Sheet 7 of 14      5,136,981



FIG. 11

FIG. 12

FIG. 13

U.S. Patent     Aug. 11, 1992     Sheet 6 of 14     5,136,981



FIG. 17



FIG. 18



FIG. 14

FIG. 15

FIG. 16