5

Selbstverständlich ist es auch möglich Vliesstoffblock und Vliesstoffrolle aus unterschiedlichen Fasermaterialien herzustellen; insbesondere können sie unterschiedliche Faserlängen aufweisen. Beispielsweise kann der Vliesstoffblock aus Endlosfasern die Vliesstoffrolle aus Stapelfasern oder umgekehrt aufgebaut sein. Die Stapellänge der Stapelfasern, die für Vliesstoffblock und/oder Vliesstoffrolle eingesetzt werden, liegt zweckmäßigerweise bei 30 bis 150 mm, vorzugsweise 40 bis 100 mm.

Obwohl als Binder für das erfindungsgemäße Kissen auch Binderdispersionen eingesetzt werden können, die durch Verdunstung der flüssigen kontinuierlichen Phase die Verfestigung des Vliesstoffs herbeiführen, ist der Einsatz von Schmelzbindern bevorzugt.

Vorzugsweise besteht daher der Polsterkern, und zwar sowohl der Vliesstoffblock als auch die Vliesstoffrolle, aus schmelzbinderverfestigtem Vliesstoff. Der Schmelzbinder wird besonders vorteilhaft in Form von Fasern (Bindefasern) in den Vliesstoff eingebracht. Je nach dem gewünschten Ausmaß der Verfestigung des Vlieses beträgt der Gewichtsanteil des Binders 5 bis 35 Gew.-%, vorzugsweise 10 bis 25 Gew.-% des gesamten Vliesstoffgewichts (einschließlich Binder). Im Hinblick auf die gewünschte Recyclisierbarkeit ist es besonders bevorzugt, daß der Schmelzbinder ein modifizierter Polyester ist, dessen Schmelzpunkt mindestens 10°C, vorzugsweise 20°C unter dem Schmelzpunkt der tragenden Vliesstoffasern liegt.

Wird der Schmelzbinder gemäß der bevorzugten Ausführungsform in Faserform eingesetzt, so kann er in Form separater Bindefasern vorliegen oder er kann Bestandteil einer Zweikomponentenfaser sein, vom Seite-an-Seite oder Kern-Mantel-Typ, wobei der Mantel bzw. die eine Seite der Bikomponentenfaser aus dem Schmelzbinder besteht. Im Interesse der erleichterten Entsorgung ist es besonders bevorzugt, daß sowohl die tragenden Fasern als auch die Bindefasern des Polsterkerns aus Polyestern mit unterschiedlichen Schmelzpunkten bestehen. Im Rahmen der oben angegebenen Grenzen wird der Binderanteil vorzugsweise so gewählt, daß der Polsterkern einen relativ harten Griff hat.

finished to be flame resistant and which consist predominantly of building blocks derived from aromatic dicarboxylic acids and from aliphatic diols. Widely used aromatic dicarboxylic acid building blocks are the bivalent radicals of benzenedicarboxylic acids, in particular of terephthalic acid and of isophthalic acid; widely used diols have 2-4 carbon atoms, and ethylene glycol is particularly suitable. Modified polyesters preferably contain at least 85 mol % of ethylene terephthalate units. The remaining 15 mol % are then made up of dicarboxylic acid units and glycol units, which act as modifiers and which make it possible for the person skilled in the art to influence the physical and chemical properties of the filament products in a specific manner. Examples of such dicarboxylic acid units are radicals of isophthalic acid or of aliphatic dicarboxylic acids such as glutaric acid, adipic acid and sebacic acid; examples of modifying diol radicals are those of longer diols, for example of propanediol or butanediol, of di- or triethylene glycol or, if present in a small amount, of polyglycol having a molecular weight of about 500-2000. Particular preference is given to polyesters which contain at least 95 mol % of ethylene terephthalate units, in particular to polyesters made of unmodified PET.

The modifying of these polyester materials to render them flame resistant is effected by additions of halogen compounds, in particular bromine compounds, or, particularly advantageously, by the presence of from 0.1 to 20, preferably from 2 to 12, % by weight of phosphorus compounds which have been co-condensed into the polyester chain. Particularly preferred flame resistant polyesters for the fiber materials of the low flammability pillows of the invention are those which contain, co-condensed into the chain, building groups of the formula

[see source for formula]  (1)

where R is alkylene or polymethylene with 2 to 6 carbon atoms or phenyl and $R^1$ is alkyl with 1 to 6 carbon atoms, aryl or aralkyl.

