8                                                    [illegible]

The preferred meanings for the symbols in the formula I are ethylene for R and methyl, ethyl, phenyl or o-, m- or p-methylphenyl, in particular methyl, for $R^1$.

5  The polyesters present in the pillows of the invention advantageously have a molecular weight corresponding to an intrinsic viscosity (IV), measured in a solution of 1 g of polymer in 100 ml of dichloroacetic acid at 25°C, of from 0.5 to 1.4 dl/g.

In a further preferred embodiment of the low flammability pillow according to the invention, the fiber materials used for producing the cushioning core and the cover are
10  chosen in respect of the polyester composition and in respect of the spinning conditions so that the cushioning core is sterilizable and the cover can be boil-washed.

It is further particularly advantageous for the cover of the low flammability pillow to be constructed closable by means of a zip fastener (zipper) or a velcro fastener. In the
15  interest of satisfactory recyclability of the pillow according to the invention (single material constitution) it is preferable for the zip or velcro fastener of the pillow cover to comprise polyester monofilaments. It is particularly preferable for the monofilaments of the zip or velcro fastener to comprise flame resistant polyester like the rest of the fiber materials of the pillow.
20

The embodiment example which follows illustrates the production of a low flammability pillow of this invention. All the flame resistant polyester fibers used in the example were made of polyethylene terephthalate rendered flame resistant by incorporation of building groups of the above-indicated formula I ((R) TREVIRA CS - fiber materials from
25  Hoechst AG).



**TRANSPERFECT TRANSLATIONS**

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

## AFFIDAVIT OF ACCURACY

I, Charles Lorenz, hereby certify that the "German Patent Registry No. G 93 09 6992, filing date June 30, 1993" translation from German into English, is to my knowledge and belief, a true and accurate translation.

Charles Lorenz
Director, Business Development
TransPerfect Translations, Inc.
1717 Main Street
Suite 5650
Dallas, TX 75201

Sworn before me on this
2nd Day of March, 2005

Signature, Notary Public



Rosemarie Mayangelo
My Commission Expires
May 20, 2006

Stamp, Notary Public

1717 MAIN STREET, SUITE 5650, DALLAS, TX 75201

9                                          [illegible]

Example

a) Nonwoven block

5   A carding machine was used to process a mixture of 80% by weight of a 17 dtex polyethylene terephthalate staple fiber which had a staple length of 80 mm and had been rendered flame resistant by incorporation of building blocks according to formula I and 20% by weight of a bicomponent fiber of the core-sheath type with a core of flame resistant modified polyethylene terephthalate and a sheath of polyethylene terephthalate
10  isophthalate with a core-sheath weight ratio of 50:50, a linear density of 4.4 dtex and a staple length of 50 mm into a web having a basis weight of 1500 g/m². The web was compacted to a height of from 8 to 10 cm and bonded at 160° C in a hot air oven.

b) Neckroll
15

The same fiber mixture was carded on the same machine to produce a 400 g/m² web which was then preconsolidated by light needling. The resulting web, still to be binder-consolidated, was rolled up into a roll 15 cm in diameter and set in that form at 160° C in the hot air oven. The resulting cushioning cores for pillow and neckroll were of low
20  flammability, recyclable, washable and sterilizable and were relatively firm to the touch. The firmness of these core materials, their compressive strength and their ability to recover can be varied and adjusted as desired through the choice of fiber linear density, binder content, setting temperature and air supply.

25  c) Cover

Separate covers, equipped at the open sides with zippers made of polyester wire, were sewn for the resulting nonwoven block and the nonwoven roll. A three-layered textile sheet material was used comprising a fiber web 200 g/m² in basis weight comprising
30  flame resistant polyethylene terephthalate fibers and faced on both sides with a woven fabric (180 g/m²) made of staple fiber yarn (fiber linear density 1.7 dtex) of flame resistant polyethylene terephthalate. The two covers are provided at suitable places with



Fig. 1



Fig. 2

10

[illegible]

velcro strips of flame resistant polyester wire, so that the neckroll can be connected detachably to the pillow at a suitable position.

5   The covers are slipped over the nonwoven block and the nonwoven roll and closed with the zippers. The resulting elements of the pillow are then pressed together at the Velcro fastening strips and joined into an inventive pillow.

HOE 93/F 177 G

[see source for figures 1 and 2]

11                                                              [illegible]

Patent Claims

HOE 93/F 177 G

1. A low flammability pillow comprising a cushioning core and a cover separable therefrom, characterized in that the cushioning core comprises a binder-consolidated nonwoven block with a thickness of 5 to 15 cm, preferably 8 to 12 cm, and a basis weight from 500 to 3000 g/m$^2$ comprising fibers or filaments having a linear density from 3 to 50 dtex, and that the cover is a pocket-shaped, closable casing comprising a textile sheet material containing or consisting of woven or knitted fabric, whereby the fibers and filaments of the cushioning core and of the casing consist of flame retardant polyester.

2. The low flammability pillow according to claim 1, characterized in that the cushioning core, in addition to the nonwoven block, comprises a cylindrical nonwoven roll whose height corresponds to the width of the nonwoven block and whose diameter is from 5 to 20 cm, said roll being connected detachably or nondetachably to the block.

3. The low flammability pillow according to at least one of the claims 1 and 2, characterized in that the nonwoven block and the cylindrical nonwoven roll of the cushioning core each have separate covers, and the two parts are connected together detachably.

4. The low flammability pillow according to at least one of the claims 1 to 3, characterized in that the cushioning core is sterilizable.

5. The low flammability pillow according to at least one of the claims 1 to 4, characterized in that the cushioning core comprises a meltable-binder-consolidated nonwoven batt.

6. The low flammability pillow according to at least one of the claims 1 to 5,

13                                                      [illegible]

characterized in that the cover is closable by means of a zipper or velcro fastener, preferably one consisting of polyester wire, specifically flame retardant polyester wire.

12                                                          [illegible]

characterized in that the meltable binder is integrated in the nonwoven batt in fiber form, preferably in the form of bicomponent fibers composed of two polyesters having different melting points.

7. The low flammability pillow according to at least one of the claims 1 to 6, characterized in that the cover can be boil-washed.

8. A low flammability pillow according to at least one of the claims 1 to 7, characterized in that the textile sheet material of the cover comprises an at least two-layered combination of a nonwoven batt having a basis weight from 50 to 300 g/m$^2$ with a woven or knitted fabric having a basis weight from 100 to 300 g/m$^2$, which are connected together, preferably by quilting.

9. The low flammability pillow according to at least one of the claims 1 to 8, characterized in that the fibers of the cushioning core and of the cover comprise flame resistant polyethylene terephthalate.

10. The low flammability pillow according to at least one of the claims 1 to 9, characterized in that the flame retardant polyester comprises co-condensed structural units according to Formula I,
[see source for formula]
                                                                        (1)

where R stands for alkyls or polymethyls with 2 to 6 C atoms or phenyl, and R$^1$ stands for alkyl with 1 to 6 C atoms, aryl or aralkyl.

11. The low flammability pillow according to at least one of the claims 1 to 10,