IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FLEXI-MAT CORPORATION**, an Illinois corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>**DALLAS MANUFACTURING COMPANY, INC.**, a Texas corporation, **BJ'S WHOLESALE CLUB, INC.**, a Delaware corporation, and **DOSKOCIL MANUFACTURING COMPANY, INC.**, a Texas corporation,<br><br>    Defendant.<br><br>   AND RELATED CROSS-ACTIONS. | Case No. 04 10162 DPW |

## MOTION TO AMEND SCHEDULING ORDER

Plaintiff Flexi-Mat Corporation ("Flexi-Mat") and defendant Doskocil Manufacturing ("Doskocil") hereby move the Court to enter the following proposed Scheduling Order, which contains proposed deadlines the Court ordered the parties to attempt to agree upon, as well as other proposed deadlines. Generally, the proposed new deadlines add approximately thirty (30) days to the existing deadlines.

1.   This is a patent infringement case filed by Flexi-Mat on January 23, 2004 against defendants Dallas and BJ's Wholesale. Flexi-Mat amended its complaint on August 31, 2004 to add defendant Doskocil as a party. On April 4, 2005, the Court granted Flexi-Mat's motion to file a Second Amended Complaint, which, among other things, clarifies the products accused of infringement.

2. On May 4, 2004, Flexi-Mat, Dallas and BJ's Wholesale filed a Local Rule 16.1 Joint Statement including various agreed-upon deadlines to govern the litigation. On May 11, 2004, the Court entered a Scheduling Order that included deadlines for fact discovery and submission of expert disclosures only, those dates being February 4, 2005 and April 15, 2005, respectively.

3. In light of the addition of Doskocil to the case, on December 14, 2004, the parties filed a Joint Stipulated Agreement for Amendment of the Scheduling Order. On December 27, 2004, the Court entered an Order setting June 3, 2005 as the deadline for fact discovery and July 12, 2005 as the deadline for the submission of expert disclosures. The Court also ordered the parties to submit a Status Report by July 19, 2005, and set a Status Conference for July 26, 2005, at 2:30 p.m. EST.

4. On or about March 16, 2005, counsel for Flexi-Mat brought to the Court's attention that no deadlines had been set for the filing of dispositive motions or for the completion of expert discovery. The Court thus directed the parties to attempt to agree on such deadlines and to submit a proposed amended Scheduling Order incorporating those deadlines. In addition, in light of the Court's granting of the filing of Flexi-Mat's Second Amended Complaint on April 4, 2005, defendant Doskocil has requested, and Flexi-Mat has agreed, to a 30-day extension of time for fact discovery. Thus far, the parties have conducted extensive discovery, but believe there is significant discovery left to be taken.

5. The parties have conferred on these matters, and Flexi-Mat and Doskocil have agreed to the proposed deadlines outlined below. Counsel for Dallas and BJ's has neither opposed these proposed deadlines, nor agreed to them. After a series of telephone conversations between the parties in March, followed by exchange of a draft amended scheduling order on

April 7, lead counsel for Dallas and BJ's indicated on or about April 13 that he was waiting to hear back from Dallas' and BJ's' local counsel regarding whether to agree to the new dates in the draft amended scheduling order. Counsel for Dallas and BJ's has yet to commit to the new deadlines. Flexi-Mat's counsel has continuously sought a response from counsel for Dallas and BJ's on this matter, including the following attempts: a voice-mail left for Darren Franklin on April 11; voice-mails exchanged with Darren Franklin on April 12; a conversation with Darren Franklin during the April 13 deposition in Boston; a telephone conversation with Gary Clark on April 13; a voice-mail left for Gary Clark on April 15; voice-mails exchanged with Darren Franklin on April 18; a telephone conversation with Darren Franklin on April 19; and voice-mails exchanged with Darren Franklin on April 25.

      6.      Having conferred, Flexi-Mat and Doskocil propose the following schedule:

          a.      Fact discovery for all parties will be completed by **July 8, 2005**.

          b.      As ordered by the Court on December 27, 2004, the parties will submit a Status Report by **July 19, 2005.**

          c.      A Status Conference has been set by the Court for **July 26, 2005** (the parties propose to discuss during this conference, among other matters, a date for a Markman Hearing and a trial date).

          d.      Expert Reports under Fed. R. Civ. P. 26(a)(2)(B) for the party bearing the burden of proof are due by **August 12, 2005**. Depositions of such experts will be completed by **September 9, 2005**. The parties' Expert Rebuttal Reports are due by **October 14, 2005**.

          e.      The parties will complete expert discovery by **November 11, 2005**.

   f.  The parties must file motions potentially dispositive of a claim or defense on or before **November 30, 2005**. Oppositions to such motions must be filed within **forty (40) days** thereafter. Replies in support of the motions must be filed within **twenty-one (21) days** after the filing of Oppositions.

These proposed revisions to the Scheduling Order do not affect the trial date, which has not yet been set by the Court.

IT IS SO STIPULATED (Proposed Order submitted herewith):

Dated: April 28, 2005.

| By: | s/ Richard B. Myrus | By: | s/ Roy Hardin |
|---|---|---|---|
| | Larry L. Saret | | Roy Hardin |
| | Manotti L. Jenkins | | M. Scott Fuller |
| | MICHAEL BEST & FRIEDRICH LLP | | LOCKE, LIDDEL & SAPP LLP |
| | 401 N. Michigan Ave., Suite 1900 | | 2200 Ross Avenue, Ste. 2200 |
| | Chicago, Illinois 60611 | | Dallas, Texas 75201 |
| | Telephone: (312) 222-0800 | | Telephone: (214) 740-8000 |
| | Facsimile: (312) 222-0818 | | Facsimile: (214) 740-8800 |
| | Attorneys for Plaintiff<br>FLEXI-MAT CORPORATION | | Attorneys for Defendant<br>DOSKOCIL MANUFACTURING COMPANY, INC. |
| | Local Counsel for Plaintiff | | Local Counsel for Defendants |
| | Richard B. Myrus (BBO #638793) | | James J. Marcellino |
| | William Meunier | | David M. Mello |
| | GOODWIN PROCTER LLP | | McDermott, Will & Emery |
| | Exchange Place | | 28 State Street |
| | Boston, Massachusetts 02109 | | Boston, Massachusetts 02109-1775 |
| | Telephone: (617) 570-1058 | | Telephone: (617) 535-4000 |
| | Facsimile: (617) 523-1231 | | Facsimile: (617) 535-3800 |