UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FLEXI-MAT CORPORATION, an Illinois
corporation,
Plaintiff,
v.
DALLAS MANUFACTURING COMPANY,    Civil Action No. 04 10162 DPW
INC., a Texas corporation, BJ'S WHOLESALE
CLUB, INC., a Delaware corporation, and
DOSKOCIL MANUFACTURING
COMPANY, INC., a Texas corporation,
Defendants.

**ORDER ON MOTION TO AMEND SCHEDULING ORDER**

**WOODLOCK, District Judge**

This Court having considered the Motion to Amend Scheduling Order ("the Motion"), is of the conclusion that it is in the best interest of justice, and should be granted.

It is therefore ORDERED that:

(a) The Motion is GRANTED; and

(b) The Scheduling Order dated May 11, 2004, as amended on December 27, 2004, is hereby further amended as follows:

(1) Fact discovery for all parties will be completed by **July 8, 2005**;

(2) The parties will submit a Status Report by **July 19, 2005**;

(3) Status Conference on **July 26, 2005**;

(4) Expert Reports under Fed. R. Civ. P. 26(a)(2)(B) for the party bearing the burden of proof due by **August 12, 2005**;

(5) Depositions of experts completed by **September 9, 2005**;

(6) Expert Rebuttal Reports due by **October 14, 2005**;

(7) Expert discovery complete by **November 11, 2005**; and

(8) Dispositive motions must be filed no later than **November 30, 2005**. Oppositions to such motions must be filed within **forty (40) days** thereafter. Replies in support of the motions must be filed within **twentyone (21) days** after the filing of Oppositions.

                                                BY THE COURT,

                                                /s/ Michelle Rynne

DATE: May 10, 2005                              Deputy Clerk