THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,<br><br>Defendants. | Civil Action No. 04 10162 DPW |

### CERTIFICATE OF MICHAEL E. HUSMANN

I, Michael E. Husmann, declare and state as follows:

1. I am an attorney with the law firm of MICHAEL, BEST & FRIEDRICH, LLP. I am a member in good standing of the Bar of the State of Wisconsin.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 21st day of June, 2005.

By: _/s/ Michael E. Husmann_
Michael E. Husmann