THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FLEXI-MAT CORPORATION**, an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**DALLAS MANUFACTURING COMPANY, INC.**, a Texas corporation, **BJ'S WHOLESALE CLUB, INC.**, a Delaware corporation, and **DOSKOCIL MANUFACTURING COMPANY, INC.,** a Texas corporation,<br><br>    Defendants. | Civil Action No. 04 10162 DPW |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL E. HUSMANN

Richard B. Myrus, a partner of the law firm of Goodwin Procter LLP, and a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, enter an Order authorizing Michael E. Husmann to appear *pro hac vice* in the above-captioned case on behalf of the plaintiff for the following reasons:

(1)    Michael E. Husmann is an attorney with the law firm of Michael, Best & Friedrich, LLP, and is a member in good standing of the Bar of the State of Wisconsin.

(2)    Mr. Husmann has prepared a certificate of good standing in accordance with Local Rule 83.5.3, certifying that:

   (a)    He is a member in good standing of the Bar of the State of Wisconsin, and every other jurisdiction where he has been admitted to practice;

   (b)    He is familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts; and

(c) There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of Michael E. Husmann.

Respectfully submitted,

FLEXI-MAT CORPORATION,

June 23, 2005            By:    /s/ Richard Myrus
                                Richard Myrus (BBO#638793)
                                Goodwin Procter LLP
                                Exchange Place
                                Boston, MA 02109
                                Telephone: (617) 570-1058

CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

I, Richard B. Myrus, Esq., have spoken with opposing counsel, James Marcellino, of the law firm of McDermott, Will & Emery, counsel for defendants, and he has stated that he does not oppose this motion.

/s/ Richard Myrus
Richard B. Myrus

LIBA/1560130.1

-2-