# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, <br><br> Defendants. <br> _____ <br> AND RELATED COUNTERCLAIMS. | Civil Action No. 04 10162 DPW |

## STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

Plaintiff Flexi-Mat Corporation ("Flexi-Mat"), Defendant Dallas Manufacturing Company, Inc. ("Dallas Manufacturing"), Defendant BJ's Wholesale Club, Inc. ("BJ's Wholesale Club"), and Defendant Doskocil Manufacturing Company, Inc. ("Doskocil") hereby stipulate to and request that the Court enter the following proposed amended schedule. This proposed amended schedule contains new deadlines for completing fact discovery and submitting expert reports, among other things. The parties need to amend the case schedule because discovery in this matter has proceeded slower than expected due to the difficulty in coordinating the attendance of witnesses and counsel from three parties spread out across the country, and the parties have been unable to find a mutually agreeable time to depose Flexi-Mat's witnesses until mid-August, 2005.

1.  On May 24, 2005, Flexi-Mat informed Defendants that the primary attorney handling its case, Manotti L. Jenkins, Esq., was leaving his law firm and that a new primary attorney would be handling Flexi-Mat's case. In light of this development, the parties

agreed to postpone the depositions of Dallas Manufacturing's and Doskocil's witnesses from the first week of June 2005 to the last week of June 2005, to allow Flexi-Mat's new counsel to get up to speed.

2.  Due to prior work commitments, vacation schedules, and the difficulty of coordinating the attendance of witnesses and counsel from three parties spread out across the country, the parties have been unable to find a mutually agreeable time to depose Flexi-Mat's witnesses until mid-August, 2005. After conferring by telephone, the parties have agreed that every effort will be made by the necessary witnesses and counsel so that Flexi-Mat's witnesses can be deposed prior to September 14, 2005 in Chicago, Illinois. This period is after the date that the Court set for completing fact discovery, and thus the parties are requesting that the Court enter an amended case schedule.

3.  Having conferred, the parties propose the following schedule:

   a. Fact discovery for all parties will be completed by **September 14, 2005**.

   b. The parties will submit a Status Report by **September 21, 2005.**

   c. The Status Conference set by the Court for July 26, 2005 will be continued to **September 28, 2005** (the parties propose to discuss during this conference, among other matters, a date for a Markman Hearing and a trial date).

   d. Expert Reports under FED. R. CIV. P. 26(a)(2)(B) for the party bearing the burden of proof are due by **September 16, 2005**.

-3-

Depositions of such experts will be completed by **September 30, 2005**. The parties' Expert Rebuttal Reports are due by **October 21, 2005**.

The date set for completing expert discovery (November 11, 2005), and subsequent case dates, will remain the same per the Court's Order Granting Joint Motion to Amend Scheduling Order, entered on May 10, 2005. The proposed amendments do not affect the trial date, which the Court has not yet set.

///

///

///

///

///

///

///

///

///

Dated:  July 8, 2005

IT IS SO STIPULATED.

| | |
|---|---|
| By: /s/ Michael E. Husmann<br>　　Michael E. Husmann, Esq.<br>　　MICHAEL BEST & FRIEDRICH LLP<br>　　100 East Wisconsin Avenue, Ste. 3300<br>　　Milwaukee, Wisconsin 53202-4108<br>　　Telephone:  (414) 271-6560<br>　　Facsimile:  (414) 277-0656<br><br>　　Richard B. Myrus (BBO # 638793)<br>　　William Meunier, Esq.<br>　　GOODWIN PROCTER LLP<br>　　Exchange Place<br>　　Boston, Massachusetts 02109<br>　　Telephone:  (617) 570-1058<br>　　Facsimile:  (617) 523-1231<br><br>　　Attorneys for Plaintiff<br>　　FLEXI-MAT CORPORATION | By: /s/ Gary A. Clark<br>　　Gary A. Clark, Esq.<br>　　Darren M. Franklin, Esq.<br>　　SHEPPARD MULLIN RICHTER &<br>　　HAMPTON LLP<br>　　333 South Hope Street, 48th Floor<br>　　Los Angeles, California 90071-1448<br>　　Telephone:  (213) 620-1780<br>　　Facsimile:  (213) 620-1398<br><br>　　Attorneys for Defendants<br>　　DALLAS MANUFACTURING COMPANY,<br>　　INC. AND BJ'S WHOLESALE CLUB, INC.<br><br>By: /s/ Roy W. Hardin<br>　　Roy W. Hardin, Esq.<br>　　M. Scott Fuller, Esq.<br>　　LOCKE, LIDDELL & SAPP LLP<br>　　2200 Ross Avenue, Ste. 2200<br>　　Dallas, Texas  75201<br>　　Telephone:  (214) 740-8601<br>　　Facsimile:  (214) 756-8601<br><br>　　Attorneys for Defendant<br>　　DOSKOCIL MANUFACTURING CO., INC.<br><br>　　James J. Marcellino (BBO # 318840)<br>　　David M. Mello (BBO # 634722)<br>　　MCDERMOTT, WILL & EMERY<br>　　28 State Street<br>　　Boston, Massachusetts 02109-1775<br>　　Telephone:  (617) 535-4000<br>　　Facsimile:  (617) 535-3800<br><br>　　Attorneys for Defendants |

**ORDER**

　　IT IS SO ORDERED.

Dated:  July __, 2005

_____
UNITED STATES DISTRICT JUDGE