## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Civil Action No. 04 10162 DPW |
| DALLAS MANUFACTURING COMPANY, a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, | ) ) ) ) ) ) |
| Defendants. | ) |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) ) ) |
| Counter-claimant, | ) ) |
| v. | ) ) |
| FLEXI-MAT CORPORATION, a corporation, | ) ) |
| Counter-defendant. | ) |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) ) |
| Counter-claimant, | ) ) |
| v. | ) ) |
| FLEXI-MAT CORPORATION, a corporation, | ) ) |
| Counter-defendant. | ) |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, | ) ) ) |
| Counter-claimant, | ) ) |
| v. | ) ) |
| FLEXI-MAT CORPORATION, a corporation, | ) ) |
| Counter-defendant. | ) |

**PLAINTIFF FLEXI-MAT CORPORATION'S REPLY TO
DOSKOCIL MANUFACTURING COMPANY, INC.'S
COUNTERCLAIM FOR DECLARATORY RELIEF**

Plaintiff Flexi-Mat Corporation ("Flexi-Mat") hereby replies to the Counterclaim of defendant Doskocil Manufacturing Company, Inc. ("Doskocil").

## Parties

30. Doskocil is a corporation duly organized and existing under the laws of the State of Texas, having a place of business in Arlington, Texas.

**Reply**:

Flexi-Mat admits, upon information and belief, that Doskocil is a corporation duly organized and existing under the laws of the State of Texas, having a place of business in Arlington, Texas.

31. On information and belief, Flexi-Mat is a corporation organized under the laws of the State of Illinois, having a place of business in Chicago, Illinois.

**Reply**:

Admitted.

## Jurisdiction

32. Contingent on the main claim, this Court has supplemental jurisdiction over this counterclaim pursuant to 28 U.S.C. §§ 1367, 2201 and 2202. This counterclaim asserts an action for declaratory judgment of invalidity of claims 1 through 11 of U.S. Patent No. 5,765,502 ("the '502 patent") and non-infringement of those claims by Counter-Claimant Doskocil.

**Reply**:

Flexi-Mat admits that this court has supplemental jurisdiction of this Counterclaim pursuant to 28 U.S.C. §§ 1367, 2201 and 2202. Flexi-Mat further admits that this Counterclaim purports to assert an action for declaratory judgment of invalidity of claims 1 through 11 of the '502 Patent and non-infringement of those claims by Doskocil, but denies that the Counterclaim has merit.

2

**Facts**

33. Counter-Defendant Flexi-Mat's Second Amended Complaint alleges that Counter-Claimant Doskocil has infringed, has induced others to infringe, and/or has committed acts of contributory infringement of one or more claims of the '502 patent by making, offering for sale and selling pet beds having a bolster which are substantially as claimed and described in the '502 patent, including pet beds to BJ's Wholesale Club sold under the name "Berkeley & Jensen Premium Quality Bolster Pet Bed", as shown in Exhibit C of the Second Amended Complaint.

**Reply**:

Admitted.

34. In its Second Amended Complaint, Counter-Defendant Flexi-Mat alleges that it is the owner of the '502 patent.

**Reply**:

Admitted.

35. Counter-Claimant Doskocil denies that any of its pet beds having infringed any valid claim of the '502 patent.

**Reply**:

Flexi-Mat admits the Doskocil denies that any of its pet beds infringe any claim of the '502 Patent, but Flexi-Mat maintains that Doskocil's pet beds do infringe the '502 Patent.

**Counterclaim for Declaration of Invalidity, Unenforceability
and Non-Infringement of U.S. Patent No. 5,765,502**

36. Counter-Claimant Doskocil repeats and realleges each and every allegation contained in paragraphs 30 to 35 above as though fully set forth herein.

**Reply**:

Flexi-Mat repeats and realleges each and every reply to paragraphs 30 through 35 above as if fully set forth herein.

37. Upon information and belief, each and every claim of the '502 patent is invalid and/or unenforceable under one or more provisions of the Patent Laws, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and 112.

**Reply**:

Denied.

38. Counter-Claimant Doskocil alleges that none of its activities constitute direct infringement, contributory infringement, or inducement of infringement of any claims of the '502 patent, either literally or under the doctrine of equivalents.

**Reply**:

Flexi-Mat admits that Doskocil alleges that its activities do not constitute direct infringement, contributory infringement or inducement of infringement of any claims of the '502 Patent, either literally or under the doctrine of equivalents, but Flexi-Mat continues to disagree.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Doskocil's counterclaim for a declaratory judgment that Flexi-Mat's '502 patent is invalid, unenforceable and not infringed under one or more provisions of the Patent Laws, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and 112, fails to state a claim upon which relief can be granted

### Second Affirmative Defense

Doskocil's counterclaim for a declaratory judgment that Flexi-Mat's '502 patent is invalid, unenforceable, and not infringed under one or more provisions of the Patent Laws, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and 112, fails to state a claim with particularity as required by Fed.R.Civ.P. 9(b).

## PRAYER FOR RELIEF

WHEREFORE, counter-defendant Flexi-Mat prays for the following relief:

A. That this Court enter judgment in its favor and against Doskocil Manufacturing Company, Inc.;

4

B. That this Court dismiss Doskocil Manufacturing Company, Inc.'s counterclaim with prejudice;

C. That this Court award Flexi-Mat it reasonable costs and attorneys' fees for having to defend itself in this matter; and

D. That this Court award to Flexi-Mat such other and further relief as may be just and appropriate.

          Respectfully submitted,

          **FLEXI-MAT CORPORATION**

Dated: July 11, 2005    By: s/ Richard Myrus
          Richard Myrus BBO # 638793
          William Meunier
          Goodwin Procter LLP
          Exchange Place
          Boston, MA 02109
          Telephone: (617) 570-1058
          Facsimile: (617) 523-1231

          Larry L. Saret (*pro hac vice*)
          Michael E. Husmann (*pro hac vice*)
          MICHAEL BEST & FRIEDRICH LLP
          401 N. Michigan Avenue, Suite 1900
          Chicago, Illinois 60611-4274
          Telephone: (312) 222-0800
          Facsimile: (312) 222-0818

          **Attorneys for Plaintiff, Flexi-Mat Corporation**