**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 04 10162 DPW ) |
| DALLAS MANUFACTURING COMPANY, a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) ) ) |
| Counter-claimant, | ) ) |
| v. | ) ) |
| FLEXI-MAT CORPORATION, a corporation, | ) ) |
| Counter-defendant. | ) |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) ) |
| Counter-claimant, | ) ) |
| v. | ) ) |
| FLEXI-MAT CORPORATION, a corporation, | ) ) |
| Counter-defendant. | ) |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, | ) ) ) |
| Counter-claimant, | ) ) |
| v. | ) ) |
| FLEXI-MAT CORPORATION, a corporation, | ) ) |
| Counter-defendant. | ) |

**FLEXI-MAT CORPORATION'S REPLY TO DALLAS MANUFACTURING'S COUNTERCLAIM FOR DECLARATORY RELIEF**

In reply to the Counterclaim filed by Dallas Manufacturing Company, Inc. ("Dallas Manufacturing"), counter-defendant Flexi-Mat Corporation ("Flexi-Mat") admits, denies and avers as follows:

### Parties

30. Dallas Manufacturing is a corporation duly organized and existing under the laws of the State of Texas, with a place of business in Dallas, Texas.

**REPLY:** Flexi-Mat admits, upon information and belief, that Dallas Manufacturing is a corporation duly organized and existing under the laws of the State of Texas, with a place of business in Dallas, Texas.

31. On information and belief, Flexi-Mat is a corporation organized under the laws of the State of Illinois, having a place of business located in Chicago, Illinois.

**REPLY:** Admitted.

### Jurisdiction

32. Contingent on the main claim, this Court has supplemental jurisdiction over this counterclaim pursuant to 28 U.S.C. §§ 1367, 2201 and 2202. This counterclaim asserts an action for declaratory judgment of invalidity of claims 1 through 11 of U.S. Patent No. 5,765,502 ("the '502 patent") and non-infringement of those claims by Counter-Claimant Dallas Manufacturing.

**REPLY:** Flexi-Mat admits that this Court has jurisdiction over the Counterclaim and that this Counterclaim purports to assert an action for declaratory judgment of invalidity and non-infringement. Flexi-Mat denies the remainder of this paragraph.

### Facts

33. Counter-Defendant Flexi-Mat's Second Amended Complaint alleges that Counter-Claimant Dallas Manufacturing has infringed, has induced others to infringe, and/or has committed acts of contributory infringement of one or more claims of the '502 patent by making, using, offering for sale, importing into the United States and selling to stores in this district and elsewhere in the United States pet beds having a bolster, including pet beds that are offered for sale and sold by BJ's Wholesale Club under the name "Berkeley & Jensen Premium Quality Bolster Pet Bed."

**REPLY:** Admitted.

34. In its Second Amended Complaint, Counter-Defendant Flexi-Mat alleges that it is the owner of the '502 patent.

**REPLY:** Admitted.

35. Counter-Claimant Dallas Manufacturing denies that its activities have infringed any valid claim of the '502 patent.

**REPLY:** Flexi-Mat admits that Dallas denies that its activities have infringed any valid claim of the '502 Patent, but Flexi-Mat maintains that Dallas's activities infringe the '502 Patent.

**Counterclaim for Declaration of Invalidity, Unenforceability
and Non-Infringement of U.S. Patent No. 5,765,502**

36. Counter-Claimant Dallas Manufacturing repeats and realleges each and every allegation contained in paragraphs 30 to 35 above as though fully set forth herein.

**REPLY:** Counter-defendant Flexi-Mat incorporates herein by reference the admission, denials and averments in paragraphs 30-35 above.

37. Upon information and belief, each and every claim of the '502 patent is invalid and/or unenforceable under one or more provisions of the Patent Laws, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and 112.

**REPLY:** Denied.

38. Counter-Claimant Dallas Manufacturing alleges that its activities do not constitute direct infringement, contributory infringement, or inducement of infringement of any claims of the '502 patent, either literally or under the doctrine of equivalents.

**REPLY:** Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Dallas Manufacturing's counterclaim for a declaratory judgment that Flexi-Mat's '502 patent is invalid, unenforceable and not infringed under one or more provisions of the Patent Laws, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and 112, fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Dallas Manufacturing's counterclaim for a declaratory judgment that Flexi-Mat's '502 patent is invalid, unenforceable, and not infringed under one or more provisions of the Patent Laws, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and 112, fails to state a claim with particularity as required by Fed.R.Civ.P. 9(b).

## PRAYER FOR RELIEF

WHEREFORE, counter-defendant Flexi-Mat prays for the following relief:

A.   That this Court enter judgment in its favor and against Dallas Manufacturing;

B.   That this Court dismiss Dallas Manufacturing's counterclaim with prejudice;

C.   That this Court award Flexi-Mat it reasonable costs and attorneys' fees for having to defend itself in this matter; and

D.      That this Court award to Flexi-Mat such other and further relief as may be just and appropriate.

                Respectfully submitted,

**FLEXI-MAT CORPORATION**

Dated: July 11, 2005        By: s/ Richard Myrus
                                    Richard Myrus BBO # 638793
                                    William Meunier
                                    Goodwin Procter LLP
                                    Exchange Place
                                    Boston, MA 02109
                                    Telephone: (617) 570-1058
                                    Facsimile: (617) 523-1231

                                    Larry L. Saret (*pro hac vice*)
                                    Michael E. Husmann (*pro hac vice*)
                                    MICHAEL BEST & FRIEDRICH LLP
                                    401 N. Michigan Avenue, Suite 1900
                                    Chicago, Illinois 60611-4274
                                    Telephone: (312) 222-0800
                                    Facsimile: (312) 222-0818

                                    **Attorneys for Plaintiff, Flexi-Mat Corporation**