# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )    Civil Action No. 04 10162 DPW ) |
| DALLAS MANUFACTURING COMPANY, a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) ) ) |
| Counter-claimant, | ) ) |
| v. | ) ) |
| FLEXI-MAT CORPORATION, a corporation, | ) ) |
| Counter-defendant. | ) |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) ) |
| Counter-claimant, | ) ) |
| v. | ) ) |
| FLEXI-MAT CORPORATION, a corporation, | ) ) |
| Counter-defendant. | ) |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, | ) ) ) |
| Counter-claimant, | ) ) |
| v. | ) ) |
| FLEXI-MAT CORPORATION, a corporation, | ) ) |
| Counter-defendant. | ) |

## FLEXI-MAT CORPORATION'S REPLY TO BJ'S WHOLESALE CLUB'S COUNTERCLAIM FOR DECLARATORY RELIEF

In reply to the Counterclaim filed by BJ's Wholesale Club ("BJWC"), counter-defendant Flexi-Mat Corporation ("Flexi-Mat") admits, denies and avers as follows:

### Parties

30.     BJ's Wholesale Club is a corporation duly organized and existing under the laws of the State of Delaware, with a place of business in Natick, Massachusetts.

**REPLY:**  Flexi-Mat admits, upon information and belief, that BJ's Wholesale Warehouse Club is a corporation duly organized and existing under the laws of the State of Delaware, having a place of business in Natick, Massachusetts.

31.     On information and belief, Flexi-Mat is a corporation organized under the laws of the State of Illinois, having a place of business in Chicago, Illinois.

**REPLY:**  Admitted.

### Jurisdiction

32.     Contingent on the main claim, this Court has supplemental jurisdiction over this counterclaim pursuant to 28 U.S.C. §§ 1367, 2201 and 2202.  This counterclaim asserts an action for declaratory judgment of invalidity of claims 1 through 11 of U.S. Patent No. 5,765,502 ("the '502 patent") and non-infringement of those claims by Counter-Claimant BJ's Wholesale Club.

**REPLY:**  Flexi-Mat admits that this Court has jurisdiction over the Counterclaim and that this Counterclaim purports to assert an action for declaratory judgment of invalidity and non-infringement.  Flexi-Mat denies the remainder of this paragraph.

### Facts

33.     Counter-Defendant Flexi-Mat's Second Amended Complaint alleges that Counter-Claimant BJ's Wholesale Club has infringed, has induced others to infringe, and/or has committed acts of contributory infringement of one or more claims of the '502 patent by offering for sale and selling pet beds under the name "Berkeley & Jensen Premium Quality Bolster Pet Bed" supplied to Counter-Claimant BJ's Wholesale Club by Dallas Manufacturing and Doskocil, as shown in Exhibits B and C of the Second Amended Complaint.

**REPLY:**  Admitted.

34. In its Second Amended Complaint, Counter-Defendant Flexi-Mat alleges that it is the owner of the '502 patent.

**REPLY:** Admitted.

35. Counter-Claimant BJ's Wholesale Club denies that any of its activities involving any pet beds supplied by Defendants Dallas Manufacturing or Doskocil have infringed any valid claim of the '502 patent.

**REPLY:** Flexi-Mat admits the BJWC denies that any of its activities involving any beds supplied by Defendants Dallas Manufacturing or Doskocil have infringed any valid claim of the '502 Patent, but Flexi-Mat maintains that BJWC's sales of such pet beds infringe the '502 Patent.

**Counterclaim for Declaration of Invalidity, Unenforceability and Non-Infringement of U.S. Patent No. 5,765,502**

36. Counter-Claimant BJ's Wholesale Club repeats and realleges each and every allegation contained in paragraphs 30 to 35 above as though fully set forth herein.

**REPLY:** Counter-defendant Flexi-Mat incorporates herein by reference the admission, denials and averments in paragraphs 30-35 above.

37. Upon information and belief, each and every claim of the '502 patent is invalid and/or unenforceable under one or more provisions of the Patent Laws, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and 112.

**REPLY:** Denied.

38. Counter-Claimant BJ's Wholesale Club alleges that none of its activities involving any pet beds supplied to Counter-Claimant BJ's Wholesale Club by Dallas Manufacturing or Doskocil constitute direct infringement, contributory infringement, or inducement of infringement of any claims of the '502 patent, either literally or under the doctrine of equivalents.

**REPLY:** Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

BJWC's counterclaim for a declaratory judgment that Flexi-Mat's '502 patent is invalid, unenforceable and not infringed under one or more provisions of the Patent Laws, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and 112, fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

BJWC's counterclaim for a declaratory judgment that Flexi-Mat's '502 patent is invalid, unenforceable, and not infringed under one or more provisions of the Patent Laws, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and 112, fails to state a claim with particularity as required by Fed.R.Civ.P. 9(b).

## PRAYER FOR RELIEF

WHEREFORE, counter-defendant Flexi-Mat prays for the following relief:

A.  That this Court enter judgment in its favor and against BJ's Wholesale Club;

B.  That this Court dismiss BJ's Wholesale Club's counterclaim with prejudice;

C.  That this Court award Flexi-Mat it reasonable costs and attorneys' fees for having to defend itself in this matter; and

4

D.      That this Court award to Flexi-Mat such other and further relief as may be just and appropriate.

                                    Respectfully submitted,

                                    **FLEXI-MAT CORPORATION**

Dated: July 11, 2005                      By: s/ Richard Myrus
                                                    Richard Myrus BBO # 638793
                                                    William Meunier
                                                    Goodwin Procter LLP
                                                    Exchange Place
                                                    Boston, MA 02109
                                                    Telephone: (617) 570-1058
                                                    Facsimile: (617) 523-1231

                                                    Larry L. Saret (*pro hac vice*)
                                                    Michael E. Husmann (*pro hac vice*)
                                                    MICHAEL BEST & FRIEDRICH LLP
                                                    401 N. Michigan Avenue, Suite 1900
                                                    Chicago, Illinois 60611-4274
                                                    Telephone: (312) 222-0800
                                                    Facsimile: (312) 222-0818

                                                   **Attorneys for Plaintiff, Flexi-Mat Corporation**