THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FLEXI-MAT CORPORATION**, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>**DALLAS MANUFACTURING COMPANY, INC.**, a Texas corporation, **BJ'S WHOLESALE CLUB, INC.**, a Delaware corporation, and **DOSKOCIL MANUFACTURING COMPANY, INC.**, a Texas corporation,<br><br>Defendants. | Civil Action No. 04 10162 DPW |

## CERTIFICATE OF LISA C. CHILDS

I, Lisa C. Childs, declare and state as follows:

1. I am an attorney with the law firm of MICHAEL, BEST & FRIEDRICH, LLP. I am a member in good standing of the Bar of the State of Illinois.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this July 13, 2005.

By /s/ Lisa C. Childs
    Lisa C. Childs