**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **FLEXI-MAT CORPORATION**,<br>an Illinois corporation,<br><br>        Plaintiff,<br><br>     v.<br><br>**DALLAS MANUFACTURING COMPANY, INC.**, a Texas corporation, **BJ'S WHOLESALE CLUB, INC.**, a Delaware corporation, and **DOSKOCIL MANUFACTURING COMPANY, INC.,** a Texas corporation,<br><br>        Defendants. | Civil Action No. 04 10162 DPW |

**ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* OF
GRETCHEN M. HOSTY**

Richard B. Myrus, a partner of the law firm of Goodwin Procter LLP, and a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, enter an Order authorizing Gretchen M. Hosty to appear *pro hac vice* in the above-captioned case on behalf of the plaintiff for the following reasons:

(1)    Gretchen M. Hosty is an attorney with the law firm of Michael, Best & Friedrich, LLP, and is a member in good standing of the Bar of the State of Illinois.

(2)    Ms. Hosty has prepared a certificate of good standing in accordance with Local Rule 83.5.3, certifying that:

    (a)    She is a member in good standing of the Bar of the State of Illinois, and every other jurisdiction where she has been admitted to practice;

    (b)    She is familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts; and

(c)     There are no disciplinary proceedings pending against her as a member of

the bar in any jurisdiction.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the

admission *pro hac vice* of Gretchen M. Hosty.

Respectfully submitted,

FLEXI-MAT CORPORATION,

July 15, 2005                              By:     s/ Richard Myrus
                                                   Richard Myrus (BBO#638793)
                                                   Goodwin Procter LLP
                                                   Exchange Place
                                                   Boston, MA 02109
                                                   Telephone: (617) 570-1058

CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

I, William A. Meunier, Esq., certify that James Marcellino, of the law firm of McDermott,

Will & Emery, counsel for defendants, has stated that defendants assent to this motion.

                                                   s/ William A. Meunier
                                                   William A. Meunier