THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,<br><br>Defendants. | Civil Action No. 04 10162 DPW |

### CERTIFICATE OF GRETCHEN M. HOSTY

I, Gretchen M. Hosty, declare and state as follows:

1.  I am an attorney with the law firm of MICHAEL, BEST & FRIEDRICH, LLP. I am a member in good standing of the Bar of the State of Illinois.

2.  There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this July 13, 2005.

By: _/s/ Gretchen M. Hosty_
Gretchen M. Hosty