## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 04 10162 DPW <br> ) |
| DALLAS MANUFACTURING COMPANY, a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) <br> ) <br> ) |
| Counter-claimant, | ) <br> ) |
| v. | ) <br> ) |
| FLEXI-MAT CORPORATION, a corporation, | ) <br> ) |
| Counter-defendant. | ) |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) <br> ) |
| Counter-claimant, | ) <br> ) |
| v. | ) <br> ) |
| FLEXI-MAT CORPORATION, a corporation, | ) <br> ) |
| Counter-defendant. | ) |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, | ) <br> ) <br> ) |
| Counter-claimant, | ) <br> ) |
| v. | ) <br> ) |
| FLEXI-MAT CORPORATION, a corporation, | ) <br> ) |
| Counter-defendant. | ) |

**PLAINTIFF FLEXI-MAT CORPORATION'S MOTION REGARDING DEFENDANT DALLAS MANUFACTURING COMPANY'S OBJECTION TO DISCLOSURE**

Plaintiff Flexi-Mat Corporation ("Flexi-Mat") hereby moves the Court for an Order permitting the disclosure to two Flexi-Mat representatives (James Elesh, the president of Flexi-Mat, and Heather French, vice-president and associate general counsel of Flexi-Mat's parent company) two numbers: the total units sales and the net dollar sales of Dallas Manufacturing Co., Inc.'s ("Dallas") accused bolster beds based upon the sales information provided in documents designated as "CONFIDENTIAL – ATTORNEY'S EYES ONLY."

As set forth in the accompanying memorandum, Plaintiff's motion should be granted because good cause exists to make the requested limited disclosure.

Plaintiff has sought to resolve this dispute with defendants over the past 30 days. Defendant, Doskocil Manufacturing Co., Inc. has agreed to release the requested information. However, Flexi-Mat's efforts to obtain Dallas' release of the requested information for purposes of limited disclosure to two Flexi-Mat representatives have been unsuccessful.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 1, 2005 | s/ Michael Husmann<br>Michael Husmann<br>Larry L. Saret<br>Lisa C. Childs<br>Gretchen M. Hosty<br>Michael Best & Friedrich LLP<br>401 North Michigan Avenue, Suite 1900<br>Chicago, IL  60611<br>(312) 222-0800<br>(312) 222-0818 (fax)<br><br>Richard B. Myrus (BBO # 638793)<br>William Meunier, Esq.<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, Massachusetts 02109<br>(617) 570-1058<br>(617) 523-1231 (fax)<br><br>Attorneys for Plaintiff<br>Flexi-Mat Corporation |

Pursuant to local rules 7.1(a)(2) and 37.1(b), above counsel certifies that it made a reasonable and good faith effort to reach agreement on the contested matters set forth in this motion through various conversations and written correspondence with opposing counsel during the months of July and August 2005, to no avail.