| From: | Husmann, Michael E. |
|---|---|
| Sent: | Monday, August 01, 2005 5:01 PM |
| To: | 'Darren Franklin'; 'M. Scott Fuller (sfuller@lockeliddell.com)' |
| Cc: | Saret, Larry L. |
| Subject: | Flexi-Mat v. Dallas |

| Tracking: | Recipient | Read |
|---|---|---|
| | 'Darren Franklin' | |
| | 'M. Scott Fuller (sfuller@lockeliddell.com)' | |
| | Saret, Larry L. | Read: 8/2/2005 10:43 AM |

**Gentlemen:**

*In order to discuss this case with our client and determine how we wish to proceed, we need to provide the client with some limited information concerning the potential damages in this case. Specifically we wish to disclose to Jim Elesh and Heather French (Vice President and Associate General Counsel of American Capital Strategies, Ltd. - parent of FlexiMat) the total unit and total dollar sales of bolster beds for each of your clients based upon the sales information provided in Deposition Exhibits 215 and 313. Please check with your client to see if they are agreeable to this limited disclosure.*

*Larry Saret will be on the conference call scheduled for 11:30 CDT (9:30AM PDT) on Wed. Aug 3rd. and will discuss this request with you.*

**MICHAEL BEST**

| **Michael E. Husmann** | Direct: (414) 225-4972 |
|---|---|
| Attorney at Law | mehusmann@michaelbest.com |

100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Phone: (414) 271-6560   Fax: (414) 277-0656

Contact Information - Click here

michaelbest.com