## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04 10162 DPW |
| DALLAS MANUFACTURING COMPANY, a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, | ) ) ) ) ) ) ) | JOINT STATUS REPORT OF THE PARTIES |
| Defendants. | ) ) | |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) ) ) | |
| Counter-claimant, | ) ) | |
| v. | ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) | |
| Counter-defendant. | ) | |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) ) | |
| Counter-claimant, | ) ) | |
| v. | ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) | |
| Counter-defendant. | ) | |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, | ) ) ) | |
| Counter-claimant, | ) ) | |
| v. | ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) | |
| Counter-defendant. | ) | |

In accordance with the Court's Scheduling Order and in anticipation of the Status Conference set in this case for 2:30 PM September 27, 2005, Plaintiff and Counter-Defendant Flexi-Mat Corp., Defendant and Counter-Claimant Doskocil Mfg. Co., Inc., Defendant and Counter-Claimant Dallas Mfg. Co, Inc., and Defendant and Counter-Claimant BJ's Wholesale Club, Inc. (collectively, the "Parties"), through their respective undersigned counsel of record submit this Status Report.

I.    GENERAL NATURE OF THE CASE

This patent infringement case was commenced by Flexi-Mat Corp. on January 23, 2004 and involves claims of infringement of U.S. Patent No. 5,765,502 entitled Pet Bed With Removeable Bolster. The defendants have each responded to the claim of infringement by denying infringement and alleging that U.S. Patent No. 5,765,502 is invalid.

II.   STATUS OF THE CASE

The parties have responded to various sets of discovery requests including interrogatories, requests for productions of documents and requests for admissions. Additionally, several depositions have been taken. Fact discovery in this matter is scheduled to conclude with the completion of the Rule 30(B)(6) deposition of Flexi-Mat Corp. and the deposition of its CEO on Thursday September 22, 2005. The parties recently agreed to exchange initial expert reports on September 23, 2005 and not seek an alteration of the remaining dates previously set by this Court. This Court has set the following dates for completion of the expert reports and expert discovery as well as the filing and briefing of Summary Judgment Motions.

| Date | Event |
|---|---|
| October 21, 2005 | Service of Rebuttal Expert Reports |
| November 11, 2005 | Last Day to Depose Experts |
| November 30, 2005 | Filing of Summary Judgment Motions |
| January 9, 2006 | Filing of Responses to Summary Judgment Motions |

The parties do not believe that any changes to this schedule are necessary.

III.   PENDING ISSUES

Plaintiff Flexi-Mat filed a Motion for Relief from the Protective Order to permit disclosure of certain Dallas Mfg. Co.'s sales information to Flexi-Mat's CEO and an in-house counsel of Flexi-Mat's parent corporation. Defendant Dallas opposes the motion.

Plaintiff Flexi-Mat has requested Dallas Mfg. Co. to withdraw its objection to produce certain of its documents in electronic form. These documents were previously produced in hard copy black and white format by Defendant Dallas Mfg. Co. They contain color images of prototypes and products including sales presentations relating thereto. Flexi-Mat's position is that the black and white hard copy versions produced by Dallas Mfg. Co. are not legible in most instances and not suitable for use in briefs or presentation to the jury at trial. Dallas maintains its objections, but has agreed to provide Flexi-Mat with better copies, in color, to the extent it is able. Flexi-Mat maintains its position that it is entitled to electronic copies of these original electronic documents so that it has the clearest and most useable forms of these electronic documents.

Dated this 21st day of September, 2005.

By:  /s/ Michael E. Husmann
    Michael E. Husmann, Esq.
    MICHAEL BEST & FRIEDRICH LLP
    100 East Wisconsin Avenue, Ste. 3300
    Milwaukee, Wisconsin 53202-4108
    Telephone:  (414) 271-6560
    Facsimile:  (414) 277-0656

    Attorneys for Plaintiff
    FLEXI-MAT CORPORATION

By /s/ Darren M. Franklin
    Gary A. Clark, Esq.
    Darren M. Franklin, Esq.
    SHEPPARD MULLIN RICHTER & HAMPTON LLP
    333 South Hope Street, 48th Floor
    Los Angeles, California 90071-1448
    Telephone:  (213) 620-1780
    Facsimile:  (213) 620-1398

    Attorneys for Defendants
    DALLAS MANUFACTURING COMPANY,

| | |
|---|---|
| <u>Local Counsel for Plaintiff</u><br>Richard B. Myrus (BBO # 638793)<br>William Meunier, Esq.<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, Massachusetts 02109<br>Telephone:  (617) 570-1058<br>Facsimile:  (617) 523-1231 | INC. AND BJ'S WHOLESALE CLUB, INC.<br><br>By:   /s/ M. Scott Fuller<br>Roy W. Hardin, Esq.<br>M. Scott Fuller, Esq.<br>LOCKE, LIDDELL & SAPP LLP<br>2200 Ross Avenue, Ste. 2200<br>Dallas, Texas  75201<br>Telephone:  (214) 740-8601<br>Facsimile:  (214) 756-8601<br><br>Attorneys for Defendant<br>DOSKOCIL MANUFACTURING CO., INC.<br><br><u>Local Counsel for Defendants</u><br>James J. Marcellino (BBO # 318840)<br>David M. Mello (BBO # 634722)<br>MCDERMOTT, WILL & EMERY<br>28 State Street<br>Boston, Massachusetts 02109-1775<br>Telephone:  (617) 535-4000<br>Facsimile:  (617) 535-3800 |

LIBA/1586159.1