UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 04-10162-DPW |
| DALLAS MANUFACTURING COMPANY ) | |
| ) | |
| Defendant. ) | |
| ) | |

MEMORANDUM AND ORDER

SOROKIN, M.J.                                                                                     September 21, 2005

The Motion requesting disclosure to the two identified Flexi-Mat employees of the two pieces of information (the number of units sold and the gross dollar volume of sales not broken down by time period) received in discovery as "Confidential: Attorney's Eyes Only" from defendant Dallas Manufacturing Co. is ALLOWED. It is further ORDERED that plaintiff, pursuant to its offer, must make its corresponding information available to two equivalent employees of Dallas identified by Dallas. The reasons advanced by plaintiff for the limited disclosure satisfy, in this case and at this time, its burden on the Motion. While Dallas advances in some detail understandable concerns about possible misuse of the information, that concern is satisfied by the express provisions of the Protective Order at ¶ 4(b). Counsel and the identified individuals are reminded that the Protective Order is an Order of the Court providing that the information disclosed pursuant to this Order may "be used solely for purposes of this litigation."

1

If the identified individuals have not already done so, they must sign Exhibit A to the Protective Order acknowledging that he or she is familiar with the Protective Order and agrees to be bound by it.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE