## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>DALLAS MANUFACTURING COMPANY, a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,<br><br>       Defendants. | Civil Action No. 04 10162 DPW |
| DALLAS MANUFACTURING COMPANY, INC., a corporation,<br><br>       Counter-claimant,<br><br>    v.<br><br>FLEXI-MAT CORPORATION, a corporation,<br><br>       Counter-defendant. | |
| BJ'S WHOLESALE CLUB, INC., a corporation,<br><br>       Counter-claimant,<br><br>    v.<br><br>FLEXI-MAT CORPORATION, a corporation,<br><br>       Counter-defendant. | |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation,<br><br>       Counter-claimant,<br><br>    v.<br><br>FLEXI-MAT CORPORATION, a corporation,<br><br>       Counter-defendant. | |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2 (a), please enter the appearance of Francis G. Kelleher of Goodwin Procter LLP as counsel for plaintiff Flexi-Mat Corporation in the above-captioned matter.

Dated: September 22, 2005                Respectfully submitted,

                                          FLEXI-MAT CORPORATION

                                          By its attorneys,

                                          /s/  Francis G. Kelleher
                                          Richard B. Myrus (BBO # 638793)
                                          William Meunier
                                          Francis G. Kelleher (BBO # 629254)
                                          GOODWIN PROCTER LLP
                                          Exchange Place
                                          Boston, Massachusetts 02109
                                          Telephone:  (617) 570-1000
                                          Facsimile:  (617) 523-1231

                                          Michael E. Husmann
                                          MICHAEL BEST & FRIEDRICH LLP
                                          100 East Wisconsin Avenue, Ste. 3300
                                          Milwaukee, Wisconsin 53202-4108
                                          Telephone:  (414) 271-6560
                                          Facsimile:  (414) 277-0656

LIBA/1586289.1