**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>DALLAS MANUFACTURING COMPANY, a Texas )<br>corporation, BJ'S WHOLESALE CLUB, INC., a Delaware )<br>corporation, and DOSKOCIL MANUFACTURING )<br>COMPANY, INC., a Texas corporation, )<br>)<br>Defendants. )<br>) | Civil Action No. 04 10162 DPW |
| DALLAS MANUFACTURING COMPANY, INC., a )<br>corporation, )<br>)<br>Counter-claimant, )<br>)<br>v. )<br>)<br>FLEXI-MAT CORPORATION, a corporation, )<br>)<br>Counter-defendant. ) | **FLEXI-MAT'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY** |
| BJ'S WHOLESALE CLUB, INC., a corporation, )<br>)<br>Counter-claimant, )<br>)<br>v. )<br>)<br>FLEXI-MAT CORPORATION, a corporation, )<br>)<br>Counter-defendant. ) | |
| DOSKOCIL MANUFACTURING COMPANY, INC., a )<br>corporation, )<br>)<br>Counter-claimant, )<br>)<br>v. )<br>)<br>FLEXI-MAT CORPORATION, a corporation, )<br>)<br>Counter-defendant. ) | |

Plaintiff, Flexi-Mat Corporation, moves for summary judgment dismissing all affirmative defenses of invalidity and declaring claims 1-3 of the '502 patent not invalid. Pursuant to Local Rule 7.1(a), Plaintiff's counsel certifies that it has conferred and sought to resolve this dispute with defendants' counsel, but has been unsuccessful.

Defendants have asserted that claims 1-3 of the '502 patent are invalid under 35 U.S.C. § 102 or 103. Each of the references upon which they rely, however, is missing at least one limitation of the claims and therefore cannot invalidate those claims.

Further, defendants' defenses under 35 U.S.C. § 112 should be dismissed because, as a matter of law, claims 1-3 of the '502 are fully described in the patent specification as required by 35 U.S.C. § 112, ¶1, are not indefinite as required by 35 U.S.C. § 112, ¶2, and 35 U.S.C. § 112, ¶6 is not applicable to the structural term "bolster" or to the limitation requiring that the bolster be disposed in a specific relationship to other claimed structural elements. Thus, claims 1-3 are not invalid under 35 U.S.C. § 112.

Because defendants have raised no other invalidity defenses during discovery, defendants should be barred from asserting that claims 1-3 are invalid.

For the foregoing reasons and those set forth in Flexi-Mat's Memorandum, this motion should be granted.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff requests oral argument on this motion.

Respectfully submitted,

Dated: November 30, 2005                /s Michael Husmann
                                        Michael Husmann
                                        Larry L. Saret
                                        Lisa C. Childs
                                        Gretchen M. Hosty
                                        Michael Best & Friedrich LLP
                                        401 North Michigan Avenue, Suite 1900
                                        Chicago, IL 60611
                                        (312) 222-0800 / (312) 222-0818 (fax)

-2-

        Richard B. Myrus (BBO # 638793)
        Goodwin Procter LLP
        Exchange Place
        Boston, MA 02109
        Facsimile:  617/523-1231

        Attorneys for Plaintiff
        Flexi-Mat Corporation