## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, </br></br>    Plaintiff, </br></br>    v. </br></br> DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, </br></br>    Defendants. </br>_____ </br></br> AND RELATED COUNTERCLAIMS. | Civil Action No. 04 10162 DPW |

### DALLAS MANUFACTURING'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,765,502; REQUEST FOR ORAL ARGUMENT

Defendant Dallas Manufacturing Company, Inc. hereby moves the Court under FED. R. CIV. P. 56 for summary judgment of non-infringement of U.S. Patent No. 5,765,502 ("the '502 patent").

The grounds for this motion are that, although Dallas Manufacturing's pet beds have removable bolsters, they are different than, and do not come within the scope of, the '502 patent. As a result of Dallas Manufacturing's deliberate efforts to overcome the deficiencies in Flexi-Mat's design, Dallas Manufacturing's pet beds avoid three critical limitations of claim 1 of Flexi-Mat's patent, which is the only independent claim at issue. Briefly, in Dallas Manufacturing's pet beds: (1) the bottom cushion and bolster are disposed within separate

covers and occupy separate interior spaces, (2) the bolster is positioned on top of the bottom cushion, not alongside it, and (3) there are no fasteners, straps, or the equivalent disposing the bolster in place relative to the bottom cushion.  These differences avoid literal infringement of claim 1.  Moreover, Flexi-Mat is precluded both by its failure to present expert testimony and by prosecution history estoppel from arguing infringement under the doctrine of equivalents.  In short, there is no genuine issue of material fact that Dallas Manufacturing is entitled to summary judgment of non-infringement as a matter of law.

In support of this motion, Dallas Manufacturing relies upon its supporting Memorandum, the Declaration of Richard Mathews, the Declaration of Suzanne D. Fessler, the Declaration of Gary A. Clark, its Statement of Undisputed Material Facts, the pleadings and other papers on file in this case, and such argument as may be permitted at a hearing of this motion.

Pursuant to Local Rule 7.1(a)(2), counsel certifies that it conferred and attempted in good faith to resolve or narrow the issues raised by this motion.

///

///

///

///

///

///

///

///

**REQUEST FOR ORAL ARGUMENT**

Dallas Manufacturing hereby requests oral argument on its motion for summary judgment of non-infringement of the '502 patent. Dallas Manufacturing believes that oral argument would assist the Court in ruling on this motion.

    Attorneys for Defendants and Counterclaimants
    DALLAS MANUFACTURING COMPANY, INC. AND
    BJ'S WHOLESALE CLUB, INC.

    /s/ Darren M. Franklin
    Gary A. Clark (*pro hac vice*)
    Darren M. Franklin (*pro hac vice*)
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
      Including Professional Corporations
    333 South Hope Street, 48th Floor
    Los Angeles, California  90071-1448
    Telephone:    (213) 620-1780
    Facsimile:      (213) 620-1398
    E-mail:          gclark@sheppardmullin.com
                 dfranklin@sheppardmullin.com

Dated:   November 30, 2005

James J. Marcellino, Esq. (BBO # 318840)
David M. Mello, Esq. (BBO # 634722)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, Massachusetts  02109-1775
Telephone:     (617) 535-4000
Facsimile:       (617) 535-3800
E-mail:           jmarcellino@mwe.com
                dmello@mwe.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon counsel for Plaintiff and Counterdefendant Flexi-Mat Corporation, William A. Meunier, Esq., Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109, and Larry L. Saret, Esq., Michael, Best & Friedrich LLP, 401 North Michigan Avenue, Suite 1900, Chicago, Illinois 60611, via first class mail, postage pre-paid, on November 30, 2005.

      I hereby certify that a true copy of the above document was also served upon counsel for Defendant and Counterclaimant Doskocil Manufacturing Company, Inc., Roy W. Hardin, Esq., Locke Liddell & Sapp LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776, via first class mail, postage pre-paid, on November 30, 2005.

                            /s/ Darren M. Franklin
                                Darren M. Franklin