# EXHIBIT 2

# Part 2 of 2

#6/B

| *Notice of Allowability* | Application No. 08/634,374 | Applicant(s) Haugh |
| --- | --- | --- |
| | Examiner Elizabeth Shaw | Group Art Unit 3303 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *amendment filed on Oct. 3, 1997 and telephone interview on Nov. 19, 1997*

☒ The allowed claim(s) is/are *1-11* .

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☒ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☐ Notice of References Cited, PTO-892

    ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☒ Interview Summary, PTO-413

    ☒ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☐ Examiner's Statement of Reasons for Allowance

*Robert P. Swiatek*

DMC000045

Serial Number: 08/634374                                         Page 2

Art Unit: 3303

## EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with Larry Saret on November 19, 1997.

The application has been amended as follows:

In claim 1, line 6, after the word "and" the phrase --substantially all of said bolster-- has been inserted and after the word "disposed" the word --exteriorly-- has been inserted.

Summary: claims 1-11 are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Elizabeth Shaw whose telephone number is (703) 308-1853.

*Elizabeth Shaw*                    *Robert P. Swiatek*

Elizabeth Shaw d-YE

November 19, 1997

DMC000046



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| | | | | |

| First Named Applicant | | | | |

TITLE OF INVENTION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

*THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.*
*PROSECUTION ON THE MERITS IS CLOSED.*

*THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS*
*APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.*

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of*
*maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance*
*fees when due.*

**PATENT AND TRADEMARK OFFICE COPY**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)                    ☆U.S. GOVERNMENT PRINTING OFFICE 1987-723-721/62716

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with ap, cable fees, to:    **Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

Q42-6660

801-3

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

R2011-1125
LAFF WHITESEL CONTE AND SARET LTD
401 NORTH MICHIGAN AVENUE
CHICAGO IL 60611

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Robbi Shew                    (Depositor's name)

Robbi Shew                    (Signature)

February 17, 1998             (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/636,324 | 04/18/96 | 011 | SHAW, E | 3303 | 11/25/97 |

| First Named Applicant | SCOTT, | HAUGH |
|---|---|---|

TITLE OF INVENTION PET BED WITH REMOVABLE BOLSTER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| T-0500-112 | 119-028.000 | U57 | UTILITY | YES | $660.00 | 02/25/98 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

LAFF, WHITESEL, CONTE
1  & SARET, LTD.

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    Flexi-Mat Corporation

(B) RESIDENCE: (CITY & STATE OR COUNTRY)  Chicago, Illinois USA

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual   ☒ corporation or other private group entity   ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies  10

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER  12-0064
[ENCLOSE AN EXTRA COPY OF THIS FORM]
☒ Issue Fee
☒ Advance Order - # of Copies

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)                    (Date)
02/17/98

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

*Burden Hour Statement:* This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

02/25/1998 LBERGER 00000139 08634374
01 FC:142                    660.00 OP
02 FC:561                     30.00 OP

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033          Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

DMC000048

7

IN THE
## UNITED STATES PATENT & TRADEMARK OFFICE
ART UNIT 3303

| | | | |
|---|---|---|---|
| IN RE APPLICATION OF: | SCOTT, Haugh | ) | |
| | | ) | |
| CASE: | 1300-112 | ) | SUBMISSION OF |
| | | ) | FORMAL DRAWINGS |
| SERIAL NO.: | 08/634,374 | ) | AND ISSUE FEE DUE |
| | | ) | |
| FILED ON: | April 18, 1996 | ) | |
| | | ) | |
| FOR: | PET BED WITH | ) | |
| | REMOVABLE BOLSTER | ) | |

ASSISTANT COMMISSIONER OF PATENTS
WASHINGTON, DC 20231

Dear Sirs:

[X]   AUTHORIZATION TO PAY AND PETITION FOR THE ACCEPTANCE OF ANY NECESSARY FEES: If any charges or fees must be paid in connection with the following Communication (including but not limited to the payment of issue fees), they may be paid out of our deposit account No. 12-0064. If this payment also requires a Petition, please construe this authorization to pay as the necessary Petition which is required to accompany the payment.

