# EXHIBIT 3

US005136981A

# United States Patent [19]

## Barreto, III et al.

[11] Patent Number: 5,136,981

[45] Date of Patent: Aug. 11, 1992

[54] PET BED

[76] Inventors: Aurelio F. Barreto, III, 20455 Somma Dr., Lake Mathews, Calif. 92570; Darrell R. Paxman, 7186 Calico Cir., Corona, Calif. 91719

[21] Appl. No.: 738,587

[22] Filed: Jul. 31, 1991

[51] Int. Cl.⁵ ................................................ A01K 29/00
[52] U.S. Cl. ........................................ 119/28.5; D30/118
[58] Field of Search .................... 119/174, 28.5; 5/424, 5/425, 99.1; D30/118

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 45,392 | 3/1914 | Matthai | D30/1 |
| D. 224,934 | 10/1972 | Gilstrap | D30/1 |
| D. 225,121 | 11/1972 | Mashburn | 119/28.5 |
| D. 246,540 | 11/1977 | Burleson | D30/1 |
| 1,029,144 | 6/1912 | Rich | 119/19 |
| 1,126,333 | 1/1915 | Adams | 454/358 |
| 3,147,736 | 9/1964 | Daniel | 119/19 |
| 3,565,040 | 2/1971 | Pohl | 119/1 |
| 3,814,058 | 6/1974 | Thompson | 119/19 |
| 3,902,456 | 9/1975 | David | 119/1 |
| 3,989,008 | 11/1976 | Neumann | 119/1 |
| 4,008,687 | 2/1977 | Keys | 119/1 |
| 4,010,880 | 3/1977 | Guillot - Munoz | 224/42.42 A |
| 4,057,031 | 11/1977 | Williams et al. | 119/1 |

| | | | |
|---|---|---|---|
| 4,729,343 | 3/1988 | Evans | 119/19 |
| 4,763,604 | 8/1988 | Meekins | 119/1 |
| 4,860,689 | 8/1989 | Stewart | 119/1 |
| 4,899,693 | 2/1990 | Arnold | 119/28.5 |
| 5,000,116 | 3/1991 | Fife et al. | 119/28.5 |
| 5,002,014 | 3/1991 | Albin | 119/28.5 |
| 5,010,843 | 4/1991 | Henry | 119/28.5 |
| 5,027,748 | 7/1991 | Wolak | 119/168 |
| 5,033,408 | 7/1991 | Langenbabu | 119/28.5 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2514990 | 4/1983 | France | 119/28.5 |
| 955581 | 4/1964 | United Kingdom | 119/28.5 |

Primary Examiner—John G. Weiss
Attorney, Agent, or Firm—Cassidy, Vance & Tarleton

[57]                          ABSTRACT

Apparatus and methods for providing soft padded bedding for pets, such as for cats and dogs. The invention comprises: a flexible foam-core sidewall; a flexible foam-core base; and a cover having a sidewall enclosure, a separate base enclosure, and a floor, the sidewall enclosure capable of at least partially enclosing the sidewall, and the base enclosure capable of at least partially enclosing the base. The invention may also be configured to have a general appearance of a boat or one of several different tepees.

19 Claims, 14 Drawing Sheets





FIG. 1

FIG. 2

Case 1:04-cv-10162-DPW     Document 81-5     Filed 11/30/2005     Page 4 of 54



FIG. 3

FIG. 4





FIG. 11

FIG. 12

FIG. 13

Case 1:04-cv-10162-DPW    Document 81-5    Filed 11/30/2005    Page 7 of 54



FIG. 14

FIG. 15

FIG. 16

Case 1:04-cv-10162-DPW    Document 81-5    Filed 11/30/2005    Page 8 of 54



FIG. 17

FIG. 18

FIG. 19



FIG. 20





FIG. 21

FIG. 22

FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27

FIG. 28

FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33

FIG. 34

FIG. 35



FIG. 36

FIG. 37



FIG. 38

FIG. 39



FIG. 40



5,136,981

1

## PET BED

### COPYRIGHT NOTICE

©Copyright 1991, Cassidy, Vance & Tarleton, P.S. All Rights Reserved.

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyrights whatsoever.

### TECHNICAL FIELD

This invention relates to apparatus and methods for providing soft, padded bedding and shelter for pets, and particularly for cats and dogs.

### BACKGROUND OF THE INVENTION

For decades manufacturers of pet products have recognized a need to provide a safe and comfortable environment for pets, and particularly for cats and dogs. A myriad of different forms of shelters, bedding, clothing, exercise equipment, toys, food, and health products for pets have been developed with safety and comfort in mind.

One of the most widely used padded bedding products is a simple fabric or vinyl bag which contain wood chips, foam chips, rags, or other material. When sat upon, the chips or rags are displaced to form an indented cradle within which a pet may rest.

Another type of pet bed comprises a unitary flexible foam core structure having a sidewall which is permanently adhered to a base. It is important to note that the base is not removable from the sidewall. Rather, the base and sidewall are permanently joined to give the pet bed structural integrity. A cradle is formed between the inner, upwardly extending surfaces of the sidewall and the upper surface of the base. The foam core structure is then covered and protected by a removable, washable cover.

The washable cover, which defines a single enclosure, is simply slid over the foam core structure defined by the sidewall and base. The cover does not supply any structural support for the bed. Instead, the cover is simply intended to cover and protect the exposed surfaces of the foam core structure. Consequently, the cover material is loosely laid upon the upper surfaces of the base and is limp and slack. This design is devoid of any means to place tension within the cover material which lays upon the upper surfaces of the base. The slack nature of the cover, causes such a pet bed to be rather unsightly and unappealing when placed upon a store shelf and when used by a pet within a home.

Another pet bed comprises a permanently joined, unitary cover and flexible core structure. The cover material is literally sewn onto the foam base and side walls and is not removable therefrom. The base and sidewall are thus permanently enveloped or enclosed within the cover. This type of pet bed is extremely difficult and expensive to manufacture and does not permit the cover to be removed for cleaning or replacement.

Another pet bed comprises a combination of the foregoing elements, wherein a sidewall cover permanently encases a flexible foam core sidewall. Attached to lower edges of the sidewall cover is a thin sheet of cloth mate-

2

rial which defines a nonpadded floor. A separate base cover permanently encases a stuffed pillow or pad. The covered pad is then tossed onto the nonpadded floor within the cradle formed by the covered sidewall. This product requires the manufacture and use of two separate covers. The foam core sidewall and base are permanently encased within their respective covers. This type of pet bed is also extremely difficult and expensive to manufacture and does not permit only the cover to be removed for cleaning or replacement.

The above-mentioned bed products have other inherent difficulties. For example, it is not uncommon that a pet will urinate within the bedding or otherwise soil it. If a unitary core structure is used or if the cover is permanently attached to the core structure, the structure is almost impossible to wash within a conventional, household washing machine. The difficulty arises due to the bulk, size, and unitary structure of the product.

If the bedding is not washed, the soiled and contaminated cover and foam core structure become cold, damp, wet, and dirty. Insects, mildew, and bacteria can harbor within the bedding and thereby expose the pet to a severe health hazard.

Bedding having a unitary or permanently attached core structure and/or multiple covers is also more difficult and expensive to manufacture, package, and ship. For example, the bulky, three-dimensional nature of the bed slows down the manufacturing process and increases manufacturing expense. The large three-dimensional nature of the bed also consumes a large amount of storage and shelf space. This necessitates the use of larger shipping packages and crates for shipment, and increased shipping fees.

Other problems with the apparatus and methods of the prior art include: the need to adhere the sidewall to the base to give the apparatus structural support; or alternatively, the need to stitch the cover directly to the flexible, yet thick, foam core.

The following issued patents describe other types of cloth or padded pet enclosures and/or bedding: Pohl (U.S. Pat. No. 3,565,040, issued Feb. 23, 1971); David (U.S. Pat. No. 3,902,456, issued Sep. 2, 1975); Neumann (U.S. Pat. No. 3,989,008, issued Nov. 2, 1976); Keys (U.S. Pat. No. 4,008,687, issued Feb. 22, 1977); Guillot-Munoz (U.S. Pat. No. 4,010,880, issued Mar. 8, 1977); Meekins (U.S. Pat. No. 4,763,604, issued Aug. 16, 1988); and Stewart (U.S. Pat. No. 4,860,689, issued Aug. 9, 1989).

The inventor believes that the listed products and patents taken alone or in combination neither anticipate nor render obvious the present invention. These citations do not constitute an admission that such disclosures are relevant or material to the present claims. Rather, these citations relate only to the general field of the disclosure and are cited as constituting the closest art of which the inventor is aware.

### DISCLOSURE OF INVENTION

Most pet owners desire that their beloved pets are kept healthy and made as comfortable as possible. Heretofore, the soft, padded, pet bedding and shelters that were available to such owners were often bulky, untidy, unsightly, unattractive, and difficult to clean.

This invention is an improved soft, padded pet bed and shelter that is easily assembled, disassembled and washed, and is not unduly bulky. The various embodiments of this invention are specifically designed to re-

5,136,981

3

tain a tidy, attractive, clean, and aesthetically-appealing professional appearance. The various designs of this invention were generated from a consideration of not only the anatomical but also the psychological well being of the pet. For example, both dogs and cats must be provided with sufficient space to allow movement upon the bedding or within the enclosure. This space is needed because such animals will often change their sleeping positions for greater comfort. The space, however, must not be too large. Most pets appear to enjoy resting in a soft, clean, warm, protected, enclosed environment which have some form of a sidewall against which the pet may lean. Cats also like to tumble and climb, consequently, the below mentioned tepee design has been created to partially meet this need.

These benefits for the pet are coupled with an advantageous structure that enables the cover and base to be separated for cleaning and storage. The sidewall is not adhered to the periphery edges of the base. Consequently, the sidewall may be folded against itself for insertion into a washing machine or into a relatively flat carton for shipping or storage. If needed, the base may be similarly folded.

In short, this invention is simple, functional, efficient, reliable, rugged, durable, compact, and is easily used, constructed and assembled. The present invention is also inexpensive and economical to manufacture, and is extremely simple to use requiring minimal manipulation for assembly and disassembly.

To achieve these general and specific objectives the pet bed of the present invention generally comprises a sidewall, a base, and a cover.

It is intended that the sidewall and base are made of a soft, flexible, foam-core material, such as foam rubber or the like which are commonly used for the manufacture of mattresses and cushions.

Alternatively, the base and/or sidewall may comprise a hollow structure made of polyethylene, polypropylene, or similar material. Such a hollow structure could be formed by several different processes, including blow molding, rotational molding, vacuum molding, or injection molding. For example, the base could comprise a blow-molded, hollowcored structure wherein a generally horizontal base floor is raised above an underlying support surface and is suspended from generally upright base sidewalls located about the perimeter of the base base floor. Since the base base floor material is capable of flexing, this alternative structure provides not only insulating and weight-supporting characteristics but also provides a forgiving, shock absorbent base floor for the invention. This alternative structure is also more easily washed than a base made from a foam-core material.

The sidewall may be made of a single section or piece of foam which is generally continuous about at least a portion of a periphery of the pet bed. The sidewall serves as a wall against which the pet may lean.

The base serves as a mattress or cushion to insulate the pet from the underlying support surface. The base generally has an upper surface and a lower surface.

The cover generally covers and protects the sidewall and the base. The cover of the present invention is unique, however, in that it has a sidewall enclosure and a separate, independent base enclosure. The sidewall enclosure is capable of at partially enclosing the sidewall. The base enclosure is capable of at least partially enclosing the base.

4

The base is separable and removable from the base enclosure of the cover and, similarly, is insertable therein. The base is also separable from the sidewall of the invention. Removal of the base from the base enclosure enables the sidewall, when so urged, to collapse upon itself within the sidewall enclosure to assume a generally flat compact form.

The cover is preferably made of a washable material. For example, a portion or all of the cover could be made of a nylon, denim, and/or vinyl fabric. Portions of the cover could also be made of a synthetic material which simulates fur, such as an artificial sheepskin fabric.

The cover has a floor upon which the pet rests. The floor is generally stretched taut across the upper surface of the base when the base is properly inserted and positioned within the base enclosure. The lower surface of base may be placed upon the underlying support surface to be coplanar therewith.

The design of the cover also urges the sidewall of the invention to have a generally upright orientation with respect to the support surface and the base.

To maintain a taut condition, the cover may also be provided with a length of elastic material which is positioned about the perimeter of an opening to the base enclosure. The elastic material urges the opening toward at least a partial closure. Expansion of the elastic material enlarges the opening to enable the base to be removed from or inserted into the base enclosure. Thus, the cover is form fitted onto the sidewall and base.

Using the aforementioned concepts, a wide variety of differently configured pet beds can be manufactured. For example, the base, sidewall, and cover may be configured to create a pet bed having a generally circular or oval cradle or pet enclosure. A portion of the sidewall may be lower in height, as measured from the base or support surface, than a remaining portion of the sidewall. If used, this lower portion defines an entrance into the cradle or pet enclosure.

Alternatively, the pet bed may have a general appearance or configuration of a boat. The pet be may also have a general appearance or configuration of a wide variety of differently designed tepees or wigwams having an inverted, cone shape. Use of piping, a foredeck, functional and/or ornamental stitching, bands of decorative material, door flaps and badges, ribbons, decals, or other indicia may be used to give the pet bed an attractive, aesthetically appealing appearance.

The present invention achieves each of the above-stated objectives and also overcomes the previously mentioned disadvantages of the prior art.

These and other objectives and advantages of the present invention will become more readily apparent upon reading the following disclosure and referring to the attached drawings.

BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 is a perspective view of a first embodiment of the invention as taught herein.

FIG. 2 is a cross-sectional, side-elevational view of the first embodiment taken along line II—II in FIG. 1.

FIG. 3 is a bottom, plan view of the first embodiment shown in FIG. 1.

FIG. 4 is an exploded-perspective view of the first embodiment shown in FIG. 1 illustrating the removal and insertion of the base into the base enclosure of the cover.

5,136,981

| 5 | 6 |

FIG. 5 is a perspective view of a second embodiment of the invention as taught herein.

FIG. 6 is a front-elevational view of the second embodiment shown in FIG. 5.

FIG. 7 is a starboard side-elevational view of the second embodiment shown in FIG. 5.

FIG. 8 is a back-elevational view of the second embodiment shown in FIG. 5.

FIG. 9 is a port side-elevational view of the second embodiment shown in FIG. 5.

FIG. 10 is a top, plan view of the second embodiment shown in FIG. 5.

FIG. 11 is a bottom, plan view of the second embodiment shown in FIG. 5.

FIG. 12 is a perspective view of a third embodiment of the invention as taught herein with a first and second leading edge of a sidewall being joined to generally close an opening of an interior pet enclosure.

FIG. 13 is a front-elevational view of the third embodiment shown in FIG. 12.

FIG. 14 is a back-elevational view of the third embodiment shown in FIG. 12.

FIG. 15 is a side-elevational view of the third embodiment shown in FIG. 12.

FIG. 16 is a bottom, plan view of the third embodiment shown in FIG. 12.

FIG. 17 is a cross-sectional, side-elevational view of the third embodiment shown in FIG. 12 taken along line XVII—XVII in FIG. 13.

FIG. 18 is a top, plan view of the third embodiment shown in FIG. 12.

FIG. 19 is a front-elevational view of the third embodiment shown in FIG. 12 with the sides of the sidewall being separated generally to open the opening to the pet enclosure.

FIG. 20 is an exploded-perspective view of the third embodiment shown in FIG. 12 illustrating the removal and insertion of the base into the base enclosure of the pet bed.

FIG. 21 is a perspective view of a fourth embodiment of the invention as taught herein with less ornamental embellishment of the sidewall.

FIG. 22 is a front-elevational view of the fourth embodiment shown in FIG. 21.

FIG. 23 is a back-elevational view of the fourth embodiment shown in FIG. 21.

FIG. 24 is a side-elevational view of the fourth embodiment shown in FIG. 21.

FIG. 25 is a top, plan view of the fourth embodiment shown in FIG. 21.

FIG. 26 is a bottom, plan view of the fourth embodiment shown in FIG. 21.

FIG. 27 is a perspective view of a fifth embodiment of the invention as taught herein.

FIG. 28 is a front-elevational view of the fifth embodiment shown in FIG. 27.

FIG. 29 is a back-elevational view of the fifth embodiment shown in FIG. 27.

FIG. 30 is a side-elevational view of the fifth embodiment shown in FIG. 27.

FIG. 31 is a plan view of the fifth embodiment shown in FIG. 27.

FIG. 32 is a bottom, plan view of the fifth embodiment shown in FIG. 27.

FIG. 33 is a perspective view of a sixth embodiment of the invention as taught herein.

FIG. 34 is a front-elevational view of the sixth embodiment shown in FIG. 33.

FIG. 35 is a back-elevational view of the sixth embodiment shown in FIG. 33.

FIG. 36 is a side-elevational view of the sixth embodiment shown in FIG. 33.

FIG. 37 is a plan view of the sixth embodiment shown in FIG. 33.

FIG. 38 is a bottom, plan view of the sixth embodiment shown in FIG. 33.

FIG. 39 is a front-elevational view of the sixth embodiment shown in FIG. 3 with the first and second leading edges of the sidewall being partially separated to illustrate the separable attachment of the first and second leading edges.

FIG. 40 is an exploded-perspective view of the second embodiment shown in FIG. 5 illustrating the removal and insertion of the base into the base enclosure of the cover.

One should understand that the drawings are not necessarily to scale and the elements are sometimes illustrated by graphic symbols, phantom lines, diagrammatic representations, and fragmentary views. In certain instances, the inventor may have omitted details which are not necessary for an understanding of the present invention or which render other details difficult to perceive.

## BEST MODE FOR CARRYING OUT THE INVENTION

Referring to the drawings, wherein like numerals indicate like parts, FIGS. 1 through 4 illustrate a first embodiment of the present invention. FIGS. 5 through 11, and 40 illustrate a second embodiment of the invention. FIGS. 12 through 20 illustrate a third embodiment of the invention. FIGS. 21 through 26 illustrate a fourth embodiment of the invention. FIGS. 27 through 32 illustrate a fifth embodiment of the invention. FIGS. 33 through 39 illustrate a sixth embodiment of the invention. For simplicity in comparing common features of each embodiment, similar reference numerals have been used.

Referring now to the first embodiment, a padded pet bed 40 is used to insulate a pet (not shown) from an underlying support surface (not shown). Pet bed 40 generally comprises a sidewall 42, a base 44, and a cover 46.

Base 44 serves as a cushion to support and insulate the pet from the support surface. Sidewall 42 is secured to base 44 and provides a perimeter wall to define a partial enclosure or cradle within which the pet may find comfort and solitude. Pets often use sidewalls of their shelters to lean against.

Sidewall 42 and base 44 may be made of a soft, flexible foam-core material, such as an open-cell or closed-cell foam rubber, or similar material, having a thickness of about one-quarter to six inches ($\frac{1}{4}$" to 6"). The thickness of sidewall 42 and base 44 is dependent upon the size and weight of the pet, and the particular configuration of embodiment selected.

Alternatively, in some embodiments sidewall 42 and/or base 44 may be made with a hollow structure made of polyethylene, polypropylene, or similar material. Such a hollow structure could be formed by several different processes, including blow molding, rotational molding, vacuum molding, or injection molding. Since such a structure is hollow, the floor and sidewall of the structure are capable of flexing. This alternative structure provides insulating, weight-supporting, and shock absorbent characteristics, but in addition is more easily

5,136,981

7

washed than foam-core materials. This molded structure may even serve as a more durable replacement mattress if the foam-core base 44 as described herein becomes excessively soiled or worn.

As best seen in FIG. 2, sidewall 42 has a lower side 48, an interior side 50, a top side 52, and an outer side 54. Similarly, base 44 has a lower surface 56, a side surface 58, and an upper surface 60.

Sidewall 42 may comprise a plurality of joined sections or, as preferred, a single section of foam which is generally continuous about a periphery of pet bed 40. Although not preferred, base 44 may also be made of a plurality of joined sections.

Cover 46 generally covers and protects sidewall 42 and base 44 against becoming soiled. Cover 46 preferably is made of a flexible material than can be washed. The inventor prefers to make cover 46 out of a nylon, denim, or vinyl fabric, or a combination of these materials. Cover 46, or a portion thereof, may also be made from a natural or synthetic material which depicts or simulates fur. For example, many surfaces of cover 46 are illustrated as being made of an artificial sheepskin fabric.

It is important to note the structure and function of cover 46. As best seen in FIG. 2, cover 46 comprises a sidewall enclosure 62, a separate base enclosure 64, and a floor 66. Sidewall enclosure 62 is capable of at least partially enclosing sidewall 42. Base enclosure 64 is capable of at least partially enclosing base 44.

More particularly, sidewall enclosure 62 has an interior wall covering 68, a top wall covering 70, an outer wall covering 72, and means 74 for securing sidewall 42 within sidewall enclosure 62. Interior wall covering 68 covers and protects interior side 50. Top wall covering 70 covers and protects top side 52. Outer wall covering 72 covers and protects outer side 54. Securing means 74 may comprise a lower wall covering 76 that is permanently secured in place, may be opened, and/or is removable from cover 46 possibly to allow for the removal of sidewall 74 from within sidewall enclosure 62. It is not required that sidewall 74 be removable from within sidewall enclosure 62. In fact, for easy assembly by an end consumer, it is intended that sidewall 74 be already inserted into sidewall enclosure 62 prior to shipping, as will be described further below.

Base enclosure 64 has floor 66, a base wall 78, and means 80 for securing base 44 within base enclosure 64. Floor 66 covers and protects upper surface 60. Base wall 78 covers and protects side surface 58. Securing means 80 may comprise a lip 82 or flange of material extending inwardly from base wall 78, from lower wall covering 76, or from outer wall covering 72 which extends at least about the periphery of base 44 to catch and retain at least a portion of lower surface 56. Securing means 80 also defines an opening 84 into base enclosure 64.

Please note that base enclosure 64 is separate and apart from sidewall enclosure 62, and base 44 is separable and removable from cover 46 and from sidewall 42.

Cover 46 may further comprise a length of elastic material 86 affixed to securing means 80 about an edge 88 of opening 84. Elastic material 86 urges opening 84 toward at least a partial closure. Expansion of elastic material 86 enlarges opening 84 to allow base 44 to be removed from or inserted into base enclosure 64.

Cover 46 holds and retains sidewall 42 and base 44. When sidewall 42 is positioned within sidewall enclosure 62 and base 44 is positioned within base enclosure

8

64, cover 46 imparts structural integrity to pet bed 40 by not only joining and unifying cover 46, sidewall 42, and base 44, but also urging sidewall 42 to have a generally upright orientation with respect to base 44.

When pet bed 40 is properly placed upon the support surface, base 44 is generally coplanar with the support surface and sidewall 42 extends upwardly from either the support surface or from base 44.

Many different pet bed products were discussed above in the Background Of The Invention. Of such products having a sidewall and a removable cover, the cover simply slides over and covers the exposed surfaces of the foam core structure. Such a cover does not supply any structural support for the pet bed. Consequently, the cover is loosely laid upon the upper surfaces of the pet bed mattress and is limp and slack. Such pet bed products are devoid of any means to place tension within the cover that lays upon the upper surfaces of the base. The slack nature of the cover causes the pet bed to be rather unsightly and unappealing when placed upon a store shelf and when used by a pet within a home.

In stark contrast to the aforementioned pet bed products, when base 44 of the present invention is properly positioned within base enclosure 64 of cover 46, floor 66 is generally stretched taut across upper surface 60 giving pet bed 40 a clean, tidy, appealing, and professional appearance.

Removal of base 44 from within base enclosure 64 enables sidewall 42, when so urged, to collapse upon itself within sidewall enclosure 62 to assume a generally flat compact form. Thus, base 44 and the collapsed, combined sidewall 42 and cover 46 may be packaged, shipped, and stored as a relatively thin, flat product.

The foregoing description is applicable to each of the illustrated embodiments. Structure, features, and elements specific to individual embodiments will now be described in detail.

The first embodiment of pet bed 40 is illustrated in FIGS. 1 through 4. As shown, sidewall 42 imparts a general appearance of a circular or oval cradle to pet bed 40. A portion 90 of sidewall 42 may be lower in height as measured from base 44 or from the support surface than a remaining portion 92 of sidewall 42. Lower portion 90 defines an entrance into the cradle or pet enclosure.

The second embodiment of pet bed 40 is illustrated in FIGS. 5 through 11, and 40. The main concepts and structure as taught above are included within the second embodiment. One striking exception, however, is that cover 46, sidewall 42, and base 44 give pet bed 40 a general appearance or configuration of a boat. Sidewall 42 generally forms a stern freeboard 94, a port freeboard 96, a starboard freeboard 98, and a converging bow freeboard 100. Similarly, base 44 and floor 66 are shaped to give the general appearance or configuration of a boat deck. Lip 82 and opening 84, which lip 82 defines, are generally shaped similar to that of floor 66. This allows lip 82 and/or elastic material 86 to pull taut outer side 54 of sidewall 42 and secure it against becoming slack.

The boat shape may be of any desired configuration. In the preferred embodiment, however, the boat is shaped similar to that of a row boat. Such a design is particularly ornamental and attractive, especially since the interior floor 66 is stretched taut from port to starboard and from bow to stern. Similarly, the material

5,136,981

9

which forms sidewall enclosure 62 is stretched taut and held securely by securing means 80.

Please note that cover 46 covers, protects, holds, and retains stern freeboard 94, port freeboard 96, starboard freeboard 98, and converging bow freeboard 98 in a generally upright orientation with respect to base 44 and contributes to the general appearance of the boat.

As best seen in FIG. 5, cover 46 may further comprise a length of piping 102 which is generally positioned around an upper, outer edge 104 of sidewall 42. Piping 102 adds a decorative flare to cover 46 and can be interpreted as indicating railing about upper, outer edge 104.

If additional ornamental decoration is desired, cover 46 of pet body 40 may further comprise a foredeck 106 located near converging bow freeboard 100. Foredeck 106 of the preferred second embodiment comprises a sheet of material identical or similar to that used for cover 46 and a thin sheet of foam-core material. The sheet of material is folded beneath and over the foam-core material such that the foam-core material is sandwiched or juxtaposed between an upper and lower surface of foredeck 106. Foredeck 106 is then cut to a desired shape and sewn or otherwise secured to upper, outer edge 104 of sidewall 42 along a fore portion of converging bow freeboard 100.

Foredeck 106 may also be provided with one or more functional and/or ornamental stitch 108 or seam spanning the width of foredeck 106 from port to starboard. FIG. 10 illustrates foredeck 106 with three straight lines of stitches 108. Stitch 108 can provide increased structural integrity to foredeck 106 by passing through and thereby joining the upper surface, foam-core material, and lower surface of foredeck 106 together.

