# EXHIBIT 7

US005586350A

# United States Patent [19]

## Thönnessen et al.

[11] Patent Number: 5,586,350

[45] Date of Patent: Dec. 24, 1996

[54] **LOW FLAMMABILITY PILLOW**

[75] Inventors: **Franz Thönnessen**, Bobingen; **Hans H. Mühlhaus**, Kriftel, both of Germany

[73] Assignee: **Hoechst Aktiengesellschaft**, Germany

[21] Appl. No.: **267,426**

[22] Filed: **Jun. 28, 1994**

[30] **Foreign Application Priority Data**

Jun. 30, 1993 [DE] Germany ............................. 9309699 U

[51] Int. Cl.$^6$ ........................................ A47G 9/02

[52] U.S. Cl. ........................................ 5/636; 5/645

[58] Field of Search ........................ 5/636, 645, 459

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,336,610 | 8/1967 | Geddings . |
| 4,525,409 | 6/1985 | Elesh .................................. 5/483 X |
| 4,618,531 | 10/1986 | Marcus . |
| 4,754,513 | 7/1988 | Rinz .................................. 5/636 X |
| 4,879,168 | 11/1989 | McCullough, Jr. et al. . |
| 4,940,502 | 7/1990 | Marcus . |
| 4,956,886 | 9/1990 | Sarkozi . |
| 5,034,266 | 7/1991 | Kinlaw et al. . |

| | | |
|---|---|---|
| 5,050,256 | 9/1991 | Woodcock .................................. 5/490 X |
| 5,141,805 | 8/1992 | Nohara et al. .......................... 5/459 X |
| 5,321,861 | 6/1994 | Dancey et al. ......................... 5/490 X |
| 5,458,971 | 10/1995 | Hernandez et al. .................. 5/636 X |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0265221 | 4/1988 | European Pat. Off. . |
| 0432620 | 6/1991 | European Pat. Off. . |
| 2161519 | 7/1973 | France . |

*Primary Examiner*—Michael F. Trettel
*Attorney, Agent, or Firm*—Connolly & Hutz

[57] **ABSTRACT**

Described is a low flammability pillow comprising a cushioning core and a cover separable therefrom, wherein the cushioning core comprises a binder-consolidated nonwoven block from 5 to 15 cm in thickness and from 700 to 3000 g/m$^2$ in basis weight comprising fibers or filaments having a linear density from 3 to 30 dtex and the cover is a pocket-shaped, closable casing comprising a textile sheet material comprising or consisting of woven or knitted fabric, the fibers and filaments of the cushioning core and of the casing comprising flame resistant polyester.

Further, a process is described for the production of the low flammability pillow.

**18 Claims, 2 Drawing Sheets**







*Fig. 1*



*Fig. 2*

**U.S. Patent**      Dec. 24, 1996      Sheet 2 of 2      **5,586,350**

_Fig. 3_



_Fig. 4_



5,586,350

1

## LOW FLAMMABILITY PILLOW

The present invention relates to a low flammability pillow comprising a binder-consolidated nonwoven block and a cover separable from the cushioning core, comprising a pocket-like closable casing comprising a textile sheet material, the fibers and filaments of the cushioning core and of the casing comprising flame resistant polyester.

A frequent cause of fires in homes and other occupancies is that sources of ignition, such as burning cigarettes, burning candles, overheated electric installations or open flames, for example from repair work, come into contact with cushioning of the items of furniture or fitments and cause smoldering or flaming fires in this cushioning. Facilities where relatively large numbers of people congregate, such as hotels, conference centers, but also transport means such as ships, railroad compartments or airplanes, have regulations governing the flame resistance of the items of furniture or fitments used therein. Especially in the contract sector, but also domestically, fires, including smoldering fires, have serious, frequently fatal, consequences for the occupants, and it is therefore of very great interest to provide cushioning articles which are different to ignite by sources of ignition.

There has been no shortage of attempts to meet the need for low flammability cushioning materials. For instance, Japanese Patent Application 60 002 274 discloses a bulked fiber product, for example a pillow filled with a filling of thermoplastic synthetic polyester fibers, flame retardant fibers and/or polyamide fibers. At least 30% by weight of the fibers used are to be flame retardant synthetic polyester fibers with a cross-sectional circumference from 1 to 5 mm and a fiber length of not more than 10 mm. The cross-section itself is three-pointed or swastika-shaped.

However, this known material is not only relatively complicated and costly to manufacture, because of the complicated cross-sectional shape of the fibers used, but also has the serious disadvantage that, owing to the different fiber materials it contains, it is virtually impossible to recycle.

However, modern cushioning materials should not only have low flammability properties but also meet hygienic concerns; that is, they should be satisfactorily cleanable and, if necessary, sterilizable even under aggravated conditions and, in the event of their having to be replaced, should be satisfactorily disposable, preferably readily recyclable.

Especially the problem of how to reduce the cost of manufacturing low flammability cushioning materials is the concern of German Utility Model 84 29 666, which describes a flame retardant web in the form of a sheet, tile or the like, which consists of a voluminous cushioning web known per se which is combined at least on one side with a flame retardant facing web, the cushioning web and the facing web being joined together over a large area. The low flammability facing web is a needlefelt of low flammability fiber containing a proportion of hot-melt adhesive fibers and/or a proportion of synthetic fiber, the low flammability fiber consisting of polyvinyl chloride, modified polyacrylonitrile or of a copolymer. This material too is unable to meet the requirements of modern cushioning materials, in particular satisfactory cleaning, in full and because of the variety of fiber materials it contains is not recyclable and is difficult to dispose of.

The present invention, then, relates to a cushioning material which is not only inexpensive to manufacture but also easy to clean and sterilize even in use under aggravated conditions and which is simple to recycle.

2

The low flammability pillow of the invention comprises a cushioning core and a cover separable therefrom, wherein the cushioning core comprises a binder-consolidated nonwoven block from 5 to 15 cm, preferably from 8 to 12 cm, in thickness and from 500 to 3000 g/m², preferably from 1000 to 2000 g/m², in basis weight comprising fibers or filaments having a linear density from 3 to 50 dtex and preferably from 6 to 20 dtex. The cover is a pocket-shaped, closable casing comprising a textile sheet material comprising or consisting of woven or knitted fabric, the fibers and filaments of the cushioning core and of the casing comprising flame resistant polyester.

A further embodiment of the low flammability pillow of the invention comprises a cushioning core which in addition to the nonwoven block comprises a cylindrical nonwoven roll whose height corresponds to the width of the nonwoven block and whose diameter is from 5 to 25 cm, preferably 10–20 cm, said roll being connected detachably or nondetachably to the block. A nondetachable connection between the nonwoven roll and the nonwoven block is achieved for example in a simple manner when, in the consolidation phase of the webs, in which the consolidating binders of the nonwoven are activated—in the case of the use of a meltable binder for example by heating to above the melting point of the meltable binder—the two parts are pressed together so that a satisfactory connection is formed between the nonwoven block and the nonwoven roll at the point of contact between the two parts.

A detachable connection between the nonwoven block and the nonwoven roll can be created for example by means of a strip of a restick adhesive or of a hook-and-loop fastener applied in the contact region. In a further variant of this embodiment, the nonwoven block and the nonwoven roll of the cushioning core each have separate covers and the two parts are connected together detachably. In this case too the detachable connection can be created by means of a restick adhesive applied in strip form or preferably by means of a hook-and-loop fastener.

In this preferred embodiment, the low flammability pillow of the invention is particularly suitable for supporting the neck (neckroll). In this embodiment it can therefore be used with particular advantage in particular in the orthopedic sector. Preferably the nonwoven roll of the cushioning core comprises a rolled-up sheetlike nonwoven having a basis weight from 200 to 800 g/m², which is rolled up in the unconsolidated state and then consolidated by activation of the binder and so stabilized in the roll form.

FIG. 1 is a diagrammatic section through a pillow (1) according to the invention, comprising the nonwoven block (2), the nonwoven roll (3), the connecting element (4), which provides the detachable connection between the nonwoven block (2) and the nonwoven roll (3), and the conjoint cover (5).

FIG. 2 is a diagrammatic section through another embodiment of the pillow (11) of the invention, comprising the nonwoven block (12), the nonwoven roll (13), the covers (15) and (15') for the nonwoven block (12) and the nonwoven roll (13), and the connecting element (14) which provides the detachable connection between the covered parts of the pillow.

FIG. 3 is a diagrammatic elevational view of a textile sheet material of the present invention including a nonwoven batt (20) and a woven or knitted fabric (22).

FIG. 4 is a diagrammatic elevational view illustrating a closure for cover (5) in the form of a zip or hook and loop fastener (24).

5,586,350

<table>
<tr><td>3</td><td>4</td></tr>
</table>

The nonwoven block and the nonwoven roll of the low flammability pillow of the invention may comprise continuous filaments or staple fibers. Advantageously the linear density of the fiber material of the nonwoven roll is chosen to be higher than that of the fiber material of the nonwoven block. This results in a higher compressive strength for the roll and so in particularly good support for the neck.

It is of course also possible to make the nonwoven block and the nonwoven roll from different fiber materials; in particular, they may have different fiber lengths. For example, the nonwoven block may be composed of continuous filament fibers and the nonwoven roll of staple fibers, or vice versa. The staple length of the staple fibers used for the nonwoven block and/or nonwoven roll is advantageously within the range from 30 to 150 mm, preferably from 40 to 100 mm.

Although the binders used for the pillow of the invention can be binder dispersions which bring about the consolidation of the nonwoven through evaporation of the liquid continuous phase, the use of meltable binders is preferred.

Preferably, therefore, the cushioning core, not only the nonwoven block but also the nonwoven roll, comprises meltable-binder-consolidated nonwoven. The meltable binder is particularly advantageously introduced into the nonwoven in the form of fibers (binding fibers). Depending on the desired degree of consolidation of the web, the weight proportion of the binder ranges from 5 to 35% by weight, preferably from 10 to 25% by weight, of the total nonwoven weight (including binder). From the aspect of the desired recyclability, it is particularly preferable for the meltable binder to be a modified polyester whose melting point is at least 10° C., preferably 20° C., below the melting point of the load-bearing nonwoven fibers.

If the meltable binder is, as is preferred, used in fiber form, it may be in the form of separate binding fibers or it may be part of a two-component fiber, of the side-by-side or core-sheath type, in which case the sheath or one of the sides of the bicomponent fiber comprises the meltable binder. In the interest of ease of disposal it is particularly preferable for not only the load-bearing fibers but also the binding fibers of the cushioning core to comprise polyesters having different melting points. Within the above-specified limits, the binder content is preferably chosen so that the cushioning core has a relatively firm hand.

The cover of the flame retardant pillow of the invention may comprise a fabric woven or knitted from continuous filament yarn or from staple fiber yarn. Woven or knitted fabrics for the cover advantageously have a basis weight from 100 to 300 g/m². Woven fabrics for this purpose advantageously have a plain or satin/sateen weave, which confers particularly pleasant skin contact. Knitted fabric is for the same reason preferably knitted to a single face.

Particular preference is given to a low flammability pillow of the invention wherein the cover comprises an at least two-layered combination of a nonwoven having a basis weight from 50 to 300 g/m² with a woven or knitted fabric having a basis weight from 100 to 300 g/m², which are connected together, preferably by quilting. Of particular advantage is a cover comprising such a nonwoven faced and quilted on both sides with woven or knitted fabric. The advantage of such a three-layered construction of the cover is that such a multi-layered cover can serve as a thin headrest even without the cushioning core.

In the interest of a particularly skin friendly and textile hand of the low flammability pillow of the invention it is preferable for the fibers comprising the woven or knitted fabric of the cover to be textured multifilament yarns or else staple fiber yarns. The texturing may have been effected by any conventional process, in particular by air jet texturing or

false twist texturing. The linear density of the yarns present in the cover is advantageously within the range from 60 to 200 dtex, and multifilament yarns generally contain from 30 to 150 individual filaments.

Suitable polyesters for the fiber materials—fiber materials for the purposes of this invention being not only staple fibers but also continuous filament fibers—of the cushioning core and of the cover are spinnable grades which have been modified or finished to be flame resistant and which consist predominantly of building blocks derived from aromatic dicarboxylic acids and from aliphatic diols. Widely used aromatic dicarboxylic acid building blocks are the bivalent radicals of benzenedicarboxylic acids, in particular of terephthalic acid and of isophthalic acid; widely used diols have 2–4 carbon atoms, and ethylene glycol is particularly suitable. Modified polyesters preferably contain at least 85 mol % of ethylene terephthalate units. The remaining 15 mol % are then made up of dicarboxylic acid units and glycol units, which act as modifiers and which make it possible for the person skilled in the art to influence the physical and chemical properties of the filament products in a specific manner. Examples of such dicarboxylic acid units are radicals of isophthalic acid or of aliphatic dicarboxylic acids such as glutaric acid, adipic acid and sebacic acid; examples of modifying diol radicals are those of longer diols, for example of propanediol or butanediol, of di- or triethylene glycol or, if present in a small amount, of polyglycol having a molecular weight of about 500–2000. Particular preference is given to polyesters which contain at least 95 mol % of ethylene terephthalate units, in particular to polyesters made of unmodified PET.

The modifying of these polyester materials to render them flame resistant is effected by additions of halogen compounds, in particular bromine compounds, or, particularly advantageously, by the presence of from 0.1 to 20, preferably from 2 to 12, % by weight of phosphorus compounds which have been cocondensed into the polyester chain. Particularly preferred flame resistant polyesters for the fiber materials of the low flammability pillows of the invention are those which contain, cocondensed into the chain, building groups of the formula

$$-O-\overset{\overset{\displaystyle O}{\|}}{P}-R-\overset{\overset{\displaystyle O}{\|}}{C}-\underset{R^1}{\phantom{|}} \qquad (I)$$

where R is alkylene or polymethylene of 2 to 6 carbon atoms or phenyl and R¹ is alkyl of 1 to 6 carbon atoms, aryl or aralkyl.

The preferred meanings for the symbols in the formula I are ethylene for R and methyl, ethyl, phenyl or o-, m- or p-methylphenyl, in particular methyl, for R¹.

The polyesters present in the pillows of the invention advantageously have a molecular weight corresponding to an intrinsic viscosity (IV), measured in a solution of 1 g of polymer in 100 ml of dichloroacetic acid at 25° C., of from 0.5 to 1.4 dl/g.

In a further preferred embodiment of the low flammability pillow of the invention, the fiber materials used for producing the cushioning core and the cover are chosen in respect of the polyester composition and in respect of the spinning conditions so that the cushioning core is sterilizable and the cover can be boil-washed.

