## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No. 04 10162 DPW |

## DECLARATION OF RICHARD MATHEWS IN SUPPORT OF DALLAS MANUFACTURING'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,765,502

I, Richard Matthews, declare as follows:

1. I am Vice President of Sales and Marketing for Defendant Dallas Manufacturing Company, Inc. I have held this position at all times referred to in this declaration.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. I submit this declaration in support of DALLAS MANUFACTURING'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,765,502.

4. I am personally familiar with the design of all of the pet beds having removable bolsters that have been made and sold by Dallas Manufacturing and are charged to infringe Flexi-Mat's patent in this lawsuit. I participated from a marketing and sales perspective in the design of all of these pet beds.

5. In late 2002, Dallas Manufacturing first started talking to Costco, the membership warehouse chain, about supplying a bolster pet bed. To clarify that we agreed on the design of a bolster bed, I sent an e-mail attaching an image from a magazine showing a bolster pet bed to the Costco buyer. Although I did not realize it at the time, apparently the image showed a Flexi-Mat bolster pet bed. Costco did not proceed with a bolster pet bed at that time. In mid-2003, Costco again expressed interest in a bolster pet bed. Our other Vice President of Sales, Susan White, who had direct responsibility for handling Costco, then sent to Costco for consideration an image of a another proposed bolster pet bed via e-mail. However, in an e-mail response the Costco buyer expressed dissatisfaction with the proposed bolster pet bed.

> The pictures of this particular bolster illustrates the issue we have been trying to get away from. What happens is that the dog ends up nesting on the bolster instead of being able to snuggle their back up to it. In the end then the bolster gets squished and just becomes an extension of the bed, and a floppy extension at that. I am trying to achieve a modified couch back style, one that stand up to a big dog leaning on it. Please let me know what you think.

A copy of this e-mail exchange is attached as Exhibit A. Although I was not a party to this e-mail exchange, I am certain I learned about Costco's concern from Susan White at about this time since Susan and I and one other person constituted the entire sales organization at Dallas Manufacturing. The bolster pet bed shown in Exhibit A never became a product of Dallas Manufacturing.

6. Also in 2003, the buyer for BJ's Wholesale Club, Jim Pereira, asked Dallas Manufacturing to submit a proposal for a bolster pet bed. Similar to the Costco proposal, Dallas

Manufacturing's first proposal to BJ's Wholesale Club was a pet bed with the bolster positioned alongside the outer edge of the bottom cushion.  In other words, the bolster essentially laid flat around the bed.  Like Costco, BJ's Wholesale Club rejected this submission specifically because the bolster was on the floor and did not stand up on top of the bottom cushion.  Mr. Pereira asked Dallas Manufacturing to fix the bolster so that it did not lay flat on the ground.

7.      One of our primary goals in 2003 became to design the Dallas Manufacturing pet beds so that the bolster would stand up on top of the base cushion and serve as a backrest for the pet.  Motivated by comments from Costco and BJ's Wholesale Club, we wanted to avoid a design such as Flexi-Mat's in which the bolster is positioned alongside the base cushion.  In the Flexi-Mat design, the bolster is like an extension of the base cushion and does not provide a significant backrest function.

8.      Dallas Manufacturing did as Mr. Pereira of BJ's Wholesale Club asked, and revamped the pet bed so that the bolster was on top of the bottom cushion.  Mr. Pereira liked the newly designed bed with the bolster on top of the bottom cushion, and agreed to buy it.

9.      Attached hereto as Exhibit B are photographs that fairly and accurately represent the Dallas Manufacturing bolster pet bed sold by BJ's Wholesale Club, Deposition Exhibit No. 2B ("BJ's Bed").  Photograph B-1 shows the BJ's Bed from the top-front.  Photograph B-2 shows the BJ's Bed from the rear.  Photograph B-3 shows the BJ's Bed from the side.  The BJ's Bed shown in these photographs has a bottom cushion and a bolster, both of which are removable through separate zippered openings.  The bolster has its own cover and is positioned in its own interior space separate and apart from the interior space for the bottom cushion.  The cover for the bolster is sewn onto the top panel of the cover for the base cushion, in order to position the bolster entirely over the top of the base cushion, not alongside it.

10. In Photographs B-4 and B-5 of Exhibit B, the openings in the covers for the bolster and the bottom cushion have been unzipped to better show the position of the bolster relative to the bottom cushion around the perimeter of the BJ's Bed from the rear and the side. Because these are soft goods, and there can be no guarantee that the filling for the base cushion will always be evenly distributed, the outer edge of the bolster may on occasion extend slightly over the outer edge of the base cushion. However, it is never the case in my experience that the bolster flops over the edge of the base cushion so that all or substantially all of the bolster ends up alongside the base cushion. Because the cover for the bolster is sewn entirely on the top of the cover for the base cushion, there is no way that all or substantially all of the bolster could ever end up alongside the base cushion.

