Bolster Bed

**Janis Jackson**

**From:** Teresa Stumbaugh [tstumbaugh@costco.com]
**Sent:** Monday, June 02, 2003 4:35 PM
**To:** 'Susan White'
**Subject:** RE: Bolster Bed

Susan,

The pictures of this particular bolster illustrates the issue that we have been trying to get away from. What happens is that the dog ends up nesting on the bolster instead of being able to snuggle their back up to it. In the end then the bolster gets squished and just becomes an extension of the bed, and a floppy extension at that. I am trying to achieve a modified couch back style, one that stand up to a big dog leaning on it. Please let me know what you think.

Thanks,

Teresa

-----Original Message-----
**From:** Susan White [mailto:SWhite@dallasmfgco.com]
**Sent:** Monday, June 02, 2003 1:05 PM
**To:** Teresa Stumbaugh
**Subject:** Bolster Bed

Teresa,

Below are the photos of the bolster bed with the new construction. The measurements would be taken from seam to seam accross the bottom.

<<Bolster Bed.jpg>> <<Bolster Bed Back.jpg>> <<Bolster Bed Bottom.jpg>>

Susan

EXHIBIT 262

DMC000631

Exhibit A

DMC000632

Exhibit A



DMC000633

Exhibit A



DMC000634

Exhibit A