

Photograph B-1



Photograph B-2



Photograph B-3



Photograph B-4



Photograph B-5