
Photograph C-1


Photograph C-2



Photograph C-3



Photograph C-4

-15-                                                                                   Exhibit C