

Photograph D-1



Photograph D-2



Photograph D-3



Photograph D-4



Photograph D-5