

Photograph E-1



Photograph E-2


Photograph E-3


Photograph E-4



Photograph E-5