
Photograph F-1


Exhibit F-2



Photograph F-3



Photograph F-4



Photograph F-5

-24-                                                                                          Exhibit F