**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> DALLAS MANUFACTURING COMPANY, a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, <br><br> Defendants. | Civil Action No. 04 10162 DPW |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, <br><br> Counter-claimant, <br><br> v. <br><br> FLEXI-MAT CORPORATION, a corporation, <br><br> Counter-defendant. | **FLEXI-MAT'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT** |
| BJ'S WHOLESALE CLUB, INC., a corporation, <br><br> Counter-claimant, <br><br> v. <br><br> FLEXI-MAT CORPORATION, a corporation, <br><br> Counter-defendant. | |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, <br><br> Counter-claimant, <br><br> v. <br><br> FLEXI-MAT CORPORATION, a corporation, <br><br> Counter-defendant. | |

Plaintiff, Flexi-Mat Corporation, moves for summary judgment declaring claims 1-3 of the '502 patent infringed and dismissing all affirmative defenses of non-infringement. Pursuant to Local Rule 7.1(a), Plaintiff's counsel certifies that it has conferred with defendants' counsel in an attempt to resolve this dispute, but has been unsuccessful.

This case involves pet beds and in particular, pet beds having a bottom cushion and a bolster within an outer covering. Plaintiff Flexi-Mat Corporation ("Flexi-Mat"), a pet product manufacturer, owns U.S. Patent No. 5,765,502, entitled "Pet Bed With Removable Bolster." Defendant BJ's Wholesale Club, Inc. ("BJ's") is a wholesale club that sells various products including the accused pet beds to consumers and others. Defendants Doskocil Manufacturing Company, Inc. ("Doskocil") and Dallas Manufacturing Company ("Dallas") are manufacturers and suppliers of the accused pet beds to BJ's. Dallas also sells the accused pet beds to customers other than BJ's, such as Costco, Sam's Club, Bass Pro, and Big Lots, all wholesale clubs or retailers.

Only three of the claims in the '502 patent, claims 1-3, are at issue. The infringement analysis here is not complex, and there is no genuine issue of material fact as to the structure of the accused beds. The beds sold by Doskocil, Dallas, and BJ's literally infringe claims 1-3 because they include each of the limitations of those claims. Because defendants can raise no genuine issue of fact regarding the pet bed construction or their defenses, and claim construction should be resolved in Flexi-Mat's favor, summary judgment of infringement is appropriate.

For the foregoing reasons and those set forth in Flexi-Mat's Memorandum, this motion should be granted.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff requests oral argument on this motion.

-2-

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 30, 2005 | /s Michael Husmann |

Michael Husmann
Larry L. Saret
Lisa C. Childs
Gretchen M. Hosty
Michael Best & Friedrich LLP
401 North Michigan Avenue, Suite 1900
Chicago, IL  60611
(312) 222-0800
(312) 222-0818 (fax)

Richard B. Myrus (BBO # 638793)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Telephone:  (617) 570-1058
Facsimile:  (617) 523-1231

Attorneys for Plaintiff
Flexi-Mat Corporation