## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, </br></br>    Plaintiff,</br></br> v.</br></br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,</br></br>    Defendants.</br>_____</br>AND RELATED COUNTERCLAIMS. | Civil Action No. 04 10162 DPW |

### DECLARATION OF GARY A. CLARK IN SUPPORT OF DALLAS MANUFACTURING'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,765,502

I, Gary A. Clark, declare as follows:

1.  I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendants Dallas Manufacturing, Inc. and BJ's Wholesale Club, Inc. I am an attorney duly admitted *pro hac vice* in this action.

2.  If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3.  I submit this declaration in support of DALLAS MANUFACTURING'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,765,502.

4. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,765,502 ("the '502 patent").

5. Attached hereto as Exhibit B are true and correct copies of pages from the prosecution history for the '502 patent obtained from the U.S. Patent and Trademark Office.

6. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 5,010,843 ("the Henry patent").

7. Attached hereto as Exhibit D is a true and correct copy of an ASSIGNMENT from Scott Haugh to Flexi-Mat Corporation.

8. Attached hereto as Exhibit E are true and correct copies of pages from the transcript of the deposition of Larry L. Saret taken on September 13, 2005 in this action.

9. Attached hereto as Exhibit F are true and correct copies of pages from the transcript of the deposition of Scott Haugh taken on September 14, 2005 in this action.

10. Attached hereto as Exhibit G are true and correct copies of pages from the transcript of the deposition of James M. Pereira taken on April 14, 2005 in this action.

11. Attached hereto as Exhibit H are true and correct copies of pages from the transcript of the deposition of Simon F. Handelsman taken on November 1, 2005 in this action.

12. Attached hereto as Exhibit I is a true and correct copy of Deposition Exhibit 725 marked at the deposition of Simon F. Handelsman.

13. Attached hereto as Exhibit J is a true and correct copy of Deposition Exhibit 726 marked at the deposition of Simon F. Handelsman.

14. Attached hereto as Exhibit K is a true and correct copy of Deposition Exhibit 727 marked at the deposition of Simon F. Handelsman.

15. Attached hereto as Exhibit L is a true and correct copy of Deposition Exhibit 728 marked at the deposition of Simon F. Handelsman.

16. Attached hereto as Exhibit M are true and correct copies of pages from the Merriam-Webster's Collegiate Dictionary (10th ed.) containing definitions of the terms "about" (p. 3), "all" (p. 29), "exterior" (pp. 411-12), "perimeter" (p. 863), and "substantial" (p. 1174).

17. Attached hereto as Exhibit N is a true and correct copy of SIMON HANDELSMAN'S EXPERT REPORT ON INFRINGEMENT dated September 23, 2005, without exhibits comprising photographs of the products charged to infringe in this action.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on November 30, 2005, at Los Angeles, California.

/s/ Gary A. Clark
GARY A. CLARK

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon counsel for Plaintiff and Counterdefendant Flexi-Mat Corporation, William A. Meunier, Esq., Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109, and Larry L. Saret, Esq., Michael, Best & Friedrich LLP, 401 North Michigan Avenue, Suite 1900, Chicago, Illinois 60611, via first class mail, postage pre-paid, on November 30, 2005.

      I hereby certify that a true copy of the above document was also served upon counsel for Defendant and Counterclaimant Doskocil Manufacturing Company, Inc., Roy W. Hardin, Esq., Locke Liddell & Sapp LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776, via first class mail, postage pre-paid, on November 30, 2005.

                                    /s/ Darren M. Franklin
                                      Darren M. Franklin