**EXHIBIT B**



5765502

UTILITY SERIAL NUMBER 08 634374

PATENT DATE JUN 16 1998

PATENT NUMBER

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/634,374 | 04/18/96 | 119 | 28.5 | 3303 | Shaw |

HAUGH SCOTT, LOCKPORT, IL.

**CONTINUING DATA*********************
VERIFIED

none ES

**FOREIGN/PCT APPLICATIONS************
VERIFIED

none ES

FOREIGN FILING LICENSE GRANTED 05/30/96     ***** SMALL ENTITY *****

| Foreign priority claimed 35 USC 119 conditions met | ☐ yes ☒ no ☐ yes ☐ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged | Examiner's initials | | IL | 2 | 11 | 3 | $375.00 | 1300-112 |

LAFF WHITESEL CONTE AND SARET LTD
401 NORTH MICHIGAN AVENUE
CHICAGO IL 60611

PET BED WITH REMOVABLE BOLSTER

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | Applications Examiner |
|---|---|---|
| NOTICE OF ALLOWANCE MAILED | Elizabeth Shaw | CLAIMS ALLOWED |

| | Assistant Examiner | Total Claims | Print Claim |
|---|---|---|---|
| | | 11 | 1 |

| ISSUE FEE | | | DRAWING |
|---|---|---|---|

| Amount Due | Date Paid | Sheets Drwg. | Figs. Drwg. | Print Fig. |
|---|---|---|---|---|
| 1,000 | | 2 | 5 | 5 |

Robert P Swiatek

Primary Examiner

ISSUE BATCH NUMBER  457

Label Area

PREPARED FOR ISSUE

WARNING:  The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368.  Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8/92)

(FACE)



OB/634374

**PATENT APPLICATION**

08634374

APPROVED FOR LICENSE ☐

MAY 0 9 1996

INITIALS _____ 99625

| Date Entered or Counted | | CONTENTS | | Date Received or Mailed |
|---|---|---|---|---|

1. Application _Prints_ papers. — 4-18-96
2. _Prior Art_ — 6-27-97
3. _Rejection (3 months)_ — 10-3-97
4. _Amdt A_ — 11-19-97
5. _Interview Summary_ —
6. _Examiner Amdt #/B_ — 11-25-97
7. — 2-20-98
8. PTO GRANT JUN 16 1998
9. _Ltr & Decl_ — 2-2-98
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.

(FRONT)

DMC000002



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 119 | 28.5 526 | 6/19/97 | *cf* |
| 5 | 462 691 694 722 723 737 738 740 | | |
| Search Updated | | 11/19/97 | *cf* |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 119 | 28.5 526 | 11/19/97 | *cf* |
| 5 | 462 691 694 722 723 737 738 740 | | |

(RIGHT OUTSIDE)

DMC000003



Staple Issue Slip Here





| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | | |
| TYPIST | | 5/30/96 |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

| Claim | | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | | |
| 1 | 1 | ✓ | 0 | | | | | | |
| 2 | 2 | ✓ | = | | | | | | |
| 3 | 3 | ✓ | = | | | | | | |
| 4 | 4 | 0 | = | | | | | | |
| 5 | 5 | 0 | = | | | | | | |
| 6 | 6 | 0 | = | | | | | | |
| 7 | 7 | ✓ | = | | | | | | |
| 8 | 8 | ✓ | = | | | | | | |
| 9 | 9 | 0 | = | | | | | | |
| 10 | 10 | 0 | = | | | | | | |
| 11 | 11 | = | = | | | | | | |
| | 12 | | | | | | | | |
| | 13 | | | | | | | | |
| | 14 | | | | | | | | |
| | 15 | | | | | | | | |
| | 16 | | | | | | | | |
| | 17 | | | | | | | | |
| | 18 | | | | | | | | |
| | 19 | | | | | | | | |
| | 20 | | | | | | | | |
| | 21 | | | | | | | | |
| | 22 | | | | | | | | |
| | 23 | | | | | | | | |
| | 24 | | | | | | | | |
| | 25 | | | | | | | | |
| | 26 | | | | | | | | |
| | 27 | | | | | | | | |
| | 28 | | | | | | | | |
| | 29 | | | | | | | | |
| | 30 | | | | | | | | |
| | 31 | | | | | | | | |
| | 32 | | | | | | | | |
| | 33 | | | | | | | | |
| | 34 | | | | | | | | |
| | 35 | | | | | | | | |
| | 36 | | | | | | | | |
| | 37 | | | | | | | | |
| | 38 | | | | | | | | |
| | 39 | | | | | | | | |
| | 40 | | | | | | | | |
| | 41 | | | | | | | | |
| | 42 | | | | | | | | |
| | 43 | | | | | | | | |
| | 44 | | | | | | | | |
| | 45 | | | | | | | | |
| | 46 | | | | | | | | |
| | 47 | | | | | | | | |
| | 48 | | | | | | | | |
| | 49 | | | | | | | | |
| | 50 | | | | | | | | |

