**EXHIBIT I**

U.S. Patent        Jun. 16, 1998        Sheet 2 of 2        5,765,502



"the bottom portion"

"the perimeter of the bottom portion"

FIG. 4

FIG. 5

