**EXHIBIT J**

**U.S. Patent**    Jun. 16, 1998    Sheet 2 of 2    **5,765,502**

"the bottom portion"

"exteriorly about at least a portion of the perimeter of the bottom portion"

**FIG. 4**

**FIG. 5**



EXHIBIT

726