6

Der Überzug des erfindungsgemäßen flammhemmenden Kissens kann aus einem Gewebe oder aus einer Maschenware aus Endlosfilamentgarn oder aus Stapelfasergarn bestehen. Gewebe oder Maschenware für den Überzug haben zweckmäßigerweise ein Flächengewicht von 100 bis 300 g/m². Gewebe für diesen Zweck weisen vorteilhafterweise eine Leinwand- oder Atlasbindung auf, die einen besonders angenehmen Hautkontakt vermittelt. Maschenware ist aus demselben Grund vorzugsweise einseitig gestrickt.

Besonders bevorzugt ist ein erfindungsgemäßes schwerentflammbares Kissen, das einen Überzug aus einer mindestens zweischichtigen Kombination eines Vliesstoffes mit einem Flächengewicht von 50 bis 300 g/m², mit einem Gewebe oder mit einer Maschenware mit einem Flächengewicht von 100 bis 300 g/m², die miteinander verbunden, vorzugsweise miteinander versteppt sind, besteht. Besonders vorteilhaft ist eine Überzug der aus einem derartigen Vliesstoff besteht, der beidseitig mit Gewebe- oder Maschenware abgedeckt und versteppt ist. Der Vorteil eines solchen dreischichtigen Aufbau des Überzugs besteht darin, daß ein solcher mehrschichtiger Überzug auch ohne den Polsterkern als dünne Kopfunterlage dienen kann.

Im Interesse eines besonders hautfreundlichen und textilen Griffs des erfindungsgemäßen schwerentflammbaren Kissens ist es bevorzugt, daß die Fasern, aus denen das Gewebe bzw. die Maschenware des Überzugs hergestellt ist, texturierte Multifilamentgarne oder aber Stapelfasergarne sind. Die Texturierung kann nach allen üblichen Verfahren erfolgt sein, insbesondere durch Luftdüsentexturierung oder Falschdrahttexturierung. Die Titer, der in dem Überzug enthaltenen Garne, liegt zweckmäßigerweise im Bereich von 60 bis 200 dtex, wobei Multifilamentgarne in der Regel 30 bis 150 Einzelfilamente aufweisen.

Als Polyester aus denen die Fasermaterialien - Fasermaterialien im Sinne dieser Beschreibung sind sowohl Endlos- als auch Stapelfasern - des Polsterkerns und des Überzugs bestehen, eignen sich flammfest modifizierte oder ausgerüstete

6

[illegible]

The cover of the flame retardant pillow according to the invention may comprise a fabric woven or knitted from continuous filament yarn or from staple fiber yarn. Woven or knitted fabrics for the cover advantageously have a basis weight from 100 to 300 g/m$^2$.
5   Woven fabrics for this purpose advantageously have a linen or satin/sateen weave, which confers particularly pleasant skin contact. Knitted fabric is for the same reason preferably knitted to a single face.

Particular preference is given to a low flammability pillow according to the invention wherein the cover comprises an at least two-layered combination of a nonwoven having a
10  basis weight from 50 to 300 g/m$^2$ with a woven or knitted fabric having a basis weight from 100 to 300 g/m$^2$, which are connected together, preferably by quilting. Of particular advantage is a cover comprising such a nonwoven faced and quilted on both sides with woven or knitted fabric. The advantage of such a three-layered construction of the cover is that such a multi-layered cover can serve as a thin headrest even without the
15  cushioning core.

In the interest of making the low flammability pillow according to the invention particularly skin friendly and textile to the touch, it is preferable for the fibers comprising the woven or knitted fabric of the cover to be textured multifilament yarns or else staple
20  fiber yarns. The texturing may be effected by any conventional process, in particular by air jet texturing or false twist texturing. The linear density of the yarns present in the cover is advantageously within the range from 60 to 200 dtex, and multifilament yarns generally contain from 30 to 150 individual filaments.