[]   Applicant herewith petitions the Commissioner of Patents and Trademarks to extend the time for response to the Office Action dated _____ for _____ month(s) from _____ to _____. Submitted herewith is check No. _____ for $_____ to cover the cost of the extension. If a check is lost, or otherwise does not accompany this Petition, please charge my deposit account number 12-0064 in the appropriate amount to cover the cost of the extension. Any deficiency or overpayment should be charged or credited to the above numbered deposit account.

| CERTIFICATE OF MAILING | REGISTRATION | |
|---|---|---|
| | Charles A. Laff | 19787 |
| I hereby certify that this correspondence is being | J. Warren Whitesel | 16430 |
| deposited with the United States Postal Service as first- | Robert F.I. Conte | 20354 |
| class mail in an envelope addressed to: Commissioner of | Larry L. Saret | 27674 |
| Patents and Trademarks, Washington, D.C. 20231 on: | Martin L. Stern | 28911 |
| | Louis Altman | 19573 |
| Date: February 17, 1998 | Barry W. Sufrin | 27398 |
| | Marshall W. Sutker | 19995 |
| | Neil R. Ormos | 35309 |
| Signature: _Robbi Shew_ | Kevin C. Trock | 37745 |
| | Scott B. Feder | 33129 |
| Print:      Robbi Shew | Jack R. Halvorsen | 18394 |
| | G. Peter Albert, Jr. | 37268 |
| | Michael B. Allen | 37582 |
| | William A. Meunier | 41193 |

LAFF, WHITESEL, CONTE & SARET LTD.
401 North Michigan Avenue
Chicago, Illinois 60611-4212
(312) 661-2100
Fax: (312) 661-0029

DMC000049

## SUBMISSION OF FORMAL DRAWINGS AND ISSUE FEE DUE

Enclosed herewith are formal drawings to be filed in connection with the above-named application.

Also enclosed is a check in the amount of $ 690.00 as payment of the Notice of Allowance and Issue Fee

Due, due February 25, 1998, as well as ten (10) advance copies, for the above-identified application.

Respectfully submitted,

Larry L. Saret
Registration No. 27674
LAFF, WHITESEL, CONTE & SARET, LTD.
401 North Michigan Avenue, Suite 1700
Chicago, IL 60611
(312) 661-2100
(312) 661-0029 (fax)

2

DMC000050

5765502



FIG. 1

FIG. 2

FIG. 3

DMC000051



FIG. 4

FIG. 5

DMC000052

8



PTO UTILITY GRANT

Paper Number

### The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to an statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.*

*Commissioner of Patents and Trademarks*

*Attest*

The United States of America

Form PTO-1584 (Rev. 2/97)

(RIGHT INSIDE)

DMC000053

9

7530   100
4/22/96   119/028.500
5765502
6/16/98   1

IN THE

UNITED STATES PATENT & TRADEMARK OFFICE

ART UNIT 3303

| | | |
|---|---|---|
| IN RE APPLICATION OF: | SCOTT, Haugh [sic] | ) |
| | | ) |
| CASE: | 1300-112 | ) |
| | | ) |
| SERIAL NO.: | 08/634,374 | ) |
| | | ) |
| FILED ON: | April 18, 1996 | ) |
| | | ) |
| FOR: | PET BED WITH | ) |
| | REMOVABLE BOLSTER | ) |

AMENDMENT PURSUANT
TO 37 C.F.R. 1.312

Decl.
Cofer
10-2-98

RECEIVED
Publishing Division

FEB 0 2 1998

13

ASSISTANT COMMISSIONER OF PATENTS
WASHINGTON, DC 20231

Dear Sirs:

[X]    AUTHORIZATION TO PAY AND PETITION FOR THE ACCEPTANCE OF ANY NECESSARY FEES: If any charges or fees must be paid in connection with the following Communication (including but not limited to the payment of issue fees), they may be paid out of our deposit account No. 12-0064. If this payment also requires a Petition, please construe this authorization to pay as the necessary Petition which is required to accompany the payment.