Cover 46 of the second embodiment may also be provided with an ornamental band 110 of material spanning across floor 66 from port to starboard. Band 110 could be made of the same sheet material as foredeck 106 and cover 46. In the preferred second embodiment of the invention, floor 66 is made of an artificial sheepskin material and the remaining portions of cover 46 are made of a nylon material. Piping 102 is made of a vinyl or rubber material.

Cover 46 may be provided with even further ornamentation in the form of one or more badges, ribbons, decals, or other indicia (not shown) which depict an anchor, a life buoy, a flag, or other boating memorabilia. Such indicia is either adhered or sewn onto outer wall covering 72 of cover 46, preferably near converging bow freeboard 100, and/or onto the upper surface of foredeck 106. Other locations may also be desirable depending upon the specific indicia selected.

Reference is now made to the third, fourth, fifth, and sixth embodiments of the present invention. Sidewall 42, base 44, cover 46, sidewall 42, and base 44 of each of these embodiments have a general appearance or configuration of an native American tepee or wigwam. Although the general structure is similar for each of these embodiments, each embodiment has different minor ornamental features. For example, the third embodiment is referred to as the deluxe cat version. The fourth embodiment is referred to as the standard cat version. The fifth embodiment is referred to as the deluxe dog version. The sixth embodiment is referred to as the standard dog version. These distinctions are not based upon anything other than appearance and possibly size. For example, in the pet industry dogs are often considered more masculine than cats. Consequently, pet

10

beds manufactured for dogs are provided with less ornamentation. Pet beds manufactured for cats have a greater amount of ornamentation. A brief comparison of these embodiments reveals that the deluxe and standard dog versions do not have flaps 112 that are otherwise found on the cat versions of the invention. The dog versions also have a more simplistic functional and/or ornamental stitching on cover 46, as compared to similar stitching on the cat versions of the invention. The primary distinction between the deluxe and standard versions of both the cat and dog pet beds is that the deluxe version uses an artificial sheep-skin material for interior wall covering 68 of cover 46, whereas the standard versions use a similar material for both the interior wall covering 68 and for outer wall covering 72.

Referring now to FIGS. 12 through 20, which illustrate the third embodiment of the invention, base 44 is generally circular in configuration. Cover 46 and sidewall 42 are configured to form a raised, inverted, generally cone-shaped wall 114. A wider portion 116 of cone-shaped wall 114 is joined to an upper perimeter 117 of base 44 by cover 46. A narrower portion 118 forms an apex of that extends upwardly from base 44 and gives pet bed 40 the general appearance or configuration of an American Indian tepee or wigwam.

A comparison of FIG. 17 with FIG. 2 reveals the particular cross-sectional structure of cover 46 in the third embodiment with respect to the first embodiment. A close inspection reveals that most if not all of the same concepts of using: sidewall 42, base 44, cover 46, lowerside 48, interior side 50, top side 52, outer side 54, lower surface 56, side surface 58, upper surface 60, sidewall enclosure 62, base enclosure 64, floor 66, interior wall covering 68, top wall covering 70, outerwall covering 72, and means 74 for securing sidewall 42 within sidewall enclosure 62 are all included within the third embodiment of the invention. Rather than using a separate lower wall covering 76, interior wall covering 68 and outer wall covering 72 are simple sewn together against floor 66. The third embodiment of the invention also has base wall 78, securing means 80, lip 82, opening 84, elastic material 86, and edge 88 as described above. The third embodiment, however, does not have lower portion 90 and remaining portion 92 because there is no wall immediately above floor 66 at the entrance into pet enclosure 120.

An important feature of the third embodiment is that a single cone-shaped wall 114 may be used to form both the sides and the ceiling of pet bed 40. Thus, interior wall covering 68 and floor 66 define the boundaries of a pet enclosure 120. Use of a single cone-shaped wall 114 greatly simplifies the complexity of manufacture and greatly reduces the cost of manufacture.

Since a single cone-shaped wall 114 is used, a portion of a front or leading edge 122 of wall 114 is capable of being either permanently or temporarily joined together. For example, pet bed 40 may be provided with means 123 for removably fastening at least a portion of a first leading edge 124 to a corresponding portion of a second leading edge 126. Fastening means 123 may comprise a zipper, one or more buttons, snaps, clasps, or any other device which will accomplish the task. The inventor prefers that fastening means 123 comprise respective lengths 128 and 130 of a hook-and-loop fastening system, such as mating lengths of a product sold under the trademark VELCRO. Length 128 is secured to interior wall covering 68 of first leading edge 124. Similarly, length 130 is secured to interior wall cover-

5,136,981

11

ing 68 of second leading edge 126 such that when joined lengths 128 and 130 join and mesh with one another to form one or more openings into pet enclosure 120.

FIGS. 17, 19 and 39 illustrate the preferred placement of lengths 128 and/or 130. One of several reasons for, and benefits of, this placement is that a pet, such as a cat, can enter or leave pet enclosure 120 through either a first opening 132, located below fastening means 123, or through a second opening 134, located above fastening means 123. Use of a hook-and-loop fastening means 123 also enables the size of first opening 132 and second opening 134 to be adjusted. If both first opening 132 and second opening 134 are used, such structure not only allows stuffy spent air naturally to escape through such openings, but also permits fresh air to flow through pet enclosure 120 by being drawn therein as the pet enters and/or leaves the enclosure. Due to the generally porous nature of cover 46, pet bed 40 is capable of breathing or allowing air to pass therethrough. This feature is significantly different from pet shelters having hard, nonporous walls.

As briefly mentioned above, the front or leading edge 122 of the third and fourth embodiments of the invention may be provided with one or more functional and/or ornamental door flaps 112 that are located near first opening 132 of pet enclosure 120. Flaps 112 are preferably extensions of first leading edge 124 and second leading edge 126 which are folded outwardly and back against outer wall covering 72 of cover 46. Flaps 112 may then be either permanently or temporarily fastened to outer wall covering 72. The inventor prefers that flaps 112 are permanently secured in place to serve simply as decorative adornment for pet bed 40. Alternatively, flaps 112 may be detachable from outer wall covering 72 and be joined together to at least partially close first opening 132. Another alternative is to use flaps 112 which are at least initially independent of cover 40 that are either permanently or temporarily affixed to cover 40.

Cover 46 and sidewall 42 of the third embodiment may also have one or more functional and/or ornamental side stitch 136 or seam that bind outer wall covering 72 to sidewall 42 and to interior wall covering 68. As seen in FIGS. 12 through 15 and 17 through 20, side stitch 136 may comprise a series of straight stitches that give the appearance from a distance of an enlarged zig-zag stitch hemmed with a straight stitch along each side of the zig-zag stitch. Other stitch designs or patterns can be used with similar aesthetic impact and effect.

The fourth embodiment of pet bed 40, as illustrated in FIGS. 21 through 26, is similar to the third embodiment except that an artificial sheepskin material is not used for the interior wall covering 68 and flaps 112, and a single straight stitch is used for side stitch 136.

In most respects the fifth embodiment of pet bed 40, as illustrated in FIGS. 27 through 32, is also similar to the third embodiment of the invention, except that: an artificial sheepskin material is not used for the interior wall covering 68; a single straight stitch is used for side stitch 136; and no flaps 112 are used.

The sixth embodiment of pet bed 40, as illustrated in FIGS. 33 through 39, is very similar to the fifth embodiment of the invention except that an artificial sheepskin material is not used for the interior wall covering 68.

In summary, the present invention is not restricted to a particular configuration. To the contrary, the invention may comprise a traditional oval pet bed design, a

12

novel and unique boat configuration, any one of a wide variety of tepee configurations, or other configuration which uses the same concepts and features as taught herein. The primarily claimed invention is use of a sidewall, a removable base, and a cover having separate and distinct compartments or enclosures for the sidewall and the base. From this broad concept and structure, many different more detailed and structured embodiments can be created. The illustrated embodiments are only illustrative. Many other designs may be used with the claimed invention.

The means and construction disclosed herein are by way of example and comprise primarily the preferred forms of putting the invention into effect. Although the drawings depict a preferred and alternative embodiments of the invention, other embodiments have been described within the preceding text. One skilled in the art will appreciate that the disclosed device may have a wide variety of shapes and configurations. Additionally, persons skilled in the art to which the invention pertains might consider the foregoing teachings in making various modifications, other embodiments, and alternative forms of the invention.

It is, therefore, to be understood that the invention is not limited to the particular embodiments or specific features shown herein. To the contrary, the inventor claims the invention in all of its forms, including all modifications, equivalents, and alternative embodiments which fall within the legitimate and valid scope of the appended claims, appropriately interpreted under the Doctrine of Equivalents.

INDUSTRIAL APPLICABILITY

The present invention provides a simple, reliable, easily used apparatus and method to form a soft, flexible, padded pet bed. The apparatus of this invention is also compact, functional, unobtrusive, efficient, reusable, durable, rugged, is easily constructed, and is inexpensive and economical to manufacture. Traditional or nontraditional manufacturing processes may be used. The present invention not only increases the speed and simplifies the procedure to form a pet bed, it also provides an apparatus which requires less storage room and shipping packaging and expense without damaging the product. This invention also allows a wide variety of differently styled pet beds to be manufactured.

The industrial applicability of this invention can be more readily ascertained by reference to the following example of its use.

Once the cover is manufactured, the soft, flexible, foam-core sidewall is inserted into the sidewall enclosure of the cover. The sidewall is manipulated within the enclosure to place it in its proper position and orientation. The sidewall within the cover is urged to collapse upon itself to assume a generally flat compact form. Once collapsed, the base is combined with the flattened sidewall and cover. The base, flattened sidewall, and cover are then easily inserted into a protective plastic shipping bag and into a generally flat, cardboard shipping container. The product may then be shipped to distributors, wholesalers, retailers, or directly to end customers.

Upon receipt of the contained product, the pet bed is removed from its protective container and plastic shipping bag. The flattened sidewall and cover are allowed to resume their naturally expanded open position.

The base is then inserted into an opening in the base enclosure. The insertion of the base into the base enclo-

13

sure stretches the floor of the cover taut for a smooth and extremely appealing and professional appearance.

If the product comprises the third or fourth embodiments as described above, the front or leading edges of the sidewall are joined generally to close the opening into the interior of the pet enclosure.

The product is now ready to be laid down where desired and used by a pet.

If the cover, sidewall, and/or base become soiled, the base may be simply removed from the base enclosure of the cover and one or more of these elements may be washed. Depending upon whether or not the sidewall is permanently or removably placed within the sidewall enclosure, the sidewall may also be removed for cleaning.

What is claimed is:

1. A soft, flexible pet bed, comprising:
a soft, flexible floor, and
at least one sidewall above and affixed to said floor made of a soft, flexible material yet sufficiently rigid to form a generally erect intended configuration above said floor; and
a base, said floor forming a cover for said base generally in the form of a bag having an opening, said base being easily inserted into or removed from said bag through said opening while said floor is affixed to said sidewall, said bed being collapsible to a generally compact form for ease of shipping and machine-washing when said base is removed, said base maintaining said intended configuration of the bed for use by the pet when the base is inserted into the floor.

2. The pet bed of claim 1, wherein said floor is sized so that when the base is inserted into the bag, the floor becomes generally taut over the top surface of said base, which in turn urges said sidewall to form and maintain the intended configuration of the bed for use by the pet.

3. The pet bed of claim 2, wherein said floor further comprises a means for urging said bag opening toward at least partial closure in order to hold the floor taut around said base.

4. The pet bed of claim 1, wherein said sidewall is made from a porous material which allows the passage of air through said sidewall.

5. The pet bed of claim 4, wherein said sidewall is formed from a foam-core material.

6. The pet bed of claim 4, wherein said sidewall is covered by a sidewall cover made from a washable material.

7. The pet bed of claim 6, wherein said sidewall cover is removable from said sidewall.

8. The pet bed of claim 1, wherein said base is formed from a foam-core material.

9. The pet bed of claim 1, wherein said sidewall extends only partially around the periphery of said floor thereby having two leading edges, further comprising fastening means for removably securing one leading edge of said sidewall to the other leading edge thereof in order to form at least a partial enclosure for sheltering the pet.

10. The pet bed of claim 6, wherein said fastening means comprises a hook and loop fastening system.

11. The pet bed of claim 6 wherein said sidewall is sized so that when the leading edges thereof are secured to each other, a complete enclosure is formed except for an opening suitable for ingress and egress of the pet.

14

12. A soft, flexible pet bed comprising:
a base;
at least one sidewall which is flexible yet able to maintain a generally erect configuration above said base; and
a base enclosure, affixed to said sidewall, having an opening through which said base may be easily inserted and removed from said base enclosure, said base enclosure having means for urging opening toward at least partial closure when the base is inserted therein in order to hole the base enclosure generally taut around said base and maintain the sidewall in said generally erect configuration, said base enclosure and said sidewall being collapsible to a compact form for ease of shipping and machine-washing when said base is removed from said base enclosure.

13. A pet bed comprising:
a shelter portion comprising:
(a) a soft, flexible floor, and
(b) at least one sidewall made of a soft, flexible material, said sidewall being affixed to said floor at least partially around the floor's periphery, said sidewall being sized and sufficiently rigid to form at least a generally erect partial enclosure above said floor within which said pet sleeps; and
a base, said floor forming a cover for said base generally in the form of a bag having an opening, said base being easily inserted into or removed from said bag through said opening such that when the base is removed from the bag, the shelter portion is collapsible to a generally compact form for ease of shipping and machine-washing, and the floor being sized so that when the base is inserted into the bag, the floor becomes generally taut over the top surface of said base, which in turn urges said sidewall to form and maintain the intended configuration of said shelter portion enclosure for use by the pet.