It is further particularly advantageous for the cover of the low flammability pillow to be constructed closable by means of a zip fastener (zipper) or a hook-and-loop fastener. In the interest of satisfactory recyclability of the pillow of the

5,586,350

5

invention (single material constitution) it is preferable for the zip or hook-and-loop fastener of the pillow cover to comprise polyester monofilaments. It is particularly preferable for the monofilaments of the zip or hook-and-loop fastener to comprise flame resistant polyester like the rest of the fiber materials of the pillow.

The embodiment example which follows illustrates the production of a low flammability pillow of this invention. All the flame resistant polyester fibers used in the Example were made of polyethylene terephthalate rendered flame resistant by incorporation of building groups of the above-indicated formula I ((R) TREVIRA CS—fiber materials from Hoechst AG).

EXAMPLE

a) Nonwoven block

A worker-and-stripper type carding machine was used to process a mixture of 80% by weight of a 17 dtex polyethylene terephthalate staple fiber which had a staple length of 80 mm and had been rendered flame resistant by incorporation of building blocks of the formula I and 20% by weight of a bicomponent fiber of the core-sheath type with a core of flame resistant polyethylene terephthalate and a sheath of poly(ethylene terephthalate isophthalate) with a core-sheath weight ratio of 50:50, a linear density of 4.4 dtex and a staple length of 50 mm into a web having a basis weight of 1500 g/m². The web was compacted to a level from 8 to 10 cm and bonded at 160° C. in a hot air oven.

b) Neckroll

The same fiber mixture was carded on the same machine to produce a 400 g/m² web which was then preconsolidated by light needling. The resulting web, still to be binder-consolidated, was rolled up into a roll 15 cm in diameter and set in that form at 160° C. in the hot air oven. The resulting cushioning cores for pillow and neckroll were of low flammability, recyclable, washable and sterilizable and had a relatively firm hand. The firmness of the hand of these core materials, their compressive strength and their ability to recover can be varied and adjusted as desired through the choice of fiber linear density, binder content, setting temperature and air supply.

c) Cover

The above-produced nonwoven block and the nonwoven roll had sewn for them separate covers which are equipped at the open sides with zippers made of polyester wire. For this was used a three-layered textile sheet material comprising a fiber web 200 g/m² (180 g/m²) made of staple fiber yarn (fiber linear density 1.7 dtex) of flame resistant polyethylene terephthalate and faced on both sides with a woven fabric (180 g/m²) made of staple fiber yarn (fiber linear density 1.7 dtex) of flame resistant polyethylene terephthalate. The two covers are provided at suitable places with hook-and-loop fastener strips of flame resistant polyester wire, so that the neckroll can be connected detachably to the pillow at a suitable position.

The covers are slipped over the nonwoven block and the nonwoven roll and closed with the zippers. The resulting elements of the pillow are then pressed together at the hook-and-loop fastening strips to combine them into a pillow of this invention.

What is claimed is:

1. A low flammability pillow comprising a cushioning core and a cover separable therefrom, wherein the cushioning core comprises a binder-consolidated nonwoven block from 5 to 15 cm in thickness and from 500 to 3000 g/m² in basis weight comprising fibers or filaments having a linear density from 3 to 50 dtex and the cover is a pocket-shaped,

6

closable casing comprising a textile sheet material comprising woven or knitted fabric, the fibers and filaments of the cushioning core and of the casing comprising flame resistant polyester, and wherein the flame resistant polyester contains cocondensed structural units of the formula I

(I)

$$-O-\overset{\overset{\displaystyle O}{\|}}{\underset{\underset{\displaystyle R^1}{|}}{P}}-R-\overset{\overset{\displaystyle O}{\|}}{C}-$$

where R is alkylene or polymethylene of 2 to 6 carbon atoms or phenyl and $R^1$ is alkyl of 1 to 6 carbon atoms, aryl or aralkyl.

2. The low flammability pillow of claim 1, wherein the cover is closable by means of a zip or hook-and-loop fastener.

3. The low flammability pillow of claim 2, wherein the zip or hook-and-loop fastener is made of polyester wire, in particular of flame resistant polyester wire.

4. The low flammability pillow of claim 1, wherein the cushioning core comprises a binder-consolidated nonwoven block from 8 to 12 cm in thickness.

5. The low flammability pillow of claim 1, wherein the cushioning core in addition to the nonwoven block comprises a cylindrical nonwoven roll whose height corresponds to the width of the nonwoven block and whose diameter is from 5 to 20 cm, said roll being connected detachably or nondetachably to the block.

6. The low flammability pillow of claim 1, wherein the nonwoven block and the cylindrical nonwoven roll of the cushioning core each have separate covers and the two parts are connected together detachably.

7. The low flammability pillow of claim 1, wherein the cushioning core is sterilizable.

8. The low flammability pillow of claim 1, wherein the cushioning core comprises a meltable-binder-consolidated nonwoven batt.

9. The low flammability pillow of claim 8, wherein the meltable-binder consolidated nonwoven batt includes a meltable binder introduced into the nonwoven batt in fiber form.

10. The low flammability pillow of claim 8, wherein the meltable-binder consolidated nonwoven batt includes a meltable binder introduced into the nonwoven batt in the form of bicomponent fibers composed of two polyesters having different melting points.

11. The low flammability pillow of claim 1, wherein the cover can be boil-washed.

12. The low flammability pillow of claim 1, wherein the fibers of the cushioning core and of the cover comprise flame resistant polyethylene terephthalate.

13. A low flammability pillow comprising a cushioning core and a cover separable therefrom, wherein the cushioning core comprises a binder-consolidated nonwoven block from 5 to 50 cm in thickness and from 500 to 3000 g/m² in basis weight comprising fibers or filaments having a linear density from 3 to 50 dtex and the cover is a pocket-shaped, closable casing comprising a textile sheet material comprising woven or knitted fabric, the fibers and filaments of the cushioning core and of the casing comprising flame resistant polyester, and wherein the textile sheet material of the cover comprises an at least two-layered combination of a nonwoven batt having a basis weight from 50 to 300 g/m² with a woven or knitted fabric having a basis weight from 100 to 300 g/m², which are connected together.

14. The low flammability pillow of claim 13, wherein the nonwoven batt and the woven or knitted fabric are connected together by quilting.

5,586,350

7

15. A low flammability pillow comprising a cushioning core and a cover separable therefrom, wherein the cushioning core comprises a binder-consolidated nonwoven block from 5 to 15 cm in thickness and from 500 to 3000 g/m² in basis weight comprising fibers or filaments having a linear density from 3 to 50 dtex and the cover is a pocket-shaped, closable casing comprising a textile sheet material comprising woven or knitted fabric, the fibers and filaments of the cushioning core and of the casing comprising flame resistant polyester, and wherein the flame resistant polyester contains halogen compounds condensed into the polyester.

16. The low flammability pillow of claim 15, wherein the halogen compounds comprise bromine compounds.

17. A low flammability pillow comprising a cushioning core and a cover separable therefrom, wherein the cushioning core comprises a binder-consolidated nonwoven block

8

from 5 to 15 cm in thickness and from 500 to 3000 g/m² in basis weight comprising fibers or filaments having a linear density from 3 to 50 dtex and the cover is a pocket-shaped, closable casing comprising a textile sheet material comprising woven or knitted fabric, the fibers and filaments of the cushioning core and of the casing comprising flame resistant polyester, and wherein the flame resistant polyester contains 0.1 to 20% by weight of phosphorus compounds condensed into the polyester.

18. The low flammability pillow of claim 17, wherein the phosphorous compounds are present in an amount from 2 to 12% by weight.

*   *   *   *   *

# EXHIBIT 8

# United States Patent [19]

## Bishop

[11] **Patent Number:** **4,872,228**

[45] **Date of Patent:** **Oct. 10, 1989**

[54] **BED GUARD**

[76] Inventor: Carolyn B. Bishop, 1960 Dembrigh La., Charlotte, N.C. 28213

[21] Appl. No.: 212,605

[22] Filed: Jun. 27, 1988

[51] Int. Cl.⁴ .................................. A47C 21/08
[52] U.S. Cl. ............................... 5/425; 5/513
[58] Field of Search .................. 5/425, 427, 436, 437, 5/485, 491, 512, 513

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 243,869 | 9/1881 | Doremus | 5/491 |
| 984,324 | 2/1911 | Von Below | 5/513 X |
| 2,644,173 | 7/1953 | James | 5/425 |
| 3,148,387 | 9/1964 | Sarnie, Jr. et al. | 5/431 |
| 3,574,412 | 3/1986 | Smith | 5/436 |
| 3,638,251 | 2/1972 | Weiss | 5/485 |
| 4,173,048 | 11/1979 | Varaney | 5/436 |
| 4,607,402 | 8/1986 | Pollard | 5/425 |

*Primary Examiner*—Michael F. Trettel
*Attorney, Agent, or Firm*—Clifton Ted Hunt

[57] **ABSTRACT**

A bed guard for temporary use to reduce the risk of falling out of bed comprises at least one elongated bolster operatively assembled on top of a conventional mattress and releasably held in operative position along one side of the bed by a conventional bedsheet covering the mattress and the bolster and tucked under the mattress. A plurality of bolsters may be used on each side of the bed for additional protection.

**4 Claims, 2 Drawing Sheets**



FM Validity Ex. 8



FIG.1

FIG.4

FIG.5



FIG.2

FIG.3

4,872,228

| 1 | 2 |

## BED GUARDu

### FIELD OF THE INVENTION

This invention relates to bed guards that reduce the risk of people accidentally from falling out of conventional beds without side rails.

### BACKGROUND OF THE INVENTION

Some children are moved from a crib with side rails to a regular bed without side rails at an early age. Some young children (and older persons) have a tendency to fall out of bed. The prior art shows that a variety of solutions have been proposed to reduce the risk of persons falling out of bed.

Pat. No. D-148,248 issued Dec. 30, 1947 to Kirkpatrick for CHILD'S BED shows a wooden bed with headboard and footboard and with decorative wooden side rails extending from the headboard and terminating about half way along the length of the bed.

Pat. No. 2,496,068 issued Jan. 31, 1950 to Rutkowski for BED GUARD shows a wooden bed guard removably fastened to a side rail of a conventional bed and extending half the length of the bed.

Pat. No. 4,286,344 issued Sept. 1, 1981 to Ikeda shows a mattress in which integral ridges are formed along the sides of the mattress. The ridges reduce the risk of a person accidentally falling out of bed. In one embodiment of Ikeda, the ridges extend the full length of the bed on both sides. In another embodiment of Ikeda, the ridges extend on both sides only about half the length of the bed.

Pat. No. 4,607,402 issued Aug. 26, 1986 to Pollard shows a retainer sheet comprising a sheet to be spread over a mattress with pockets built into the sides of the sheet to receive and return cylindrical shaped foam retainers intended to reduce the risk of falling out of bed. The foam retainers can be removed when it is desired to wash the sheet.

All of these prior art bed guards are physically attached or formed integral with the bed, mattress, or a special sheet and are consequently expensive. Kirkpatrick and Ikeda both lack the flexibility of removing the bed guard when it is desired to use the bed without them. Rutkowski's bed guard is cumbersome and difficult to store when not is use. Pollard is the most pertinent prior art but requires a special sheet with pockets, which is obviated by the present invention.

### SUMMARY OF THE INVENTION

Applicants' bed guard comprises at least one generally cylindrically bolster adapted to be positioned in use on one side of a conventional bed and retained in place by being covered with a conventional sheet which covers the mattress and the bolster(s) and is tucked under the mattress in the usual way.

In the illustrated embodiment of the invention, the bolster(s) is anchored to the mattress by a conventional fitted sheet covering the mattress and the bolster(s) and having pockets at the ends of the sheet to fit over the head and foot of the mattress. It is within the spirit of the invention, however, to anchor the bolster(s) with a conventional rectangular sheet that covers the mattress and is tucked under it in the usual way.

It is an object of the invention to provide a temporary bed guard comprising a generally cylindrical bolster that can be installed in operative position on top of the mattress along one side of the bed while making up the

bed, and retained in operative position by a conventional bottom sheet covering the mattress and the bolster(s) and tucked under the mattress.

It is another object of the invention to provide a bolster of the type described which is removable from the bed by simply removing it from underneath the bottom sheet.

It is a further object of the invention to provide a plurality of bolsters of the type described wherein each bolster is less than half the length of the bed and wherein one or more bolsters may be aligned along one or both sides of a conventional bed on top of a conventional mattress and covered with a conventional contour bottom sheet with pockets at its ends to fit around the ends of the mattress and hold the bolster (s) in operative position.

It is another object of the invention to provide bolsters of the type described which are washable.

A further object of the invention is to provide a bolster of the type described which is easily stored when not in use.

It is another object of the invention to provide bolsters of the type described which are retained in operative position by a conventional bottom sheet on a conventional mattress to prevent the accidental falling out of the bed without the need for a special bed, mattress, or sheet.

The present invention eliminates the need for purchasing the special and expensive restraints of the prior art and requires only inexpensive bolsters to be used with a conventional mattress and sheet. The bed may be of any width, from a twin bed to a king sized bed.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a conventional twin bed illustrating the positioning of two bolsters on each side of the bed and illustrating the anchoring of the bolsters in position by a conventional bottom fitted sheet;

FIG. 2 is a top plan view of a bed with only one bolster on each side of the bed, and with parts broken away for purposes of clarity;

FIG. 3 is a sectional view taken substantially along the line 3—3 in FIG. 2;

FIG. 4 is a side view looking at the mattress, bed-sheet, and bolsters shown in FIG. 1; and

FIG. 5 is an end view of a bolster removed from the bed.

### DETAILED DESCRIPTION OF THE INVENTION

Referring more specifically to the drawings, the numeral 10 broadly designates the bolster of this invention. The bolster 10 comprises a core C of a suitable batting, such as polyester fiberfill covered with a soft fabric F, such as cotton. As best seen in FIG. 3, the bolster 10 is of cross-sectional oblong configuration. Cross sectional dimensions of five inches and eight inches have been found to be satisfactory, but the dimensions are not critical to the successful practice of the invention and any desired crosssectional configuration and dimensions may be used.

The bolster 10, as described herein, is made for a twin size bed 11 supporting a mattress 12 measuring 75 inches in length. The bolsters 10 are placed on top of the mattress 12 and extend along the sides of the mattress as shown in the drawings.