11. Having created a winning design for BJ's Wholesale Club, Dallas Manufacturing began supplying similar bolster pet beds to Big Lots, Sam's Club, Bass Pro, and Costco, all having the bolster on top of the bottom cushion.

12. Attached hereto as Exhibit C are true and correct photographs of the Dallas Manufacturing bolster pet bed sold by Big Lots, Deposition Exhibit No. 2C ("Big Lots Bed"). Photograph C-1 shows the Big Lots Bed from the top-front. Photograph C-2 shows the Big Lots Bed from the rear. In Photographs C-3 and C-4, the openings for covers for the bolster and the bottom cushion have been unzipped to better show the position of the bolster relative to the bottom cushion around the perimeter of the Big Lots Bed from the rear and the side.

13. Attached hereto as Exhibit D are true and correct photographs of the Dallas Manufacturing bolster pet bed sold by Sam's Club, Deposition Exhibit No. 2D ("Sam's Club Bed"). Photograph D-1 shows the Sam's Club Bed from the top-front. Photograph D-2 shows the Sam's Club Bed from the rear. Photograph D-3 shows the Sam's Club Bed from the side. In Photographs D-4 and D-5, the openings for covers for the bolster and the bottom

cushion have been unzipped to better show the position of the bolster relative to the bottom cushion around the perimeter of the Sam's Club Bed from the rear and the side.

14. Attached hereto as Exhibit E are true and correct photographs of the Dallas Manufacturing bolster pet bed sold by Bass Pro, Deposition Exhibit No. 2E ("Bass Pro Bed"). Photograph E-1 shows the Bass Pro Bed from the top-front. Photograph E-2 shows the Bass Pro Bed from the rear. Photograph E-3 shows the Bass Pro Bed from the side. In Photographs E-4 and E-5, the openings for covers for the bolster and the bottom cushion have been unzipped to better show the position of the bolster relative to the bottom cushion around the perimeter of the Bass Pro Bed from the rear and the side.

15. Attached hereto as Exhibit F are true and correct photographs of the Dallas Manufacturing bolster pet bed sold by Costco, Deposition Exhibit No. 2F ("Costco Bed"). Photograph F-1 shows the Costco Bed from the top-front. Photograph F-2 shows the Costco Bed from the rear. Photograph F-3 shows the Costco Bed from the side. In Photographs F-4 and F-5, the openings for covers for the bolster and the bottom cushion have been unzipped to better show the position of the bolster relative to the bottom cushion around the perimeter of the Costco Bed from the rear and the side.

16. The BJ's Bed, Big Lots Bed, Sam's Club Bed, and Bass Pro Bed have essentially the same construction. There are only minor differences such as the BJ's Bed has the "Berkeley & Jensen" embroidery, the Sam's Club Bed has a different fabric, and the Big Lots bed is smaller. Each of these four beds has two outside zipper openings, one that lets a person remove the bottom cushion from its covering, and one that lets a person remove the top bolster from its separate covering.

17. The Costco Bed has mostly the same construction as the BJ's Bed, Big Lots Bed, Sam's Club Bed, and Bass Pro Bed. The main difference is that the Costco Bed has an inside zipper opening that lets a person remove the top bolster from its separate covering. One can reach this zipper only after opening the zipper to the covering for the bottom cushion.

18. The BJ's Bed, Big Lots Bed, Sam's Club Bed, Bass Pro Bed, and Costco Bed each has its bolster positioned on top of the bottom cushion, not exteriorly about or outside the perimeter of the bottom cushion. Although in theory a pet could push the bolster so that part of it leans over the side of the bottom cushion, I know of no way that substantially all of the bolster lean over the side and I have never seen or heard of that happening.

19. The BJ's Bed, Big Lots Bed, Sam's Club Bed, Bass Pro Bed, and Costco Bed have no straps or fasteners for holding the bolster in position relative to the bottom cushion. The bolster is held in position by its cover, which is sewn on top of the cover for the bottom cushion.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on November 29, 2005, at Dallas, Texas.

/s/ Richard Mathews
RICHARD MATHEWS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff and Counterdefendant Flexi-Mat Corporation, William A. Meunier, Esq., Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109, and Larry L. Saret, Esq., Michael, Best & Friedrich LLP, 401 North Michigan Avenue, Suite 1900, Chicago, Illinois 60611, via first class mail, postage pre-paid, on November 30, 2005.

I hereby certify that a true copy of the above document was also served upon counsel for Defendant and Counterclaimant Doskocil Manufacturing Company, Inc., Roy W. Hardin, Esq., Locke Liddell & Sapp LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776, via first class mail, postage pre-paid, on November 30, 2005.

      /s/ Darren M. Franklin
      Darren M. Franklin