| Claim | | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | | |
| | 51 | | | | | | | | |
| | 52 | | | | | | | | |
| | 53 | | | | | | | | |
| | 54 | | | | | | | | |
| | 55 | | | | | | | | |
| | 56 | | | | | | | | |
| | 57 | | | | | | | | |
| | 58 | | | | | | | | |
| | 59 | | | | | | | | |
| | 60 | | | | | | | | |
| | 61 | | | | | | | | |
| | 62 | | | | | | | | |
| | 63 | | | | | | | | |
| | 64 | | | | | | | | |
| | 65 | | | | | | | | |
| | 66 | | | | | | | | |
| | 67 | | | | | | | | |
| | 68 | | | | | | | | |
| | 69 | | | | | | | | |
| | 70 | | | | | | | | |
| | 71 | | | | | | | | |
| | 72 | | | | | | | | |
| | 73 | | | | | | | | |
| | 74 | | | | | | | | |
| | 75 | | | | | | | | |
| | 76 | | | | | | | | |
| | 77 | | | | | | | | |
| | 78 | | | | | | | | |
| | 79 | | | | | | | | |
| | 80 | | | | | | | | |
| | 81 | | | | | | | | |
| | 82 | | | | | | | | |
| | 83 | | | | | | | | |
| | 84 | | | | | | | | |
| | 85 | | | | | | | | |
| | 86 | | | | | | | | |
| | 87 | | | | | | | | |
| | 88 | | | | | | | | |
| | 89 | | | | | | | | |
| | 90 | | | | | | | | |
| | 91 | | | | | | | | |
| | 92 | | | | | | | | |
| | 93 | | | | | | | | |
| | 94 | | | | | | | | |
| | 95 | | | | | | | | |
| | 96 | | | | | | | | |
| | 97 | | | | | | | | |
| | 98 | | | | | | | | |
| | 99 | | | | | | | | |
| | 100 | | | | | | | | |

SYMBOLS
✓ ........... Rejected
= ........... Allowed
─ (Through numeral) ... Canceled
........... Restricted
N ........... Non-elected
I ........... Interference
A ........... Appeal
O ........... Objected

(LEFT INSIDE)

DMC000004



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
            Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/634,374 | 04/18/96 | SCOTT | H | 1300-112 |

```
                                    F3M1/0627
      LAFF WHITESEL CONTE AND SARET LTD
      401 NORTH MICHIGAN AVENUE
      CHICAGO IL 60611
```

| EXAMINER |
|---|
| SHAW, E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3303 | 3 |

DATE MAILED:    06/27/97

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S. GPO: 1996-404-496/40510

1- File Copy

DMC000032

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Office Action Summary*** | 08/634,374 | | Scott |
| | Examiner | Group Art Unit | |
| | Elizabeth Shaw | 3303 | |

☒ Responsive to communication(s) filed on <u>Apr 18, 1996</u>                                                                 .

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____ *3* _____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

    ☒ Claim(s) *1-11* _____ is/are pending in the application.