25  Suitable polyesters for the fiber materials--fiber materials for the purposes of this invention being not only staple fibers but also continuous filament fibers--of the cushioning core and of the cover are spinnable grades which have been modified or

7

spinnbaren Typen, die überwiegend aus Bausteinen, die sich von aromatischen Dicarbonsäuren und von aliphatischen Diolen ableiten, bestehen.
Gängige aromatische Dicarbonsäurebausteine sind die zweiwertigen Reste von Benzoldicarbonsäuren, insbesondere der Terephthalsäure und der Isophthalsäure; gängige Diole haben 2-4 C-Atome, wobei das Ethylenglycol besonders geeignet ist. Vorzugsweise enthalten modifizierte Polyester mindestens 85 mol% Ethylenterephthalat-Einheiten. Die restlichen 15 mol% bauen sich dann aus Dicarbonsäureeinheiten und Glycoleinheiten auf, die als sogenannte Modifizierungsmittel wirken und die es dem Fachmann gestatten, die physikalischen und chemischen Eigenschaften der hergestellten Filamente gezielt zu beeinflussen. Beispiele für solche Dicarbonsäureeinheiten sind Reste der Isophthalsäure oder von aliphatischen Dicarbonsäure wie z.B. Glutarsäure, Adipinsäure, Sebazinsäure; Beispiele für modifizierend wirkende Diolreste sind solche von längerkettigen Diolen, z.B. von Propandiol oder Butandiol, von Di- oder Tri-ethylenglycol oder, sofern in geringer Menge vorhanden, von Polyglycol mit einem Molgewicht von ca. 500 - 2000. Besonders bevorzugt sind Polyester, die mindesten 95 mol% Ethylenterephthalat-Einheiten enthalten, insbesondere solche aus unmodifiziertem PET.

Die Flammfest-Modifizierung dieser Polyestermaterialien erfolgt durch Zusätze von Halogenverbindungen, insbesondere Bromverbindungen, oder, was besonders vorteilhaft ist, durch einen Gehalt von 0,1 bis 20, vorzugsweise 2 bis 12 Gew.-% von Phosphorverbindungen, die in die Polyesterkette einkondensiert sind. Besonders bevorzugte flammfest modifizierte Polyester, aus denen die Fasermaterialien der schwer entflammbaren erfindungsgemäßen Kissen bestehen, sind solche, die in der Kette Baugruppen der Formel



(I)

worin R Alkylen oder Polymethylen mit 2 bis 6 C-Atomen oder Phenyl und $R^1$ Alkyl mit 1 bis 6 C-Atomen, Aryl oder Aralkyl bedeutet, einkondensiert enthalten.

5                                                                                          [illegible]

It is of course also possible to make the nonwoven block and the nonwoven roll from different fiber materials; in particular, they may have different fiber lengths. For example, the nonwoven block may be composed of continuous filament fibers and the nonwoven roll of staple fibers, or vice versa. The staple length of the staple fibers used for the nonwoven block and/or nonwoven roll is advantageously within the range of 30 to 150 mm, preferably from 40 to 100 mm.

Although the binders used for the pillow according to the invention can be binder dispersions which bring about the consolidation of the nonwoven through evaporation of the liquid continuous phase, the use of meltable binders is preferred. Preferably, therefore, the cushioning core, not only the nonwoven block but also the nonwoven roll, comprises meltable-binder-consolidated nonwoven. The meltable binder is particularly advantageously introduced into the nonwoven in the form of fibers (binding fibers). Depending on the desired degree of consolidation of the web, the weight proportion of the binder ranges from 5 to 35% by weight, preferably from 10 to 25% by weight, of the total nonwoven weight (including binder). From the aspect of the desired recyclability, it is particularly preferable for the meltable binder to be a modified polyester whose melting point is at least 10° C, preferably 20° C, below the melting point of the load-bearing nonwoven fibers.

If the meltable binder is, as is preferred, used in fiber form, it may be in the form of separate binding fibers or it may be part of a two-component fiber, of the side-by-side or core-sheath type, in which case the sheath or one of the sides of the bicomponent fiber consists of the meltable binder. In the interest of ease of disposal it is particularly preferable for the load-bearing fibers and the binding fibers of the cushioning core to comprise polyesters having different melting points. Within the above-specified limits, the binder content is preferably chosen so that the cushioning core is relatively firm to the touch.

8

Vorzugsweise bedeuten in der Formel I R Ethylen und R¹ Methyl, Ethyl, Phenyl, oder o-, m- oder p-Methyl-phenyl, insbesondere Methyl.

5   Die in den erfindungsgemäßen Kissen enthaltenen Polyester haben zweckmäßigerweise ein Molekulargewicht entsprechend einer intrinsischen Viskosität (IV), gemessen in einer Lösung von 1g Polymer in 100 ml Dichloressigsäure bei 25°C, von 0,5 bis 1,4 dl/g.