[ ]    Applicant herewith petitions the Commissioner of Patents and Trademarks to extend the time for response to the Office Action dated _____ for _____ month(s) from _____ to _____. Submitted herewith is check No. _____ for $_____ to cover the cost of the extension. If a check is lost, or otherwise does not accompany this Petition, please charge my deposit account number 12-0064 in the appropriate amount to cover the cost of the extension. Any deficiency or overpayment should be charged or credited to the above numbered deposit account.

| | | |
|---|---|---|
| **CERTIFICATE OF MAILING** | **REGISTRATION** | |
| | Charles A. Laff | 19787 |
| I hereby certify that this correspondence is being | J. Warren Whitesel | 16830 |
| deposited with the United States Postal Service as first- | Robert F.I. Conte | 20354 |
| class mail in an envelope addressed to: Commissioner of | Larry L. Saret | 27674 |
| Patents and Trademarks, Washington, D.C. 20231 on: | Martin L. Stern | 28911 |
| Date: _January 28, 1998_ | Louis Altman | 19373 |
| | Barry W. Sufrin | 27398 |
| | Marshall W. Sutker | 19995 |
| Signature: _Robbi Shew_ | Neil R. Ormos | 35309 |
| Print:    Robbi Shew | Kevin C. Trock | 37745 |
| | Scott B. Feder | 33129 |
| | Jack R. Halvorsen | 18394 |
| | G. Peter Albert, Jr. | 37268 |
| | Michael B. Allen | 37582 |
| | William A. Meunier | 41193 |

LAFF, WHITESEL, CONTE & SARET LTD.
401 North Michigan Avenue
Chicago, Illinois 60611-4212
(312) 661-2100
Fax: (312) 661-0029

DMC000054

AMENDMENT PURSUANT TO 37 C.F.R. 1.312

This Amendment is submitted pursuant to 37 C.F.R. 1.312. The Notice of Allowance and Issue Fee

Due dated November 25, 1997 indicates that the name of the inventor was recorded by the United States

Patent and Trademark Office as "Haugh Scott", mistakenly reversing the inventor's surname and given name.

The inventor's name should read: --Scott Haugh-- as originally set forth on the original application. Copies

of the Transmittal document and the Declaration and Power of Attorney are attached.

Respectfully submitted,

Larry L. Saret
Registration No. 27674
LAFF, WHITESEL, CONTE & SARET, LTD.
401 North Michigan Avenue, Suite 1700
Chicago, IL 60611
(312) 661-2100
(312 661-0029 (fax)

Date: January 28, 1998

2

DMC000055

# Declaration and Power of Attorney For Patent Application

## English Language Declaration

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

PET BED WITH REMOVABLE BOLSTER

the specification of which

(check one)

☒ is attached hereto.

☐ was filed on _____ as

Application Serial No. _____

and was amended on _____ (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)

Priority Claimed

| Name | | | Yes | No |
|------|------|------|------|------|
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ | ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes | ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | ☐ Yes | ☐ No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

LAFF, WHITESEL, CONTE & SARET, LTD.
ATTORNEYS AT LAW
401 N. MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611

Form PTO-FB-110 (8-83)    Patent and Trademark Office-U.S. DEPARTMENT OF COMMERCE
TELEPHONE
(312) 661-2100

DMC000056

None
_____
(Application Serial No.)          (Filing Date)          (Status)
                                              (patented, pending, abandoned)


_____          _____          _____
(Application Serial No.)          (Filing Date)          (Status)
                                              (patented, pending, abandoned)

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY:  As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith. Charles A. Laff (19787); J. Warren Whitesel (16830); Robert F.I. Conte (20354); Larry L. Saret (27674); Martin L. Stern (28911); Bernard L. Kleinke (22123); Louis Altman (19373); Barry W. Sufrin (27398); Marshall W. Sutker (19962); Jennifer A. Dunner (33688); Neil R. Ormos (36309); Richard P. Gilly (37830); Kevin C. Trock (37745); and Jack R. Halvorsen (18394).

Send Correspondence to: LAFF, WHITESEL, CONTE & SARET, LTD., 401 North Michigan Avenue, Chicago, Illinois 60611.

Direct Telephone Calls to: __Larry L. Saret_____
at telephone No. (312) 661-2100.

| Full name of sole or first inventor | |
|---|---|
| Scott Haugh | 4/15/96 |
| | Date |
| Inventor's signature | |
| _Scott Haugh_ | |
| Residence | |
| 829 South St. Lockport IL 60441 | |
| Citizenship | |
| United States Of America | |
| Post Office Address | |
| | |
| Full name of second joint inventor, if any | |
| None | |
| | Date |
| Second Inventor's signature | |
| | |
| Residence | |
| | |
| Citizenship | |
| | |
| Post Office Address | |
| | |

(Supply similar information and signature for third and subsequent joint inventors.)