14. The pet bed of claim 13, wherein said floor further comprises a means for urging said opening toward at least partial closure in order to hold the floor taut around said base.

15. The pet bed of claim 14, wherein said means for urging said opening toward at least partial closure comprises an elastic material attached to said floor and positioned around the opening of said floor.

16. The pet bed of claim 13, wherein said shelter portion enclosure is a complete enclosure having ingress and egress means for the pet.

17. The pet bed of claim 13, wherein said sidewall extends only partially around the periphery of said floor thereby having two leading edges, further comprising fastening means for removably securing one leading edge of said sidewall to the other leading edge thereof in order to form at least a partial enclosure for sheltering the pet.

18. The pet bed of claim 17, wherein said fastening means comprises a hook and loop fastening system.

19. The pet bed of claim 17 wherein said sidewall is sized so that when the leading edges thereof are secured to each other, a complete enclosure is formed except for an opening suitable for ingress and egress of the pet.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 5,136,981                    Page 1 of 3

DATED      : August 11, 1992

INVENTOR(S) : Aurelio F. Barreto, III, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 1, line 29, delete "contain" and insert therefor --contains--.

Column 1, line 53, delete "," after "cover".

Column 1, lines 58-59, delete "side walls" and insert therefor --sidewalls--.

Column 2, line 48, delete "Aug. 9," and insert therefor --Aug. 29,--.

Column 3, lines 4-5, delete "well being" and insert therefor --well-being--.

Column 3, line 12, delete "have" and insert therefor --has--.

Column 3, line 14, delete"below mentioned" and insert therefor --below-mentioned--.

Column 3, line 28, insert --,-- between "use" and "requiring".

Column 3, line 35, delete "are" and insert therefor --is--.

Column 3, line 43, delete "hollowcored" and insert therefor --hollow-cored--.

Col. 3, line 66, insert --least-- between "at" and "partially".

Column 4, lines 17-18, insert --the-- between "of" and "base".

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,136,981                    Page 2 of 3

DATED     : August 11, 1992

INVENTOR(S) : Aurelio F. Barreto, III, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 4, line 41, delete "be" and insert therefor --bed--.

Column 4, line 48, delete "aesthetically appealing" and insert therefor --aesthetically-appealing--.

Column 7, line 16, delete "than" and insert therefor --that--.

Column 7, line 40, delete "74" and insert therefor --42--.

Column 7, line 41, delete "74" and insert therefor --42--.

Column 7, line 43, delete "74" and insert therefor --42--.

Column 9, line 5, second occurrence, delete "98" and insert therefor --100--.

Column 9, line 55, delete "sidewall 42, and base 44.".

Column 9, line 55, insert --and-- between "44," and "cover".

Column 9, line 57, delete "native" and insert therefor --Native--.

Column 10, line 23, delete "of".

Column 10, line 39, delete "simple" and insert therefor --simply--.

Column 11, line 38, delete "40" and insert therefor --46--.

Column 11, line 39, delete "40" and insert therefor --46--.

### UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  :  5,136,981                      Page 3 of 3

DATED       :  August 11, 1992

INVENTOR(S) :  Aurelio F. Barreto, III, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 12, line 2, insert --any-- between "or" and "other".

Column 12, line 4, delete "primarily" and insert therefor --primary--.

Col. 13, claim 10, line 63, delete "6" and insert --9--

Col. 13, claim 11, line 65, delete "6" and insert --9--.

Col. 14, claim 12, line 13, delete "hole" and insert --hold--

Signed and Sealed this

Fourteenth Day of September, 1993

Attest:

BRUCE LEHMAN

Attesting Officer          Commissioner of Patents and Trademarks

# EXHIBIT 4

US005588393A

# United States Patent [19]

## Heilborn

[11] **Patent Number:** 5,588,393

[45] **Date of Patent:** Dec. 31, 1996

[54] **COLLAPSIBLE PET BED**

[76] Inventor: Eric W. Heilborn, 2216 I St., Bellingham, Wash. 98225

[21] Appl. No.: **491,786**

[22] Filed: **Jun. 19, 1995**

[51] Int. Cl.⁶ ............................................. A01K 1/035

[52] U.S. Cl. ................................. 119/285; 5/420

[58] Field of Search ....................... 119/28.5; 5/470, 5/481, 655, 652

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,879,775 | 4/1975 | Iwata | 5/420 X |
| 4,654,907 | 4/1987 | Haugaard | 5/420 |
| 4,999,863 | 3/1991 | Kane | 5/420 X |
| 5,000,116 | 3/1991 | Fife et al. | 119/28.5 |
| 5,033,408 | 7/1991 | Langenbahn | 119/28.5 |
| 5,136,981 | 8/1992 | Barreto, III et al. | 119/28.5 |
| 5,161,484 | 11/1992 | Duane | 119/28.5 |

Primary Examiner—Robert P. Swiatek
Assistant Examiner—Yvonne R. Abbott
Attorney, Agent, or Firm—Todd N. Hathaway

[57] **ABSTRACT**

A pet bed which is collapsible as a unit for more efficient packaging, storage, and display. The foam cores which form the bottom cushion and the surrounding wall are enclosed in first and second fabric enclosures. The enclosure for the bottom cushion is joined to the fabric layer which extends over the inside and top of the wall core, but is free from attachment to the fabric which extends under the lower edge of the wall. This permits the bottom cushion to be tilted up to a vertical alignment parallel to the forward and rearward portions of the wall as the latter are pressed together, producing a flattened structure in which the forward and rearward wall portions lie flat against the upper and lower surfaces of the bottom cushion. The lower edges of the two fabric enclosures are provided with elasticized openings which retain the foam cores, but permit their removal for washing of the fabric cover.

**11 Claims, 5 Drawing Sheets**



**U.S. Patent**     Dec. 31, 1996     Sheet 1 of 5     **5,588,393**



FIG. 1
PRIOR ART

FIG. 2
PRIOR ART

FIG. 3
PRIOR ART



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

FIG. 9
PRIOR ART



FIG. IO





FIG. 11

FIG. 12



FIG. 13

5,588,393

| 1 | 2 |

## COLLAPSIBLE PET BED

### FIELD OF THE INVENTION

The present invention relates generally to pet beds, and more particularly to a pet bed for cats, dogs, and other animals which collapses to provide a compact unit for storage, shipment, and sales display.

### BACKGROUND OF THE INVENTION

A common form of pet bed comprises an upstanding oval or circular wall which surrounds a padded floor cushion. Typically, the wall and floor cushion are formed of foam rubber or a similar material, over which a covering of fabric and/or artificial lamb's wool is installed. Such pet beds are attractive from the point of view that they provide the animal with a sheltered, semi-enclosed bed in which the pet feels secure, and also because the semi-enclosed structure helps to contain hair, etc. to provide a neat and tidy installation for in-home.

A typical pet bed 10 of this general type is shown in FIGS. 1–3 and is disclosed in U.S. Pat. No. 5,136,981. As noted above, the bed has an upstanding oval wall portion 12 which is formed by a foam slab or core 14, and in order to provide more convenient access for the animal, a cutaway portion 16 is formed in the forward side of the wall. The floor cushion 20, in turn, is formed by a flat, oval foam core 22 which abuts the inner surface of the perimeter wall 12 so as to maintain the oval shape of the latter.

As can be seen in FIGS. 1–3, the foam core portions are covered and held together by a fabric cover 24, with a synthetic sheep skin lining 26 on the interior portions of the bed. As can be seen in FIG. 3, the coverings consist of essentially two sheets of fabric. The first, namely the lining 26, extends over the top of the bed and is stitched to the exterior fabric 28 (e.g., cotton flannel or nylon fabric) at a perimeter seam 30 which runs along the entire upper edge of the oval sidewall 12. The fabric forming the exterior covering, in turn, extends down the outside of the wall portion and part way across the bottom of the bed. At the lower edge of the perimeter wall, there is another seam 32 at which the outer fabric layer is attached to the inner layer, the latter being tucked down between the outer edge of the floor panel 20 and the perimeter wall in this area. This forms a pocket or "bag" for holding the foam core 22 of the floor cushion. In the bed which is illustrated in U.S. Pat. No. 5,136,981, an opening 24 with an elastic enclosure band 26 is provided in the bottom fabric panel to permit removal of the bottom cushion core.

The prior art design which is shown in FIGS. 1–3 provides a comfortable and economical pet bed, but exhibits several significant deficiencies in practical use. A first problem is that because the foam core 14 is fully enclosed by the fabric covering which is stitched at seams 30 and 32, it is impossible for the customer to remove the wall core for washing of the wall portion. Perhaps even more seriously, traditional pet beds of this general type are exceedingly inefficient in terms of the space which is required for storage, shipping, and point of sales display. For example, as can be seen in FIG. 9, when conventional pet beds having this shape are stacked for shipment, they take up an excessive volume of space, which greatly adds to packaging and transportation costs. Moreover, in a retail environment, such beds take up excessive shelf space, and are almost impossible to arrange in a neat, well-organized display.

The bed which is disclosed in U.S. Pat. No. 5,136,981 has provided a partial solution to this problem, being that the foam core for the bottom cushion is removable so that the perimeter wall can be flattened for packaging. This solution is not entirely satisfactory, however, because it requires packaging of two separate parts (i.e., the perimeter wall with its fabric covering and the separate bottom cushion), which is both inefficient and unsightly in practice, and which also requires assembly by the customer following purchase.

Accordingly, a need has existed for a pad bed of the semi-enclosed type which collapses so as to afford more efficient storage, shipping, and display of the product, and which does so as a single piece and does not require subsequent assembly by the purchaser. Moreover, there has existed a need for such a bed which permits convenient removal of all of the foam core structures from the fabric cover for laundering all the same.

### SUMMARY OF THE INVENTION

The present invention has solved the problems cited above, and is a pet bed which is collapsible as a unit for packaging. Broadly, the bed comprises: (a) a generally planar cushion member, (b) a resiliently collapsible wall member which at least partially surrounds the cushion member when the bed is in its expanded configuration, and (c) a fabric cover member which comprises a first enclosure for the cushion member and a second enclosure for the wall member, the second enclosure being attached to the first enclosure at a junction along an edge thereof, at least a part of the junction being displaceable in a vertical direction relative to the wall member so as to permit the cushion member in the first enclosure to be tilted up as the first and second sides of the wall member are pushed together, to a collapsed position in which the cushion member is substantially parallel to and sandwiched between the first and second sides of the wall member.

The second enclosure for enclosing the wall member may comprise an inner fabric layer which extends upwardly and over an inner surface and upper edge of the wall member, and an outer fabric layer which extends downwardly over the outer surface and under the lower edge of the wall member, the junction attaching the first enclosure to the second enclosure being formed between an edge of the first enclosure and inner fabric layer of the second enclosure, and being free from attachment to the edge of the outer fabric layer which extends under the wall member, so that the inner fabric layer at the junction is free to fold upwardly as the cushion portion is tilted upwardly to the collapsed position.

Preferably, the inner fabric layer of the second enclosure has sufficient height from the junction to the upper edge of the wall member to permit the inner fabric layer to fold and extend upwardly as the cushion member is tilted up, until the rearward portion of the wall member comes into flat abutment against the lower surface of the cushion member. Also, the wall member may comprise a notch portion which is formed in an upper edge of the portion thereof which is generally opposite the junction between the enclosures, so as to permit the wall member to fold downwardly and rearwardly at the notch portion and into abutment with an upper surface of the cushion member as the cushion member is tilted to the collapsed position; also the notch is preferably of sufficient width to form an access opening in the wall member when the bed is in its expanded configuration.

The junction between the first and second enclosures may be a seam connecting an upper edge of the first enclosure to the inner fabric layer of the second enclosure.

5,588,393

| 3 | 4 |

The second enclosure may further comprise means for inwardly biasing the edge of the outer fabric layer which extends under the wall member, so that the inwardly biased edge retains the wall member in the second enclosure yet permits its selected removal therefrom for cleaning of the fabric cover. The means for inwardly biasing the edge of the fabric layer may comprise an elastic band attached to the edge of the fabric layer so as to draw the edge inwardly towards a central area of the bed. Similarly, the first enclosure may comprise a top fabric layer which extends over an upper surface of the cushion member and an outer fabric layer which extends downwardly over and under an outer edge of the cushion member, with means being provided for inwardly biasing the downwardly and inwardly extending edge of the latter so as to retain the cushion member in the first enclosure yet permit its selective removal for washing of the cover.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top perspective view of a prior art bed of the semi-enclosed type which is unable to collapse as a unit for packaging and storage, and which does not allow removal of the wall core for washing of the fabric cover;

FIG. 2 is a bottom perspective view of the prior art pet bed of FIG. 1, showing its structure and the manner in which the removable foam bottom cushion is retained in its fabric pocket by an elasticized closure;

FIG. 3 is a cross-sectional view of the pet bed of FIGS. 1–2, showing the foam cores thereof and the relationship of the seams by which the upper and lower layers of the fabric cover are joined;

FIG. 4 is a top perspective view of a pet bed in accordance with the present invention, this being of the semi-enclosed type, somewhat similar in overall shape to the prior art pet bed shown in FIGS. 1–3 but being collapsible as a unit for packaging and shipment;

FIG. 5 is a bottom perspective view of the pet bed of FIG. 4, showing the first and second elasticized closures which permit removal of both of the foam core portions for laundering of the fabric cover;

FIG. 6 is a cross-sectional view, similar to FIG. 3, showing the foam core structures of the pet bed in accordance with the present invention, and also the relationship of the seams which join the fabric cover panels so as to permit the pet bed to be collapsed as a single unit for storage, shipment, point of sale display, without requiring removal of any part thereof or reassembly by the customer;

FIG. 7 is an upper perspective view of the pet bed of FIGS. 4–6, showing the pet bed in its collapsed, flattened configuration;

FIG. 8 is a cross-sectional view of the pet bed of FIG. 7 in the collapsed configuration;

FIG. 9 is a cross-sectional view of several prior art pet beds of the semi-enclosed type, illustrating how the non-collapsible structures thereof render it impossible to arrange these in an efficient manner for storage, shipment, or point of sales display;

FIG. 10 is a cross-sectional view somewhat similar to FIG. 9, showing the manner in which the configuration of the beds of the present invention in their collapsed, flattened condition facilitates an efficient, orderly arrangement for storage, shipment display, and so forth;

FIG. 11 is a top perspective view of a collapsible pet bed in accordance with a second embodiment of the present

invention, in which the bottom cushion folds in half as the bed is collapsed and the edges of the bottom cushion at the ends of the fold shift upwardly relative to the wall member as this is done, FIG. 11 showing the bed in its collapsed configuration;

FIG. 12 is a cross-sectional view of the collapsed pet bed of FIG. 11, taken along the short axis thereof, i.e., line 12—12 of FIG. 11; and

FIG. 13 is a cross-sectional view of the collapsed pet bed of FIG. 11, taken along the long axis thereof, i.e., line 13—13 in FIG. 11.