4,872,228

| 3 | 4 |

The bolster 10 and conventional mattress 12 are covered with a conventional fitted bottom sheet 13 having pockets 14 at each end to fit over the ends of the mattress.

The term "conventional" as used herein with reference to the mattress 12 and bottom sheet 13 means a mattress and sheet with a continuous and uninterrupted planar upper surface, as shown in the drawings.

Bolsters for use on mattress 12 each measure 32½ inches long so that two bolsters placed end to end as shown in FIGS. 1 and 4 will be 10 inches shorter than the mattress. These dimensions permit bolsters installed end to end as in FIGS. 1 and 4 to be spaced five inches from the ends of the mattress. This spacing has been found to provide enough slack in the sheet for the pockets in its ends to fit over the ends of the mattress.

The added dimension of the bolsters 10 beneath the sheet 13 tightens the sheet when it is stretched across the bed and anchored beneath the mattress so that tends to extend in spaced parallel relation above the mattress, but is brought into contact with the mattress by the weight of a pillow 15, as seen in FIG. 3.

The use of just one bolster on each side of the mattress is illustrated in FIG. 2, wherein the bolsters 10 are spaced about five inches from the head 16 of the mattress and extend about half way toward the foot 17 of the mattress. The length of the bolster is not critical if only one bolster is used on each side of the mattress, provided that, when used with a fitted sheet with pockets at its ends to fit around the ends of a mattress, the overall length is at least 10 inches shorter than the mattress.

It is within the spirit of the invention to use only a single bolster as a bed guard when desired, as when one side of the bed is placed against a wall. The single bolster is covered by a conventional bedsheet to keep it in place in the same manner as described for plural bolsters.

There is thus provided an inexpensive and efficient bed guard which can be readily installed for use with nothing but conventional bed equipment and which may be easily removed for washing or storage when desired.

Although specific terms have been used in describing the invention, they have been used in a generic sense only and not for the purpose of limitation.

I claim:

1. In a bed having a mattress with a continuous and uninterrupted planar upper surface and a bedsheet with a continuous and uninterrupted planar upper surface covering the mattress and tucked under the mattress, the improvement which comprises the combination of means for reducing the risk of a person falling out of bed without

interrupting the continuous and uninterrupted planar upper surface of the mattress or the bedsheet, said means comprising at least one separate bolster unconnected to the mattress or the bedsheet and operatively positioned on top of the mattress and extending at least partially along one side of the mattress and under the bedsheet which covers the mattress and is tucked under the mattress, whereby the bolster is frictionally held in operative position between the mattress and the bedsheet.

2. A bed guard according to claim 1 wherein two bolsters are placed end to end on said one side of the mattress.

3. A bed guard according to claim 1 wherein one bolster is placed on each side of the mattress.

4. A bed guard according to claim 1 wherein the bolster is of oblong cross-sectional configuration.

* * * * *

40

45

50

55

60

65

# EXHIBIT 9

# United States Patent [19]

**Pollard**

[11] Patent Number: **4,873,734**

[45] Date of Patent: *Oct. 17, 1989

[54] **BUMPER SHEET**

[76] Inventor: Dianne J. Pollard, 69 Jackson Way, Alamo, Calif. 94507

[*] Notice: The portion of the term of this patent subsequent to Aug. 26, 2003 has been disclaimed.

[21] Appl. No.: 214,684

[22] Filed: Jul. 1, 1988

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 878,292, Jun. 25, 1986, Pat. No. 4,754,509, which is a continuation of Ser. No. 723,109, Apr. 15, 1985, Pat. No. 4,607,402.

[51] Int. Cl.⁴ ............................................... A47C 21/08
[52] U.S. Cl. .................................... 5/425; 5/485
[58] Field of Search .............. 5/485, 482, 425, 424, 5/427, 474, 452

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 429,494 | 6/1890 | Doremus | 5/485 |
| 1,343,881 | 6/1920 | Christensen | 5/485 |
| 2,217,319 | 10/1940 | Rook et al. | 5/485 |
| 2,462,780 | 2/1949 | Schiller | 5/485 |
| 2,586,031 | 2/1952 | Hahne | |
| 2,644,173 | 7/1953 | James | 5/425 |
| 2,880,428 | 4/1959 | Forsland | 5/434 |
| 3,148,388 | 9/1964 | Esperson | |
| 3,339,544 | 9/1967 | Kravitz | 121/30 |
| 3,638,251 | 2/1972 | Weiss | |
| 3,803,646 | 4/1974 | Newerowski | 5/93 R |
| 3,924,282 | 12/1975 | Bond | 5/431 |
| 4,064,576 | 12/1977 | Threatt | |
| 4,173,048 | 11/1979 | Varney | 5/436 |
| 4,286,344 | 9/1981 | Ikeda | 5/424 |
| 4,134,331 | 6/1982 | Santo | 5/452 |
| 4,754,509 | 7/1988 | Pollard | 5/485 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 1503577 | 12/1967 | France | |
| 253404 | 6/1926 | United Kingdom | 5/485 |
| 868320 | 5/1961 | United Kingdom | 5/427 |
| 927094 | 5/1963 | United Kingdom | |

*Primary Examiner*—Alexander Grosz
*Attorney, Agent, or Firm*—Philip A. Dalton

[57] **ABSTRACT**

A bumper sheet includes an array of pockets in which relatively soft yet form-retaining inserts (such as foam plastic cylinders or inflatable bladders) are removably fitted to define a bumper area enclosing a sleeping or rest area within the confines of a crib, bed rails or the like.

**9 Claims, 1 Drawing Sheet**



FM Validity Ex. 9

U.S. Patent          Oct. 17, 1989          4,873,734



4,873,734

| 1 | 2 |

## BUMPER SHEET

This is a continuation-in-part of my co-pending, allowed U.S. patent application, Ser. No. 878,292, filed June 25, 1986 now U.S. Pat. No. 4,754,509, which itself is a continuation of Ser. No. 723,109, filed Apr. 15, 1985, now U.S. Pat. No. 4,607,402, issued Aug. 26, 1986, both of which are incorporated by reference herein in their entirety.

## BACKGROUND OF THE INVENTION

The present invention relates to bed-type restraints and, in particular, to a removable bumper restraint which is incorporated into a covering or sheet used in a crib or other bed-type restraint having surrounding rails or slats or the like, for preventing children or the infirm (or even animals or inanimate objects) from getting stuck or injured by the restraining slats or rails.

Permanently mounted or removable rail or bar restraints are widely used to prevent children or the incapacitated from falling out of bed. Such restraints are available in several forms, including longitudinal side bars which are part of, or are permanently mounted to the bed frame itself. Also, there are available rail assemblies, comprising side rails mounted on uprights, which can be removably mounted or clamped to the bed frame or inserted between the frame and the mattress. Restraints for the incapacitated are typified by hospital beds incorporating metal side rails which can be pivoted to a horizontal or down position to permit getting into and out of the bed and to facilitate changing bed clothes and administering to the patient. Restraints also take the form of baby cribs and the like.

In general, however, such restraints may allow the head, arms and/or legs to be inserted through the component members such as slats. One approach for reducing this danger uses what we here term "bumper strips". Typically, these are thin, padded strips covered with fabric or plastic which are positioned along the inside of the crib on top of the mattress and are tied to the crib. Despite the tie down fastening, bumper strips may still permit the insertion of head, arms and legs between the mattress and the bumper strip itself and between the crib slats.

## SUMMARY OF THE INVENTION

In view of the above discussion, it is one object of the present invention to provide a combined sheet and bumper for cribs and other bed-type structures which is easily removed from the crib and, when positioned in the crib, permits ease of access to the occupant.

It is another object of the present invention to provide a crib bumper sheet which is not dedicated to a particular crib or structure, but is readily adaptable to and transferable between cribs, different cribs.

These and other objects are attained in my bumper sheet invention which, in one aspect, comprises a bed covering or sheet containing elongated pockets along one or more of the sides, head and foot, which receive removable relatively rigid inserts, typically cylindrical (which includes polygonal), formed, e.g., of polystyrene foam or inflated bladders.

In another aspect, the inserts and pockets are configured in an overlapping, self-locking arrangement in which the inserts abut one another and thereby cooperatively retain one another in position.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other aspects of my invention are described in conjunction with the drawings in which:

FIG. 1 is a perspective view of my fitted bumper sheet in position on a mattress.

FIG. 2 a sectional view of the bumper sheet of FIG. 1 taken in the direction of arrows 2—2;

FIG. 3 is a plan view of the sheet and bumper structure of FIG. 1, shown with the sheet laid flat;

FIG. 4 is a schematic representation of an alternative four-bumper self-locking arrangement;

FIG. 5 is an end view of an alternative embodiment of the bumper sheet of FIG. 1 which has relatively thin, elongated upright bumper inserts; and

FIG. 6 is a perspective view of my bumper sheet shown in position on a mattress within a crib.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT(S)

FIG. 1 is a perspective representation of one embodiment 10 of the bumper sheet of my present invention, fitted to a mattress 11. The illustrated embodiment includes a fitted sheet 12, but is quite obviously adapted to non-fitted sheets as well. The fitted sheet 12 includes end panels 13 and side panels 14 which are designed to closely fit the associated contours of the mattress 11. Typically, the sheet 12 includes an elastic border or hem on the end and side panels (not shown) which retains the sheet on the mattress 11.

Along both ends and both sides of the sheet 12 are bumpers 15 and 18 (also called bumper assemblies). The bumpers are formed by pockets which are dimensioned to receive cylindrical components or inserts. The inserts can be formed of relatively rigid material such as polystyrene foam cylinders or, preferably, are inflatable bladder cylinders. The inflatable bladders can be formed as one or more longitudinally-extending chambers. As used here, "cylindrical" and "cylinder" include various crosssection configurations, including but not limited to, circular, ovular and polygonal cross-sectional configurations and, preferably, inserts of elongated, thin rectangular cross-sections such as the inserts 20, FIG. 5.

Referring also to FIGS. 3 and 4, the bumpers form a rectangular configuration in which the base and head comprise bumper assemblies 15 having pockets 16 and associated inserts 17 at the foot and head of the bed. The sides of the rectangular configuration are defined by the longitudinally-extending bumper assemblies 18, each of which comprises a pocket 19 and an associated insert 20. See also FIGS. 2 and 5. The pocket structures 15 and 18 thus define an enclosed, rectangular-shaped resting or sleeping area.

My bumper sheet has a number of advantages over conventional bar, rail and mattress retainers and over the standard tie-down bumpers. For example, the cylindrical plastic or bladder units 17 and 20 can be removed to permit laundering and cleaning (and in the case of the inflatable bladders can be deflated for ease of transport and storage) but, when in place, provide soft yet firm barriers which retain the occupant on the mattress. The bumper sheet 10 can be formed in the various standard crib sheet and bed sheet sizes and used interchangeably on different mattresses or beds. Also, the same bumper sheet 10 can be used in situations which require a bed or mattress restraint to prevent someone who is ill or otherwise incapacitated from falling off the bed, as well as

4,873,734

3

to retain a child in bed once the child is moved from a crib to a regular bed.

A plan view of my four-sided bumper sheet 10 is shown in FIG. 3. The sheet comprises a rectangle of cloth or other material and includes end panels 13—13 and side panels 14—14. In the fitted embodiment, the sheet typically has sections such as 31 removed and is joined along the ends 32 to provide a shape which conforms to the contour of the mattress 11 (FIG. 1). The side bumpers or bumper assemblies 18 extend at or adjacent to the longitudinal edges 33 of the top side 21 of the sheet. Similarly, the head and foot bumper assemblies 15 extend generally at or adjacent the end edges 34 of the sheet. The actual width of the rectangular strips of pocket material is greater than the distances A and B between the inserts 17 and 20 (FIG. 1). Preferably, in an easily manufacturable arrangement, which is durable and easily removed for washing, storage, etc., the pockets 16 and 19 are rectangular strips of material which are attached to the sheet 12 by sewing. The lines of stitching join the pockets to the sheet along the outer edges of the pocket material, as illustrated schematically by the stitch lines 35 and 36 in FIG. 3. However, other means of attachment including, but not limited to, hook and loop-type fasteners such as the ones sold under the trade name VELCRO ™ or water-resistant releasable adhesive could be used. In general, however, such alternative fastening approaches are less desirable that sewn stitches because they do not provide the same combination of impenetrability (discussed below), durability and integrated smooth, bump-free construction.

Friction between the relatively long side pockets 19 and end pockets 16 and their associated inserts has proven sufficient to retain the inserts in the pockets. Nonetheless, the bumpers can be readily configured and located to provide a self-locking arrangement where such is desired. Thus, referring to FIG. 3, in the illustrated, totally enclosed four-sided sheet bolster structure, the inner sides of the opposite ends of the bumpers 15 abut or are closely adjacent to the ends of the side bolsters 18. Typically, the side inserts 20 are inserted first, then the end inserts are inserted. The side inserts 20 slightly overlap the end bumpers 15. As a result, the end bumpers 15 block the side inserts 20 and, thereby, keep the side inserts from moving. In addition, the side inserts 20 press against the end bumpers 15 slightly and prevent the end inserts 17 from moving.

FIG. 4 depicts another four-sided self-locking arrangement in which the side bumpers 15 overlap the end bumpers 15. This arrangement is functionally the reverse of the overlapping end bumper arrangement shown in FIGS. 1 and 3. That is, in the FIG. 4 arrangement the side bumpers 18 block the end inserts 17, while, in pressing against the side bumpers, the end inserts 17 prevent the side inserts 20 from moving.

It should be noted that the self-locking arrangement is not limited to four-sided configurations. For example, a three-sided, U-shaped bumper configuration can be formed by deleting one of the end or side bumpers from the four-sided configuration shown in FIGS. 3 or 4.

More generally, one, two, three, four or more bumpers can be incorporated into a sheet using the sides thereof which are adjacent to or restrains such as crib slats 42, FIG. 6, or bed rails. The sheet can also incorporate bumpers along the sides thereof which do not have adjacent rails or slats, for example, along the head and foot of a bed which has only side rails. In one particu-

4

larly useful embodiment, the pockets are provided along all the edges of the sheet (e.g., along the foot, head, and sides), inserts are provided for all the pockets and one or more or all of the inserts are used, as desired.

FIG. 6 depicts my bumper sheet 10 in use on a mattress 41 in a crib 40 having spaced vertical slats 42 which are designed to prevent a person, typically a child, from falling out of or off the mattress. As mentioned, the bumper pockets 16 and 19 preferably are attached by stitching or the like along the entire length of the sides and ends of the mattress, thereby providing an impenetrable barrier against insertion of hands, legs, etc., between the bumpers and the mattress as well as through the bumper itself. This is in contrast to previously mentioned standard tie-down bumpers which are not attached along the sheet, which can be deformed and moved relative to the sheet during use and which, therefore, do not provide the impenetrable yet relatively soft barrier afforded by my present invention.