        Of the above, claim(s) _____ is/are withdrawn from consideration.

    ☒ Claim(s) *11* _____ is/are allowed.

    ☒ Claim(s) *1-3, 7, and 8* _____ is/are rejected.

    ☒ Claim(s) *4-6, 9, and 10* _____ is/are objected to.

    ☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

    ☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

    ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

    ☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

    ☐ The specification is objected to by the Examiner.

    ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

    ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

        ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

            ☐ received.

            ☐ received in Application No. (Series Code/Serial Number) _____ .

            ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

      *Certified copies not received: _____ .

    ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

    ☒ Notice of References Cited, PTO-892

    ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___ *2* ___

    ☐ Interview Summary, PTO-413

    ☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

*— SEE OFFICE ACTION ON THE FOLLOWING PAGES —*

Serial Number: 08/634374                                                    Page 2

Art Unit: 3303

## DETAILED ACTION

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form

the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless --

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use
or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claims 1-3, 7 and 8 are rejected under 35 U.S.C. 102(b) as being anticipated by Henry

(5,010,843). Henry shows a pet bed 10, see figure 5, having an outer covering (unnumbered)

containing a zippered opening 34 for access to the interior, a base cushion 12 and semi-circular

top cushions or bolsters 14" or 16".  The top cushions or bolsters 14" or 16"are affixed to the

edge 22 of the base cushion 12 in either a permanent (stitched) or removable (zippered or

snapped) fashion, see column 2, lines 19-29.

### *Allowable Subject Matter*

Claims 4-6, 9 and 10 are objected to as being dependent upon a rejected base claim, but

would be allowable if rewritten in independent form including all of the limitations of the base

claim and any intervening claims.

Claim 11 is allowable.

Serial Number: 08/634374

Art Unit: 3303

*Conclusion*

The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. Included for further reference on pet beds are: Von Below (984,324), McGarvey (1,469,523), Burt (1,569,710), Petersilie (3,890,658), West (5,109,559) and Schwarzenbart (5,197,411).

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Elizabeth Shaw whose telephone number is (703) 308-1853. Group Receptionist: (703) 308-0858. Art Unit Fax: (703) 308-2708.

Elizabeth Shaw d-YE

June 20, 1997

ROBERT P. SWIATEK
PRIMARY EXAMINER
ART UNIT 333

DMC000035

| *Notice of References Cited* | Application No. 08/634,374 | Applicant(s) Scott | | |
|---|---|---|---|---|
| | Examiner Elizabeth Shaw | Group Art Unit 3303 | | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | 984,324 | 2-1911 | Von Below | 5 | 722 |
| B | 1,469,523 | 10-1923 | McGarvey | 5 | 402x |
| C | 1,569,710 | 1-1926 | Burt | 119 | 28.5 |
| D | 3,890,658 | 6-1975 | Petersilie | 5 | 722x |
| E | 5,010,843 | 4-1991 | Henry | 119 | 28.5 |
| F | 5,109,559 | 5-1992 | West | 5 | 691x |
| G | 5,197,411 | 3-1993 | Scharzenbart | 119 | 28.5 |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

Attachment ___3___

The drawings submitted with this application
were declared informal by the applicant.
Accordingly they have not been reviewed by a
draftsperson at this time. When formal drawings
are submitted, the draftsperson will perform a
review.

Direct any inquires concerning drawing review to
the Drawing Review Branch (703) 305-8404.