10  In einer weiteren bevorzugten Ausgestaltung des erfindungsgemäßen schwerentflammbaren Kissens werden die für die Herstellung des Polsterkerns und des Überzugs eingesetzten Fasermaterialien bezüglich der Polyesterzusammensetzung und bezüglich der Spinnbedingungen so ausgewählt, daß der Polsterkern sterilisierbar und der Überzug kochwaschbeständig ist.

15  Es ist weiterhin besonders zweckmäßig den Überzug des schwerentflammbaren Kissens durch einen Reißverschluß oder einen Klettverschluß verschließbar zu gestalten. Im Interesse einer einwandfreien Recyclisierbarkeit des erfindungsgemäßen Kissens (Sortenreinheit) wird es bevorzugt, daß Reißverschluß bzw. Klettverschluß des Kissenüberzugs aus
20  Polyestermonofilamenten bestehen. Besonders bevorzugt ist es, daß die Monofilamente des Reiß- oder Klettverschlusses wie die übrigen Fasermaterialien des Kissens aus flammfest modifizierten Polyester bestehen.

  Das folgende Ausführungsbeispiel veranschaulicht die Herstellung eines
25  erfindungsgemäßen schwerentflammbaren Kissens. Alle in dem Beispiel eingesetzten flammfest modifizierten Polyesterfasern bestanden aus Polyethylenterephalat, das durch Einbau von Baugruppen der oben angegebenen Formel I flammfest modifiziert worden ist ((R)TREVIRA CS - Fasermaterialien der Hoechst AG).
30

4                                               [illegible]

created for example by means of a strip of adhesive or a velcro fastener applied in the contact region. In a further variant of this embodiment, the nonwoven block and the nonwoven roll of the cushioning core each have separate covers and the two parts are connected together detachably. In this case too the detachable connection can be created
5   by means of an adhesive applied in strip form or preferably by means of a Velcro fastener.

In this preferred embodiment, the low flammability pillow according to the invention is particularly suitable for supporting the neck (neckroll). In this embodiment it can
10  therefore be used with particular advantage in particular in the orthopedic sector. Preferably the nonwoven roll of the cushioning core comprises a rolled-up sheet-like nonwoven having a basis weight from 200 to 800 $g/m^2$, which is rolled up in the unconsolidated state and then consolidated by activation of the binder and so stabilized in roll form.
15

FIG. 1 is a diagrammatic section through a pillow (1) according to the invention, comprising the nonwoven block (2), the nonwoven roll (3), the connecting element (4), which provides the detachable connection between the nonwoven block (2) and the nonwoven roll (3), and the common cover (5).
20  FIG. 2 is a diagrammatic section through another embodiment of the pillow (11) of the invention, comprising the nonwoven block (12), the nonwoven roll (13), the covers (15) and (15') for the nonwoven block (12) and the nonwoven roll (13), and the connecting element (14) which provides the detachable connection between the covered parts of the pillow.
25

The nonwoven block and the nonwoven roll of the low flammability pillow according to the invention may comprise continuous filaments or staple fibers. Advantageously the linear density of the fiber material of the nonwoven roll is chosen to be higher than that of the fiber material of the nonwoven block. This results in a higher compressive strength
30  for the roll and therefore particularly good support for the neck.

9

Beispiel

a) Viesstoffblock.

Auf einer Krempel wurde aus einer Mischung von 80 Gew.-% einer durch Einkondensieren von Bausteinen der Formel I, flammfest modifizierten Polyethylenterephthalat-Stapelfaser mit 17 dtex und 80 mm Stapellänge und 20 Gew.-% einer Bikomponentenfaser vom Kern-Mantel-Typ mit einem Kern aus flammfest modifiziertem Polyethylenterephthalat und einem Mantel aus Polyethylenterephthalt-Isophthalat mit einem Kern-Mantel-Gewichtsverhältnis von 50 zu 50, einem Titer von 4,4 dtex und einer Stapellänge von 50 mm wurde ein Vlies mit einem Flächengewicht von 1500 g/m² hergestellt. Das Vlies wurde auf eine Höhe von 8 bis 10 cm verdichtet und im Heißluftofen bei 160°C gebunden.