Form PTO-FB-110 (8-82)                              Patent and Trademark Office-U.S. DEPARTMENT OF COMMERCE

DMC000057

05/26/98  TUE 15:26 FAX 312 527 3001        L. W. C. & S,LTD.                          ☒002

## LAFF, WHITESEL, CONTE & SARET, LTD.                    ATTORNEYS AT LAW

401 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611-4212

TELEPHONE (312) 661-2100
TELEX NO. 20-6024

FAX (312) 661-0029
FAX (312) 527-3001

Email: lwcs@lwcs.com

### VIA FACSIMILE
May 26, 1998

CHARLES A. LAFF
J. WARREN WHITESEL
ROBERT F. I. CONTE
LARRY L. SARET
MARTIN L. STERN
LOUIS ALTMAN
JOSEPH F. SCHMIDT
BARRY W. SUFRIN
MARSHALL W. SUTKER
JUDITH L. GRUBNER
JOHN T. GABRELIDES
KEVIN C. TROCK

JAMES B. CONTE
SCOTT B. FEDER
WILLIAM A. MEUNIER
G. PETER ALBERT
MICHAEL B. ALLEN
LISA C. CHILDS, Ph.D.
RITA ABBATI

CHRIS WOOD, Ph.D.
TECHNICAL ASSISTANT

J.R. HALVORSEN
OF COUNSEL

Mr. Lane
Correspondence Division
c/o Commissioner of Patents
United States Patent and Trademark Office
Washington, D.C. 20231

Re:    U.S. Patent Application Serial No. 08/634,374
       Inventor:    Scott Haugh
       For:    PET BED WITH REMOVABLE BOLSTER
       Our File No. 1300-112

RECEIVED

OCT 0 9 1998

GROUP 2100

Dear Mr. Lane:

Per your conversation this afternoon with my secretary, Robbi Shew, enclosed please find a copy of the Amendment Pursuant to 37 C.F.R. 1.312 to correct the inventor's name, which includes the Declaration and Power of Attorney and Application Transmittal sheet, showing the inventor's name as "Scott Haugh". The United States Patent and Trademark Office documents incorrectly show the inventor's name as "Haugh Scott".

Please have the inventor's name corrected to "Scott Haugh" before the patent issues on June 16, 1998. Feel free to call if you need additional document or information.

Sincerely,

LAFF, WHITESEL, CONTE & SARET, LTD.

Larry L. Saret

LLS:rls
Enclosure
c:\mydoc\active\1300\112\poa to correct inventor name.lane

DMC000058

05/26/98  TUE 15:26 FAX 312 527 3001      L. W. C. & S.LTD.                    ☑003

IN THE
UNITED STATES PATENT & TRADEMARK OFFICE
ART UNIT 3303

| | | |
|---|---|---|
| IN RE APPLICATION OF: | SCOTT, Haugh [sic] | ) |
| | | ) |
| CASE: | 1300-112 | ) |
| | | ) |
| SERIAL NO.: | 08/634,374 | ) |
| | | ) |
| FILED ON: | April 18, 1996 | ) |
| | | ) |
| FOR: | PET BED WITH | ) |
| | REMOVABLE BOLSTER | ) |

**AMENDMENT PURSUANT
TO 37 C.F.R. 1.312**

ASSISTANT COMMISSIONER OF PATENTS
WASHINGTON, DC 20231

Dear Sirs:

[X]    AUTHORIZATION TO PAY AND PETITION FOR THE ACCEPTANCE OF ANY
       NECESSARY FEES: If any charges or fees must be paid in connection with the following
       Communication (including but not limited to the payment of issue fees), they may be paid out of
       our deposit account No. 12-0064. If this payment also requires a Petition, please construe this
       authorization to pay as the necessary Petition which is required to accompany the payment.