### DETAILED DESCRIPTION

FIGS. 4–6 show an example of a pet bed 100 in accordance with the present invention, in its fully erected configuration, as when the bed is in its normal configuration for use by the pet. As was noted above, the bed 100 is of the semi-enclosed type, this example being a generally oval in overall shape. Accordingly, there is a generally vertically extending wall portion 102 which encircles a horizontal bottom cushion portion 104.

As can be seen in FIG. 6, the main structural part of the wall portion 102 is an upstanding foam core 106, while that of the bottom cushion portion is a horizontal foam core 108. Similar to the prior art bed which was described above, the exterior of the foam core elements is covered by a fabric cover 110, in which the inner surfaces of the bed are covered with a synthetic lamb's wool 112 or similar material which is comforting to the animal, and the outer and lower surfaces of the bed are covered with a relatively hard-wearing, smooth-surfaced fabric 114; it will be understood, however, that any suitable fabrics may be used to form the covering.

As was noted above, it is a particular feature of the present invention that the pet bed can be compressed or folded flat for storage, shipping, and display without having to remove any part thereof. The construction which permits this to be done can be seen in FIG. 6, which is to be contrasted with the corresponding prior art construction which is shown in FIG. 3.

In particular, FIG. 6 shows that the inner/upper fabric panel 112 is joined to the outer fabric panel 114 at a perimeter seam 120 which runs along the top of the wall portion 102 of the bed, and that the outer fabric panel 114 extends downwardly over the outside of the wall. Unlike the prior art construction which is shown in FIG. 3, the outer fabric panel 114 is not joined again into the inner fabric layer at the base of the wall. Instead, the lower portion 122 of the outer fabric extends under the lower edge of the sidewall foam core and terminates at an edge 124 which is positioned proximate the lower inner edge thereof, the fabric edge 124 being biased radially inwardly by a continuous elastic band 126 (see also FIG. 5).

A second annular fabric panel extends inwardly around the edge of the bottom cushion core 108, and has an inner edge 132 which defines a generally oval opening 134, the fabric edge 132 being biased radially inwardly by a second elastic band 136. The outer edge of the annular fabric panel 130, in turn, extends upwardly between core 108 and the inner surface of the wall portion core 106, and is attached to the upper fabric layer 104 at a seam 138 which extends around the bottom cushion core at the upper edge thereof.

Thus, the first annular fabric panel 114, in combination with the interior panel 112, forms an elastic pocket for enclosing the foam core of the wall portion of the bed, and similarly, the second annular fabric panel 130 serves in

5,588,393

<table>
<tr><td>

5

combination with the inner panel 112 to provide an elastic pocket for the bottom cushion core. This construction, i.e., the first and second elasticized openings at the bottom of the bed 100, enables the customer to easily remove both foam cores for cleaning of the fabric cover, as contrasted with the single opening structure of the prior art bed which is shown in FIG. 3.

Moreover, because the lower, inside edge of the fabric panel 114 that covers the wall core is not attached to the annular fabric panel 130 which encloses the bottom cushion core, the latter can be pivoted upwardly in the direction indicated by the arrow 140. As this is done, the back wall portion 142 of the upper fabric layer, which extends upwardly from seam 138 along the back edge of the bottom cushion, folds in an upward direction. As this is done, the forward and rearward wall portions 106a, 106b are pressed towards one another, in the directions indicated by arrows 144a, 144b. As this motion continues, the forward and rearward wall portions come together, and the height "h" of the rear wall portion 142 of the upper fabric layer is sufficient to permit the rearward edge of the bottom cushion to rotate upwardly past the upper edge of the rear wall portion 106b, until the bottom cushion is finally pressed flat between and lies more or less parallel to the front and rear wall portions 106a, 106b. In other words, as is shown in FIG. 8, the height "h" of the rear wall fabric portion 142, plus the distance from the inner edge of the wall to the seam 120, is selected to be sufficient to allow the rearward edge 146 of the bottom cushion to pivot upwardly past the upper edge of the rear wall portion 106b, by the distance "h" which is necessary for the inner surface of the rear wall portion to come into flat abutment with the lower surface of the bottom cushion.

Simultaneously, the sides of the entrance notch 105 at the front of the bed collapse together as shown in FIG. 7, permitting the front wall portion 106a to move downwardly and rearwardly into flat abutment against the upper surface of the bottom cushion 104, as is also shown in FIG. 8.

In short, the combination of the loose fabric rear panel 142 and the downwardly folding front wall 106a permit vertical adjustment of the foam core members until they come to the position shown in FIG. 8, in which the bottom cushion is sandwiched flat between the front and rear portions of the perimeter wall. It will be noted, however, that the movement of the front wall portion 106a relative to the forward edge of the bottom cushion may also be achieved in part or in whole by forming the forward wall portion 148 of the upper fabric panel with sufficient height to accommodate the shift in position. Furthermore, the arrangement may be reversed in some embodiments, i.e., the floor which may pivot upwardly at the front wall portion and downwardly at the rear wall. It will also be understood that, in some embodiments, the wall covering and liner fabrics may be cut from a single sheet of fabric rather than from two different materials as in the illustrated example.

Once the bed has been folded or "flattened" to the compact configuration which is shown in FIG. 8, it can be secured in this position by shrink wrap and/or banding 150, or by other suitable means.

The much more efficient packaging which is thus made possible can be seen by comparison of FIGS. 9 and 10. As was noted above, FIG. 9 shows the stacking of a typical non-collapsible beds pet bed 30. In the particular example which is shown in FIG. 9, it is only possible to package four of the non-collapsible beds 30 in a space defined by the dimensions "a"×"b" (the dimension along the

</td><td>

6

third axis is assumed to be identical in both FIGS. 9 and 10). However, using collapsible beds 100 in accordance with the present invention, having essentially identical dimensions, it is possible to pack approximately seven units in an actually slightly smaller space as defined by dimensions "a"×"b−x". As can be seen, the downwardly folded forward wall portion 102a of each of the collapsed beds 100 fits beneath the rearward wall portion 102b of the bed in front of it, and against the bottom side of the bottom cushion 104, so that each collapsed basically bed occupies the thickness of two of its foam core portions. Also, if two or more stacks of the collapsed beds are packed adjacent one another, the downwardly extending edges of the forward wall portions 102a may be received in the gaps 152 between the edges of the bottom cushions.

In the example given above, an approximately 75% improvement in volumetric efficiency of the packaging is achieved by the present invention, which represents a very significant savings in terms of both packaging and shipping costs. It will be understood that these are only rough approximations, however, and that various factors, such as thicknesses of the foam cores and the overall shapes and sizes of the erected beds will naturally effect how many of the beds can be packed in a particular volume.

As was also noted above, another advantage of the pet bed of the present invention is that it provides for a neat and efficient use of shelf space at the point of sale. In particular, as can be seen in FIG. 10, the forward faces of the upturned bottom cushions 104 provides display areas 154 (see also FIG. 7) on which a label and other information can be conveniently positioned for viewing by the customer.

To erect the bed for use by the pet, the customer simply removes the shrink wrap and/or cardboard banding and reverses the steps which were described above with reference to the FIGS. 6–8, simply letting the forward and rear wall portions 102a, 102b spread apart and simultaneously pivoting the bottom cushion portion 104 downwardly to its horizontal position; because the bed collapses as a single unit, it is unnecessary for the customer to perform any additional assembly steps when setting it up, such as inserting foam core panels, for example.

FIGS. 11–13 show a pet bed 200 in accordance with a second embodiment of the present invention, this being particularly suited to relatively larger sizes of beds. As can be seen, the overall construction of the bed 200 is similar to that which has been described above, in that there is an oval bottom cushion member 202 which is encircled by an upstanding wall member 204. Also, there is a first fabric enclosure 206 for the foam cushion, this having an upper fabric layer 208 which extends across the top of the foam core 210 and a lower fabric layer 212 which extends under the outer edges thereof, the latter being provided with an elastic band 214 along its edge to form the resiliently deformable opening which allows selective removal of the foam core. Similarly, there is a second fabric enclosure 216 for the foam core 218 of the wall member; as with the embodiment which was described above, this comprises an inner fabric layer which extends upwardly over the inside surface and upper edge of the wall, and an outer fabric layer 222 which extends downwardly over the outer surface of the wall and under the lower edge thereof, the lower edge of the outer fabric panel being provided with an elastic band 224 which forms the pocket for holding the foam core 218.

As is also similar to the embodiment which was described above, the inner fabric layer 220 of the outer enclosure extends downwardly and has its lower edge joined to the

</td></tr>
</table>

5,588,393

**7**

edge of the first enclosure 206 at a seam 226 which extends about the perimeter thereof, while the inner enclosure 206 remains free from attachment to the edge of the enclosure 216 which extends under the wall member. This allows the edges of the inner enclosure 206 and bottom cushion core 210 to be displaced upwardly relative to the wall member as the bed is folded, as is shown in FIG. 13.

Thus, as the bed 200 is folded to the collapsed configuration which is shown in FIGS. 11–13, the two edges 230, 232 at the ends of the long axis of the oval bottom cushion 202 bend upwardly as the forward and rearward portions 234, 236 of the wall member are pressed towards one another, and the inner fabric layer 220 in these areas folds and extends upwardly above the upper edge of the wall core to accommodate this movement. Simultaneously, the edges 240, 242 at the ends of the short axis of the bottom cushion remain postioned proximate the lower edges of the wall member 204, or in some embodiments move downwardly relative thereto. This results in the bottom cushion member 202 being folded essentially in half, in an inverted "U" configuration, with an upstanding ridge 244 formed along the long axis thereof. The wall member 204, in turn, is collapsed to a flattened, lozenge shape, with its forward and rearward portions 234, 236 being pressed flatly against the upper surface of the folded bottom cushion 202, adjacent the forward and rearward edges 240, 242 thereof.

The bed 200 can be secured in its collapsed configuration by a cardboard band 248 or other member which is wrapped around the short axis of the collapsed structure. An angled display area 250 may be formed on a forward portion of the band to display the label and other information. Thus, in their compact, collapsed form, the relatively larger beds 200 can be efficiently arranged in a row on a store shelf, with the display area 250 angled upwardly for convenient viewing by the purchaser.

To erect the bed, the purchaser simply removes the retainer band 248 and any associated packing, and spreads the forward and rearward wall portions 234, 236 apart. As this is done, the bottom cushion member 202 unfolds to its oval, planar configuration to form the floor of the bed, the fabric portions 220 at the ends thereof folding and extending downwardly to accommodate this motion relative to the wall member.

In the preferred embodiments which have been illustrated herein, the bottom cushion and wall cores are formed of a resiliently collapsible material, such as foam rubber. It will be understood, however, that in the embodiment which is illustrated in FIGS. 4–8, in which the floor cushion is not required to bend in order for the bed to collapse, the bottom cushion core may be formed in part or in whole of a rigid or semi-rigid material, and with cushioning being provided on the upper surface of this for the animal. Also, in many embodiments, the bottom cushion core may be retained in its enclosure by one, two, or more strips of plastic or webbing material which extend across the bottom opening, or by a continuous bottom panel which is releasably secured to the edges of the enclosure by a zipper, Vector™ (hook and loop) material, snaps, or other means. Furthermore, the foam core itself may be detachable mounted to the upper layer of the enclosure by hook and loop material, snaps, and so forth, so as to permit the lower portion of the fabric enclosure to be dispensed with. Also, the bed of the present invention can be made to collapse as a unit without any means being provided for removal/detachment of the foam cores (i.e., the cores could be permanently mounted within their enclosures), although the advantage of being able remove the cores for washing of the fabric cover would then be lost. Still further,

**8**

although the fabric covers have, for the purposes of this description, been discussed in terms of inner/outer and upper/lower layers of fabric, it will be understood that this includes a construction in which one or more of these layers may be formed of a single sheet of fabric, such as a single sheet running over the top of the bottom cushion and the upper edge and outer surface of the wall member, or over the outer and inner surfaces of the wall member and under the edge of the bottom cushion member, for example.