Consider now two of the many possible examples of my bolster sheet, specifically circular cross-section bumper (bolster) and rectangular cross-section bumper examples of the rectangular bumper sheet configuration depicted in FIG. 4, based upon a 28 in.×52 in. crib sheet. Using the FIG. 4 configuration, the exemplary rectangular cross-section bumper inserts (FIG. 5) measure approximately ½ in. wide×4½–5 in. high×52 in. long (side inserts) and ½ in. wide×4½–5 in. high×27 in. long (end inserts). The exemplary circular cross-section inserts (FIG. 2) measure approximately 2 in. diameter×52 in. long (side inserts) and 2 in. diameter×24-in. long (end inserts). The cloth rectangles for the end pockets or sleeves and the overlapping side pockets are approximately the same size as the inserts to permit ready insertion and stability. All four cloth pockets preferably are attached to the sheet by sewing along the stitch lines with dimensions A and B being selected, as mentioned, to smoothly accommodate the inserts. The result is an enclosed, rectangular-shaped crib sleeping area defined by the bumpers, which prevent insertion of hands, arms, legs or head, etc., under the bumpers or between the slats of the crib.

With the illustrated open-ended pocket or sleeve configuration and, in addition, with the closely fitting intersecting rectangular configuration shown, for example, in FIGS. 3 and 4, it is easier to insert or remove the bumper inserts with the sheet off the bed, i.e., prior to putting the sheet on the bed or after taking the sheet off the bed. This has the desirable result of making it difficult for an infant or child in the crib to remove the bumper inserts.

In addition to, or instead of, the illustrated open-ended configuration, the pocket 16 and 19 can be formed with slit, flap or sleeve-type openings or other suitable openings along a section of the length thereof, preferably at the outside of the pocket. Such longitudinal openings facilitate insertion and removal of the bumper insert when the sheet is on the crib, but, desirably, it is difficult for a child or infant located in the crib to remove the bumpers via the outside slits.

Although various other embodiments of my retainer sheet have been described here, those of usual skill in the art will derive other embodiments, based upon the present disclosure, which are within the scope of the invention as claimed.

Having thus described various preferred and alternative embodiments, what is claimed is:

4,873,734

5

1. A bumper sheet for covering the top surface of a base such as a mattress within a secure rest area defined by structural members such as crib slats or bed rails for preventing a person or object resting on the mattress from falling off, the bumper sheet comprising:

a sheet of covering material selected from cloth and other flexible materials;

elongated pockets attached along all of the peripheral edges of the top surface of the base for providing a bumper restraint along the associated edge of the sheet and base, the individual pockets comprising a relatively narrow elongated strip of material selected from cloth and other flexible materials attached to the sheet substantially continuously along the length of the strip; and

at least one form-restraining insert sized for removable insertion into an associated pocket;

the inserts and associated pockets forming a bumper of configuration defined by the configuration of the associated pockets, for providing a barrier against insertion of body members such as the hands and legs into said structural members.

2. The bumper sheet of claim 1, wherein the at least one insert is an inflatable bladder.

3. The bumper sheet of claim 1, wherein the at least one insert is a plastic cylinder.

4. The bumper sheet of claim 1, wherein the sheet comprises four top edges and wherein pockets are formed along the four top edges and inserts are fitted within all of the pockets.

6

5. The bumper sheet of claim 4, wherein the inserts are inflatable bladders.

6. The bumper sheet of claim 4, wherein the inserts are plastic cylinders.

7. A bumper sheet for covering the top surface of a base such as a mattress within a secure rest area defined by structural members such as crib slats or bed rails for preventing a person or object resting on the mattress from falling off, the bumper sheet comprising:

a sheet of material selected from cloth and other flexible materials;

a plurality of elongated pockets attached along the peripheral edge of the sheet in the region thereof corresponding to the top surface of the base and defining a generally rectangular-shaped restraint about a rest area of the sheet;

each pocket comprising a relatively narrow elongated strip of material selected from cloth and other flexible materials attached to the sheet substantially continuously along the length of the strip to thereby define a pocket;

elongated form-restraining inserts sized for removable insertion into the associated pockets; and

the pockets and inserts forming a bumper configuration defined by the configuration of the associated pockets for providing a barrier against insertion of body members such as the hands and legs into said structural members.

8. The bumper sheet of claim 7, wherein the inserts are inflatable bladders.

9. The bumper sheet of claim 7, wherein the inserts are plastic cylinders.

* * * * *

# EXHIBIT 10

# United States Patent [19]

**Henry**

[11]   **Patent Number:    5,010,843**

[45]   **Date of Patent:    Apr. 30, 1991**

[54]   **PET BED**

[76]   Inventor:   Beth Henry, La Tierra Nueva, 1063
Buckman Rd., Santa Fe, N. Mex.
87501

[21]   Appl. No.: **438,163**

[22]   Filed:   **Nov. 16, 1989**

[51]   Int. Cl.5 .......................................... **A01K 1/035**
[52]   U.S. Cl. ...................................... **119/28.5; 5/462**
[58]   Field of Search ................... 119/1, 19, 29; 5/419,
5/420, 437, 442, 462, 463, 434, 435, 436

[56]   **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,569,712 | 1/1926 | Burt | 119/1 |
| 2,032,248 | 2/1936 | Bins | 119/1 |
| 2,167,622 | 8/1939 | Bentivoglio | 5/338 |
| 2,775,222 | 12/1956 | Kruck | 119/1 |
| 2,952,856 | 9/1960 | Ruff | 5/437 |
| 3,842,454 | 10/1974 | Young | 5/343 |
| 3,902,456 | 9/1975 | David | 119/1 |
| 3,911,512 | 10/1975 | Plate | 5/465 |
| 3,989,008 | 11/1976 | Neumann | 119/1 |
| 4,008,687 | 2/1977 | Keys | 119/1 |
| 4,242,767 | 1/1981 | McMallen et al. | 5/437 X |

| | | | |
|---|---|---|---|
| 4,259,757 | 4/1981 | Watson | 5/434 |
| 4,393,530 | 7/1983 | Stark | 5/437 |
| 4,742,799 | 5/1988 | Schlitz | 119/29 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0117406 | 2/1901 | Fed. Rep. of Germany | 5/437 |

*Primary Examiner*—Robert P. Swiatek
*Assistant Examiner*—Todd E. Manahan
*Attorney, Agent, or Firm*—Darby & Darby

[57]   **ABSTRACT**

A pet bed comprises a pair of semi-circular cushions
connected along their circumferential perimeters to a
circular cushion having substantially the same radius as
the semi-circular cushions. The opposed diametral
edges of the semi-circular cushions are unattached leav-
ing a trough between them. A pocket is formed between
the adjacent surfaces of the semi-circular and circular
cushions whereby a pet may crawl into the pocket for
resting and sleeping or may lie in the trough surrounded
on two sides by the diametral edges of the semi-circular
cushions.

**12 Claims, 2 Drawing Sheets**





FIG.1

FIG. 2



FIG. 3

FIG. 4

FIG. 5

FIG. 6

5,010,843

1

## PET BED

### FIELD OF THE INVENTION

This invention relates generally to a bed for a pet and more particularly to a combination of cushions providing a number of resting options for the pet.

### BACKGROUND OF THE INVENTION

In many instances a household pet is considered as a family member. As such, the pet is deserving of comfortable accommodations, especially for sleeping. A dog bed of the prior art may comprise a lying down surface which is surrounded, with the exception of an entrance opening, with low vertical wall sections. The dog may lie in the center of the bed and frequently the dog attempts to snuggle into the corners of the wall. Dogs seem to have an instinct to withdraw into recesses and trough-like depressions. Cats also seek out environments where they are enclosed or at least partially surrounded, with their head exposed, or sometimes concealed. However, the prior art beds offer the pet few, if any, options in the manner of using the pet bed.

### OBJECTS OF THE INVENTION

Accordingly, it is an object of this invention to provide an improved pet bed which gives the pet options for comfortable rest.

Another object of this invention is to provide an improved pet bed which allows for easy cleaning and maintenance.

Yet another object of this invention is to provide an improved pet bed which caters to the instinctive, protective traits of dogs and cats.

In accordance with a preferred embodiment of the invention, a pet bed is provided which is especially suited to accommodate several pet preferences in sleeping and resting. A pair of semi-circular cushions connect along their circumferential perimeters to a circular cushion having substantially the same radius as the semi-circular cushions. The opposed diametral edges of the semi-circular cushions are unattached leaving a trough or slot between them. A pocket is formed between the adjacent surfaces of the semi-circular and circular cushions whereby a pet, for example, a dog or cat, may crawl into the pocket for resting and sleeping or may lie in the trough surrounded on two sides by the diametral edges of the semi-circular cushions. Whether in one of the pockets or in the trough, the animal can keep its head exposed to the ambient air. The cushions are fabricated of a flexible material, for example, cloth covers which may be treated to resist staining. The cushions are filled by opening longitudinal zippers provided in each cushion. The semi-circular cushions are attached to the circular cushion by means of stitching, zippers, snaps, materials that releasably adhere when pressed together, and the like. The seams are turned under to prevent the pet from pulling them apart.

Further objects and advantages of the invention will be apparent from the specification and drawings. The invention accordingly comprises the features of construction, combinations of elements, and arrangement of parts which will be exemplified in the constructions hereinafter set forth and the scope of the invention will be indicated in the appended claims.

2

### BRIEF DESCRIPTION OF THE DRAWINGS

For a fuller understanding of the invention, reference is had to the following description taken in connection with the accompanying drawings, in which:

FIG. 1 is a top perspective view of a pet bed in accordance with the invention;

FIG. 2 is a sectional view taken along the line 2—2 of FIG. 1;

FIG. 3 is a top view of the bed of FIG. 1; and

FIGS. 4-6 are top views of alternative embodiments of pet beds in accordance with the invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

With reference to the figures, a pet bed in accordance with the invention includes a circular base cushion 12 and a pair of semi-circular top cushions 14, 16 which rest upon the base cushion 12. The semi-circular edges 18, 20 of the top cushions are coincident with the circular top edge 22 of the base cushion 12. The circumferential edges 18, 20, 22 are joined together by any suitable means in a permanent or releasable fashion, for example, by stitching, zippers, snaps, hook and loop materials that releasably adhere when pressed together, such as VELCRO (registered trademark of VELCRO Industries, Curacao), and the like, to attach the top cushions to the base cushion.

The diametral edges 24, 26 of the semi-circular cushions 14, 16 are opposed to each other and unattached to the base cushion 12, thereby leaving an opening between the top cushions 14, 16 which is readily and usually inelastically pliable depending upon the filler within the cushions. The edges 24, 26 can be kept close together or partially spread apart to form a generally V-shaped trough 28 or slot.

Because the top cushions 14, 16 are connected to the base cushion 12 only along the outer peripheral edges, pockets 30, 32 exist between the top cushions 14, 16 and the base cushion 12, these pockets extending from the central trough 28 toward the peripheral curved outer edges 18, 20, 22.

The cushions 12, 14, 16 are filled with any suitable cushion material, for example, layers of plastic foam or resilient foam particles, semi-rigid or rigid beading, cloth filler, and the like. To this end, the filler may be contained in its own liner (not shown) which is put into respective covers of the cushions 12, 14, 16 through zipper openings 34, 35, 36, provided in these covers. Thus, the inner filler material may be removed and cleaned as required, and the outer cushion covers may also be cleaned. The cushions, outer surfaces may be any suitable cloth fabric or plastic material and a different covering material may be used for the external surfaces as compared to the inner pocket surfaces. The connections between the top cushions 14, 16 and the base cushion 12 are turned under and the zippers 37, 38, 39 may be concealed to prevent the pets from pulling such joints apart. Also, the base cushion 12, on the surface 33 that contacts the floor or ground, may be of material different from the upper surface of the cushion. The filler material in the base cushion 12 may differ from the filler material in the top cushions 14, 16 to provide different resiliency characteristics, if desired.

In use, a pet can snuggle in the trough 28 as illustrated in FIG. 1; the pet may crawl into either pocket 30, 32, and the pet also may merely lie on top of the semi-circu-

5,010,843

3
4

lar cushions 14, 16. Thus, the pet has many options in using the pet bed 10 in accordance with this invention.

Cats also find such a device appealing. The cats will lie in the trough 28 or in the pockets 30, 32, or on the top surfaces, just as readily as dogs. Further, the basic size of the bed can be scaled for different dog sizes and for cats.

The outer periphery of the bed need not be limited to a circular shape as illustrated and described, but may be of any shape, for example, square, oval, elliptical, polygonal, etc. The trough 28 need not symmetrically divide the bed. The top cushions, for example, cushions 14, 16, can be complementary segments of the peripheral shape of the base cushion 12, regardless of the base cushion shape, such that the top cushions on opposite sides of the trough are of unequal size. Also, in other alternative embodiments in accordance with the invention, the top cushions need not entirely cover the base cushion, and conversely, the top cushions can extend beyond the edges of the base cushion 12. Also, the base cushion 12 may be replaced merely by a pad (not shown) which does not have removable fillers or a zippered cover. Further, in another alternative embodiment in accordance with the invention, one top cushion may be attached to the base cushion around the entire periphery of the top cushion such that the pet bed in accordance with the invention has only one pocket and a trough.

Nevertheless, in each of these embodiments in accordance with the invention a trough and at least one pocket is provided, with entrance to the pocket from the trough, such that the pet has the option of lying in the trough, crawling and resting at least partially within the pocket, or resting on the top surface of the top cushions.

Further, in alternative embodiments of a pet bed in accordance with the invention, the pockets as shown in FIGS. 1–3 may be omitted. That is, the diametral edges of the top cushions 14, 16 are attached to the base 12. Because the cushions are substantially pliable and inelastic, a trough 28 is still provided between the top cushions 14, 16. However, there are no pockets. In such an embodiment, the options for the pet are reduced to resting in the trough or resting on the top surfaces of the cushions 14, 16.

In the bed 10' of FIG. 4 the top cushions 14', 16' are less than semi-circles and the trough 28 between the top cushions flares out at one end of the trough. In FIG. 5, the cushions 14'', 16'' are contoured so as to provide a basically circular enlargement in the trough 28'' at the center of the bed 10''.