Substitute PTO-948

DMC000037

OIPE
OCT 0 3 1997
PATENT & TRADEMARK

*Cru 3303*
*T. H.*
*10-16-97*
*#4/Ci*
* pecd*

IN THE
UNITED STATES PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| IN RE APPLICATION OF: | Scott Haugh | ) |
| | | ) |
| ATTORNEY DOCKET NO: | 1300-112 | ) |
| | | ) |
| SERIAL NO.: | 08/634,374 | ) |
| | | ) ART UNIT: 3303 |
| FILING DATE: | April 18, 1996 | ) |
| | | ) ATTENTION OF: |
| ENTITLED: | Pet Bed With | ) Examiner E. Shaw |
| | Removable Bolster | ) |

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C. 20231

Dear Sir:

[x]    AUTHORIZATION TO PAY AND PETITION FOR THE ACCEPTANCE OF ANY NECESSARY FEES. If any charges or fees must be paid in connection with the following Communication (including but not limited to the payment of issue fees), they may be paid out of our deposit account No. 12-0064. If this payment also requires a Petition, please construe this authorization to pay as the necessary Petition which is required to accompany the payment.

[]    Applicant hereby petitions the Commissioner of Patents and Trademarks to extend the time for response to the Office Action dated _____ for _____ month(s) from _____ to _____. Submitted herewith is a check for the amount of $____ to cover the cost of the extension. If a check is lost, or otherwise does not accompany this Petition, please charge my deposit account number 12-0064 in the appropriate amount to cover the cost of the extension. Any deficiency or overpayment should be charged or credited to the above numbered deposit account.

## AMENDMENT

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner of Patents, Washington, D.C. 20231 on:

Date: Sept 29, 1997   _____
                        Irma Rivera

LAFF, WHITESEL, CONTE & SARET, LTD.
401 N. Michigan Avenue
Chicago, IL 60611
(312) 661-2100 - phone
(312) 661-2100 - fax

| | Registration |
|---|---|
| Charles A. Laff | 19787 |
| J. Warren Whitesel | 16830 |
| Robert F. I. Conte | 20354 |
| Larry L. Saret | 27674 |
| Martin L. Stern | 28911 |
| Louis Altman | 19373 |
| Barry W. Sufrin | 27398 |
| Marshall W. Sutker | 19962 |
| Jack R. Halvorsen | 18394 |
| Neil R. Ormos | 35309 |
| Kevin C. Trock | 37745 |
| Scott G. Feder | 33129 |
| G. Peter Albert, Jr. | 37268 |
| Michael B. Allen | 37582 |
| Lisa C. Childs | 39937 |

DMC000038

In response to the Office Action dated June 27, 1997, please amend the above application as follows and consider the following remarks.

IN THE CLAIMS:

Please amend claims 1, 4, 7 and 9 as follows:

1.    (Amended)  A pet bed comprising:

an outer covering;

a removable cushion disposed within the outer covering to form a cushioned bottom portion; and

a bolster removably [affixed] disposed within the interior of the outer covering *substantially all of said bolster* and disposed about at least a portion of the perimeter of the bottom portion *exteriorly* without being secured to the removable cushion.

4.    (Amended)  [The pet bed of claim 1] A pet bed comprising:

an outer covering;

a removable cushion disposed within the outer covering to form a cushioned bottom portion; and

a bolster removably affixed within the interior of the outer covering and disposed about at least a portion of the perimeter of the bottom portion, wherein the bolster is removably affixed within the interior of the outer covering by a plurality of straps secured to the outer covering.

2

DMC000039

7.    (Amended)  A pet bed comprising:

an outer covering including [a bolster pocket and] a reclosable access opening;

a removable cushion disposed within the outer covering to form a cushioned

bottom portion;

a bolster removably [affixed within] secured to the interior of the outer

covering and disposed about at least a portion of the perimeter of the bottom portion;

such that the removable cushion and bolster are separately removable from the outer

covering interior through the reclosable access opening.

9.    (Amended)  [The bed of claim 7] A pet bed comprising:

an outer covering including a bolster pocket and a reclosable access opening;

a removable cushion disposed within the outer covering to form a cushioned

bottom portion;

a bolster removably affixed within the bolster pocket and disposed about at

least a portion of the perimeter of the bottom portion;

such that the removably cushion and bolster are separately removably from the

outer covering interior through the reclosable access opening;

wherein the bolster is removably affixed within the bolster pocket by a plurality

of straps.