b) Nackenrolle

Aus der gleichen Fasermischung wurde auf der Krempel ein Vlies von 400 g/m² hergestellt und durch ein leichtes Nadeln vorverfestigt. Das so erhaltene, noch nicht binderverfestigte Vlies wurde zu einer Rolle von 15 cm Durchmesser aufgerollt und in dieser Form im Heißluftofen bei 160°C fixiert. Die so erhaltenen Polsterkerne für Kissen und Nackenrolle waren schwer entflammbar, recyclingfähig, waschbar und sterilisierbar und wiesen einen relativ harten Griff auf. Die Härte des Griffes dieser Kernmaterialien, ihre Druckfestigkeit und ihre Wiedererhohlungsfähigkeit lassen sich durch die Wahl des Fasertiters des Binderanteils der Fixiertemperatur und der Luftzufuhr variieren und wunschgemäß einstellen.

c) Überzug

Für den oben hergestellten Vliesstoffblock und die Vliesstoffrolle wurden getrennte Überzüge genäht, die an den offenen Seiten mit Reißverschlüssen aus Polyesterdraht versehen werden. Hierzu wurde ein dreischichtiges textiles Flächengebilde eingesetzt, bestehend aus einem Faservlies von 200 g/m² Flächengewicht aus flammfest modifizierten Polyethylenterephthalatfasern, das beidseitig mit einem Gewebe (180 g/m²) aus Stapelfasergarn (Einzelfasertiter 1,7 dtex) aus flammfest modifiziertem Polyethylenterephthalat. Die beiden Überzüge werden an geeigneten Stellen mit Klettverschlußstreifen aus

The present invention, then, relates to a cushioning material which is not only inexpensive to manufacture but also easy to clean and sterilize even in use under aggravated conditions and which is simple to recycle.

5   The low flammability pillow according to the invention comprises a cushioning core and a cover separable therefrom, and is characterized in that the cushioning core comprises a binder-consolidated nonwoven block from 5 to 15 cm, preferably from 8 to 12 cm, in thickness and from 500 to 3000 g/m$^2$, preferably from 1000 to 2000 g/m$^2$, in basis weight comprising fibers or filaments having a linear density from 3 to 50 dtex and preferably
10  from 6 to 20 dtex. The cover is a pocket-shaped, closable casing comprising a textile sheet material comprising or consisting of woven or knitted fabric. The fibers and filaments of the cushioning core and of the casing comprising flame resistant polyester.

    A further embodiment of the low flammability pillow according the invention comprises
15  a cushioning core which, in addition to the nonwoven block, comprises a cylindrical nonwoven roll whose height corresponds to the width of the nonwoven block and whose diameter is from 5 to 25 cm, preferably 10-20 cm. Said roll can be connected detachably or nondetachably to the block. A nondetachable connection between the nonwoven roll and the nonwoven block is achieved for example in a simple manner when, in the
20  consolidation phase of the webs, in which the consolidating binders of the nonwoven fabric are activated - in the case of the use of a meltable binder for example by heating to above the melting point of the meltable binder - the two parts are pressed together so that a satisfactory connection is formed between the nonwoven block and the nonwoven roll at the point of contact between the two parts.
25

    A detachable connection between the nonwoven block and the nonwoven roll can be

10

flammfestem Polyester-Draht versehen, so daß die Nackenrolle lösbar und in geeigneter Position mit dem Kissen verbunden werden kann.

5   Die Überzüge werden über den Vliesstoffblock und die Vliesstoffrolle gestreift und mit den Reißverschlüssen verschlossen. Danach werden die so erhaltenen Elemente des Kissens an den Klettverschlußstreifen aneinandergedrückt und so zu einem erfindungsgemäßen Kissen vereinigt.

2                                           [illegible]

fibers used are to be flame retardant synthetic polyester fibers with a cross-sectional circumference of 1 to 5 mm and a fiber length of not more than 10 mm. The cross-section itself is three-pointed or swastika-shaped.

5    However, this known material is not only relatively complicated and costly to manufacture, because of the complicated cross-sectional shape of the fibers used, but also has the serious disadvantage that, owing to the different fiber materials it contains, it is virtually impossible to recycle.

10   However, modern cushioning materials should not only have low flammability properties but also meet hygienic concerns; that is, they should be satisfactorily cleanable and, if necessary, sterilizable even under difficult circumstances and, in the event of their having to be replaced, should be satisfactorily disposable, preferably readily recyclable.