[ ]    Applicant herewith petitions the Commissioner of Patents and Trademarks to extend the time
       for response to the Office Action dated _____ for _____ month(s) from _____ to
       _____. Submitted herewith is check No. _____ for $_____ to cover the cost of the
       extension. If a check is lost, or otherwise does not accompany this Petition, please charge my
       deposit account number 12-0064 in the appropriate amount to cover the cost of the extension.
       Any deficiency or overpayment should be charged or credited to the above numbered deposit
       account.

| CERTIFICATE OF MAILING |
|---|
| I hereby certify that this correspondence is being deposited with the United States Postal Service as first-class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on: |
| Date: _January 28, 1998_ |
| Signature: _Robbi Shew_ |
| Print:      Robbi Shew |

| REGISTRATION | |
|---|---|
| Charles A. Laff | 19787 |
| J. Warren Whitesel | 16830 |
| Robert F.I. Conte | 20354 |
| Larry L. Saret | 27674 |
| Martin L. Stern | 28911 |
| Louis Altman | 19373 |
| Barry W. Sufrin | 27398 |
| Marshall W. Sutker | 19995 |
| Neil R. Ormos | 35309 |
| Kevin C. Trock | 37745 |
| Scott B. Feder | 33129 |
| Jack R. Halvorsen | 18394 |
| G. Peter Albert, Jr. | 37268 |
| Michael B. Allen | 37582 |
| William A. Meunier | 41193 |

LAFF, WHITESEL, CONTE & SARET LTD.
401 North Michigan Avenue
Chicago, Illinois 60611-4212
(312) 661-3100
Fax: (312) 661-0029

DMC000059

05/26/98  TUE 15:26 FAX 312 527 3001        L. W. C. & S.LTD.                    ☑004

## AMENDMENT PURSUANT TO 37 C.F.R. 1.312

This Amendment is submitted pursuant to 37 C.F.R. 1.312. The Notice of Allowance and Issue Fee

Due dated November 25, 1997 indicates that the name of the inventor was recorded by the United States

Patent and Trademark Office as "Haugh Scott", mistakenly reversing the inventor's surname and given name.

The inventor's name should read: --Scott Haugh-- as originally set forth on the original application. Copies

of the Transmittal document and the Declaration and Power of Attorney are attached.

Respectfully submitted,

*[signature]*

Larry L. Saret
Registration No. 27674
LAFF, WHITESEL, CONTE & SARET, LTD.
401 North Michigan Avenue, Suite 1700
Chicago, IL 60611
(312) 661-2100
(312 661-0029 (fax)

Date:   January 28, 1998

2

DMC000060

05/26/98 TUE 15:27 FAX 312 527 3001 _____ L. W. C. & S,LTD.     ⌀005

# Declaration and Power of Attorney For Patent Application

## English Language Declaration

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (If only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

PET BED WITH REMOVABLE BOLSTER
the specification of which

(check one)

☒ is attached hereto.

☐ was filed on _____ as

  Application Serial No. _____

  and was amended on _____
          (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)             Priority Claimed

| Name | | | | Yes | No |
|---|---|---|---|---|---|
| (Number) | (Country) | (Day/Month/Year Filed) | | ☐ | ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | | ☐ Yes | ☐ No |
| (Number) | (Country) | (Day/Month/Year Filed) | | ☐ Yes | ☐ No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

*(left margin, rotated text:)* 481 N. MICHIGAN AVENUE CHICAGO, ILLINOIS 60611

*(left margin, rotated text:)* LAFF, WHITESEL, CONTE & SARET, LTD. ATTORNEYS AT LAW

Form PTO-FB-110 (8-83)           Patent and Trademark Office–U.S. DEPARTMENT OF COM

TELEPHONE         TELEX NO.       FAX (312) 661-0033
(312) 661-3100        190-9924

DMC000061

05/26/98   TUE 15:27 FAX 312 527 3001        L. W. C. & S. LTD.                            @006

| None | | |
| (Application Serial No.) | (Filing Date) | (Status)<br>(patented, pending, abandoned) |
| (Application Serial No.) | (Filing Date) | (Status)<br>(patented, pending, abandoned) |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith. Charles A. Laff (19787); J. Warren Whitesel (16830); Robert F.I. Conte (20354); Larry L. Saret (27674); Martin L. Stern (28911); Bernard L. Kleinke (22123); Louis Altman (18373); Barry W. Sufrin (27398); Marshall W. Sutker (19962); Jennifer A. Dunner (33685); Neil R. Ormos (35309); Richard P. Gilly (37630); Kevin C. Trock (37745); and Jack R. Halvorsen (18394).