It is therefore to be recognized that these and many other modifications may be made to the illustrative embodiments described above without departing from the spirit and scope of the present invention. Accordingly, the invention is not to be limited, except as by the appended claims.

What is claimed is:

1. A pet bed which is collapsible as a unit for packaging, said bed comprising:

a generally planar cushion member;

a resiliently collapsible wall member which at least partially surrounds said cushion member when said bed is in an expanded configuration; and

a fabric cover member, said cover member comprising:
a first enclosure enclosing said cushion member; and
a second enclosure enclosing said wall member;
said second enclosure being attached to said first enclosure at a junction along an edge thereof, at least a part of said junction being displaceable in a vertical direction relative to said wall member so as to permit said cushion member in said first enclosure to be tilted up as first and second portions of said wall member are pushed together; to a collapsed position in which said cushion member is substantially parallel to and sandwiched between said first and second portions of said wall member.

2. The pet bed of claim 1, wherein said second enclosure for enclosing said wall member comprises:

an inner fabric layer which extends upwardly over an inner surface and upper edge of said wall member; and

an outer fabric layer which extends downwardly over an outer surface and under a lower edge of said wall member;

said junction attaching said first enclosure to said second enclosure being formed between an edge of said first enclosure and said inner fabric layer of said second enclosure, and being free from attachment to an edge of said outer fabric layer which extends under said lower edge of said wall member, so that said inner fabric layer at said junction is free to fold upwardly as said cushion portion is tilted upwardly to said collapsed position.

3. The pet bed of claim 2, wherein said inner fabric layer of said second enclosure has sufficient height from said junction to said upper edge of said wall member to permit said inner fabric layer to deform as said cushion member is tilted upwardly until a portion of said wall member which is adjacent said junction comes into flat abutment against a lower surface of said cushion member.

4. The pet bed of claim 3, wherein said wall member comprises:

a notch portion formed in an upper edge of a portion of said wall member generally opposite said junction, so as to permit said wall member to fold downwardly and rearwardly at said notch portion and into abutment with an upper surface of said cushion member as said cushion member is tilted to said collapsed position.

5. The collapsible pet bed of claim 4, wherein said notch is of sufficient width to form an access opening in said wall member when said bed is in said expanded configuration.

5,588,393

9

**6.** The collapsible pet bed of claim 3, wherein said junction comprises:

a seam connecting an upper edge of said first enclosure to said inner fabric layer of said second enclosure.

**7.** The collapsible pet bed of claim 3, wherein said second enclosure further comprises:

means for inwardly biasing said edge of said outer fabric layer which extends under said lower edge of said wall member, so that said inwardly-biased edge retains said wall member in said second enclosure yet permits selective removal of said wall member therefrom for cleaning of said fabric cover member.

**8.** The collapsible pet bed of claim 7, wherein said means for inwardly biasing said edge of said outer fabric layer comprises:

an elastic band attached to said edge of said outer fabric layer so as to draw said edge inwardly toward a central area of said bed.

**9.** The collapsible pet bed of claim 7, wherein said first enclosure comprises:

a top fabric layer which extends over an upper surface of said cushion member; and

an outer fabric layer which extends downwardly over and under an outer edge of said cushion member;

said junction between said first and second enclosures being formed at an outer edge of said top fabric layer and said outer fabric layer extending downwardly therefrom intermediate said outer edge of said cushion member and said inner surface of said wall member.

**10.** The collapsible pet bed of claim 9, wherein said first enclosure further comprises:

means for inwardly biasing said edge of said outer fabric layer which extends downwardly and under said edge of said cushion member, so that said inwardly-biased edge retains said cushion member in said first enclosure yet permits selective removal of said cushion member therefrom for cleaning of said fabric cover member.

**11.** A pet bed which is collapsible as a unit for packaging, said bed comprising:

a generally planar cushion member having upper and lower surfaces and forward and rearward edges;

a resiliently collapsible wall member which encircles and extends upwardly around said cushion member when said bed is in an expanded configuration, said wall

10

member having forward and rearward portions and upper and lower edges;

a first fabric enclosure enclosing said cushion member, said first fabric enclosure having an upper fabric layer which extends over an upper surface of said cushion member and a lower fabric layer which extends over said edges of said cushion member and under said lower surface thereof, said lower fabric layer having an inner edge which forms an opening for selective removal of said cushion member from said first enclosure and having an elastic member attached thereto for biasing said inner fabric edge inwardly so as to retain said cushion member in said first enclosure;

a second fabric enclosure enclosing said wall member, said second fabric enclosure having an inner fabric layer which extends over an inner surface and upper edge of said wall member and an outer fabric layer which extends over an outer surface and lower edge of said wall member, said outer fabric layer having a lower edge which forms an opening for selective removal of said wall member from said second enclosure and having an elastic member attached thereto for biasing said lower fabric edge inwardly so as to retain said wall member in said second enclosure; and

a seam attaching said first enclosure to said inner fabric layer of said second enclosure along said forward and rearward edges of said cushion member;

said first enclosure being free from attachment to said lower edge of said outer fabric layer of said second enclosure, and said inner fabric layer of said second enclosure extending upwardly from said seam along said rearward portion of said wall member by a sufficient height to permit said rearward edge of said cushion member to be tilted upwardly, as said inner fabric layer folds and extends upwardly and said forward and rearward portions of said wall member are pushed towards one another, to a collapsed position in which said cushion portion in said first enclosure is substantially parallel to and sandwiched between said forward and rearward portions of said wall member in said second enclosure, with said inner surfaces of said forward and rearward portions of said wall member flatly abutting said upper and lower surfaces of said cushion member.

*   *   *   *   *

# EXHIBIT 5

US005826537A

## United States Patent [19]

**Heilborn**

[11] **Patent Number:** 5,826,537

[45] **Date of Patent:** Oct. 27, 1998

[54] **COLLAPSIBLE PET BED**

[76] Inventor: **Eric W. Heilborn**, 2216 I St., Bellingham, Wash. 98225

[21] Appl. No.: **777,582**

[22] Filed: **Dec. 31, 1996**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 491,786, Jun. 19, 1995, Pat. No. 5,588,393.

[51] Int. Cl.⁶ ................................................. A01K 1/035
[52] U.S. Cl. ........................................ 119/28.5; 5/722
[58] Field of Search .............................. 119/28.5; 5/722, 5/657, 16

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,879,775 | 4/1975 | Iwata | 5/639 |
| 4,654,907 | 4/1987 | Haugaard | 5/420 |
| 4,999,863 | 3/1991 | Kane | 5/98.1 |
| 5,000,116 | 3/1991 | Fife et al. | 119/28.5 |
| 5,033,408 | 7/1991 | Langenbahn | 119/28.5 |
| 5,136,981 | 8/1992 | Barreto, III et al. | 119/28.5 |
| 5,161,484 | 11/1992 | Duane | 119/28.5 |

Primary Examiner—Michael J. Carone
Assistant Examiner—Yvonne R. Abbott
Attorney, Agent, or Firm—Todd N. Hathaway

[57] **ABSTRACT**

A pet bed which is collapsible as a unit for more efficient packaging, storage, and display. The foam cores which form the bottom cushion and the surrounding wall are enclosed in first and second fabric enclosures. The enclosure for the bottom cushion is joined to the fabric layer which extends over the inside and top of the wall core, but is free from attachment to the fabric which extends under the lower edge of the wall. This permits the bottom cushion to be tilted up to a vertical alignment parallel to the forward and rearward portions of the wall as the latter are pressed together, producing a flattened structure in which the forward and rearward wall portions lie flat against the upper and lower surfaces of the bottom cushion. The lower edges of the two fabric enclosures are provided with elasticized openings which retain the foam cores, but permit their removal for washing of the fabric cover.

**4 Claims, 5 Drawing Sheets**





FIG. 1
PRIOR ART

FIG. 2
PRIOR ART

FIG. 3
PRIOR ART

FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8





FIG. 9
PRIOR ART



FIG. 10



FIG. 11

FIG. 12

FIG. 13

5,826,537

**1**

## COLLAPSIBLE PET BED

This is a continuation of application Ser. No. 08/491,786 filed on Jun. 19, 1995 now U.S. Pat. No. 5,588,393.

### FIELD OF THE INVENTION

The present invention relates generally to pet beds, and more particularly to a pet bed for cats, dogs, and other animals which collapses to provide a compact unit for storage, shipment, and sales display.

### BACKGROUND OF THE INVENTION

A common form of pet bed comprises an upstanding oval or circular wall which surrounds a padded floor cushion. Typically, the wall and floor cushion are formed of foam rubber or a similar material, over which a covering of fabric and/or artificial lamb's wool is installed. Such pet beds are attractive from the point of view that they provide the animal with a sheltered, semi-enclosed bed in which the pet feels secure, and also because the semi-enclosed structure helps to contain hair, etc. to provide a neat and tidy installation for in-home.

A typical pet bed 10 of this general type is shown in FIGS. 1–3 and is disclosed in U.S. Pat. No. 5,136,981. As noted above, the bed has an upstanding oval wall portion 12 which is formed by a foam slab or core 14, and in order to provide more convenient access for the animal, a cutaway portion 16 is formed in the forward side of the wall. The floor cushion 20, in turn, is formed by a flat, oval foam core 22 which abuts the inner surface of the perimeter wall 12 so as to maintain the oval shape of the latter.

As can be seen in FIGS. 1–3, the foam core portions are covered and held together by a fabric cover 24, with a synthetic sheep skin lining 26 on the interior portions of the bed. As can be seen in FIG. 3, the coverings consist of essentially two sheets of fabric. The first, namely the lining 26, extends over the top of the bed and is stitched to the exterior fabric 28 (e.g., cotton flannel or nylon fabric) at a perimeter seam 30 which runs along the entire upper edge of the oval sidewall 12. The fabric forming the exterior covering, in turn, extends down the outside of the wall portion and part way across the bottom of the bed. At the lower edge of the perimeter wall, there is another seam 32 at which the outer fabric layer is attached to the inner layer, the latter being tucked down between the outer edge of the floor panel 20 and the perimeter wall in this area. This forms a pocket or "bag" for holding the foam core 22 of the floor cushion. In the bed which is illustrated in U.S. Pat. No. 5,136,981, an opening 24 with an elastic enclosure band 26 is provided in the bottom fabric panel to permit removal of the bottom cushion core.

The prior art design which is shown in FIGS. 1–3 provides a comfortable and economical pet bed, but exhibits several significant deficiencies in practical use. A first problem is that because the foam core 14 is fully enclosed by the fabric covering which is stitched at seams 30 and 32, it is impossible for the customer to remove the wall core for washing of the fabric cover. Perhaps even more seriously, traditional pet beds of this general type are exceedingly inefficient in terms of the space which is required for storage, shipping, and point of sales display. For example, as can be seen in FIG. 9, when conventional pet beds having this shape are stacked for shipment, they take up an excessive volume of space, which greatly adds to packaging and transportation costs. Moreover, in a retail environment, such beds take up excessive shelf space, and are almost impossible to arrange in a neat, well-organized display.

**2**

The bed which is disclosed in U.S. Pat. No. 5,136,981 has provided a partial solution to this problem, being that the foam core for the bottom cushion is removable so that the perimeter wall can be flattened for packaging. This solution is not entirely satisfactory, however, because it requires packaging of two separate parts (i.e., the perimeter wall with its fabric covering and the separate bottom cushion), which is both inefficient and unsightly in practice, and which also requires assembly by the customer following purchase.

Accordingly, a need has existed for a pet bed of the semi-enclosed type which collapses so as to afford more efficient storage, shipping, and display of the product, and which does so as a single piece and does not require subsequent assembly by the purchaser. Moreover, there has existed a need for such a bed which permits convenient removal of all of the foam core structures from the fabric cover for laundering of the latter.

### SUMMARY OF THE INVENTION

The present invention has solved the problems cited above, and is a pet bed which is collapsible as a unit for packaging. Broadly, the bed comprises: (a) a generally planar cushion member, (b) a resiliently collapsible wall member which at least partially surrounds the cushion member when the bed is in its expanded configuration, and (c) a fabric cover member which comprises a first enclosure for the cushion member and a second enclosure for the wall member, the second enclosure being attached to the first enclosure at a junction along an edge thereof, at least a part of the junction being displaceable in a vertical direction relative to the wall member so as to permit the cushion member in the first enclosure to be tilted up as the first and second sides of the wall member are pushed together, to a collapsed position in which the cushion member is substantially parallel to and sandwiched between the first and second sides of the wall member.

The second enclosure for enclosing the wall member may comprise an inner fabric layer which extends upwardly and over an inner surface and upper edge of the wall member, and an outer fabric layer which extends downwardly over the outer surface and under the lower edge of the wall member, the junction attaching the first enclosure to the second enclosure being formed between an edge of the first enclosure and inner fabric layer of the second enclosure, and being free from attachment to the edge of the outer fabric layer which extends under the wall member, so that the inner fabric layer at the junction is free to fold upwardly as the cushion portion is tilted upwardly to the collapsed position.

Preferably, the inner fabric layer of the second enclosure has sufficient height from the junction to the upper edge of the wall member to permit the inner fabric layer to fold and extend upwardly as the cushion member is tilted up, until the rearward portion of the wall member comes into flat abutment against the lower surface of the cushion member. Also, the wall member may comprise a notch portion which is formed in an upper edge of the portion thereof which is generally opposite the junction between the enclosures, so as to permit the wall member to fold downwardly and rearwardly at the notch portion and into abutment with an upper surface of the cushion member as the cushion member is tilted to the collapsed position; also the notch is preferably of sufficient width to form an access opening in the wall member when the bed is in its expanded configuration.