FIG. 6 presents an embodiment of a pet bed 10''' in accordance with the invention which is similar to the embodiment of FIG. 4. However, in FIG. 6 entrance to the pockets 30''', 32''' is only at the flared portion of the trough 28'''.

In FIGS. 4–6, the troughs are shown, for clarity in illustration, without deformations in the top cushion inner edges as would occur when a pet has been lying in the trough.

It will thus be seen that the objects set forth above, among those made apparent from the preceding description, are efficiently attained and, since certain changes may be made in the above constructions without departing from the spirit and scope of the invention, it is intended that all matter contained in the above description or shown in the accompanying drawings shall be interpreted as illustrative and not in a limited sense. It is also to be understood that the following claims are intended to cover all of the generic and spe-

cific features of the invention herein described and all statements of the scope of the invention which might be said to fall therebetween.

What is claimed:

1. A bed for pet comprising:
a base having a defined area;
a first top cushion having a first edge around the perimeter thereof, said first cushion being positioned on top of said base and covering a first portion of said base area, said first cushion being attached to said base along a major portion of said first edge, a minor portion of said first edge being unattached to said base, said unattached portion being an entrance to a first pocket formed between said first cushion and said base;
a second top cushion having a second edge around the perimeter thereof, said second cushion being positioned on top of said base and covering a second portion of said base area, an attachment being formed between said base and the second edge of said second top cushion, the unattached portion of said first top cushion edge being opposed to said second top cushion, a trough being formed between said cushions, said pocket entrance being within said trough.

2. A bed for a pet as claimed in claim 1, wherein said top cushions are attached to said base by at least one of stitching, zippers, snaps and materials that releasably adhere when pressed together.

3. A bed as claimed in claim 1, wherein a minor portion of the second edge of said second cushion is unattached to said base, said unattached portion of said second edge being an entrance to a second pocket formed between said second cushion and said base, and the unattached edge portions of said top cushions being opposed to each other, such that the entrance to said second pocket is within said trough.

4. A bed as claimed in claim 3, wherein said base is circular and said top cushions are each semi-circular, the diametral portions of said semi-circular cushions being opposed to each other and forming said trough therebetween.

5. A bed as claimed in claim 4, wherein said base is a cushion.

6. A bed as claimed in claim 5, wherein said base and top cushions each include a cover having an opening therethrough and filler therein, and reversible closure means in each cushion for controlling said opening, said filler being removable and insertable into said cushion via said opening.

7. A bed as claimed in claim 6, wherein said closure means is concealed from said pet.

8. A bed as claimed in claim 1, wherein said base is circular and said top cushions are each semi-circular, the diametral portions of said semi-circular cushions being opposed to each other and forming said trough therebetween.

9. A bed as claimed in claim 1, wherein said base is a cushion.

10. A bed as claimed in claim 1, wherein said trough has two ends, said trough being narrow at one end and flared at the other end.

11. A bed as claimed in claim 10, wherein said pocket entrance is at said flared end of said trough.

12. A bed as claimed in claim 1, wherein said trough has two ends, said trough being narrow at both ends and wider for at lest a portion of the trough length between said two ends.

* * * * *

# EXHIBIT 11

US005421044A

# United States Patent [19]

## Steensen

[11] Patent Number: **5,421,044**

[45] Date of Patent: **Jun. 6, 1995**

[54] **AIR BED**

[76] Inventor: **Steen W. Steensen**, 509 N. "T" St., Lompoc, Calif. 93436

[21] Appl. No.: **113,712**

[22] Filed: **Aug. 27, 1993**

[51] Int. Cl.6 ............................................ A47C 27/08
[52] U.S. Cl. ................................... 5/453; 5/455; 5/456; 5/470
[58] Field of Search ................... 5/453, 455, 456, 449, 5/470

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 779,576 | 1/1905 | Berryman | 5/455 |
| 4,190,286 | 2/1980 | Bentley | 297/284 |
| 4,193,149 | 3/1980 | Welch | 5/455 |
| 4,221,013 | 9/1980 | Echevarria | 5/455 |
| 4,224,706 | 9/1980 | Young et al. | 5/499 |
| 4,306,322 | 12/1981 | Young et al. | 5/455 |
| 4,622,706 | 11/1986 | Takeuchi | 5/455 |
| 4,757,564 | 7/1988 | Goodale | 5/470 |
| 4,890,344 | 1/1990 | Walker | 5/449 |
| 4,947,500 | 8/1990 | Seiler | 5/455 |
| 5,070,560 | 12/1991 | Wilkinson | 5/455 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1113473 | 3/1956 | France | 5/456 |

*Primary Examiner*—Michael J. Milano
*Attorney, Agent, or Firm*—Ladas & Parry

[57] **ABSTRACT**

An air bed is disclosed comprising an enclosure formed from a flat rectangular bottom panel, a lower vertical panel standing perpendicularly up from the periphery of the bottom panel, an upper vertical panel disposed above the lower vertical panel, a gusset connecting the lower and upper vertical panels, a rectangular top panel removably connected to the upper vertical panel, and a plurality of restraining straps, with one end of each restraining strap connected to the gusset along the left side of the enclosure and the other end of each restraining strap attached to the gusset along the right side of the enclosure. The enclosure has upper level and lower levels separated by the restraining straps. In each level inflatable air tubes are inserted. Each level of tubes includes bolster tubes inserted parallel and adjacent to the sides and ends of the enclosure, and cushion tubes which are disposed laterally across the enclosure in the rectangular space surrounded by the bolster tubes. Each tube has sheathing surrounding it to reduce noise when adjacent tubes rub against each other, and attachment means are used to prevent rotation of the tubes. An air pump provides air pressure to the inflatable tubes through a manifold block having several separate, variably controlled output ports. An air hose assembly connects the manifold's output ports to the various tubes so that certain combinations of tubes receive various air pressures. In addition, the invention includes a single level embodiment.

24 Claims, 8 Drawing Sheets





FM Validity Ex. 11



FIG. 1



FIG. 2

U.S. Patent        June 6, 1995        Sheet 2 of 8        5,421,044



FIG. 3



FIG. 4

FIG. 5

FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



**FIG. 12**



**FIG. 13**



**FIG. 14**



**FIG. 15**

5,421,044

| 1 | 2 |

# AIR BED

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to an improved air bed which may be used in vehicles, in the home, or in other locations.

### 2. Prior Art

Air beds have been in common usage for many decades. Such beds typically comprise (i) a single, large, air-tight bladder-shaped in the form of a mattress, or (ii) a plurality of air-tight bladders arranged together to form a mattress. One of the common forms of bladders used for air beds is a cylindrical tube formed of vinyl. Using a plurality of cylindrical tube bladders provides several advantages. Among them is the ability to make continued use of the air bed if only one or two of the tubes is damaged and forms a leak. Only the effected tube needs to be replaced (instead of the entire mattress in the event a leak occurs), and the tubes may be disposed relative to each other in a variety of ways, so that chairs and sofas comprised of air-filled compartments, as well as mattresses, could be formed.

It has also been known to have the tubes of an air bed connected to a pump assembly to vary the air pressure within each tube. U.S. Pat. No. 4,193,149, issued to Welch, discloses a mattress having two or three layers of inflatable tubes, each tube disposed laterally across the bed. The tubes are connected to an air pump in a manner such that the tubes are inflated and deflated in a sequential order so that a person lying on it has his weight supporting areas continually changed.

U.S. Pat. No. 3,363,941, issued to Wierville, discloses an automobile seat having an air flotation assembly comprised of a plurality of rubber air tubes connected to a control panel of an air pump assembly so that the pressures in the air tubes may be manually adjusted relative to each other.

U.S. Pat. No. 3,303,518, issued to Ingram, U.S. Pat. No. 4,452,547, issued to Sato, and U.S. Pat. No. 4,190,286, issued to Bentley, disclose mattresses and cushions having compartments connected to air pump assemblies in which the air pressures may be individually controlled.

However, none of the prior art air beds or cushions comprise such structure so as to provide the comfort and versatility of the air bed of the present invention.

## BRIEF SUMMARY OF THE INVENTION

The present invention is an air bed which in its preferred embodiment comprises an enclosure formed from a substantially flat rectangular bottom panel, a lower vertical panel standing perpendicularly up from, surrounding and connected to the periphery of the bottom panel, an upper vertical panel disposed vertically above the lower vertical panel, a gusset disposed between and connecting the lower and upper vertical panels, a substantially flat, rectangular top panel removably connected to the top edge of the upper vertical panel, and a plurality of restraining straps disposed across the width of the enclosure, with one end of each restraining strap connected to the gusset along the left side of the enclosure and the other end of each restraining strap attached to the gusset along the right side of the enclosure.

The enclosure so formed has an upper level and a lower level separated by the restraining straps. In each level inflatable air tubes are inserted. Each of the upper and lower sets of air tubes includes bolster tubes which are inserted parallel and adjacent to the sides and ends of the enclosure, and cushion tubes which are disposed laterally across the enclosure in the rectangular space surrounded by the bolster tubes.

Each tube has sheathing means surrounding it to reduce the creation of noise when adjacent tubes rub against each other, and attachment means are used to prevent the tubes from rotating relative to the enclosure.

An air pump provides air pressure to the inflatable tubes through a manifold block having several separate, variably controlled output ports.

An air hose assembly connects the manifold's output ports to the various tubes so that certain combinations of tubes receive various air pressures.

In addition, the invention includes a single level embodiment.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a preferred embodiment of the air bed of the present invention, with the right foot portion of the bed closest to the viewer and with the top partially opened and the interior partially broken to illustrate interior detail.

FIG. 2 is a broken perspective view of the air bed of the present invention, with the right foot portion of the bed closest to the viewer.

FIG. 3 is an exploded perspective view of the air bed of the present invention, with the air tubes deleted.

FIG. 4 is a fragmentary, broken perspective view of an upper right side bolster air tube and surrounding structure.

FIG. 5 is a fragmentary cross sectional view of the bottom portion of the air bed of the present invention shown in exaggerated form to illustrate detail, taken along lines 5—5 of FIG. 1.

FIG. 6 is a fragmentary cross sectional view of the air bed of the present invention taken along lines 6—6 of FIG. 4.

FIG. 7 is a perspective view showing the magazine into which cushion air tubes are inserted prior to their being disposed into the air bed of the present invention.

FIG. 8 is an enlarged perspective view of one air tube showing its interconnection to the air delivery system of the present invention.

FIG. 9 is a schematic diagram illustrating the arrangement of the system for delivering air to the air tubes of the present invention.

FIG. 10 is a fragmentary perspective view of a pad being assembled for use in another embodiment of the present invention.

FIG. 11 is a cross sectional view taken from the right side of the pad of FIG. 10.

FIG. 12 is a perspective view of a bolster support member used in another embodiment of the present invention.

FIG. 13 is a cross sectional view of the right side of the embodiment of the air bed in which the bolster support member illustrated in FIG. 12 is used, shown in exaggerated form to illustrate detail.

FIG. 14 is a perspective view of another embodiment of the present invention.

FIG. 15 is a right side elevation cross sectional view of the embodiment of the invention shown in FIG. 14.

5,421,044

3

### DETAILED DESCRIPTION OF THE INVENTION

The preferred embodiments of the air bed of the present invention are illustrated in the attached drawings. Identical elements will be identified by the same reference numerals throughout this description.

In FIGS. 1-9 the embodiment of the present invention which is intended for use in vehicles (such as trucks, recreational vehicles, and boats) is illustrated.

Referring to FIGS. 1-3, this "transport" embodiment 10 comprises an outer covering 12. The outer covering is formed of flexible material and has a bottom panel 14 formed of rip stop nylon, upper and lower vertical panels 16 and 18, respectively, and a top panel 20.

Each of the top and bottom panels are substantially flat and rectangular, and have a length and width chosen to conform to the space the air bed is to fit into when the bed is being used for its intended purpose.

Each of the lower and upper vertical panels is formed of a rectangular strip of conventional mattress covering (i.e., ticking, foam and backing), the strip having a height approximately one half the intended height of the bed and a length equal to twice the sum of the intended length and width of the bed. The ends of each vertical panel strip are sewn together so that each forms an upstanding wall. The bottom edge of the lower vertical panel is sewn to the periphery of the bottom panel with nylon thread.

The top edge of the lower vertical panel is attached to the bottom edge of the upper vertical panel by means of a gusset 24.

Gusset 24 is formed of a pair of rectangular rings 24a and 24b, and reinforcing strip 24c, all made of rip stop nylon. As shown in FIG. 5, the outer edge of the lower rectangular ring 24b is sewn to the upper edge of the lower vertical panel 18, the outer edge of the upper rectangular ring 24a is sewn to the lower edge of upper vertical panel 16, and the inner edges of the rectangular rings are enfolded in and sewn together with reinforcing strip 24c using nylon thread. In an alternative preferred embodiment, the gusset may be formed from the reinforcing strip and a single rectangular ring which is folded in half along the imaginary line parallel to and midway between its outer edges. The crease of the folded rectangular ring is then sewn onto the folded reinforcing strip. One outer edge of the single rectangular ring is sewn to the upper edge of the lower vertical panel and the other outer edge of the single rectangular ring is sewn to the lower edge of the upper vertical panel.

Top panel 20, which in the transport embodiment is formed of conventional mattress covering, is removably joined to the upper vertical panel through the use of a zipper attachment means 22 which is disposed along the periphery of the top panel and the upper edge of the upper vertical panel.

The outer covering 12, comprised of the bottom, upper side, lower side and top panels, forms an enclosure into which air tubes 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 42 and 45 are disposed. The air tubes are formed from 20 mil thick vinyl. In the preferred embodiment, the air tubes are cylindrical with circular cross-sections. Tubes having other cross-sections (e.g., elliptical or rectangular) may also be used.

To help prevent the vertical panels of the outer covering from bowing outward when weight is placed on the top surface of the air bed, a series of restraining

4

straps 52, made from rip stop nylon, are disposed across the width of the air bed. The ends of the restraining straps are sewn with nylon thread to the reinforcing strip (and the portion of the rectangular ring enclosed within the folded strip) as shown in FIG. 5, on opposite sides of the bed. The restraining straps are spaced apart so that they substantially align with the depressions between the laterally disposed adjacent cushion tubes 45.

To help prevent the inwardly disposed ends of upper side bolster air tubes 32, 33, 34 and 35 from bulging upwardly, cinch belts 55 and 56 are sewn into the bottom panel and have sufficient length to fit around the upper and lower side bolster air tubes 32, 33, 34, 35, 37 and 38 as illustrated in FIG. 6. (The inwardly disposed ends of upper side bolsters 32, 33, 34 and 35 are shown in phantom lines under belts 55 and 56 in FIG. 2.) The cinch belts are several inches wide and are made from elastic material similar to that found in waist bands.