3

DMC000040

## REMARKS

This Amendment is submitted in response to the Office Action mailed on June 27, 1997. Prior to the Office Action, claims 1-11 were pending in the patent application. The Office Action indicated that claim 11 is allowed and that dependent claims 4-6, 9 and 10 would be allowable if rewritten to include the limitations of the base claim and any intervening claims. The Office Action rejected claims 1-3, 7 and 8 under 35 U.S.C. §102(b) as being anticipated by U.S. Patent No. 5,010,843, issued to Henry.

Applicant has amended claims 1, 4, 7 and 9. Claims 1-11 remaining pending in the application.

Applicant has amended claims 4 and 9 to include the limitations of the base claims as suggested by the Examiner. Thus, those claims dependent on claims 4 and 9, namely claims 5, 6 and 10 should now also be allowable.

Claims 1-3 are directed towards a pet bed comprising an outer covering, a cushion disposed within the outer covering, and a bolster removably disposed within the outer covering and disposed about at least a portion of the perimeter of the bottom portion without being secured to the cushion. Because the bolster is not secured to the cushion, this pet bed is easier than those in the prior art to assemble, i.e., to place the bolster and cushion within the outer covering, and also easier to disassemble for transport or cleaning purposes.

In the pet bed disclosed in Henry, the semi-circular cushions are attached to

4

DMC000041

the circular base cushion by stitching, hook and loop materials, or other fasteners. However, if the cushions are foam, a commonly used cushion material, it is not easy to sew or attach hook and loop fasteners to such foam material, and the joint between the semi-circular cushion and base cushion is susceptible to failure. As a result, Henry suggests individual liners for each cushion and requires covers for the semi-circular cushions 14, 16 which are separate from the cover for the base cushion. See Col. 2, lines 44-50. These separate liners and covers add manufacturing cost for material and assembly time. In addition, Henry has a concern for exposed connections between the semi-circular cushions and the base cushion, which is not a concern with the present invention because a single cover encompasses both cushions. Henry does not suggest a single cover for all of the cushions, and it would be difficult to design such a cover and assemble such a bed using the interconnected cushions of Henry.

Thus, the prior art of record does not teach or suggest the pet bed of claims 1-3. Accordingly, applicant respectfully submits that claims 1-3 are patentable over the prior art and requests allowance of such claims.

Claims 7 and 8 are directed to a pet bed in which the bolster is removably secured to the interior of the outer covering. This feature -- not disclosed by the Henry reference -- increases the stability of the pet bed by insuring that the bolster remains relatively fixed in position with respect to the perimeter of the bottom cushion 4 and bolster pocket 10. The prior art of record does not teach or suggest

5

DMC000042

the pet bed of claims 7 and 8.  Accordingly, applicant respectfully submits that claims 7 and 8 are patentable over the prior art of record and requests allowance of such claims.

Respectfully submitted,
LAFF, WHITESEL, CONTE & SARET, LTD.


By: _Larry L. Saret_____
     Larry L. Saret
     William A. Meunier

DATED: _Sept 29, 1997_

C:\MYDOCUMENTS\BILL\1300-112\AMENDMENT DATED SEPTEMBER 25, 1997

6

DMC000043

| *Interview Summary* | Application No. 08/634,374 | Applicant(s) Haugh |
|---|---|---|
| | Examiner Elizabeth Shaw | Group Art Unit 3303 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Elizabeth Shaw* _____  (3) _____

(2) *Larry Saret* _____  (4) _____

Date of Interview _____ *Nov 19, 1997* _____

Type: [X] Telephonic  [ ] Personal (copy is given to  [ ] applicant  [ ] applicant's representative).

Exhibit shown or demonstration conducted:  [ ] Yes  [X] No.  If yes, brief description:
_____
_____

Agreement  [X] was reached.  [ ] was not reached.