15   The particular problem of how to reduce the cost of manufacturing low flammability cushioning materials is the concern of German Utility Model 84 29 666, which describes a flame retardant web in the form of a sheet, tile or the like, which consists of a voluminous cushioning web known per se which is combined at least on one side with a flame retardant facing web, the cushioning web and the facing web being joined together
20   over a large area. The low flammability facing web is a needlefelt of low flammability fiber containing a portion of hot-melt adhesive fibers and/or a portion of synthetic fiber, the low flammability fiber consisting of polyvinyl chloride, modified polyacrylonitrile or of a copolymer. This material too is unable to meet in full the requirements of modern cushioning materials with respect to satisfactory cleaning in particular, and because of the
25   variety of fiber materials it contains, it is not recyclable and is difficult to dispose of.





Fig. 1



Fig. 2

HOECHST AKTIENGESELLSCHAFT                    HOE 93/F177 G  Dr. VA/As [illegible]

Description

Low Flammability Pillow

The present invention relates to a low flammability pillow comprising a binder-consolidated nonwoven block and a cover separable from the cushioning core, comprising a pocket-like closable casing comprising a textile sheet material, the fibers and filaments of the cushioning core and of the casing comprising flame resistant polyester.

A frequent cause of fires in homes and other occupancies is that sources of ignition, such as burning cigarettes, burning candles, overheated electric installations or open flames, for example from repair work, come into contact with cushioning of the items of furniture or fitments and cause smoldering or flaming fires in this cushioning. Facilities where relatively large numbers of people congregate, such as hotels, conference centers, but also transport means such as ships, railroad compartments or airplanes, have regulations governing the flame resistance of the items of furniture or fitments used therein. Especially in the real estate business, but also privately, fires, including smoldering fires, have serious, frequently fatal, consequences for the occupants, and it is therefore of very great interest to provide cushioning articles which are difficult to ignite by sources of ignition.

There has been no shortage of attempts to meet the need for low flammability cushioning materials. For instance, Japanese Patent Application 60 002 274 discloses a bulked fiber product, for example a pillow filled with a filling of thermoplastic synthetic polyester fibers, flame retardant fibers and/or polyamide fibers. At least 30% by weight of the

11

Schutzansprüche

HOE 93/F 177 G

1. Schwer entflammbares Kissen bestehend aus einem Polsterkern und einem vom Polsterkern trennbaren Überzug, dadurch gekennzeichnet, daß der Polsterkern aus einem binderverfestigten Vliesstoff-Block von 5 bis 15 cm, vorzugsweise 8 bis 12 cm Dicke und einem Flächengewicht von 500 bis 3000 g/m² aus Fasern oder Filamenten mit einem Titer von 3 bis 50 dtex besteht und der Überzug eine taschenförmige, verschließbare Hülle ist aus einem textilen Flächengebilde, das ein Gewebe oder eine Maschenware enthält oder daraus besteht, wobei die Fasern und Filamente des Polsterkerns und der Hülle aus flammfest modifiziertem Polyester bestehen.

2. Schwer entflammbares Kissen gemäß Anspruch 1, dadurch gekennzeichnet, daß der Polsterkern zusätzlich zu dem Vließstoff-Block eine zylinderförmige Vließstoffrolle aufweist, deren Höhe der Breite des Vließstoffblocks entspricht und deren Durchmesser 5 bis 20 cm beträgt, die mit dem Vließstoffblock fest oder lösbar verbunden ist.

3. Schwer entflammbares Kissen gemäß mindestens einem der Ansprüche 1 und 2, dadurch gekennzeichnet, daß der Vließstoff-Block und die Vließstoffrolle des Polsterkerns jeweils eigene Überzüge haben und beide Teile lösbar miteinander verbunden sind.

4. Schwer entflammbares Kissen gemäß mindestens einem der Ansprüche 1 bis 3, dadurch gekennzeichnet, daß der Polsterkern sterilisierbar ist.

5. Schwer entflammbares Kissen gemäß mindestens einem der Ansprüche 1 bis 4, dadurch gekennzeichnet, daß der Polsterkern aus einem schmelzbinderverfestigten Vliesstoff besteht.

6. Schwer entflammbares Kissen gemäß mindestens einem der Ansprüche 1

[logo]  (19) Federal Republic of Germany
         German Patent Office

(12)  **Utility Model**                                    U1

(11) Registry Number: G 93 09 699.2
(51) Main Class: A47G  9/00
(22) Filing Date: 6/30/93
(47) Registration Date: 8/19/93
(43) Publication in Patent Gazette: 9/30/93
(54) Title of the object:
     Low Flammability Pillow
(71) Owner's Name and Residence
     Hoechst AG, 65929 Frankfurt, DE