Send Correspondence to: LAFF, WHITESEL, CONTE & SARET, LTD., 401 North Michigan Avenue, Chicago, Illinois 60611.

Direct Telephone Calls to: __Larry L. Saret__
at telephone No. (312) 661-2100.

| Full name of sole or first inventor | |
| Scott Baugh | 4/5/96 |
| Inventor's signature | Date |
| *[signature]* | |
| Residence | |
| 829 South St. Lockport IL 60441 | |
| Citizenship | |
| United States Of America | |
| Post Office Address | |
| | |

| Full name of second joint inventor, if any | None | |
| Second inventor's signature | | Date |
| Residence | | |
| Citizenship | | |
| Post Office Address | | |
| | | |

(Supply similar information and signature for third and subsequent joint inventors.)

Form PTO-FB-110 (4-83)                         Patent and Trademark Office-U.S. DEPARTMENT OF COMMERCE

DMC000062

05/26/98  TUE 15:27 FAX 312 527 3001     L. W. C. & S,LTD.                                    ☑007

IN THE

# UNITED STATES PATENT & TRADEMARK OFFICE

The Commissioner of Patents & Trademarks
Washington, D.C. 20231

DATE:  **April 18, 1996**

OUR CASE NO:   1300–112

Sir:

Transmitted herewith for filing is the patent application (including specification, claims and declaration) of:

Inventor:   **Scott Haugh**

For:   **PET BED WITH REMOVABLE BOLSTER**

A.  Enclosed are:

| Documents: | Specification | Claims | Abstract | Declaration |
|---|---|---|---|---|
| No. of Pages: | 5 | 2 | 1 | 2 |

[X]  _2_ sheets of drawing(s).     [ ] Formal     [X] Informal

[x] An assignment of the invention to  **Flexi-Mat Corporation**

[ ] A certified copy of a _____ application.

[ ] Claim for priority under 35USC119.

[ ] Associate Power of Attorney.

[x] Citation of Prior Art.

[ ] Preliminary Amendment.

[ ] Translation with Translator's Declaration.

[X] Check No. _27849_ in the amount of $ _415.00_ dated _4/18/96_ is
enclosed to cover the [X] filing fee ⌷x[x] assignment recording fee.

B.  FILING FEE CALCULATION:

[ ] Before calculating the filing fee, please cancel claims _____.

[ ] After adding preliminary amendment claims _____.

| | SMALL ENTITY STATUS - AFFIDAVIT ATTACHED | | | | | LARGE BUSINESS RATE | |
|---|---|---|---|---|---|---|---|
| | **Number Filed** | **Number Extra** | **Rate** | | **Basic Fee $373** | **Rate** | **Basic Fee $745** |
| Total Claims | 11  -20 | 0 | X | $ 11 | = | 0.00 | $ 22 | = |
| Independent Claims | 3  -3 | 0 | X | $ 39 | = | 0.00 | $ 78 | = |
| Multiple Dependency | | | | $125 | = | 0.00 | $250 | = |
| Total Filing, Fee.................. | | | | | | 375.00 | | |
| Assignment Recordal Fee......... | | | | | | 40.00 | | |
| | | | | Total | $ | 415.00 | Total | $ |

C.  SPECIAL INSTRUCTIONS:

[ ] Please charge our Deposit Account No. 12-0064 in the amount of $ _____.
A duplicate of this sheet is enclosed.

[X] The Commissioner is hereby authorized to charge any fees which may be required, including, but not limited to payment of issue fees, or credit any overpayment to Account No. 12-0064. A duplicate copy of this sheet is enclosed. If this payment also requires a Petition, please construe this authorization to pay as the necessary Petition which is required to accompany the payment.

RETAIN THIS NUMBER-CUSTOMER
RECEIPT WILL BE MAILED TO YOU.