The junction between the first and second enclosures may be a seam connecting an upper edge of the first enclosure to the inner fabric layer of the second enclosure.

5,826,537

3

The second enclosure may further comprise means for inwardly biasing the edge of the outer fabric layer which extends under the wall member, so that the inwardly biased edge retains the wall member in the second enclosure yet permits its selected removal therefrom for cleaning of the fabric cover. The means for inwardly biasing the edge of the fabric layer may comprise an elastic band attached to the edge of the fabric layer so as to draw the edge inwardly towards a central area of the bed. Similarly, the first enclosure may comprise a top fabric layer which extends over an upper surface of the cushion member and an outer fabric layer which extends downwardly over and under an outer edge of the cushion member, with means being provided for inwardly biasing the downwardly and inwardly extending edge of the latter so as to retain the cushion member in the first enclosure yet permit its selective removal for washing of the cover.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top perspective view of a prior art bed of the semi-enclosed type which is unable to collapse as a unit for packaging and storage, and which does not allow removal of the wall core for washing of the fabric cover;

FIG. 2 is a bottom perspective view of the prior art pet bed of FIG. 1, showing its structure and the manner in which the removable foam bottom cushion is retained in its fabric pocket by an elasticized closure;

FIG. 3 is a cross-sectional view of the pet bed of FIGS. 1–2, showing the foam cores thereof and the relationship of the seams by which the upper and lower layers of the fabric cover are joined;

FIG. 4 is a top perspective view of a pet bed in accordance with the present invention, this being of the semi-enclosed type, somewhat similar in overall shape to the prior art pet bed shown in FIGS. 1–3 but being collapsible as a unit for packaging and shipment;

FIG. 5 is a bottom perspective view of the pet bed of FIG. 4, showing the first and second elasticized closures which permit removal of both of the foam core portions for laundering of the fabric cover;

FIG. 6 is a cross-sectional view, similar to FIG. 3, showing the foam core structures of the pet bed in accordance with the present invention, and also the relationship of the seams which join the fabric cover panels so as to permit the pet bed to be collapsed as a single unit for storage, shipment, point of sale display, without requiring removal of any part thereof or reassembly by the customer;

FIG. 7 is an upper perspective view of the pet bed of FIGS. 4–6, showing the pet bed in its collapsed, flattened configuration;

FIG. 8 is a cross-sectional view of the pet bed of FIG. 7 in the collapsed configuration;

FIG. 9 is a cross-sectional view of several prior art pet beds of the semi-enclosed type, illustrating how the non-collapsible structures thereof render it impossible to arrange these in an efficient manner for storage, shipment, or point of sales display;

FIG. 10 is a cross-sectional view somewhat similar to FIG. 9, showing the manner in which the configuration of the beds of the present invention in their collapsed, flattened condition facilitates an efficient, orderly arrangement for storage, shipment display, and so forth;

FIG. 11 is a top perspective view of a collapsible pet bed in accordance with a second embodiment of the present invention, in which the bottom cushion folds in half as the

4

bed is collapsed and the edges of the bottom cushion at the ends of the fold shift upwardly relative to the wall member as this is done, FIG. 11 showing the bed in its collapsed configuration;

FIG. 12 is a cross-sectional view of the collapsed pet bed of FIG. 11, taken along the short axis thereof, i.e., line 12—12 of FIG. 11; and

FIG. 13 is a cross-sectional view of the collapsed pet bed of FIG. 11, taken along the long axis thereof, i.e., line 13—13 in FIG. 11.

DETAILED DESCRIPTION

FIGS. 4–6 show an example of a pet bed 100 in accordance with the present invention, in its fully erected configuration, as when the bed is in its normal configuration for use by the pet. As was noted above, the bed 100 is of the semi-enclosed type, this example being a generally oval in overall shape. Accordingly, there is a generally vertically extending wall portion 102 which is encircles a horizontal bottom cushion portion 104.

As can be seen in FIG. 6, the main structural part of the wall portion 102 is an upstanding foam core 106, while that of the bottom cushion portion is a horizontal foam core 108. Similar to the prior art bed which was described above, the exterior of the foam core elements is covered by a fabric cover 110, in which the inner surfaces of the bed are covered with a synthetic lamb's wool 112 or similar material which is comforting to the animal, and the outer and lower surfaces of the bed are covered with a relatively hard-wearing, smooth-surfaced fabric 114; it will be understood, however, that any suitable fabrics may be used to form the covering.

As was noted above, it is a particular feature of the present invention that the pet bed can be compressed or folded flat for storage, shipping, and display without having to remove any part thereof. The construction which permits this to be done can be seen in FIG. 6, which is to be contrasted with the corresponding prior art construction which is shown in FIG. 3.

In particular, FIG. 6 shows that the inner/upper fabric panel 112 is joined to the outer fabric panel 114 at a perimeter seam 120 which runs along the top of the wall portion 102 of the bed, and that the outer fabric panel 114 extends downwardly over the outside of the wall. Unlike the prior art construction which is shown in FIG. 3, the outer fabric panel 114 is not joined again into the inner fabric layer at the base of the wall. Instead, the lower portion 122 of the outer fabric extends under the lower edge of the sidewall foam core and terminates at an edge 124 which is positioned proximate the lower inner edge thereof, the fabric edge 124 being biased radially inwardly by a continuous elastic band 126 (see also FIG. 5).

A second annular fabric panel extends inwardly around the edge of the bottom cushion core 108, and has an inner edge 132 which defines a generally oval opening 134, the fabric edge 132 being biased radially inwardly by a second elastic band 136. The outer edge of the annular fabric panel 130, in turn, extends upwardly between core 108 and the inner surface of the wall portion core 106, and is attached to the upper fabric layer 104 at a seam 138 which extends around the bottom cushion core at the upper edge thereof.

Thus, the first annular fabric panel 114, in combination with the interior panel 112, forms an elastic pocket for enclosing the foam core of the wall portion of the bed, and similarly, the second annular fabric panel 130 serves in combination with the inner panel 112 to provide an elastic pocket for the bottom cushion core. This construction, i.e.,

5,826,537

5

the first and second elasticized openings at the bottom of the bed 100, enables the customer to easily remove both foam cores for cleaning of the fabric cover, as contrasted with the single opening structure of the prior art bed which is shown in FIG. 3.

Moreover, because the lower, inside edge of the fabric panel 114 that covers the wall core is not attached to the annular fabric panel 130 which encloses the bottom cushion core, the latter can be pivoted upwardly in the direction indicated by the arrow 140. As this is done, the back wall portion 142 of the upper fabric layer, which extends upwardly from seam 138 along the back edge of the bottom cushion, folds in an upward direction. As this is done, the forward and rearward wall portions 106a, 106b are pressed towards one another, in the directions indicated by arrows 144a, 144b. As this motion continues, the forward and rearward wall portions come together, and the height "h" of the rear wall portion 142 of the upper fabric layer is sufficient to permit the rearward edge of the bottom cushion to rotate upwardly past the upper edge of the rear wall portion 106b, until the bottom cushion is finally pressed flat between and lies more or less parallel to the front and rear wall portions 106a, 106b. In other words, as is shown in FIG. 8, the height "h" of the rear wall fabric portion 142, plus the distance from the inner edge of the wall to the seam 120, is selected to be sufficient to allow the rearward edge 146 of the bottom cushion to pivot upwardly past the upper edge of the rear wall portion 106b, by the distance "h" which is necessary for the inner surface of the rear wall portion to come into flat abutment with the lower surface of the bottom cushion.

Simultaneously, the sides of the entrance notch 105 at the front of the bed collapse together as shown in FIG. 7, permitting the front wall portion 106a to move downwardly and rearwardly into flat abutment against the upper surface of the bottom cushion 104, as is also shown in FIG. 8.

In short, the combination of the loose fabric rear panel 142 and the downwardly folding front wall 106a permit vertical adjustment of the foam core members until they come to the position shown in FIG. 8, in which the bottom cushion is sandwiched flat between the front and rear portions of the perimeter wall. It will be noted, however, that the movement of the front wall portion 106a relative to the forward edge of the bottom cushion may also be achieved in part or in whole by forming the forward wall portion 148 of the upper fabric panel with sufficient height to accommodate the shift in positions. Furthermore, the arrangement may be reversed in some embodiments, i.e., the floor which may pivot upwardly at the front wall portion and downwardly at the rear wall. It will also be understood that, in some embodiments, the wall covering and liner fabrics may be cut from a single sheet of fabric rather than from two different materials as in the illustrated example.

Once the bed has been folded or "flattened" to the compact configuration which is shown in FIG. 8, it can be secured in this position by shrink wrap and/or banding 150, or by other suitable means.

The much more efficient packaging which is thus made possible can be seen by comparison of FIGS. 9 and 10. As was noted above, FIG. 9 shows the stacking of a typical non-collapsible prior art pet bed 30. In the particular example which is shown in FIG. 9, it is only possible to package four of the non-collapsible beds 30 in a space defined by the dimensions "a" X "b" (the dimension along the third axis is assumed to be identical in both FIGS. 9 and 10). However, using collapsible beds 100 in accordance with

6

the present invention, having essentially identical dimensions, it is possible to pack approximately seven units in an actually slightly smaller space as defined by dimensions "a" X "b-x". As can be seen, the downwardly folded forward wall portion 102a of each of the collapsed beds 100 fits beneath the rearward wall portion 102b of the bed in front of it, and against the bottom side of the bottom cushion 104, so that each collapsed basically bed occupies the thickness of two of its foam core portions. Also, if two or more stacks of the collapsed beds are packed adjacent one another, the downwardly extending edges of the forward wall portions 102a may be received in the gaps 152 between the edges of the bottom cushions.

In the example given above, an approximately 75% improvement in volumetric efficiency of the packaging is achieved by the present invention, which represents a very significant savings in terms of both packaging and shipping costs. It will be understood that these are only rough approximations, however, and that various factors, such as thicknesses of the foam cores and the overall shapes and sizes of the erected beds will naturally effect how many of the beds can be packed in a particular volume.

As was also noted above, another advantage of the pet bed of the present invention is that it provides for a neat and efficient use of shelf space at the point of sale. In particular, as can be seen in FIG. 10, the forward faces of the upturned bottom cushions 104 provides display areas 154 (see also FIG. 7) on which a label and other information can be conveniently positioned for viewing by the customer.

To erect the bed for use by the pet, the customer simply removes the shrink wrap and/or cardboard banding and reverses the steps which were described above with reference to the FIGS. 6–8, simply letting the forward and rear wall portions 102a, 102b spread apart and simultaneously pivoting the bottom cushion portion 104 downwardly to its horizontal position; because the bed collapses as a single unit, it is unnecessary for the customer to perform any additional assembly steps when setting it up, such as inserting foam core pieces, for example.

FIGS. 11–13 show a pet bed 200 in accordance with a second embodiment of the present invention, this being particularly suited to relatively larger sizes of beds. As can be seen, the overall construction of the bed 200 is similar to that which has been described above, in that there is an oval bottom cushion member 202 which is encircled by an upstanding wall member 204. Also, there is a first fabric enclosure 206 for the bottom cushion, this having an upper fabric layer 208 which extends across the top of the foam core 210 and a lower fabric layer 212 which extends under the outer edges thereof, the latter being provided with an elastic band 214 along its edge to form the resiliently deformable opening which allows selective removal of the foam core. Similarly, there is a second fabric enclosure 216 for the foam core 218 of the wall member; as with the embodiment which was described above, this comprises an inner fabric layer which extends upwardly over the inside surface and upper edge of the wall, and an outer fabric layer 222 which extends downwardly over the outer surface of the wall and under the lower edge thereof, the lower edge of the outer fabric panel being provided with an elastic band 224 which forms the pocket for holding the foam core 218.

As is also similar to the embodiment which was described above, the inner fabric layer 220 of the outer enclosure extends downwardly and has its lower edge joined to the edge of the first enclosure 206 at a seam 226 which extends about the perimeter thereof, while the inner enclosure 206

5,826,537

7

remains free from attachment to the edge of the enclosure 216 which extends under the wall member. This allows the edges of the inner enclosure 206 and bottom cushion core 210 to be displaced upwardly relative to the wall member as the bed is folded, as is shown in FIG. 13.

Thus, as the bed 200 is folded to the collapsed configuration which is shown in FIGS. 11–13, the two edges 230, 232 at the ends of the long axis of the oval bottom cushion 202 bend upwardly as the forward and rearward portions 234, 236 of the wall member are pressed towards one another, and the inner fabric layer 220 in these areas folds and extends upwardly above the upper edge of the wall core to accommodate this movement. Simultaneously, the edges 240, 242 at the ends of the short axis of the bottom cushion remain positioned proximate the lower edges of the wall member 204, or in some embodiments move downwardly relative thereto. This results in the bottom cushion member 202 being folded essentially in half, in an inverted "U" configuration, with an upstanding ridge 244 formed along the long axis thereof. The wall member 204, in turn, is collapsed to a flattened, lozenge shape, with its forward and rearward portions 234, 236 being pressed flatly against the upper surface of the folded bottom cushion 202, adjacent the forward and rearward edges 240, 242 thereof.

The bed 200 can be secured in its collapsed configuration by a cardboard band 248 or other member which is wrapped around the short ends of the collapsed structure. An angled display area 250 may be formed on a forward portion of the band to display the label and other information. Thus, in their compact, collapsed form, the relatively larger beds 200 can be efficiently arranged in a row on a store shelf, with the display area 250 angled upwardly for convenient viewing by the purchaser.