The air tubes are fitted into the outer covering and either or both of "egg crate" polyurethane foam pad 58 and rectangular polyurethane foam pad 59 are then placed on top of the upper laterally disposed cushion air tubes 42 in the space bounded by upper side bolster air tubes 32, 33, 34 and 35 and upper end bolster air tubes 31 and 36. The foam pads are used to provide a soft cushioned feel to the user, and to provide a level top surface. The top surface would otherwise have its outside edges extending substantially above the interior portions of the top surface due to the fact that the bolster air tubes 31, 32, 33, 34, 35, 36, 37, 38, 39 and 40 will typically be 8" diameter tubes while all the interior tubes (i.e., the upper laterally disposed cushion air tubes 42 and the lower laterally disposed cushion air tubes 45) will be 7" diameter tubes, and the height of the two levels of bolster tubes will therefore be 2" greater than the height of the two levels of interior tubes.

In the transport embodiment, only one foam pad will typically be used, usually the egg crate foam pad 58.

Referring to FIGS. 4 and 5, side and end bolster tubes are placed within a sheath 62. The purpose of the sheath is to prevent the squeaking noises typically created when vinyl air tubes rub against each other. The sheath may be made of a textile material such as a polyester cotton flannel, nylon or olefin (as for example, Polytex ™ material from Culp Ticking of Commerce, Calif.).

Each bolster tube and the sheath into which it is placed have hook and pile attachment means 63, such as Velcro ®, affixed at each end of the tube so that the bolster tube will not rotate relative to the sheath. It is preferred that the pile side of the attachment means be affixed to the bolster tube so that catching of the bolster tube as it is slid into the sheath is minimized. The pile side of the attachment means is adhesively affixed to the air tube and the hook side of the attachment means may be either sewn or adhesively affixed to the sheath.

Hook and pile attachment means are also adhesively affixed or sewn to each end of the sheath and an abutting portion of the enclosure, such as bottom panel 14, as shown in FIG. 5, and such as the gusset portion 24c. This prevents the sheath, and concomitantly the bolster tube, from rotating relative to the enclosure. Such rotation is to be prevented in order to preclude entanglement or other damage to air hoses described below.

Each of the laterally disposed cushion tubes may be similarly disposed within a sheath. However, referring to FIG. 7, in the preferred embodiment each set of

5,421,044

5

laterally disposed cushion tubes comprising the upper or lower level of cushion tubes is disposed in a magazine 65. (Tubes 42 of the upper level are illustrated in FIG. 7 by way of example.) Each magazine is formed of two rectangular sheets 66 and 67 made from the same material as sheath 62.

The rectangular sheets are laid one on top of the other and the laterally extending ends of sheet 66 are sewn to the corresponding ends of sheet 67. Then the sheets are sewn together along a series of imaginary laterally extending lines 68 which are spaced sufficiently apart so that a series of sleeves 69 are created, each of which can receive a fully inflated laterally disposed cushion tube. When 7″ cushion tubes are used, the lines should be spaced just over 11″ apart. The lines may be double-stitched for extra strength.

Hook and pile attachment means are affixed to the interior of the open sides of each sleeve and on corresponding portions of the cushion tubes to prevent the tubes from rotating relative to the magazine. Since the magazine cannot rotate relative to the enclosure (i.e., the enclosure formed by the top, bottom and vertical panels), there is no need to attach the magazine to the enclosure, although the ends of the magazine could be attached by hook and pile attachment means to the portions of the gusset at the ends of the air bed.

FIG. 9 illustrates schematically how the various tubes relate to each other, and to the air pump 70 and manifold block 71 which also form parts of the preferred embodiment of the invention.

Air pump 70 provides the air pressure for filling all of the air tubes. The air pump is connected to the input of manifold block 71 through air hose 72. The manifold block has at least two output ports, and in the preferred embodiment has four output ports 73, 74, 75 and 76 which provide output air pressures A, B, C and D respectively, each of which is variable. Each of the output air pressures may be controlled a separate dial located on the manifold block or by a remotely held device, similar to remote controls used for televisions, VCRs and stereo tuners.

The output pressures of each of the output ports may be variable over the same range. The ultimate relative pressures will be determined by the particular comfort desires of the user. However, it is expected that output pressure A would usually be set higher than output pressure B, output pressure B would be set higher than output pressure C and output pressure C would be set higher than output pressure D.

The manifold block outputs are connected to the air tubes by air hose assembly 77.

The lower layer of air tubes, comprising lower left side bolster tube 37, lower right side bolster tube 38, lower head end bolster tube 39, lower foot end bolster tube 40, and lower laterally extending cushion tubes 45 is shown in the bottom half of FIG. 9. The head and foot end bolster tubes have a length approximately equal to the width of the bed. The lower side bolster tubes have a length approximately equal to the length of the bed less the diameters of the head and foot end bolster tubes. The length of the cushion tubes is approximately equal to the width of the bed less the diameters of the left and right side bolster tubes. The upper layer of air tubes, comprising upper head end bolster tube 31, upper left side torso bolster tube 32, upper right side torso bolster tube 33, upper left side leg bolster tube 34, upper right side leg bolster tube 35, upper foot end

6

bolster tube 36, and upper laterally extending cushion tubes 42 is shown in the top half of FIG. 9.

In the preferred embodiment for every tube in the lower layer there is an identical vertically aligned tube in the upper layer, with the exception that where there is a single, long lower left side bolster tube 37 and a single, long lower right side bolster tube 38 in the lower level of tubes, there are in the upper level of tubes two left side bolster tubes 32 and 34 and two right side bolster tubes 33 and 35, each one half the length of the bolster tube underneath it. This provides for more comfortable seating when the user is seated on the edge of the bed while allowing for the bed edges to remain firm, as described below. (In a less preferred embodiment, the two upper left side bolster tubes may be replaced by a single, long left side bolster and the upper right side bolster tube may be replaced by a single long right side bolster tube.)

Each tube is marked in FIG. 9 to indicate the air pressure being delivered to it (e.g., all side bolsters are marked with the letter A, the laterally extending cushion tubes nearer to the head end of the lower level of the bed are marked with the letter B, the laterally extending cushion tubes nearest the foot end of the bed are marked with the letter C, and the laterally extending cushion tubes nearer to the head end of the upper layer of the bed are marked with the letter D).

All the side bolster tubes are connected by the air hose assembly to one of the output ports, namely output port 73. In the preferred embodiment these tubes are maintained at the highest pressure A. This keeps the edges where a user sits firm to hold up the concentrated weight of the user, and helps maintain the user away from the side edges of the bed when the user is reclining on it. This is particularly useful in the transport embodiment of the air bed which may be used in recreational vehicles or in the rear portion of the cab of a truck traveling at high rates of speed over a curvy or bumpy roadway. This is also useful in other embodiments of the invented air bed on which it is desired to help prevent the user from falling off a side edge of the bed.

Lower head and foot end bolster tubes 39 and 40 are connected to the same output as the side bolster tubes so that the lower end bolster tubes are also maintained at pressure A. This contributes to the stability of the entire bed.

Upper foot end bolster tube 36 is connected by the air hose assembly 77 to output port 75 of the manifold block, which provides pressure C which is lower than pressure A. As a result, the firmness felt by the user at the foot end of the bed is a compromise between pressures A and B. This still provides for reasonable comfort when the user is sitting on the top surface of the bed at the bed's foot end, and it also provides for a soft enough surface for the user's feet to rest upon when the user is reclining on the bed.

The approximately one half of the lower laterally extending cushion tubes 45 closest to the foot end of the bed and the approximately one third of the upper laterally extending cushion tubes 42 closest to the foot end of the bed are all connected by the air hose assembly to manifold block output 75 and maintained at pressure C.

The approximately one half of the lower laterally extending cushion tubes 45 closest to the head end of the bed, and the approximately one half of the upper laterally extending cushion tubes 42 adjacent the upper laterally extending cushion tube maintained at pressure C which is furthest from the foot end of the bed, are all

5,421,044

7

connected to manifold block output 74 and maintained at pressure B, which is less than pressure A and greater than pressure C.

This results in the firmest support from the cushion tubes being applied where the user's chest will be when the user is reclining on the bed (i.e., a combination of pressures B and B from the lower and upper layers of cushion tubes), intermediate support under the users hips (i.e., a combination of pressures B and C from the lower and upper layers of cushion tubes), and the softest support under the user's legs (i.e., a combination of pressures C and C from the lower and upper layers of cushion tubes).

The upper head end bolster tube and the remaining laterally extending cushion tubes in the upper level of tubes are connected to manifold block output 76 and maintained at pressure D. Support for the user's head is determined from the combinations of pressures A and D, and support for the user's shoulders is determined by the combination of pressures B and D.

Thus arrangement comports with the comfort characteristics most people desire. Also, as mentioned above, the output pressures of the manifold block may be individually adjusted to the user's individual comfort.

In another embodiment of the invention, manifold block may be provided with three separately controlled output ports, that is, with output port 76 eliminated, and with the tubes described above as being connected to output port 76 being instead connected to output port 74 and maintained at pressure B.

Referring to FIGS. 7 and 8, detail of a portion of the air hose assembly is shown. The main lines 81, which are connected at one set of ends to an output port of the manifold block, are the biggest in diameter, each having an internal diameter of approximately ⅜". The air pump and manifold block are, in the preferred embodiment, placed near to and outside of the outer covering 12. The main lines pass through a hole 80 in bottom panel 14, which hole has a reinforced border (see FIG. 3), and are connected at their other ends to T-adapters 82 which are inside the bed's enclosure. The middle leg of the T-adapter is connected to an adapter 83, which is connected to secondary line 84, which has an internal diameter of ⅜". The secondary line 84 is connected to one end of fitting 85, the other end of which is connected to the air tube fill valve stem 86, which has an inner diameter of ¼".

Air hose 73, valve stem 86, and all the lines, fittings, and adapters of air hose assembly 77 are formed of vinyl. The valve stem should be easily stretchable to accommodate movement of the air hose assembly.

The foregoing describes the transport embodiment of the air bed invention. As indicated above, it can be used in recreational vehicles or truck cabs. The transport embodiment may also be used on boats, in which case the outer cover should be treated with a mildew retarding substance.

A form of fitted bed sheet may be used with the air bed of the present invention. Whereas at least a portion of the border around a conventional fitted sheet's opening is formed of an elastic material, the border around the opening of the fitted sheet used with the present invention would not need to be elastic. That is because it would be fitted over the top half of the bed, with the fitted sheet's border fitting into the fold of the V formed by the gusset, before the air tubes are inflated. When the

8

air tubes are inflated, the fitted bed sheet will be firmly trapped onto the air bed.

The air bed as described above may also be used in the user's home. However, since in the home there is no jarring contact and vibrations passed along to the bed as there is when the bed is used in a moving truck or a recreational vehicle, the "home" embodiment of the bed may be made without the lower level of tubes (i.e., tubes 37, 38, 39, 40 and 45). Gusset 24, retaining straps 52, and lower vertical panel 18 may be omitted, with upper vertical panel 16 sewn directly to bottom panel 14.

In the single layer embodiment of the invention, when it is desired to make the air bed of the present invention look like a conventional mattress, each bolster tube is disposed in a bolster support member. The bolster member is formed from a block of polyurethane foam having a rectangular cross section and a length equal to that of the bolster tube to be inserted into it. A C-shaped section is then cut out of a corner of the foam block. A bolster support member 89 so formed is shown in perspective view in FIG. 12.

Referring to FIG. 13, a cross-sectional view looking along the longitudinal axis of bolster tube 33 is shown to illustrate how the bolster tube sits on the bolster support member. Bolster tube 33 is fitted within sheath 62 and is attached thereto by hook and pile attachment means 63. The sheath and bolster tube are disposed within the C-shaped cut-out of bolster support member 89, and the sheath is attached to the bolster support member with another attachment means 63.

As shown in FIG. 13, in this embodiment of the invention, both the foam pad 58 with the egg crate-shaped cross-section and foam pad 59 with the rectangular cross sections are used. The side edges of the foam pads are beveled to conform somewhat with the surface of the bolster tube.

The transport and home embodiments of the invented air bed may also be used in hospitals or other medical care facilities. In such cases the top panel may be treated to resist the effects of incontinence. If the invented air bed is used for burn victims, the top panel's conventional mattress covering material may be replaced with gauze material adapted for use against burnt tissue.

Also in connection with medical uses, a medicated pad may be disposed on top of or in place of egg crate foam pad 58. Referring to FIGS. 10 and 11, medicated pad has a pull cord 92 attached to it which is used to pull the medicated pad into gas permeable liner 93. In this embodiment, top panel 20 is formed of a gas permeable material. The medicated pad is treated with medication which vaporizes and permeates through the liner and top panel to reach the patient reclining thereon. When the medication is exhausted, the medicated pad is pulled out of the liner and replaced with a new medicated pad.

The home embodiment of the invented air bed (i.e., the embodiment with only a single layer of tubes) may also be used in combination with an adjustable electric reclining bed pedestal, such as available from Maxwell Products, Inc. FIG. 14 shows the home embodiment of the air bed 100 in the upright position on top of recliner pedestal 102. In FIG. 15 the recliner pedestal 102 is shown in functional representational form, in its fully reclined position. Air bed 100 is shown on top of the pedestal in right side elevational cross section, with only those details illustrated which are necessary to

5,421,044

9

demonstrate how the air bed is connected to the pedestal.

Three wood planks 104, the length of which are almost equal to the width of the bed, are placed laterally across the bed directly on top of bottom panel 14. One plank is positioned above the calf platform 106 of the pedestal (which controls the height and angle of the calf portion of the bed) at the edge of that platform closest to the foot end of the bed. Another plank is positioned above the hip platform 108 of the pedestal at the edge of that platform closest to the foot end of the bed. The third plank is positioned above the hip platform closest to the head end of the bed. No planks need be positioned above the thigh platform 107 or the chest and head platform 109. Each plank is adhesively affixed to the top surface of bottom panel 14, and then screws 110 are driven into each plank, the bottom panel, and the platform above which the plank is positioned. As a result, the air bed is affixed to the pedestal at all the key points, and the position of the air bed will follow the adjustments made by each of the platforms. The screws should be driven sufficiently so that their tops are flush with the upper surface of the planks, and the edges of the planks should be rounded to prevent damage to any of the portions of the air bed which rub against the planks or screws.