Claim(s) discussed: *1*

Identification of prior art discussed:
*Henry*
_____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
*Additional language was discussed to insure that claim 1 read over the prior art patent to Henry.*
_____
_____
*See Examiner's Amendment.*
_____
_____
_____

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1. [X] It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. [ ] Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

U.S. Patent and Trademark Office
PTO-413 (Rev. 10-95)  Interview Summary  Paper No. 5

DMC000044

#6/B

| | Application No. | Applicant(s) |
|---|---|---|
| *Notice of Allowability* | 08/634,374 | Haugh |
| | Examiner | Group Art Unit |
| | Elizabeth Shaw | 3303 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

[X] This communication is responsive to *amendment filed on Oct. 3, 1997 and telephone interview on Nov. 19, 199*7

[X] The allowed claim(s) is/are *1-11*

[ ] The drawings filed on _____ are acceptable.

[ ] Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   [ ] All [ ] Some* [ ] None of the CERTIFIED copies of the priority documents have been

      [ ] received.

      [ ] received in Application No. (Series Code/Serial Number) _____ .

      [ ] received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____ .

[ ] Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

[ ] Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

[X] Applicant MUST submit NEW FORMAL DRAWINGS

   [X] because the originally filed drawings were declared by applicant to be informal.

   [ ] including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

   [ ] including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

   [ ] including changes required by the attached Examiner's Amendment/Comment.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

[ ] Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

   [ ] Notice of References Cited, PTO-892

   [ ] Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

   [ ] Notice of Draftsperson's Patent Drawing Review, PTO-948

   [ ] Notice of Informal Patent Application, PTO-152

   [X] Interview Summary, PTO-413

   [X] Examiner's Amendment/Comment

   [ ] Examiner's Comment Regarding Requirement for Deposit of Biological Material

   [ ] Examiner's Statement of Reasons for Allowance

*Robert F. Swiatek*

U S Patent and Trademark Office
PTO-37 (Rev. 9-95)

Notice of Allowability

Part of Paper No. __**6**__

Serial Number: 08/634374                                        Page 2

Art Unit: 3303

## EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with Larry Saret on November 19, 1997.

The application has been amended as follows:

In claim 1, line 6, after the word "and" the phrase --substantially all of said bolster-- has been inserted and after the word "disposed" the word --exteriorly-- has been inserted.

Summary: claims 1-11 are allowed.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Elizabeth Shaw whose telephone number is (703) 308-1853.

*Elizabeth Shaw*                          *Robert P. Swiatek*

Elizabeth Shaw d-YE

November 19, 1997

DMC000046



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| | | | | |

First Named
Applicant

TITLE OF
INVENTION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as YES, verify your
   current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the
   FEE DUE shown above and notify the Patent and
   Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown
   above.

If the SMALL ENTITY is shown as NO:

   A. Pay FEE DUE shown above, or

   B. File verified statement of Small Entity Status before, or with,
   payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
   ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
   should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
   B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
   Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

**PATENT AND TRADEMARK OFFICE COPY**

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)                                    ☆U.S.GOVERNMENT PRINTING OFFICE 1987-433-221/52716

DMC000047

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to: **Box ISSUE FEE**
Assistant Commissioner for Patents
Washington, D.C. 20231

*242-666*
*801-3*

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Fee address above on the date indicated below.

Robbi Shew _(Depositor's name)_

_Robbi Shew_ _(Signature)_

February 17, 1998 _(Date)_

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| | | | | 11/25/97 |

First Named Applicant

TITLE OF INVENTION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | | | | | | 02/25/98 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 LAFF, WHITESEL, CONTE & SARET, LTD.
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type) PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    Flexi-Mat Corporation

(B) RESIDENCE: (CITY & STATE OR COUNTRY)  Chicago, Illinois USA

Please check the appropriate assignee category indicated below (will not be printed on the patent):
☐ individual  ☒ corporation or other private group entity  ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies  10

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER  12-0064
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☒ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS IS requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _Philip L. Conte_    (Date) 02/17/98

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

*Burden Hour Statement:* This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

02/26/1998 LBERGER  00000139 08634374
01 FC:242                    660.00 OP
02 FC:561                     30.00 OP

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

DMC000048