DMC000063

TB864342875 US

**EXPRESS MAIL mailing label**
No. __TB 864 342 875 US__
Date of Deposit __April 18, 1996__
I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231. The person mailing this paper/fee is: __Sandra Herzg__
PRINT
SIGNATURE _____

LAFF, WHITESEL, CONTE & SARET, LTD.
ATTORNEYS AT LAW
401 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60611

TELEPHONE
(312) 661-2100
FAX
(312) 661-0025

Respectfully submitted,
Laff, Whitesel, Conte & Saret, Ltd.

By _____
    Larry L. Saret

| | Registration No. |
|---|---|
| Charles A. Laff | 19787 |
| J. Warren Whitesel | 16830 |
| Robert F. I. Conte | 20354 |
| Larry L. Saret | 27674 |
| Martin L. Stern | 28911 |
| Louis Altman | 19373 |
| Barry W. Sufrin | 27399 |
| Marshall W. Sutker | 19962 |
| Jack R. Halvorson | 18394 |
| Jennifer A. Dunner | 33685 |
| Neil R. Ormos | 35309 |
| Richard P. Gilly | 37830 |
| Kevin C. Trock | 37745 |
| John W. Hayes | 33900 |

DMC000064

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 1995

Application or Docket Number: 6/34314

## CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE | SMALL ENTITY FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 375.00 | OR | | 750.00 |
| TOTAL CLAIMS | 11 | minus 20 = * | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | 3 | minus 3 = * | x39= | | OR | x78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +125= | | OR | +250= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | 375 | OR | TOTAL | |

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x39= | | OR | x78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +125= | | OR | +250= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x39= | | OR | x78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +125= | | OR | +250= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x39= | | OR | x78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +125= | | OR | +250= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 10/95)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

DMC000065

Form PTO 1130
(REV 2-94)

# U.S. DEPARTMENT OF COMMERCE
## Patent and Trademark Office

# PACE DATA ENTRY CODING SHEET

**APPLICATION NUMBER**
08/634374

**TOTAL CLAIMS**

**INDEPENDENT CLAIMS**

**TYPE APPL**

**SMALL ENTITY?**

**FILING DATE**
MONTH DAY YEAR

**FILING FEE**

**FOREIGN LICENSE**

**SPECIAL HANDLING**

**1ST EXAMINER** / **DATE**

**2ND EXAMINER**

**GROUP ART UNIT**

**ATTORNEY DOCKET NUMBER**

**CLASS**

**SHEETS OF DRAWING**

**PARENT APPLICATION SERIAL NUMBER**

**CONTINUITY DATA**

**PCT APPLICATION SERIAL NUMBER**

**PARENT PATENT NUMBER**

**PARENT FILING DATE**
MONTH DAY

**CONT STATUS CODE**

**FOREIGN PRIORITY CLAIMED**

**COUNTRY CODE**

**PCT/FOREIGN APPLICATION SERIAL NUMBER**

**FOREIGN FILING DATE**
(MONTH) DAY YEAR

DMC000066

SPRING 1996

# IN THE COMPANY OF
# DOGS



GIFTS AND GEAR FOR DOGS & THE PEOPLE WHO SHARE THEIR LIVES

DMC000067



**PUCKER BED**
The bed that will grace any room. Let him sleep inside this cuddly bed covered in waffle-textured puckered cotton. High foam sides and removable polyfill pillow. Completely washable. Please specify natural or mocha. Made in USA. (Interior measurements shown.)
Small, 20"x15" #5280 $44. Medium, 23"x17" #5282 $58. Large, 27"x20" #5284 $76

# IN THE COMPANY OF
# DOGS

PO BOX 7071
DOVER, DE 19903

©1996 QR Catalog Corp.

1S5A004                    **C 052
MRS JOSEPH CAPOBIANCO
OR CURRENT RESIDENT
ASSOCIATED TEXTILES          3458
295 5TH AVE                    Z
NEW YORK    NY 10016-7103

#301296

Bulk Rate
U.S. Postage
PAID
In The Company
Of Dogs

DMC000068



DMC000069

# Flexi-Mat's Poly/Cedar Cuddler®



- **ZIPPERED REFILLABLE INNER LINER AND OUTER COVER**
- **MACHINE WASHABLE AND DRYABLE**
- **POLY/CEDAR FILL REPELS FLEAS**
- **FRESH CEDAR SCENT**
- **DESIGNER FABRIC**
- **INSULATES FROM COLD, DAMP FLOORS**

Flexi-Mat's Poly/Cedar Cuddler® is designed with a machine washable collar and a removable machine washable cushion cover. The inside cushion liner has a zipper for machine washing and adding or changing fill.