To erect the bed, the purchaser simply removes the retainer band 248 and any associated packing, and spreads the forward and rearward wall portions 234, 236 apart. As this is done, the bottom cushion member 202 unfolds to its oval, planar configuration to form the floor of the bed, the fabric portions 220 at the ends thereof folding and extending downwardly to accommodate this motion relative to the wall member.

In the preferred embodiments which have been illustrated herein, the bottom cushion and wall cores are formed of a resiliently collapsible material, such as foam rubber. It will be understood, however, that in the embodiment which is illustrated in FIGS. 4–8, in which the floor cushion is not required to bend in order for the bed to collapse, the bottom cushion core may be formed in part or in whole of a rigid or semi-rigid material, and with cushioning being provided on the upper surface of this for the animal. Also, in many embodiments, the bottom cushion core may be retained in its enclosure by one, two, or more strips of plastic or webbing material which extend across the bottom opening, or by a continuous bottom panel which is releasably secured to the edges of the enclosure by a zipper, Vector™ (hook and loop) material, snaps, or other means. Furthermore, the foam core itself may be detachably mounted to the upper layer of the enclosure by hook and loop material, snaps, and so forth, so as to permit the lower portion of the fabric enclosure to be dispensed with. Also, the bed of the present invention can be made to collapse as a unit without any means being provided for removal/detachment of the foam cores (i.e., the cores could be permanently mounted within their enclosures), although the advantage of being able remove the cores for washing of the fabric cover would then be lost. Still further, although the fabric covers have, for the purposes of this description, been discussed in terms of inner/outer and upper/lower layers of fabric, it will be understood that this includes a construction in which one or more of these layers may be formed of a single sheet of fabric, such as a single

8

sheet running over the top of the bottom cushion and the upper edge and outer surface of the wall member, or over the outer and inner surfaces of the wall member and under the edge of the bottom cushion member, for example.

It is therefore to be recognized that these and many other modifications may be made to the illustrative embodiments described above without departing from the spirit and scope of the present invention. Accordingly, the invention is not to be limited, except as by the appended claims.

What is claimed is:

1. A pet bed which is collapsible as a unit for packaging, said bed comprising:

a resiliently flexible cushion portion which is generally flat when in an expanded configuration and which has lengthwise and crosswise axes; and

an upright, resiliently flexible wall portion mounted to said cushion portion so as to at least partially surround an edge of said cushion portion when said cushion portion is in said expanded configuration;

said edge of said cushion portion being substantially free from fixed attachment to a lower edge of said wall portion at first and second ends of said lengthwise axis, so that as first and second sides of said wall portion are pushed together along said crosswise axis of said cushion portion, said cushion portion moves upwardly relative to said wall portion at said ends of said lengthwise axis so as to permit said cushion portion to fold along said lengthwise axis to a collapsed configuration in which two halves of said cushion portion are substantially parallel to and sandwiched between said first and second sides of said wall portion for compact packaging.

2. The pet bed of claim 1, further comprising:

a retaining member removably mounted around said bed and over said first and second sides of said wall portion so as to package said bed with said cushion portion in said collapsed configuration.

3. A method for collapsing a pet bed as a unit for packaging, said method comprising the steps of:

forming a pet bed having:

a resiliently flexible cushion portion which is generally flat when in an expanded configuration and which has lengthwise and crosswise axes; and

an upright resiliently flexible wall portion mounted to said cushion portion so as to at least partially surround an edge of said cushion portion when said cushion portion is in said expanded configuration;

said edge of said cushion portion being substantially free from fixed attachment to a lower edge of said wall portion at first and second ends of said lengthwise axis; and

pushing first and second sides of said wall portion together along said crosswise axis of said cushion portion, so that said cushion portion moves upwardly relative to said wall portion at said ends of said lengthwise axis and said cushion folds along said lengthwise axis to a collapsed configuration in which two halves of said cushion portion are substantially parallel to and sandwiched between said first and second sides of said wall portion for compact packaging.

4. The method of claim 3, further comprising the step of:

removably mounting a retaining member around said bed and over said first and second sides of said wall portion so as to package said bed with said cushion portion in said collapsed configuration.

* * * * *

# EXHIBIT 6

# United States Patent [19]

**Rinz**

[11] Patent Number: **4,754,513**

[45] Date of Patent: **Jul. 5, 1988**

[54] **PILLOWCASE AND INSERT FOR CONVERTING CONVENTIONAL PILLOW INTO AN ORTHOPEDIC PILLOW**

[76] Inventor: Gustave R. Rinz, 340 W. Maplehurst, Ferndale, Mich. 48220

[21] Appl. No.: 930,717

[22] Filed: Nov. 13, 1986

[51] Int. Cl.⁴ .................................... A47G 9/00
[52] U.S. Cl. ........................... 5/490; 5/485; 5/434
[58] Field of Search .............. 5/490, 485, 434, 436, 5/437, 442; D6/601

[56]            **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 395,043 | 12/1888 | Doremus | 5/442 |
| 655,087 | 7/1900 | Jones | 5/436 X |
| 1,020,444 | 3/1912 | Platt | 5/442 X |
| 2,577,595 | 12/1951 | Tobias | 5/436 X |
| 3,602,928 | 9/1971 | Heizer | 5/490 X |
| 3,795,021 | 3/1974 | Moniot | 5/442 X |
| 3,800,340 | 4/1974 | Valentine | 5/485 |

| | | | |
|---|---|---|---|
| 3,849,810 | 11/1974 | Degen | 5/442 |
| 4,206,945 | 6/1980 | Kifferstein | 5/434 X |
| 4,274,673 | 6/1981 | Kifferstein | 5/490 X |
| 4,550,459 | 11/1985 | Endel et al. | 5/436 X |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3138463 | 4/1983 | Fed. Rep. of Germany | 5/442 |
| 16523 | of 1906 | United Kingdom | 5/490 |
| 26072 | of 1909 | United Kingdom | 5/437 |

*Primary Examiner*—Alexander Grosz
*Attorney, Agent, or Firm*—Barnes, Kisselle, Raisch, Choate, Whittemore & Hulbert

[57]            **ABSTRACT**

A pillowcase and insert for converting a conventional pillow into a orthopedic pillow comprising a pillowcase having a pocket secured to the inside of the pillowcase receiving a soft, resilient, elastomeric insert. A conventional pillow is inserted in the pillowcase such that the pillowcase, insert and pillow support the neck and head of the user while lying on a side or in a supine position.

9 Claims, 1 Drawing Sheet



**U.S. Patent**        Jul. 5, 1988        **4,754,513**



4,754,513

| 1 | 2 |

## PILLOWCASE AND INSERT FOR CONVERTING CONVENTIONAL PILLOW INTO AN ORTHOPEDIC PILLOW

### FIELD OF INVENTION

This invention relates to orthopedic pillows and particularly to a pillow case and insert for converting a conventional pillow into an orthopedic pillow.

### BACKGROUND OF INVENTION

Many orthopedic pillows have been developed that prevent and provide relief from morning headache, stiff neck, pain in the back, shoulders and arms, and tension.

Hannouche, U. S. Pat No. 4,525,599, discloses a single piece cervical pillow having a shoulder engaging portion, an occipital engaging portion, and a neck engaging portion therebetween designed to provide continuous support from the shoulder portion to the occipital portion of the user.

However, these one-piece orthopedic pillows are expensive and lack adjustability of the neck engaging portion of this pillow and thus limit the comfort experienced by different users.

Kifferstein, U. S. Pat. No. 4,274,673 discloses a pillow having multiple inserts for use as a headrest, a pillow or cushion while sitting in a chair. This pillow, having multiple inserts, is designed to support the sides of the head of a user while relaxing or sleeping in a cramped chair of a mass transit vehicle. The pillow having multiple inserts prevents the natural tendency of the head of the user to wobble from side-to side while attempting to sleep or relax while sitting upright in a chair.

Although this pillow provides comfort for user while sitting in a chair, it does not prevent and provide relief from morning headache, stiff neck and pain in back, shoulder and arms associated with sleeping on a conventional pillow in a supine position.

Furthermore, the prior art pillows are not designed to allow a user to select a pillow suitable to the users preference such as softness, hardness and the like, and still provide orthopedic support of the head and neck of the user.

### SUMMARY OF THE INVENTION

Among the objectives of the present invention are to provide a conventional and inexpensive, pillowcase and removable insert for converting a conventional pillow into an orthopedic pillow designed to prevent and provide relief from morning headache, stiff neck and pain in back, shoulder and arms, and tension associated with sleeping on a conventional pillow.

A conventional pillow is inserted in the inventive pillowcase having a partial cylindrical received therein, such that the pillowcase, insert and conventional pillow may be used in combination to form an inexpensive orthopedic pillow that supports the neck and head of the user while laying on a side or in a supine position.

### DETAILED DESCRIPTION

FIG. 1 is a plan view of a pillowcase and pocket embodying the invention.

FIG. 2 is a fragmentary sectional view of FIG. 1 taken along line 2—2, with an insert in the pocket.

FIG. 3 is a fragmentary sectional view similar to FIG. 2 without the conventional pillow inserted therein.

FIG. 4 is a fragmentary sectional view of FIG. 1 taken along line 4—4, with the insert and conventional pillow in place.

FIG. 5 is a schematic view of the present invention showing the support of the neck and head of a person lying in the supine position.

### DESCRIPTION

Referring to FIG. 1, a pillowcase 10 comprises spaced panels 9 having long and short sides. The panels 9 are joined, as by sewing, along the long sides 13a, 13b and one short side 14a. Alternatively, the pillowcase 10 may comprise a single panel 9, folded on a long side 13a, and joined, as by sewing, along the other long side 13b and one short side 14. The pillowcase 10 has a pocket 15 formed on the inside of one panel 9, as presently described, for receiving and carrying an insert 16 to be used in combination with a conventional pillow 17. The insert 16 is preferably semi-cylindrical in cross section defining a curved surface 18 facing the panel 9 on which the pocket 15 is formed and a flat side 19. The insert may have a diameter in the range of about 4 inches to 5 inches, and preferably 5 inches, and may have a length in the range of about 17 inches to 19 inches, and preferably 17 inches. Alternatively the insert may be oval in cross section. The insert 16 is made of a soft, resilient, elastomeric material such as polyurethane foam or polyester foam.

The pillowcase 10 is thus substantially rectangular in shape, closed on three sides, specifically its opposite longer sides 13a, 13b and one of its short sides 14a. The pillowcase 10 is open at the other of its short sides 14b. The pillowcase 10 may be made from a variety of materials such as soft woven cloth, or films. As in the conventional pillowcase, the width and length of the pillowcase are slightly longer than the conventional pillow it receives. The length and width of the conventional pillow is illustrated by dotted line 20 in FIG. 1. The open side of the pillowcase 10 can be left open but is preferably closed by fasteners that can be opened such as a zipper 21.

The pocket 15 is formed by a flat rectangular panel 22 and has opposed long sides 23 and short sides 24. The panel 22 is secured, as by sewing, to the inside of the pillowcase 10 on its opposite longer sides 23 and on one short side 24a furthest from the open side 14b of the pillowcase, near and parallel to one of the longer sides 13a, 13b of the panel 9. The pocket 15 has a length slightly less than the length of the pillowcase 10.

The pocket 15 has a width slightly greater than the width of the flat side 19 of the partial cylindrical insert 16.

The position of the insert 16 can be adjusted by simply rotating the pillowcase 10 having the pocket 15 and insert 16 received therein, about the conventional pillow 17 in accordance with the preference of the user and thereby prevent and provide relief from morning headache, stiff neck, pain in the back, shoulders, and arms, tension and generally provide for a comfortable, relaxed sleep.

I claim:

1. A pillowcase for converting a conventional pillow into an orthopedic pillow comprising
   two rectangular panels having opposed long sides and short sides,
   said panels being joined along three sides and the other of said sides forming an opening for receiving a pillow body,

4,754,513

3

a flat panel having parallel opposed spaced long sides and parallel opposed short sides, said flat panel being attached along its long opposed sides to the inner surface of one of said rectangular panels adjacent one of the long sides thereof,

said flat panel being parallel with the other rectangular panel and defining an elongated pocket extending generally parallel to and extending substantially along the entire length of a long side of said rectangular panels,

said pocket having at least one end open,

an elongated removable insert extending substantially along the entire length of said flat panel and positioned in said pocket,

said insert being made of resilient material such that when a pillow is placed in said pillowcase, the insert defines an orthopedic support for the neck and head of a person.

2. The pillowcase set forth in claim 1 wherein said insert which comprises:

a soft, resilient, elastomeric material having a generally semi-cylindrical shape having a cross sectional diameter in the range of about 4 inches to 5 inches,

4

said pillowcase insert having a width and length slightly less than the width and length of said pocket, and

said semi-cylindrical insert having a length in the range of about 17 inches to 19 inches.

3. The pillowcase set forth in claim 2 wherein said diameter is about 5 inches and said length is about 17 inches.

4. The pillowcase set forth in claim 1 wherein said flat panel has a length slightly less than the length of the pillowcase.

5. The pillowcase set forth in claim 2 wherein said flat panel has a rectangular shape.

6. The pillowcase set forth in claim 4 wherein said flat panel is fastened to one of the panels of the pillowcase by stitching.

7. The pillowcase set forth in claim 4 wherein said insert is substantially semi-circular in cross section.

8. The pillowcase set forth in claim 1 wherein said insert comprises a body of soft, resilient, elastomeric material.

9. The pillowcase set forth in claim 7 wherein said insert comprises a material selected from the group comprising foamed polyurethane and foamed polyester.

* * * * *