A unique improved air bed has been described above. It will be understood that various changes of the details, materials, steps, arrangement of parts and uses which have been herein described and illustrated in order to explain the nature of the invention will occur to and may be made by those skilled in the art, and such changes are intended to be included within the scope of this invention.

I claim:

1. An air bed comprising:

an enclosure formed of flexible material including,

a substantially flat rectangular bottom panel having an opening therein,

a vertical panel having top and bottom edges, said vertical panel standing perpendicularly up from the periphery of the bottom panel with the bottom edge of the vertical panel connected to said periphery of the bottom panel, and

a substantially flat, rectangular top panel having substantially the same length and width as the bottom panel, the periphery of said top panel being removably connected to the top edge of said vertical panel,

said enclosure having a longitudinal axis running along its length and a lateral axis running along its width, said enclosure having a foot end at one end of the longitudinal axis of the enclosure, and having a head end at the other end of the longitudinal axis of the enclosure,

said enclosure having a right side at one end of the lateral axis of the enclosure when viewed from above, and having a left side at the other end of the lateral axis of the enclosure,

an inflatable foot end bolster tube disposed within and laterally across the enclosure at the foot end thereof,

an inflatable head end bolster tube disposed within and laterally across the enclosure at the head end thereof,

wherein each of said foot and head end bolster tubes has a length substantially equal to the width of the enclosure,

10

an inflatable left side bolster tube disposed longitudinally within said enclosure at the left side thereof,

an inflatable right side bolster tube disposed longitudinally within said enclosure at the right side thereof,

wherein each of said left and right side bolster tubes has a length substantially equal to the distance between said foot and head end bolster tubes when the foot and head end bolster tubes are disposed in the enclosure and inflated,

wherein said left side bolster tube, foot end bolster tube, right side bolster tube, and head end bolster tube when disposed in said enclosure define a rectangular space between them,

a plurality of inflatable cushion tubes disposed adjacent to each other and laterally within the rectangular space surrounded by said bolster tubes within said enclosure,

wherein each of said cushion tubes has a length substantially equal to the distance between said left and right side bolster tubes when the left and right side bolster tubes are disposed in the enclosure and inflated,

wherein the number of said cushion tubes is sufficient to substantially fill said rectangular space,

each of said inflatable tubes being enclosed in an open ended sheathing member for reducing the creation of noise when adjacent tubes rub against each other,

each of said inflatable tubes having a fill valve,

an air pump for providing air pressure to the inflatable tubes,

a manifold block connected to said air pump, said manifold block having at least first, second and third output ports, each of which provides a separate, variably controlled output air pressure, and

an air hose assembly having two ends, one end of said air hose assembly being connected to the output ports of the manifold block, said air hose assembly passing through the opening in the bottom panel of the enclosure, and the other end of the air hose assembly being connected to the fill valves of the inflatable tubes,

whereby air pressure created by the air pump passes through the manifold block and the air hose assembly to the inflatable tubes,

said left and right side bolster tubes being connected by said air hose assembly to said first output port of said manifold block, said foot end bolster tube and the cushion tubes closest to the foot end bolster tube being connected through said air hose assembly to said third output port of said manifold block, and said head end bolster tube and the remainder of said cushion tubes being connected through said air hose assembly to said second output port.

2. The air bed of claim 1, wherein the manifold block comprises a fourth output port and wherein said head end bolster tube and the cushion tube adjacent to said head end bolster tube are not connected to said second output port of said manifold block and are instead connected by said air hose assembly to said fourth output port.

3. The air bed of claim 1 wherein attachment means is affixed near the ends of each inflatable tube and near the ends of each adjacent, corresponding sheathing member for detachably attaching said bolster tubes to said sheathing member to prevent rotation of the inflatable tube relative to the sheathing member, and wherein said

5,421,044

| 11 | 12 |

attachment means is also affixed near the ends of each sheathing member and a portion of the enclosure adjacent thereto for detachably attaching said sheathing member to the enclosure to prevent rotation of the sheathing member relative to said enclosure, whereby entanglement of the air hose assembly is prevented.

4. The air bed of claim 1 wherein each bolster tube and the sheathing member surrounding it are disposed in a foam bolster support member having approximately the same length as the tube which is disposed therein, each bolster support member having a rectangular cross-section with a C-shaped cut out removed from an upper corner, when viewed from its end, into which cut out the bolster tube and its sheathing member fits, each of said bolster support members being disposed within the enclosure adjacent the vertical panel, with the C-shaped cut out facing inwardly and upwardly.

5. The air bed of claim 3 wherein the cross sectional area of each bolster tube, when viewed from an end thereof, is equal to the cross sectional area of each of the other bolster tubes, and wherein the cross sectional area of each cushion tube, when viewed from an end thereof, is equal to the cross sectional area of each of the other cushion tubes.

6. The air bed of claim 5 wherein the cross sectional area of each bolster tube, when viewed from an end thereof, is greater than the cross sectional area of each cushion tube when viewed from an end thereof.

7. The air bed of claim 6 wherein said left side bolster tube is instead a first left side bolster tube and a second left side bolster tube, said first and second left side bolster tubes being disposed end to end, longitudinally within the enclosure at the left side thereof, wherein said right side bolster tube is instead a first right side bolster tube and a second right side bolster tube, said first and second right side bolster tubes being disposed end to end, longitudinally within the enclosure at the right side thereof, each of said first and second left side bolster tubes and said first and second right side bolster tubes having a length substantially equal to one half the distance between said foot and head bolster tubes when the foot and head bolster tubes are disposed in the enclosure and inflated.

8. The air bed of claim 7 further comprising a foam pad having a length and width substantially equal to the length and width of the rectangular space surrounded by the left side bolster tubes, the foot end bolster tube, the right side bolster tubes, and the head end bolster tube, said foam pad being disposed on top of said cushion tubes.

9. The air bed of claim 8 wherein each bolster tube and the sheathing member surrounding it are disposed in a foam bolster support member having approximately the same length as the tube which is disposed therein, each bolster support member having a rectangular cross-section with a C-shaped cut out removed from an upper corner, when viewed from its end, into which cut out the bolster tube and its sheathing member fits, each of said bolster support members being disposed within the enclosure adjacent the vertical panel, with the C-shaped cut out facing inwardly and upwardly.

10. The air bed of claim 8 wherein the sheathing member for said cushion tubes is a magazine having a plurality of open-ended sleeves, equal in number to the number of cushion tubes.

11. The air bed of claim 8 further comprising a plurality of wood planks disposed laterally within said enclosure and connected to the upper surface of said bottom panel, whereby when said air bed is disposed on top of an adjustable reclining bed pedestal, a connecting device may be driven into said planks and portions of said pedestal so that said air bed is fixedly attached to said pedestal.

12. The air bed of claim 7 wherein said top panel is formed of a gas permeable material and a medicated pad is disposed in said enclosure above said cushion tubes.

13. An air bed comprising:

a rectangular enclosure formed of flexible material, said enclosure having a longitudinal axis running along its length and a lateral axis running along its width, said enclosure having a foot end at one end of the longitudinal axis of the enclosure, and having a head end at the other end of the longitudinal axis of the enclosure, said enclosure having a right side at one end of the lateral axis of the enclosure when viewed from above, and having a left side at the other end of the lateral axis of the enclosure, said enclosure including,

a substantially flat rectangular bottom panel having an opening therein,

a lower vertical panel having top and bottom edges, said lower vertical panel standing perpendicularly up from and surrounding the periphery of the bottom panel with the bottom edge of the lower vertical panel connected to said periphery of the bottom panel,

an upper vertical panel having top and bottom edges, said upper vertical panel disposed vertically above said lower vertical panel,

a gusset member having top and bottom edges, said gusset member being disposed between said lower and upper vertical panels, the bottom edge of said gusset member being connected to the top edge of said lower vertical member and the top edge of said gusset member being connected to the bottom edge of said upper vertical member,

a substantially flat, rectangular top panel having substantially the same length and width as the bottom panel, the periphery of said top panel being removably connected to the top edge of said upper vertical panel, and

a plurality of restraining straps disposed across the width of the enclosure, with one end of each restraining strap connected to the gusset member along the left side of the enclosure and the other end of each restraining strap attached to the gusset member along the right side of the enclosure;

an inflatable lower foot end bolster tube disposed within and laterally across the enclosure, below said restraining straps, at the foot end of said enclosure, adjacent said lower vertical panel, said inflatable lower foot end bolster tube having a length substantially equal to the width of the enclosure;

an inflatable lower head end bolster tube disposed within and laterally across the enclosure, below said restraining straps, at the head end of said enclosure, adjacent said lower vertical panel, said inflatable lower head end bolster tube having a length substantially equal to the width of the enclosure;

an inflatable lower left side bolster tube disposed longitudinally within said enclosure at the left side thereof, below said restraining straps, adjacent said lower vertical panel, said inflatable lower left side bolster tube having a length substantially equal to

5,421,044

**13**

the distance between said lower foot and lower head end bolster tubes when the lower foot and lower head end bolster tubes are disposed in the enclosure and inflated;

an inflatable lower right side bolster tube disposed longitudinally within said enclosure at the right side thereof, below said restraining straps, adjacent said lower vertical panel, said inflatable lower right side bolster tube having a length substantially equal to the distance between said lower foot and lower head end bolster tubes when the lower foot and lower head end bolster tubes are disposed in the enclosure and inflated;

said lower left side bolster tube, lower foot end bolster tube, lower right side bolster tube, and lower head end bolster tube, when disposed in said enclosure, defining a lower rectangular space between them;

a plurality of inflatable lower cushion tubes disposed adjacent to each other and laterally within the lower rectangular space surrounded by said lower left side bolster tube, lower foot end bolster tube, lower right side bolster tube, and lower head end bolster tube, each of said lower cushion tubes having a length substantially equal to the distance between said lower left and lower right side bolster tubes when the lower left and lower right side bolster tubes are disposed in the enclosure and inflated, the number of said lower cushion tubes being sufficient to substantially fill said lower rectangular space;

an inflatable upper foot end bolster tube disposed within and laterally across the enclosure, above said restraining straps, at the foot end of said enclosure, adjacent said upper vertical panel, said inflatable upper foot end bolster tube having a length substantially equal to the width of the enclosure;

an inflatable upper head end bolster tube disposed within and laterally across the enclosure, above said restraining straps, at the head end of said enclosure, adjacent said upper vertical panel, said inflatable upper head end bolster tube having a length substantially equal to the width of the enclosure;

an inflatable upper left side bolster tube disposed longitudinally within said enclosure at the left side thereof, above said restraining straps, adjacent said upper vertical panel, said inflatable upper left side bolster tube having a length substantially equal to the distance between said upper foot and upper head end bolster tubes when the upper foot and upper head end bolster tubes are disposed in the enclosure and inflated;

an inflatable upper right side bolster tube disposed longitudinally within said enclosure at the right side thereof, above said restraining straps, adjacent said upper vertical panel, said inflatable upper right side bolster tube having a length substantially equal to the distance between said upper foot and upper head end bolster tubes when the upper foot and upper head end bolster tubes are disposed in the enclosure and inflated;

said upper left side bolster tube, upper foot end bolster tube, upper right side bolster tube, and upper head end bolster tube, when disposed in said enclosure, defining a upper rectangular space between them;

**14**

a plurality of inflatable upper cushion tubes disposed adjacent to each other and laterally within the upper rectangular space surrounded by said upper left side bolster tube, upper foot end bolster tube, upper right side bolster tube, and upper head end bolster tube, each of said upper cushion tubes having a length substantially equal to the distance between said upper left and upper right side bolster tubes when the upper left and upper right side bolster tubes are disposed in the enclosure and inflated, the number of said upper cushion tubes being sufficient to substantially fill said upper rectangular space;

sheathing means surrounding each inflatable tube for reducing the creation of noise when adjacent tubes rub against each other;

fill valve means attached to each inflatable tube for filling said tubes with air;

an air pump for providing air pressure to the inflatable tubes;

a manifold block connected to said air pump, said manifold block having at least first, second and third output ports, each of which provides a separate, variably controlled output air pressure; and

an air hose assembly having two ends, one end of said air hose assembly being connected to the output ports of the manifold block, said air hose assembly passing through the opening in the bottom panel of the enclosure, and the other end of the air hose assembly being connected to the fill valves means of the inflatable tubes,

said lower foot end, lower left side, upper left side, lower right side, upper right side and lower head end bolster tubes being connected by said air hose assembly to said first output port of said manifold block, said upper foot end bolster tube and the approximately one half of the lower cushion tubes closest to the lower foot end bolster tube and the approximately one third of the upper cushion tubes closest to the upper foot and bolster tube being connected by said air hose assembly to said third output port of said manifold block, and said head end bolster tube and the remainder of said lower and upper cushion tubes being connected by said air hose assembly to said second output port.

**14.** The air bed of claim 13, wherein the manifold block comprises a fourth output port and wherein said upper head end bolster tube and the upper cushion tube adjacent to said upper head end bolster tube are not connected to said second output port of said manifold block and are instead connected by said air hose assembly to said fourth output port.

**15.** The air bed of claim 13 wherein attachment means is affixed near the ends of each inflatable tube and near the ends of each adjacent, corresponding sheathing means for detachably attaching each of said inflatable tubes to said sheathing means to prevent rotation of the inflatable tube relative to the sheathing means, and wherein said attachment means is also affixed near the ends of each sheathing means and a portion of the enclosure adjacent thereto for detachably attaching said sheathing means to the enclosure to prevent rotation of the sheathing means relative to said enclosure, whereby entanglement of the air hose assembly is prevented.

**16.** The air bed of claim 15 wherein the cross sectional area of each bolster tube, when viewed from an end thereof, is equal to the cross sectional area of each of the other bolster tubes, and wherein the cross sectional area of each cushion tube, when viewed from an

5,421,044

15

16

end thereof, is equal to the cross sectional area of each of the other cushion tubes.

17. The air bed of claim 16 wherein the cross sectional area of each bolster tube, when viewed from an end thereof, is greater than the cross sectional area of each cushion tube when viewed from an end thereof.

18. The air bed of claim 16 wherein said upper left side bolster tube is instead a first upper left side bolster tube and a second upper left side bolster tube, said first and second upper left side bolster tubes being disposed end to end, longitudinally within the enclosure at the left side thereof, wherein said upper right side bolster tube is instead a first upper right side bolster tube and a second upper right side bolster tube, said first and second right side bolster tubes being disposed end to end, longitudinally within the enclosure at the right side thereof, each of said first and second upper left side bolster tubes and said first and second upper right side bolster tubes having a length substantially equal to one half the distance between said foot and head bolster tubes when the foot and head bolster tubes are disposed in the enclosure and inflated.