The Poly/Cedar Cuddler® is available in a variety of floral and abstract design poly-cotton chintz prints. Each bed is wrapped in an attractive point-of-purchase 4-color display sleeve.

Available in 21", 23" and 28" sizes.



**Flexi-Mat Corporation**
2244 South Western Avenue, Chicago, Illinois 60608

~DMC000070



Flexi-Mat's "Kitty-Kup"
because we listen
to our customers!

15" Diameter                                                    #RKK–6

Flexi-Mat Corporation   2244 S. Western Avenue • Chicago, Illinois 60608 • Phone: (312) 376-5500

DMC000072



- HELPS KEEP PETS COMFORTABLE AND WARM
- DURABLE, SIMULATED FLEECE INTERIOR
- SOFT POLYFOAM CORE
- REMOVABLE, MACHINE WASHABLE COVER
- INSULATES FROM COLD DAMP FLOORS
    (WARM IN WINTER . . . COOL IN SUMMER)

*Flexi-Mat Corporation*
2244 South Western Avenue, Chicago, Illinois 60608



SIZE: 15"
STOCK NO, KZK-6

DMC000073



### RED LIZARD COLLAR AND LEAD
A dashing ensemble of lizard-embossed Italian calfskin with brass fittings and full leather lining. Collar is available plain or embellished with antiqued crowns. From Tanner and Dash. Specify collar size (See order form for how to measure).

Lizard Plain 8½-16"
Collar #5115 $25
Set #5119 $65
Lizard Crown 9½-16"
Collar #5121 $32
Set #5123 $72
Coordinating 4' Leash
#5117 $44

### DECOUPAGE COLLECTOR'S PLATES
Bring a touch of canine chic to your home with these elegant, 7" octagonal plates that showcase a specific breed at the center of a rich gothic border. Artist-signed. Specify Corgi, Bulldog, Jack Russell and Pug. #S5810 $85

### PROFESSIONAL PILLOWS
...ou can't trust your dog, who can you trust? Numbered, ...ited-edition pillows feature the Airedale as lawyer, the Boston ...rier as accountant, and the Terrier as junior executive. Richly ...oroidered, zippered cover of pure worsted wool is ...rimed with gold braid and tassels, and ...ed by designer Robert Turner ...14" with plump polyfill.
...yer on hunter #3445,
...ountant on camel #2580,
...ior executive on ruby #2585,
... shown)
...tor/Boxer on ruby #3440,
...erman/Bulldog on black #3450,
...:h $125

### BRAIDED "JACOBEAN" BED
The regal dog (and what dog isn't?) will appreciate this deluxe bed in a rich Jacobean floral print on burgundy, edged with braided cord. Tufted sides provide extra comfort. Zip-off cotton cover; high-density polyfoam fill. Machine washable.
S/M, approx. 24"x17" #2256 $90
M/L, approx. 36"x24" #2258 $125

DMC000074



# *Flexi-Mat's* **Poly/Cedar** Cuddler®

- ■ **ZIPPERED REFILLABLE INNER LINER AND OUTER COVER**
- ■ **MACHINE WASHABLE AND DRYABLE**
- ■ **POLY/CEDAR FILL REPELS FLEAS**
- ■ **FRESH CEDAR SCENT**
- ■ **DESIGNER FABRIC**
- ■ **INSULATES FROM COLD, DAMP FLOORS**

Flexi-Mat's Poly/Cedar Cuddler® is designed with a machine washable collar and a removable machine washable cushion cover. The inside cushion liner has a zipper for machine washing and adding or changing fill.

The Poly/Cedar Cuddler® is available in a variety of floral and abstract design poly-cotton chintz prints. Each bed is wrapped in an attractive point-of-purchase 4-color display sleeve.

Available in 21", 23" and 28" sizes.



*Flexi-Mat Corporation*
2244 South Western Avenue, Chicago, Illinois 60608

DMC000075