19. The air bed of claim 18 further comprising a foam pad having a length and width substantially equal to the length and width of the rectangular space surrounded by the upper left side bolster tubes, the upper foot end bolster tube, the upper right side bolster tubes, and the upper head end bolster tube, said foam pad being disposed on top of said upper cushion tubes.

20. The air bed of claim 19 further comprising a left cinch belt member formed of elastic material attached to the bottom panel adjacent the left side of said enclosure and wrapped around the inwardly disposed ends of said first and second upper left side bolster tubes, and a right cinch belt member formed of elastic material attached to the bottom panel adjacent the right side of said enclosure and wrapped around the inwardly disposed ends of said first and second upper right side bolster tubes.

21. The air bed of claim 20 wherein the sheathing means for said upper cushion tubes is an upper magazine having a plurality of open-ended sleeves, equal in number to the number of upper cushion tubes and the sheathing means for said lower cushion tubes is an lower magazine having a plurality of open-ended sleeves, equal in number to the number of lower cushion tubes.

22. The air bed of claim 21 wherein said restraining belts are made from rip stop nylon.

23. The air bed of claim 21 wherein said bottom panel is made from rip stop nylon.

24. The air bed of claim 21 wherein said gusset member is made from rip stop nylon.

* * * * *

30

35

40

45

50

55

60

65

# EXHIBIT 12

Feb. 25, 1936.                    J. G. BINS                    2,032,248
                              DOG BED OR THE LIKE
                              Filed March 4, 1935



*Fig. 1.*  *Fig. 2.*  *Fig. 3.*  *Fig. 4.*  *Fig. 5.*  *Fig. 6.*

FM Validity Ex. 12

Patented Feb. 25, 1936

**2,032,248**

# UNITED STATES PATENT OFFICE

2,032,248

### DOG BED OR THE LIKE

John G. Binn, St. Paul, Minn.

Application March 4, 1935, Serial No. 9,338

26 Claims.  (Cl. 119—1)

This invention is a novel improvement in beds for dogs, cats and other pets, and the principal objects of the invention are to provide an inexpensive portable bed for animal pets, which bed is adapted for use primarily in the home, although same being portable may be readily carried in a car, automobile, or other conveyance; also to provide a bed of circular, oval, oblong, or other shape which may conform with the natural contour of a dog or other pet when curled up in the act of sleeping, said bed comprising briefly an annular bolster, a reversible mattress within the bolster, a reversible mattress cover within the bolster above the mattress, means for securing the parts together, and a cowl-shaped cover adapted to be applied over the bed for use in cold weather, said cover having an arched curtained opening therein at one side through which the pet may pass in and out when the cover is in use, the cover being removable for warm weather; also to provide a low stand for preventing the bed from contacting directly with the surface of the floor or ground.

I will explain the invention with reference to the accompanying drawing which illustrates one practical embodiment thereof to enable others to adopt and use the same; and I will summarize in the claims the novel features of construction, and novel combinations of parts, for which protection is desired.

In said drawing:—

Fig. 1 is a perspective view of a bed of circular shape with the cover detached, and showing in dotted lines a dog therein in sleeping position.

Fig. 2 is a perspective view of the bed with the cover attached, but with the curtains of the cover opening removed.

Fig. 3 is a perspective view of the mattress member, detached.

Fig. 4 is a perspective view of the mattress cover, detached, showing the opening in the periphery for insertion of the split steel wire ring.

Fig. 5 is a perspective view of the cover for the bed detached, and showing the curtains applied to the cover.

Fig. 6 is a transverse section through the members of the bed showing the mattress and mattress cover in place in the pocket, and showing the bed mounted upon the stand.

As shown, the bed comprises an annular bolster I of general circular, oval, oblong, or other desired shape preferably formed by stitching the side edges of a strip of fabric of desired length together to form a tube, then filling the tube with cotton 2 or the like, preferably using a cotton packer having a fan or blower. After the tube is filled one end is sewed up, and the sewed end of the tube inserted in the open end and the overlapping end portions of the tube sewed together, thereby forming a circular, oval, or oblong stuffed bolster. A base sheet 3, of approximately the same shape and size as the outer periphery of the annular bolster I has an annular band of fabric 4 stitched to its periphery and also stitched to the outer cover of the bolster I to connect the base sheet 3 to the bolster, the width of the band 4 being substantially the same as the thickness of the mattress 5 which is fitted into the pocket 6 (Fig. 6) formed between the lower end of bolster I and the base sheet.

The mattress 5 (Fig. 3) is of size and shape to suit the pocket 6 of the bolster member, and may be circular, oval, oblong or other desired shape. The mattress is preferably reversible and formed of upper and lower fabric members united at their peripheries by an annular band, the mattress being filled with cotton 2 or the like, preferably blown therein by a cotton packer, or may be filled with other suitable stuffing or filling material. Preferably the mattress is tufted, or upholstered with buttons 7 in the usual manner. The mattress is inserted through the upper side of the bolster I and forced into the pocket 6 formed between the annular bolster and the base sheet 3 as shown in Fig. 6, which operation is accomplished by slightly distorting the mattress and bolster; and the mattress when inserted in pocket 6 fills the pocket and forms a support for the annular bolster.

In the pocket 6 immediately above mattress 5 is a reversible mattress cover 8 (Fig. 4) consisting of two sheets of fabric substantially of same size and shape as the mattress 5, and having their peripheries stitched together except for a short length 9 which is left unstitched for the purpose of permitting insertion and removal of a split ring 10 of relatively stiff steel wire between the sheets. Ring 10 is of the same diameter as the mattress cover 8 and has on one end a socket member 11 consisting of a length of small tubing welded or otherwise secured thereto adapted to receive the other free end of the wire. The socket end 11 of the split ring 10 is inserted into the mattress cover 8 through the opening 9, and the wire worked around until both ends thereof appear through the opening 9; and the free end of the wire is then inserted in socket 11. The mattress cover 8 with the wire stiffener 10 therein is then distorted and inserted down through the upper end of the bolster member I and dis-

2 2,932,248

posed between mattress 5 and the underside of
the annular bolster as shown in Fig. 6, the flexi-
bility of the wire 10 readily permitting the mat-
tress cover to be sufficiently distorted for this
purpose. When the stiffening wire 10 is secured
in the mattress cover the sheets forming the
cover will be held taut so that they cannot wrin-
kle, and when the mattress cover is inserted in
the pocket 5 between mattress 5 and the annu-
lar bolster the sheets of the cover cannot readily
become disengaged from the bed due to the wire
10 which maintains the mattress cover in proper
shape. The reversible cover 5 will keep the mat-
tress 5 clean, and may be readily removed when
soiled and a new or clean cover inserted in its
place.

If desired a stand shown in Fig. 5 may be pro-
vided to prevent the bed from directly contacting
with the floor or ground, which stand preferably
consists of a grille of a circular, oval, or oblong
shape, having an annular frame member 12 of
stiff wire provided with three or more offset bent
portions 13 adapted to form short legs. Frame
member 12 has a plurality of light cross wires
14 welded or otherwise secured to the frame
member 12, the outer ends of the wires 14 be-
ing bent upwardly as shown at 14a. A wire guard
rail 15 adapted to surround the lower end of
the bed is mounted on the upturned ends 14a
of wires 14 to prevent the bed from slipping off
the stand. Preferably two hand-holds 16 are
formed on the sides of the stand, diametrically
opposed to each other, for the purpose of mov-
ing the stand with the bed thereon from place to
place.

For use in cold weather I provide a removable
cover (Figs. 2, 5, 6) consisting of a cowl-shaped
member 17 having an arched opening 18 in its
front maintained by a steel wire loop 19 of suf-
ficient size for the dog, cat, or other pet to pass
therethrough, said loop 19 being stitched to the
edges of the opening 18. The cowl 17 is of size
and shape to cover the exterior of annular bolster
1, and stitched to its periphery is a depending
annular band 20 of somewhat larger diameter
than bolster 1 provided with elastic inserts 21
so that when the band 20 is applied around the
exterior of the bolster as shown in Fig. 6 the
elastic inserts 21 will contract the band around
the bolster to maintain the same in place, while
the opening 18 through the cover is maintained
by the wire loop 19 so that the dog or cat can
readily pass into the bed through the opening.
The lower portion of the loop 19 which lies ad-
jacent the band 20 is secured thereto by an arc-
uate tape 20a (Fig. 2) stitched to the inner face
of the band 20 over the wire loop 19; and as
the lower portion of the loop 19 is disposed be-
tween the bolster 1 and the band 20, the loop
19 is thereby maintained in substantially verti-
cal position when the cover 17 is applied to the
bed.

The arched opening 17 for the cover 15 of the
dog bed may be provided with curtains 22 (Fig.
5) consisting of two semi-circular sections adapt-
ed to overlap at the center of the opening 18.
Suitable snap fasteners 23 are provided on the
curtain sections 22 and on the material of the
cover 17 adjacent the opening 18 for maintain-
ing the curtain sections 22 closed when desired.
When the sections 22 are not fastened the dog
or other pet can readily pass in and out of the
opening 18. In warm weather the cover 17 is not
needed and may be removed.

As shown in Fig. 1 the upper end of the bolster

will generally be utilized by the dog or other pet
as a pillow, although a separate pillow may be
provided. The beds may be made in different
sizes and shapes, and of various materials or
fabrics.

I claim:—

1. A bed for pets comprising a mattress; and
an annular bolster on said mattress having an
annular pocket receiving the edge portions of
the mattress for connecting said members to-
gether.

2. A bed for pets comprising a mattress; an
annular bolster on said mattress; means for con-
necting said members together; and an extensi-
ble cover around the side edges of said bolster
having an opening therein for the passage there-
through of the pet.

3. In a bed as set forth in claim 2, said cover
having a band secured to its lower edge slightly
larger in diameter than the exterior of the bol-
ster; means for contracting the band around the
bolster; and a stiffener secured to the edges of
the opening.

4. In combination with a bed as set forth in
claim 2, a portable stand comprising a grille hav-
ing legs; a guard rail on the grille surrounding
the mattress; and handles extending from the
grille.

5. A bed for pets comprising a mattress; a mat-
tress cover stretched over said mattress; an an-
nular bolster on said mattress cover; means for
connecting said members together; and a flexi-
ble extensible cover around the side edges of said
annular bolster having an opening therein for
the passage therethrough of the pet.

6. In a bed as set forth in claim 5, said mat-
tress cover comprising superimposed sheets of
substantially the same size and shape at the mat-
tress stitched together at their edges; and a split
stiffening ring removably inserted between the
sheets maintaining the same taut.

7. In a bed as set forth in claim 5, said cover
having a band secured to its lower edge slightly
larger in diameter than the exterior of the bol-
ster; means for contracting the band around the
bolster; a stiffener secured to the edges of the
opening; and means for closing said opening.

8. In combination with a bed as set forth in
claim 5, a portable stand comprising a grille hav-
ing legs; a guard rail on the grille surrounding
the bed; and handles extending from the grille.

9. A bed for pets, comprising an annular bol-
ster, a base sheet secured to the outer sides of
the bolster and forming with the bottom of the
bolster an annular pocket; and a mattress hav-
ing its edge portions filling the annular pocket
and its central portion forming the bottom of
the space bounded by the said bolster.

10. A bed for pets, comprising an annular bol-
ster, a base sheet secured to the outer sides of
the bolster and forming with the bottom of the
bolster an annular pocket; a mattress having
its edge portions filling the annular pocket and
its central portion forming the bottom of the
space bounded by the said bolster; and a mat-
tress cover in said pocket above the mattress.

11. In a bed as set forth in claim 10, said mat-
tress cover comprising superimposed sheets of
substantially the same size and shape as the
mattress stitched together at their edges, and a
split steel wire stiffening ring removably in-
serted between the sheets maintaining the same
taut.

12. A bed for pets, comprising a flexible an-
nular bolster, a base sheet secured to the outer

2,082,248                                3

sides of the bolster and forming with the bottom of the bolster an annular pocket; a mattress having its edge portions filling the annular pocket and its central portion forming the bottom of the space bounded by the said bolster; and a cover for the bed engaging the outer sides of the bolster and having an opening therein for the passage therethrough of the pet.

13. In a bed as set forth in claim 12, said cover having a band secured to its lower edge slightly larger in diameter than the exterior of the bolster; means for contracting the band around the bolster; and a stiffener secured to the edges of the opening.

14. A bed for pets, comprising an annular bolster, a base sheet secured to the outer sides of the bolster and forming with the bottom of the bolster an annular pocket; a mattress having its edge portions filling the annular pocket and its central portion forming the bottom of the space bounded by the said bolster; a mattress cover in said pocket above the mattress; and a flexible cover for the bed engaging the outer sides of the bolster and having an opening at one side for the passage therethrough of the pet.

15. In a bed as set forth in claim 14, said mattress cover comprising superimposed sheets of substantially the same size and shape as the mattress stitched together at their edges; and a split stiffening ring removably inserted between the sheets maintaining the same taut.

16. In a bed as set forth in claim 14, said flexable cover having a band secured to its lower edge of slightly larger size than the exterior of the bolster; means for contracting the band around the bolster; and a stiffening loop secured

to the edges of the opening in the cover and to the band.

17. A bed for pets, comprising a stuffed annular bolster, a base sheet secured to the outer sides of the bolster and forming with the bottom of the bolster an annular pocket; an upholstered reversible mattress having its edge portions filling the annular pocket and its central portion forming the bottom of the space bounded by the said bolster; a flexible reversible mattress cover in said pocket above the mattress; and a flexible cowl-shaped cover for the bed engaging the outer sides of the bolster and having an opening at one side for the passage therethrough of the pet.

18. In a bed as set forth in claim 17, said mattress cover comprising superimposed sheets of substantially the same size and shape as the mattress stitched together at their edges, said cover having an opening in its edge, and a removable split stiffening ring between the sheets insertible and removable through the opening, said ring maintaining the sheets of the cover taut.

19. In a bed as set forth in claim 17, said cowl-shaped cover having a band secured to its lower edge of slightly larger size than the exterior of the annular bolster; elastic inserts in said band for contracting the band around the bolster; a stiffening loop secured to the edges of the opening in the cover and to the band; and removable curtains adapted to close said opening.

20. In combination with a bed as set forth in claim 17, a portable stand comprising a grille having legs; a guard rail on the grille surrounding the bed; and handles extending from the grille.

JOHN G. BINS.