**EXHIBIT M**



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1996 by Merriam-Webster, Incorporated

Philippines Copyright 1996 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1996
423—dc20                                                95-36076
                                                                    CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

141516RMcN96

**ab·la·tion** \a-'blā-shən\ n (15c) : the process of ablating: as **a** : surgical removal **b** : loss of a part (as ice from a glacier or the outside of a nose cone) by melting or vaporization

¹**ab·la·tive** \'a-blə-tiv\ adj (15c) : of, relating to, or constituting a grammatical case expressing typically the relations of separation and source and also frequently such relations as cause or instrument — **ablative** n

²**ab·la·tive** \a-'blā-tiv\ adj (ca. 1569) **1** : of or relating to ablation **2** : tending to ablate ⟨~ material on a nose cone⟩ — **ab·la·tive·ly** adv

**ablative absolute** \'a-blə-tiv-\ n (ca. 1828) : a construction in Latin in which a noun or pronoun and its adjunct both in the ablative case form together an adverbial phrase expressing generally the time, cause, or an attendant circumstance of an action

**ab·laut** \'ä-blaut, 'a-; 'äp-,laut\ n [G, fr. ab away from + Laut sound] (1849) : a systematic variation of vowels in the same root or affix or in related roots or affixes esp. in the Indo-European languages that is usu. paralleled by differences in use or meaning (as in sing, sang, sung, song)

**ablaze** \ə-'blāz\ adj or adv (1801) **1** : being on fire **2** : radiant with light or emotion ⟨his face all ~ with excitement —Bram Stoker⟩

**able** \'ā-bəl\ adj **abler** \-b(ə-)lər\; **ablest** \-b(ə-)ləst\ [ME, fr. MF, fr. L habilis apt, fr. habēre to have — more at HABIT] (14c) **1 a** : having sufficient power, skill, or resources to accomplish an object **b** : susceptible to action or treatment **2** : marked by intelligence, knowledge, skill, or competence — **ably** \'ā-b(ə-)lē\ adv

**-able** also **-ible** adj suffix [ME, fr. OF, fr. L -abilis, -ibilis, fr. -a-, -i-, verb stem vowels + -bilis capable or worthy of] **1** : capable of, fit for, or worthy of (being so acted upon or toward) — chiefly in adjectives derived from verbs ⟨breakable⟩ ⟨collectible⟩ **2** : tending, given, or liable to ⟨agreeable⟩ ⟨perishable⟩ — **-ably** also **-ibly** adv suffix

**able–bod·ied** \,ā-bəl-'bä-dēd\ adj (ca. 1622) : having a sound strong body

**able–bodied seaman** n (ca. 1909) : ABLE SEAMAN

**able seaman** n (1702) : an experienced deck-department seaman qualified to perform routine duties at sea

**abloom** \ə-'blüm\ adj (1855) : abounding with blooms : BLOOMING ⟨parks ~ with roses⟩

**ab·lut·ed** \ə-'blü-təd, a-\ adj [back-formation fr. ablution] (1650) : washed clean

**ab·lu·tion** \ə-'blü-shən, a-\ n [ME, fr. MF or L; MF, fr. L ablution-, ablutio, fr. abluere to wash away, fr. ab- + luere to wash; akin to L lavere to wash — more at LYE] (1533) **1 a** : the washing of one's body or part of it (as in a religious rite) **b** pl : the act or action of bathing **2** pl, Brit : a building housing bathing and toilet facilities on a military base — **ab·lu·tion·ary** \-shə-,ner-ē\ adj

**ABM** \,ā-(,)bē-'em\ n, pl **ABM's** or **ABMs** \-'emz\ (1963) : ANTIBALLISTIC MISSILE

**Ab·na·ki** \ab-'nä-kē\ var of ABENAKI

**ab·ne·gate** \'ab-ni-,gāt\ vt **-gat·ed; -gat·ing** [back-formation fr. abnegation] (1623) **1** : DENY, RENOUNCE ⟨abnegated their God⟩ **2** : SURRENDER, RELINQUISH ⟨abnegated her powers⟩ — **ab·ne·ga·tor** \-,gā-tər\ n

**ab·ne·ga·tion** \,ab-ni-'gā-shən\ n [LL abnegation-, abnegatio, fr. L abnegare to refuse, fr. ab- + negare to deny — more at NEGATE] (14c) : DENIAL; esp : SELF-DENIAL

¹**ab·nor·mal** \(,)ab-'nor-məl, əb-\ adj [alter. of F anormal, fr. ML anormalis, fr. L a- + LL normalis normal] (ca. 1836) : deviating from the normal or average : UNUSUAL, EXCEPTIONAL ⟨~ behavior⟩ — **ab·nor·mal·ly** \-mə-lē\ adv

²**abnormal** n (1912) : an abnormal person

**ab·nor·mal·i·ty** \,ab-nər-'ma-lə-tē, -(,)nor-\ n, pl **-ties** (1854) **1** : the quality or state of being abnormal **2** : something abnormal

**abnormal psychology** n (ca. 1903) : a branch of psychology concerned with mental and emotional disorders (as neuroses, psychoses, and mental deficiency) and with certain incompletely understood normal phenomena (as dreams and hypnosis)

**abo** \'a-(,)bō\ n, pl **ab·os** (1908) Austral : ABORIGINE — often used disparagingly

¹**aboard** \ə-'bōrd, -'bord\ adv or adj (14c) **1** : ALONGSIDE **2 a** : on, onto, or within a vehicle (as a car or ship) **b** : in or into a group, association, or organization ⟨her second promotion since coming ~⟩ **3** baseball : on base

²**aboard** prep (15c) : ON, ONTO, WITHIN ⟨go ~ ship⟩ ⟨~ a plane⟩

**ABO blood group** \,ā-(,)bē-'ō-\ n (1949) : any of the four blood groups A, B, AB, and O comprising the ABO system

**abode** \ə-'bōd\ n [ME abod, fr. abiden to abide] (13c) **1** obs : WAIT, DELAY **2** : a temporary stay : SOJOURN **3** : the place where one abides : HOME

**aboil** \ə-'boi(ə)l\ adj or adv (1810) **1** : being at the boiling point : BOILING **2** : intensely excited or stirred up ⟨the meeting was ~ with controversy⟩

**abol·ish** \ə-'bä-lish\ vt [ME abolisshen, fr. MF aboliss-, stem of abolir, fr. L abolēre; prob. akin to adolescere to grow up — more at ADULT] (15c) **1** : to end the observance or effect of : ANNUL **2** : DESTROY — **abol·ish·able** \-li-shə-bəl\ adj — **abol·ish·er** n — **abol·ish·ment** \-mənt\ n

**ab·o·li·tion** \,a-bə-'li-shən\ n [MF, fr. L abolition-, abolitio, fr. abolēre] (1529) **1** : the act of abolishing : the state of being abolished **2** : the abolishing of slavery — **ab·o·li·tion·ary** \-'li-shə-n-,er-ē\ adj

**ab·o·li·tion·ism** \-'li-shə-,ni-zəm\ n (1808) : principles or measures fostering abolition esp. of slavery — **ab·o·li·tion·ist** \-ist\ n or adj

**ab·oma·sum** \,a-bō-'mā-səm\ n, pl **-sa** \-sə\ [NL, fr. L ab- + omasum ox's tripe] (ca. 1706) : the fourth compartment of the ruminant stomach that follows the omasum and has a true digestive function — compare RUMEN, RETICULUM — **ab·oma·sal** \-səl\ adj

**A–bomb** \'ā-,bäm\ n (1945) : ATOMIC BOMB 1

**abom·i·na·ble** \ə-'bäm-nə-bəl, -'bä-mə-\ adj (14c) **1** : worthy of or causing disgust or hatred : DETESTABLE ⟨the ~ treatment of the poor⟩ **2** : quite disagreeable or unpleasant ⟨~ weather⟩ — **abom·i·na·bly** \-blē\ adv

**abominable snow·man** \-'snō-mən, -,man\ n, often cap A&S (1921) : a mysterious creature with human or apelike characteristics reported to exist in the high Himalayas — called also yeti

**abom·i·nate** \ə-'bä-mə-,nāt\ vt **-nat·ed; -nat·ing** [L abominatus, pp. of abominari, lit., to deprecate as an ill omen, fr. ab- + omin-, omen omen] (1644) : to hate or loathe intensely : ABHOR syn see HATE — **abom·i·na·tor** \-,nā-tər\ n

**abom·i·na·tion** \ə-,bä-mə-'nā-shən\ n (14c) **1** : something abominable **2** : extreme disgust and hatred : LOATHING

**ab·oral** \(,)a-'bōr-əl, -'bȯr-\ adj (1857) : situated opposite to or away from the mouth ⟨a sea urchin's ~ surface⟩ — **ab·oral·ly** \-ə-lē\ adv

¹**ab·orig·i·nal** \,a-bə-'rij-nəl, -'ri-jə-n²l\ adj (1667) **1** : being the first or earliest known of its kind present in a region ⟨~ forests⟩ ⟨~ rocks⟩ **2 a** : of or relating to aborigines **b** often cap : of or relating to the indigenous peoples of Australia syn see NATIVE — **ab·orig·i·nal·ly** adv

²**aboriginal** n (1767) **1** : ABORIGINE 1 **2** often cap : ABORIGINE 2

**ab·orig·i·ne** \,a-bə-'rij-(,)nē, -'ri-jə-\ n [L aborigines, pl., fr. ab origine from the beginning] (1533) **1** : an aboriginal inhabitant esp. as contrasted with an invading or colonizing people **2** often cap : a member of any of the indigenous peoples of Australia

¹**aborn·ing** \ə-'bȯr-niŋ\ adv [¹a- + E dial. borning (birth)] (1916) : while being born or produced ⟨a resolution that died ~⟩

²**aborning** adj (1943) : being born or produced ⟨the ~ fiasco⟩

¹**abort** \ə-'bȯrt\ vb [L abortus, pp. of aboriri to miscarry, fr. ab- + oriri to rise, be born — more at ORIENT] vi (1580) **1** : to bring forth premature or stillborn offspring **2** : to become checked in development so as to degenerate or remain rudimentary ~ vt **1 a** : to induce the abortion of or give birth to prematurely **b** : to terminate the pregnancy of before term **2 a** : to terminate prematurely : CANCEL ⟨~ a project⟩ ⟨~ a spaceflight⟩ **b** : to stop in the early stages ⟨~ a disease⟩ — **abort·er** n

²**abort** n (1944) : the premature termination of a flight (as of an aircraft or spacecraft), a mission, or an action or procedure relating to a flight ⟨a launch ~⟩

**abor·ti·fa·cient** \ə-,bȯr-tə-'fā-shənt\ n (1873) : an agent (as a drug) that induces abortion — **abortifacient** adj

**abor·tion** \ə-'bȯr-shən\ n (1547) **1** : the termination of a pregnancy after, accompanied by, resulting in, or closely followed by the death of the embryo or fetus: as **a** : spontaneous expulsion of a human fetus during the first 12 weeks of gestation — compare MISCARRIAGE **b** : induced expulsion of a human fetus **c** : expulsion of a fetus by a domestic animal often due to infection at any time before completion of pregnancy — compare CONTAGIOUS ABORTION **2** : MONSTROSITY **3** : arrest of development (as of a part or process) resulting in imperfection; also : a result of such arrest

**abor·tion·ist** \-sh(ə-)nist\ n (1871) : one who induces abortions

**abor·tive** \ə-'bȯr-tiv\ adj (14c) **1** obs : prematurely born **2** : FRUITLESS, UNSUCCESSFUL **3** : imperfectly formed or developed **4** : tending to cut short — **abor·tive·ly** adv — **abor·tive·ness** n

**ABO system** \,ā-(,)bē-'ō-\ n (1944) : the basic system of antigens of human blood behaving in heredity as an allelic unit to produce any of the ABO blood groups

**abound** \ə-'baund\ vi [ME, fr. MF abonder, fr. L abundare, fr. ab- + unda wave — more at WATER] (14c) **1** : to be present in large numbers or in great quantity : be prevalent **2** : to be copiously supplied ⟨life ~ed in mysteries —Norman Mailer⟩ ⟨institutions ~ with evidence of his success —Johns Hopkins Mag.⟩

¹**about** \ə-'baut\ adv [ME, fr. OE abūtan, fr. ¹a- + būtan outside — more at BUT] (bef. 12c) **1 a** : reasonably close to ⟨~ a year ago⟩ **b** : ALMOST ⟨~ starved⟩ **c** : on the verge of — usu. used with be and a following infinitive ⟨is ~ to join the army⟩; used with a negative to express intention or determination ⟨not ~ to quit⟩ **2** : on all sides : AROUND **3 a** : in rotation **b** : around the outside **4** : HERE AND THERE **5** : in the vicinity : NEAR **6** : in succession : ALTERNATELY ⟨turn ~ is fair play⟩ **7** : in the opposite direction ⟨face ~⟩ ⟨the other way ~⟩

²**about** prep (bef. 12c) **1** : in a circle around : on every side of : AROUND **2 a** : in the immediate neighborhood of : NEAR **b** : on or near the person of **c** : in the makeup of ⟨a mature wisdom ~ him⟩ **d** : at the command of ⟨has his wits ~ him⟩ **3** : engaged in ⟨act as if they know what they're ~ —T. S. Matthews⟩ **4 a** : with regard to : CONCERNING **b** : concerned with **c** : fundamentally concerned with or directed toward ⟨poker is ~ money —David Mamet⟩ **5** : over or in different parts of

³**about** adj (1815) **1** : moving from place to place; specif : being out of bed **2** : AROUND 2

**about–face** \ə-'baut-'fās\ n [fr. the imper. phrase about face] (1861) **1** : a 180° turn to the right from the position of attention **2** : a reversal of direction **3** : a reversal of attitude, behavior, or point of view — **about–face** vi

**about–turn** \-'tərn\ n (1893) Brit : ABOUT-FACE

¹**above** \ə-'bəv\ adv [ME, fr. OE abufan, fr. a- + bufan above, fr. be- + ufan above; akin to OE ofer over] (bef. 12c) **1 a** : in the sky : OVERHEAD **b** : in or to heaven **2 a** : in or to a higher place **b** : higher on the same page or on a preceding page **c** : UPSTAIRS **d** : above zero ⟨10 degrees ~⟩ **3** : in or to a higher rank or number ⟨30 and ~⟩ **4** archaic : in addition : BESIDES **5** : UPSTAGE

²**above** prep (bef. 12c) **1** : in or to a higher place than : OVER **2 a** : superior to (as in rank, quality, or degree) **b** : out of reach of **c** : in preference to **d** : too proud or honorable to stoop to **3** : exceeding in number, quantity, or size : more than **4** : as distinct from and in addition to ⟨heard the whistle ~ the roar of the crowd⟩

³**above** n, pl **above** (13c) **1** : something that is above **b** : a person whose name is written above **2 a** : a higher authority **b** : HEAVEN usage Although still objected to by some, the use of above as a noun in sense 1a ⟨none of the above⟩ ⟨the above is Theseus's opinion —William Blake⟩ and as an adjective ⟨without the above reserve —O. W. Holmes †1935⟩ ⟨I was brought up on the above words —Viscount Montgomery⟩ has been long established as standard.

⁴**above** adj (1604) : written or discussed higher on the same page or on a preceding page usage see ³ABOVE

\ə\ abut  \'\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \u\ foot
\y\ yet  \zh\ vision  \ä, k, ⁿ, œ, ōē, ue, ūe, ¹\ see Guide to Pronunciation

the profile   4 : an arrangement of groups or forces in relation to one another ⟨new ∼s within the political party⟩
¹**alike** \ə-'līk\ adv (14c) : in the same manner, form, or degree : EQUALLY ⟨was denounced by teachers and students ∼⟩
²**alike** adj [ME ilik, ilich (fr. OE gelic) & alik, alter. of OE onlic, fr. on + lic body — more at LIKE] (15c) : exhibiting close resemblance without being identical ⟨∼ in their beliefs⟩ — **alike·ness** n
¹**al·i·ment** \'a-lə-mənt\ n [ME, fr. L alimentum, fr. alere to nourish — more at OLD] (15c) : FOOD, NUTRIMENT; also : SUSTENANCE ⟨there was nothing there of conversational ∼ —Kingsley Amis⟩
²**al·i·ment** \-,ment\ vt (15c) : to give aliment to : NOURISH, SUSTAIN
**al·i·men·ta·ry** \,a-lə-'men-t(ə-)rē\ adj (1615)   1 : of or relating to nourishment or nutrition   2 : furnishing sustenance or maintenance
**alimentary canal** n (1764) : the tubular passage that extends from mouth to anus and functions in digestion and absorption of food and elimination of residual waste
**al·i·men·ta·tion** \,a-lə-mən-'tā-shən, -,men-\ n (ca. 1656) : the act or process of affording nutriment or nourishment ⟨intravenous ∼⟩
**al·i·mo·ny** \'a-lə-,mō-nē\ n, pl -nies [L alimonia sustenance, fr. alere] (1656)   1 : an allowance made to one spouse by the other for support pending or after legal separation or divorce   2 : the means of living : MAINTENANCE
**A–line** \'ā-,līn\ adj (1964) : having a flared bottom and a close-fitting top — used of a garment ⟨an ∼ skirt⟩
**al·i·phat·ic** \,a-lə-'fa-tik\ adj [ISV, fr. Gk aleiphat-, aleiphar oil, fr. aleiphein to smear; perh. akin to Gk lipos fat — more at LEAVE] (1889) : of, relating to, or being an organic compound having an open-chain structure (as an alkane) — compare ALICYCLIC, AROMATIC 2
**al·i·quot** \'a-lə-,kwät, -kwət\ adj [ML aliquotus, fr. L aliquot some, several, fr. alius other + quot how many — more at ELSE, QUOTE] (1570)   1 : contained an exact number of times in something else — used of a divisor or part ⟨5 is an ∼ part of 15⟩ ⟨an ∼ portion of a solution⟩   2 : FRACTIONAL ⟨an ∼ part of invested capital⟩ — **aliquot** n
**A–list** \'ā-,list\ n (1980) : a list or group of individuals of the highest level of society, excellence, or eminence
**alit·er·a·cy** \,ā-'li-tər-ə-sē, ə-'\ n (1984) : the quality or state of being able to read but uninterested in doing so — **alit·er·ate** \-'li-tər-ət\ adj or n
**alive** \ə-'līv\ adj [ME, fr. OE on life, fr. on + lif life] (bef. 12c)   1 : having life : not dead or inanimate   2 : still in existence, force, or operation : ACTIVE ⟨kept hope ∼⟩   3 : knowing or realizing the existence of : SENSITIVE ⟨∼ to the danger⟩   4 : marked by alertness, energy, or briskness   5 : marked by much life, animation, or activity : SWARMING ⟨streets ∼ with traffic⟩   6 — used as an intensive following the noun ⟨the proudest boy ∼⟩   syn see AWARE — **alive·ness** n
**ali·yah** or **ali·ya** \ä-'lē-(,)yä, ,ä-lē-'yä\ n [NHeb 'aliyāh, fr. Heb. ascent] (ca. 1934) : the immigration of Jews to Israel
**aliz·a·rin** \ə-'li-zə-rən\ n [prob. fr. F alizarine] (ca. 1835)   1 : an orange or red crystalline compound $C_{14}H_8O_4$ formerly prepared from madder and now made synthetically and used esp. to dye Turkey reds and in making red pigments   2 : any of various acid, mordant, and solvent dyes derived like alizarin proper from anthraquinone
**al·ka·hest** \'al-kə-,hest\ n [NL alchahest] (1641) : the universal solvent believed by alchemists to exist — **al·ka·hes·tic** \,al-kə-'hes-tik\ adj
**al·ka·li** \'al-kə-,lī\ n, pl -lies or -lis [ME, fr. ML, fr. Ar al-qili the ashes of the plant saltwort] (14c)   1 : a soluble salt obtained from the ashes of plants and consisting largely of potassium or sodium carbonate; broadly : a substance (as a hydroxide or carbonate of an alkali metal) having marked basic properties — compare BASE 7a   2 : ALKALI METAL   3 : a soluble salt or a mixture of soluble salts present in some soils of arid regions in quantity detrimental to agriculture
**alkali metal** n (ca. 1885) : any of the univalent mostly basic metals of group I of the periodic table comprising lithium, sodium, potassium, rubidium, cesium, and francium — see PERIODIC TABLE table
**al·ka·lim·e·ter** \,al-kə-'li-mə-tər\ n [F alcalimètre, fr. alcali alkali + -mètre -meter] (ca. 1828) : an apparatus for measuring the strength or the amount of alkali in a mixture or solution — **al·ka·lim·e·try** \-'li-mə-trē\ n
**al·ka·line** \'al-kə-lən, -,līn\ adj (1677) : of, relating to, containing, or having the properties of an alkali or alkali metal : BASIC; esp : of a solution : having a pH of more than 7 — **al·ka·lin·i·ty** \,al-kə-'li-nə-tē\ n
**alkaline battery** n (1941) : a long-lived dry cell that has an alkaline electrolyte which decreases corrosion of the cell — called also **alkaline cell**
**alkaline earth metal** n (ca. 1903) : any of the bivalent strongly basic metals of group II of the periodic table comprising beryllium, magnesium, calcium, strontium, barium, and radium — called also **alkaline earth**; see PERIODIC TABLE table
**alkaline phosphatase** n (1949) : any of the phosphatases that are optimally active in alkaline medium and occur in esp. high concentrations in bone, the liver, the kidneys, and the placenta
**al·ka·lin·ize** \'al-kə-lə-,nīz\ vt -ized; -iz·ing (1800) : to make alkaline — **al·ka·lin·iza·tion** \,al-kə-,li-nə-'zā-shən, -lə-nə-\ n
**al·ka·loid** \'al-kə-,lȯid\ n (1831) : any of numerous usu. colorless, complex, and bitter organic bases (as morphine or codeine) containing nitrogen and usu. oxygen that occur esp. in seed plants — **al·ka·loi·dal** \,al-kə-'lȯi-d³l\ adj
**al·ka·lo·sis** \,al-kə-'lō-səs\ n (1911) : an abnormal condition of increased alkalinity of the blood and tissues — **al·ka·lot·ic** \-'lä-tik\ adj
**al·kane** \'al-,kān\ n [alkyl + -ane] (1899) : any of numerous saturated hydrocarbons; specif : any of a series of open-chain hydrocarbons $C_nH_{2n+2}$ (as methane and butane) — called also **paraffin**
**al·ka·net** \'al-kə-,net\ n [ME, fr. OSp alcaneta, dim. of alcana henna shrub, fr. ML alchanna, fr. Ar al-hinnā' the henna] (14c)   1   a : a European plant (Alkanna tinctoria) of the borage family; also : its root   b : a red dyestuff prepared from the root   2 : a plant (Anchusa officinalis) of the borage family with delicate usu. blue flowers
**al·kene** \'al-,kēn\ n [ISV alkyl + -ene] (1899) : any of numerous unsaturated hydrocarbons having one double bond; specif : any of a series of open-chain hydrocarbons $C_nH_{2n}$ (as ethylene)
**alk·ox·ide** \al-'käk-,sīd, -səd\ n [alkyl + oxide] (ca. 1889) : a basic salt derived from an alcohol by the replacement of the hydroxyl hydrogen with a metal

**alk·oxy** \'al-,käk-sē\ adj [ISV alkyl + oxygen] (ca. 1925) : of, relating to, or containing a univalent radical composed of an alkyl group united with oxygen — often used in combination
**al·kyd** \'al-kəd\ n [blend of alkyl and acid] (1929)   1 : any of numerous synthetic resins that are used esp. for protective coatings and in paint   2 : a paint in which the vehicle is an alkyd resin
¹**al·kyl** \'al-kəl\ adj (1882) : having a monovalent organic group and esp. one $C_nH_{2n+1}$ (as methyl) derived from an alkane (as methane)
²**alkyl** n [prob. fr. G, fr. Alkohol alcohol] (1952) : a compound of one or more alkyl groups with a metal ⟨mercury ∼s⟩
**alkylating agent** n (1900) : a substance that causes replacement of hydrogen by an alkyl group esp. in a biologically important molecule; specif : one with mutagenic activity that inhibits cell division and growth and is used to treat some cancers
**al·kyl·ation** \,al-kə-'lā-shən\ n (1900) : the act or process of introducing one or more alkyl groups into a compound (as to increase octane number in a motor fuel) — **al·kyl·ate** \'al-kə-,lāt\ vt
**al·kyne** \'al-,kīn\ n [alkyl + -yne, alter. of -ine] (ca. 1909) : any of a series of open-chain hydrocarbons $C_nH_{2n-2}$ (as acetylene) having one triple bond
¹**all** \'ȯl\ adj [ME all, al, fr. OE eall; akin to OHG all all] (bef. 12c)   1   a : the whole amount or quantity of ⟨needed ∼ the courage they had⟩ ⟨sat up ∼ night⟩   b : as much as possible ⟨spoke in ∼ seriousness⟩   2 : every member or individual component of ⟨∼ men will go⟩ ⟨∼ five children were present⟩   3 : the whole number or sum of ⟨∼ the angles of a triangle are equal to two right angles⟩   4 : EVERY ⟨∼ manner of hardship⟩   5 : any whatever ⟨beyond ∼ doubt⟩   6 : nothing but : ONLY : a : completely taken up with, given to, or absorbed by ⟨became ∼ attention⟩   b : having or seeming to have (some physical feature) in conspicuous excess or prominence ⟨∼ legs⟩   c : paying full attention with ⟨∼ ears⟩   7 dial : used up : entirely consumed — used esp. of food and drink   8 : being more than one person or thing ⟨who ∼ is coming⟩   syn see WHOLE — **all the** : as much of . . . as : as much of a . . . as ⟨all the home I ever had⟩
²**all** adv (bef. 12c)   1   a : WHOLLY, QUITE ⟨sat ∼ alone⟩ — often used as an intensive ⟨∼ out of proportion⟩ ⟨∼ over the yard⟩   b : selected as the best (as at a sport) within an area or organization — used in combination ⟨all-league halfback⟩   2 obs : ONLY, EXCLUSIVELY   3 archaic : JUST   4 : so much ⟨∼ the better for it⟩   5 : for each side : APIECE ⟨the score is two ∼⟩
³**all** pron (bef. 12c)   1 : the whole number, quantity, or amount : TOTALITY ⟨∼ that I have⟩ ⟨∼ of us⟩ ⟨∼ of the books⟩   2 : EVERYBODY, EVERYTHING ⟨gave equal attention to ∼⟩ ⟨that is ∼⟩ — **all in all** : on the whole : GENERALLY ⟨all in all, things might have been worse⟩ — **and all** : and everything else esp. of a kind suggested by a previous context ⟨cards to fill out with . . . numbers and all —Sally Quinn⟩
⁴**all** n (1593) : the whole of one's possessions, resources, or energy ⟨gave his ∼ for the cause⟩
**all-** or **allo-** comb form [Gk, fr. allos other — more at ELSE]   1 : other : different : atypical ⟨allogamous⟩ ⟨allotropy⟩   2 allo- : isomeric form or variety of (a specified chemical compound) ⟨allopurinol⟩   3 allo- : being one of a group whose members together constitute a structural unit esp. of a language ⟨allophone⟩
¹**al·la breve** \,a-lə-'brev, ,ä-lə-'bre-(,)vā\ n [It, lit., according to the breve] (ca. 1740) : the sign marking a piece or passage to be played alla breve; also : a passage so marked
²**alla breve** adv or adj (ca. 1823) : in duple or quadruple time with the beat represented by the half note



alla breve

**Al·lah** \'ä-lə, 'a-lə, 'ä-,lä, ä-'lä\ n [Ar allāh] (1584) : GOD 1a — used in Islam
**all along** adv (1670) : all the time ⟨knew the truth all along⟩
¹**all–Amer·i·can** \,ȯ-lə-'mer-ə-kən\ adj (1888)   1   a also **all–America** : selected (as by a poll of journalists) as one of the best in the U.S. in a particular category at a particular time ⟨an ∼ quarterback⟩   b : having only all-American participants ⟨an ∼ basketball team⟩   2 : composed wholly of American elements   3 : representative or typical of the U.S. or its ideals ⟨an ∼ boy⟩ ⟨her ∼ optimism⟩   4 : of or relating to the American nations as a group
²**all–American** n (1920) : one (as an athlete) that is voted all-American
**al·lan·to·in** \ə-'lan-tə-wən\ n [prob. fr. G, fr. NL allantois + G -in] (ca. 1845) : a crystalline oxidation product $C_4H_6N_4O_3$ of uric acid used to promote healing of local wounds and infections
**al·lan·to·is** \ə-'lan-tə-wəs\ n, pl **al·lan·to·ides** \,a-lən-'tō-ə-,dēz, ,a-,lan-\ [NL, ultim. fr. Gk allant-, allas sausage] (1646) : a vascular fetal membrane of reptiles, birds, and mammals that is formed as a pouch from the hindgut and in placental mammals is intimately associated with the chorion in formation of the placenta — **al·lan·to·ic** \,a-lən-'tō-ik, ,a-,lan-\ adj
**al·lar·gan·do** \,ä-lär-'gän-(,)dō\ adj or adv [It, widening, verbal of allargare to widen, fr. al- (fr. L ad-) + largare to widen] (ca. 1893) : becoming gradually slower and more stately — used as a direction in music
**all–around** \,ȯ-lə-'raund\ adj (1867)   1 : considered in or encompassing all aspects : COMPREHENSIVE ⟨the best ∼ performance so far⟩   2 : competent in many fields ⟨an ∼ performer⟩   3 : having general utility or merit
**al·lay** \ə-'lā, a-\ vb [ME alayen, fr. OE ālecgan, fr. ā- (perfective prefix) + lecgan to lay — more at ABIDE, LAY] vt (14c)   1 : to subdue or reduce in intensity or severity : ALLEVIATE ⟨expect a breeze to ∼ the heat⟩   2 : to make quiet : CALM ∼ vi, obs : to diminish in strength : SUBSIDE   syn see RELIEVE
**all but** adv (1593) : very nearly : ALMOST ⟨would be all but impossible⟩
**all clear** n (1902) : a signal that a danger has passed
**all–day** \'ȯl-,dā\ adj (ca. 1870) : lasting for, occupying, or appearing throughout an entire day ⟨an ∼ trip⟩

\ə\ abut   \ʹ\ kitten, F table   \ər\ further   \a\ ash   \ā\ ace   \ä\ mop, mar
\au̇\ out   \ch\ chin   \e\ bet   \ē\ easy   \g\ go   \i\ hit   \ī\ ice   \j\ job
\ŋ\ sing   \ō\ go   \ȯ\ law   \ȯi\ boy   \th\ thin   \t͟h\ the   \ü\ loot   \u̇\ foot
\y\ yet   \zh\ vision   \ä, k̲, ⁿ, œ, œ̄, ᵫ, ᵻ, ʸ\ see Guide to Pronunciation

**Express Mail** *service mark* — used for overnight delivery of mail
**ex·press·man** \ik-'spres-,man, -mən\ *n* (1839) : a person employed in the express business
**ex·pres·so** \ik-'spre-(,)sō\ *var of* ESPRESSO
**ex·press·way** \ik-'spres-,wā\ *n* (1944) : a high-speed divided highway for through traffic with access partially or fully controlled
**ex·pro·pri·ate** \ek-'sprō-prē-,āt\ *vt* **-at·ed; -at·ing** [ML *expropriatus*, pp. of *expropriare*, fr. L *ex-* + *proprius* own] (1611) 1 : to deprive of possession or proprietary rights 2 : to transfer (the property of another) to one's own possession — **ex·pro·pri·a·tor** \-,ā-tər\ *n*
**ex·pro·pri·a·tion** \(,)ek-,sprō-prē-'ā-shən\ *n* (15c) : the act of expropriating or the state of being expropriated; *specif* : the action of the state in taking or modifying the property rights of an individual in the exercise of its sovereignty
**ex·pulse** \ik-'spəls\ *vt* **ex·pulsed; ex·puls·ing** (15c) : EXPEL
**ex·pul·sion** \ik-'spəl-shən\ *n* [ME, fr. L *expulsion-, expulsio*, fr. *expellere* to expel] (15c) : the act of expelling : the state of being expelled — **ex·pul·sive** \-'spəl-siv\ *adj*
**ex·punc·tion** \ik-'spəŋ(k)-shən\ *n* [L *expungere*] (1606) : the act of expunging : the state of being expunged : ERASURE
**ex·punge** \ik-'spənj\ *vt* **ex·punged; ex·pung·ing** [L *expungere* to mark for deletion by dots, fr. *ex-* + *pungere* to prick — more at PUNGENT] (1602) 1 : to strike out, obliterate, or mark for deletion 2 : to efface completely : DESTROY — **ex·pung·er** *n*
**ex·pur·gate** \'ek-spər-,gāt\ *vt* **-gat·ed; -gat·ing** [L *expurgatus*, pp. of *expurgare*, fr. *ex-* + *purgare* to purge] (1678) : to cleanse of something morally harmful, offensive, or erroneous; *esp* : to expunge objectionable parts from before publication or presentation (an *expurgated* edition of the letters) — **ex·pur·ga·tion** \,ek-spər-'gā-shən\ *n* — **ex·pur·ga·tor** \'ek-spər-,gā-tər\ *n*
**ex·pur·ga·to·ri·al** \(,)ek-,spər-gə-'tōr-ē-əl, -'tor-\ *adj* (1807) : relating to expurgation or an expurgator : EXPURGATORY
**ex·pur·ga·to·ry** \ek-'spər-gə-,tōr-ē, -,tor-\ *adj* (1625) : serving to purify from something morally harmful, offensive, or erroneous
**¹ex·qui·site** \ek-'skwi-zət, 'ek-(,)\ *adj* [ME *exquisit*, fr. L *exquisitus*, of *exquirere* to search out, fr. *ex-* + *quaerere* to seek] (15c) 1 : carefully selected : CHOICE 2 *archaic* : ACCURATE 3 a : marked by flawless craftsmanship or by beautiful, ingenious, delicate, or elaborate execution b : marked by nice discrimination, deep sensitivity, or subtle understanding (~ taste) c : ACCOMPLISHED, PERFECTED (an ~ gentleman) 4 a : pleasing through beauty, fitness, or perfection (an ~ white blossom) b : ACUTE, INTENSE (~ pain) c : having uncommon or esoteric appeal *syn* see CHOICE — **ex·qui·site·ly** *adv* — **ex·qui·site·ness** *n*
**²exquisite** *n* (1819) : one who is overly fastidious in dress or ornament
**ex·san·gui·na·tion** \(,)ek(s)-,saŋ-gwə-'nā-shən\ *n* [L *exsanguinatus* drained of blood, fr. *ex-* + *sanguin-, sanguis* blood] (ca. 1909) : the action or process of draining or losing blood — **ex·san·gui·nate** \ek(s)-'saŋ-gwə-,nāt\ *vt*
**ex·scind** \ek-'sind\ *vt* [L *exscindere*, fr. *ex-* + *scindere* to cut, tear — more at SHED] (1662) : to cut off or out : EXCISE
**ex·sert** \ek-'sərt\ *vt* [L *exsertus*, pp. of *exserere* — more at EXERT] (1836) : to thrust out — **ex·ser·tile** \-'sər-t°l, -'sər-,tīl\ *adj* — **ex·ser·tion** \-'sər-shən\ *n*
**ex·sert·ed** *adj* (1816) : projecting beyond an enclosing organ or part
**ex·sic·cate** \'ek-si-,kāt\ *vt* **-cat·ed; -cat·ing** [ME, fr. L *exsiccatus*, pp. of *exsiccare*, fr. *ex-* + *siccare* to dry, fr. *siccus* dry — more at SACK] (15c) : to remove moisture from : DRY — **ex·sic·ca·tion** \,ek-si-'kā-shən\ *n*
**ex·so·lu·tion** \,ek-sə-'lü-shən\ *n* (1929) : the process of separating or precipitating from a solid crystalline phase
**ex·tant** \'ek-stənt; ek-'stant, 'ek-,\ *adj* [L *exstant-, exstans*, prp. of *exstare* to stand out, be in existence, fr. *ex-* + *stare* to stand — more at STAND] (1545) 1 *archaic* : standing out or above 2 a : currently or actually existing (the most charming writer ~ —G. W. Johnson) b : not destroyed or lost (~ manuscripts)
**ex·tem·po·ral** \ek-'stem-p(ə-)rəl\ *adj* [L *extemporalis*, fr. *ex tempore*] (1570) *archaic* : EXTEMPORANEOUS — **ex·tem·po·ral·ly** \-ē\ *adv*
**ex·tem·po·ra·ne·ity** \(,)ek-,stem-pə-rə-'nē-ə-tē, -'nā-\ *n* (1937) : the quality or state of being extemporaneous
**ex·tem·po·ra·ne·ous** \(,)ek-,stem-pə-'rā-nē-əs\ *adj* [LL *extemporaneus*, fr. L *ex tempore*] (1673) 1 a (1) : composed, performed, or uttered on the spur of the moment : IMPROMPTU (2) : carefully prepared but delivered without notes or text b : skilled at or given to extemporaneous utterance c : happening suddenly and often unexpectedly and usu. without clearly known causes or relationships (a great deal of criminal and delinquent behavior is . . . ~ —W. C. Reckless) 2 : provided, made, or put to use as an expedient : MAKESHIFT — **ex·tem·po·ra·ne·ous·ly** *adv* — **ex·tem·po·ra·ne·ous·ness** *n*
**ex·tem·po·rary** \ik-'stem-pə-,rer-ē\ *adj* (1596) : EXTEMPORANEOUS — **ex·tem·po·rar·i·ly** \-,stem-pə-'rer-ə-lē\ *adv*
**ex·tem·po·re** \ik-'stem-pə-(,)rē\ *adv or adj* [L *ex tempore*, fr. *ex* + *tempore*, abl. of *tempus* time] (1553) : in an extemporaneous manner (speaking ~)
**ex·tem·por·i·sa·tion, ex·tem·po·rise** *Brit var of* EXTEMPORIZATION, EXTEMPORIZE
**ex·tem·po·ri·za·tion** \ik-,stem-pə-rə-'zā-shən\ *n* (ca. 1860) 1 : the act of extemporizing 2 : something extemporized
**ex·tem·po·rize** \ik-'stem-pə-,rīz\ *vb* **-rized; -riz·ing** *vi* (1644) 1 : to do something extemporaneously : IMPROVISE; *esp* : to speak extemporaneously 2 : to get along in a makeshift manner ~ *vt* 1 : to compose, perform, or utter extemporaneously : IMPROVISE — **ex·tem·po·riz·er** *n*
**ex·tend** \ik-'stend\ *vb* [ME, fr. MF or L; MF *estendre*, fr. L *extendere*, fr. *ex-* + *tendere* to stretch — more at THIN] *vt* (14c) 1 : to spread or stretch forth : UNBEND (~ed both her arms) 2 a : to stretch out to fullest length b : to cause (as a horse) to move at full stride c : to exert (oneself) to full capacity (could work long and hard without seeming to ~ himself) d (1) : to increase the bulk of (as by adding a cheaper substance or a modifier) (2) : ADULTERATE 3 [ME, fr. ML *extendere* (fr. L) or AF *estendre*, fr. OF] a *Brit* : to take possession of (as lands) by a writ of extent b *obs* : to take by force 4 a : to make the offer of : PROFFER (~ing aid to the needy) b : to make available (~ing credit to customers) 5 a : to cause to reach (as in distance or scope) (national authority was ~ed over new territories) b : to cause to be longer : PROLONG (~ the side of a triangle) (~ed their visit another day); *also* : to prolong the time of payment of c : ADVANCE, FURTHER (~ing her potential through job training) 6 a : to cause to be of greater area or volume : ENLARGE b : to increase the scope, meaning, or application of : BROADEN (beauty, I suppose, opens the heart, ~s the consciousness —Algernon Blackwood) c *archaic* : EXAGGERATE ~ *vi* 1 : to stretch out in distance, space, or time : REACH (their jurisdiction ~ed over the whole area) 2 : to reach in scope or application (his concern ~s beyond mere business to real service to his customers) — **ex·tend·abil·i·ty** \-,sten-də-'bi-lə-tē\ *n* — **ex·tend·able** *also* **ex·tend·ible** \-'sten-də-bəl\ *adj*
*syn* EXTEND, LENGTHEN, PROLONG, PROTRACT mean to draw out or add to so as to increase in length. EXTEND and LENGTHEN imply a drawing out in space or time but EXTEND may also imply increase in width, scope, area, or range (*extend* a vacation) (*extend* welfare services) (*lengthen* a skirt) (*lengthen* the workweek). PROLONG suggests chiefly increase in duration esp. beyond usual limits (*prolonged* illness). PROTRACT adds to PROLONG implications of needlessness, vexation, or indefiniteness (*protracted* litigation).
**ex·tend·ed** *adj* (15c) 1 : drawn out in length esp. of time (an ~ visit) 2 a : fully stretched out (an ~ battle line) b *of a horse's gait* : performed with a greatly lengthened stride but without a break — compare COLLECTED c : INTENSIVE (~ efforts) 3 : having spatial magnitude : being larger than a point (an ~ source of light) 4 : EXTENSIVE 1 (made available ~ information —Ruth G. Strickland) 5 : DERIVATIVE 1, SECONDARY 2a (an ~ sense of a word) 6 *of a typeface* : having a wider face than that of a standard typeface — **ex·tend·ed·ly** *adv* — **ex·tend·ed·ness** *n*
**extended family** *n* (ca. 1935) : a family that includes in one household near relatives in addition to a nuclear family
**ex·tend·er** \ik-'sten-dər\ *n* (1611) : one that extends: as a : a substance added to a product esp. in the capacity of a diluent, adulterant, or modifier b : an added ingredient used to increase the bulk of a food (as soup or meat)
**ex·ten·si·ble** \ik-'sten(t)-sə-bəl\ *adj* (1611) : capable of being extended — **ex·ten·si·bil·i·ty** \-,sten(t)-sə-'bi-lə-tē\ *n*
**ex·ten·sile** \ik-'sten(t)-səl, -'sten(t)-,sīl\ *adj* (1744) : EXTENSIBLE
**ex·ten·sion** \ik-'sten(t)-shən\ *n* [ME, fr. MF or LL; MF, fr. LL *extension-, extensio*, fr. L *extendere*] (15c) 1 a : the action of extending : state of being extended b : an enlargement in scope or operation (tools are ~s of human hands) 2 a : the total range over which something extends : COMPASS b : DENOTATION 4 3 a : the stretching of a fractured or dislocated limb so as to restore it to its natural position b : an unbending movement around a joint in a limb (as the knee or elbow) that increases the angle between the bones of the limb at the joint — compare FLEXION 4a 4 : a property whereby something occupies space 5 : an increase in length of time; *specif* : an increase in time allowed under agreement or concession (was granted an ~) 6 : a program that geographically extends the educational resources of an institution by special arrangements (as correspondence courses) to persons otherwise unable to take advantage of such resources 7 a : a part constituting an addition b : a section or line segment forming an additional length c : an extra telephone connected to the principal line 8 : a mathematical set (as a field or group) that includes a given and similar set as a subset
**extension agent** *n* (1949) : COUNTY AGENT
**ex·ten·sion·al** \ik-'stench-nəl, -'sten(t)-shə-n°l\ *adj* (1647) 1 : of, relating to, or marked by extension; *specif* : DENOTATIVE 2 : concerned with objective reality — **ex·ten·sion·al·i·ty** \-,sten(t)-shə-'na-lə-tē\ *n* — **ex·ten·sion·al·ly** \-'stench-nə-lē, -'sten(t)-shə-n°l-ē\ *adv*
**extension cord** *n* (1946) : an electric cord fitted with a plug at one end and a receptacle at the other
**ex·ten·si·ty** \ik-'sten(t)-sə-tē\ *n, pl* **-ties** (ca. 1834) 1 a : the quality of having extension b : degree of extension : RANGE 2 : an attribute of sensation whereby space or size is perceived
**ex·ten·sive** \ik-'sten(t)-siv\ *adj* (1605) 1 : having wide or considerable extent (~ reading) 2 : EXTENSIONAL 3 : of, relating to, or constituting farming in which large areas of land are utilized with minimum outlay and labor — **ex·ten·sive·ly** *adv* — **ex·ten·sive·ness** *n*
**ex·ten·som·e·ter** \,ek-,sten-'sä-mə-tər\ *n* [*extension* + *-o-* + *-meter*] (1887) : an instrument for measuring minute deformations of test specimens caused by tension, compression, bending, or twisting
**ex·ten·sor** \ik-'sten(t)-sər\ *n* (1713) : a muscle serving to extend a bodily part (as a limb)
**ex·tent** \ik-'stent\ *n* [ME, fr. AF & MF; AF *extente* land valuation, fr. MF, area, surveying of land, fr. *extendre, estendre* to extend] (14c) 1 *archaic* : valuation (as of land) in Great Britain esp. for taxation 2 a : seizure (as of land) in execution of a writ of extent in Great Britain : the condition of being so seized b : a writ giving to a creditor temporary possession of his debtor's property 3 a : the range over which something extends : SCOPE (the ~ of her jurisdiction) b : the point, degree, or limit to which something extends (using talents to the greatest ~) c : the amount of space or surface that something occupies or the distance over which it extends : MAGNITUDE (the ~ of the forest)
**ex·ten·u·ate** \ik-'sten-yə-,wāt\ *vt* **-at·ed; -at·ing** [L *extenuatus*, pp. of *extenuare*, fr. *ex-* + *tenuis* thin — more at THIN] (1529) 1 a *archaic* : to make light of b : to lessen or to try to lessen the seriousness or extent of by making partial excuses : MITIGATE c *obs* : DISPARAGE 2 a *archaic* : to make thin or emaciated b : to lessen the strength or effect of — **ex·ten·u·a·tor** \-,wā-tər\ *n* — **ex·ten·u·a·to·ry** \-wə-,tōr-ē, -,tor-\ *adj*
**ex·ten·u·a·tion** \ik-,sten-yə-'wā-shən\ *n* (ca. 1543) 1 : the act of extenuating or state of being extenuated; *esp* : partial justification 2 : something extenuating; *esp* : a partial excuse
**¹ex·te·ri·or** \ek-'stir-ē-ər\ *adj* [L, compar. of *exter, exterus* being on the outside, foreign, fr. *ex*] (1528) 1 : being on an outside surface : situ-

\ə\ abut \ʰ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \ä, k̟, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʳ\ see Guide to Pronunciation

ated on the outside  2 : observable by outward signs ⟨his ~ quietness is belied by an occasional nervous twitch —*Current Biog.*⟩  3 : suitable for use on outside surfaces — **ex·te·ri·or·ly** *adv*
²**exterior** *n* (1591)  1  **a** : an exterior part or surface : OUTSIDE  **b** : outward manner or appearance  2 : a representation (as on stage or film) of an outdoor scene; *also* : a scene filmed outdoors
**exterior angle** *n* (ca. 1864)  1 : the angle between a side of a polygon and an extended adjacent side  2 : an angle formed by a transversal as it cuts one of two lines and situated on the outside of the line
**ex·te·ri·or·ise** *Brit var of* EXTERIORIZE
**ex·te·ri·or·i·ty** \(ˌ)ek-ˌstir-ē-ˈȯr-ə-tē, -ˈär-\ *n* (1611) : the quality or state of being exterior or exteriorized : EXTERNALITY
**ex·te·ri·or·ize** \ek-ˈstir-ē-ə-ˌrīz\ *vt* **-ized**; **-iz·ing** (1879)  1 : EXTERNALIZE  2 : to bring out of the body (as for surgery) — **ex·te·ri·or·iza·tion** \-ˌstir-ē-ə-rə-ˈzā-shən\ *n*

*ega, egb, fhc, fhd* exterior angle 2

**ex·ter·mi·nate** \ik-ˈstər-mə-ˌnāt\ *vt* **-nat·ed; -nat·ing** [L *exterminatus*, pp. of *exterminare*, fr. *ex-* + *terminus* boundary — more at TERM] (1591) : to get rid of completely usu. by killing off ⟨~ crabgrass from a lawn⟩ — **ex·ter·mi·na·tion** \-ˌstər-mə-ˈnā-shən\ *n* — **ex·ter·mi·na·tor** \-ˈstər-mə-ˌnā-tər\ *n*
*syn* EXTERMINATE, EXTIRPATE, ERADICATE, UPROOT mean to effect the destruction or abolition of something. EXTERMINATE implies complete and immediate extinction by killing off all individuals ⟨*exterminate* cockroaches⟩. EXTIRPATE implies extinction of a race, family, species, or sometimes an idea or doctrine by destruction or removal of its means of propagation ⟨many species have been *extirpated* from the area⟩. ERADICATE implies the driving out or elimination of something that has established itself ⟨a campaign to *eradicate* illiteracy⟩. UPROOT implies a forcible or violent removal and stresses displacement or dislodgment rather than immediate destruction ⟨the war *uprooted* thousands⟩.
**ex·ter·mi·na·to·ry** \ik-ˈstər-mə-nə-ˌtōr-ē, -ˌtȯr-\ *adj* (1790) : of, relating to, or marked by extermination
**ex·ter·mine** \ik-ˈstər-mən\ *vt* **-mined; -min·ing** (1539) *obs* : EXTERMINATE
¹**ex·tern** \ek-ˈstərn, ˈek-ˌ\ *adj* [MF or L; MF *externe*, fr. L *externus*] (1530) *archaic* : EXTERNAL
²**ex·tern** *also* **ex·terne** \ˈek-ˌstərn\ *n* (ca. 1610) : a person connected with an institution but not living or boarding in it; *specif* : a nonresident doctor or medical student at a hospital
¹**ex·ter·nal** \ek-ˈstərn-ᵊl\ *adj* [L *externus* external, fr. *exter*] (1556)  1  **a** : capable of being perceived outwardly ⟨~ signs of a disease⟩ ⟨~ reality⟩  **b**  (1) : having merely the outward appearance of something : SUPERFICIAL  (2) : not intrinsic or essential ⟨~ circumstances⟩  2  **a** : of, relating to, or connected with the outside or an outer part  **b** : applied or applicable to the outside  3  **a**  (1) : situated outside, apart, or beyond; *specif* : situated near or toward the surface of the body  (2) : arising or acting from outside ⟨~ force⟩  **b** : of or relating to dealings or relationships with foreign countries  **c** : having existence independent of the mind ⟨~ reality⟩ — **ex·ter·nal·ly** \-ᵊl-ē\ *adv*
²**external** *n* (ca. 1635) : something that is external: as  **a** : an outer part  **b** : an external feature or aspect — usu. used in pl.
**external combustion engine** *n* (1915) : a heat engine (as a steam engine) that derives its heat from fuel consumed outside the engine cylinder
**external degree** *n* (1928) : a degree conferred on a student who has not attended the university but has passed the qualifying examination
**ex·ter·nal·isa·tion, ex·ter·nal·ise** *Brit var of* EXTERNALIZATION, EXTERNALIZE
**ex·ter·nal·ism** \ek-ˈstərn-ᵊl-ˌi-zəm\ *n* (1856)  1 : attention to externals; *esp* : excessive preoccupation with externals  2 : EXTERNALITY 1
**ex·ter·nal·i·ty** \ˌek-ˌstər-ˈna-lə-tē\ *n, pl* **-ties** (1673)  1 : the quality or state of being external or externalized  2 : something that is external  3 : a secondary or unintended consequence ⟨pollution and other *externalities* of manufacturing⟩
**ex·ter·nal·iza·tion** \ek-ˌstərn-ᵊl-ə-ˈzā-shən\ *n* (1803)  1  **a** : the action or process of externalizing  **b** : the quality or state of being externalized  2 : something externalized : EMBODIMENT
**ex·ter·nal·ize** \ek-ˈstərn-ᵊl-ˌīz\ *vt* **-ized; -iz·ing** (1852)  1 : to make external or externally manifest  2 : to attribute to causes outside the self : RATIONALIZE
**external respiration** *n* (1940) : exchange of gases between the external environment and a distributing system of the animal body (as the lungs of higher vertebrates or the tracheal tubes of insects) or between the alveoli of the lungs and the blood — compare INTERNAL RESPIRATION
**ex·tern·ship** \ˈek-ˌstərn-ˌship\ *n* (1945) : a training program that is part of a course of study of an educational institution and is taken in private business
**ex·tero·cep·tive** \ˌek-stə-rō-ˈsep-tiv\ *adj* [*exterior* + *-o-* + *-ceptive* (as in *receptive*)] (ca. 1921) : activated by, relating to, or being stimuli received by an organism from outside
**ex·tero·cep·tor** \-tər\ *n* (1906) : a sense organ excited by exteroceptive stimuli
**ex·ter·ri·to·ri·al** \ˌek-ˌster-ə-ˈtōr-ē-əl, -ˈtȯr-\ *adj* (ca. 1880) : EXTRATERRITORIAL — **ex·ter·ri·to·ri·al·i·ty** \-ˌtōr-ē-ˈa-lə-tē, -ˌtȯr-\ *n*
¹**ex·tinct** \ik-ˈstiŋ(k)t, ˈek-ˌ\ *adj* [ME, fr. L *exstinctus*, pp. of *exstinguere*] (15c)  1  **a** : no longer burning  **b** : no longer active ⟨an ~ volcano⟩  2 : no longer existing ⟨an ~ animal⟩  3  **a** : gone out of use : SUPERSEDED  **b** : having no qualified claimant ⟨an ~ title⟩
²**extinct** *vt* (15c) *archaic* : EXTINGUISH
**ex·tinc·tion** \ik-ˈstiŋ(k)-shən\ *n* (15c)  1 : the act of making extinct or causing to be extinguished  2 : the condition or fact of being extinct or extinguished; *also* : the process of becoming extinct ⟨~ of a species⟩  3 : the process of eliminating or reducing a conditioned response by not reinforcing it
**extinction coefficient** *n* (1902) : a measure of the rate of diminution of transmitted light via scattering and absorption for a medium
**ex·tinc·tive** \ik-ˈstiŋ(k)-tiv\ *adj* (1600) : tending or serving to extinguish or make extinct

**ex·tin·guish** \ik-ˈstiŋ-(g)wish\ *vt* [L *exstinguere* (fr. *ex-* + *stinguere* to extinguish) + E *-ish* (as in *abolish*); akin to L *instigare* to incite — more at STICK] (1551)  1  **a** : to cause to cease burning : QUENCH  **b**  (1) : to bring to an end : make an end of ⟨hope for their safety was slowly ~ed⟩  (2) : to reduce to silence or ineffectiveness  **c** : to cause extinction of (a conditioned response)  **d** : to dim the brightness of : ECLIPSE  2  **a** : to cause to be void : NULLIFY ⟨~ a claim⟩  **b** : to get rid of usu. by payment ⟨~ a debt⟩ — **ex·tin·guish·able** \-(g)wi-shə-bəl\ *adj* — **ex·tin·guish·er** \-shər\ *n* — **ex·tin·guish·ment** \-mənt\ *n*
**ex·tir·pate** \ˈek-stər-ˌpāt\ *vt* **-pat·ed; -pat·ing** [L *exstirpatus*, pp. *exstirpare*, fr. *ex-* + *stirp-, stirps* trunk, root — more at TORPID] (1535)  1  **a** : to destroy completely : WIPE OUT  **b** : to pull up by the root  2 : to cut out by surgery  *syn* see EXTERMINATE — **ex·tir·pa·tion** \ˌek-stər-ˈpā-shən\ *n* — **ex·tir·pa·tor** \ˈek-stər-ˌpā-tər\ *n*
**ex·tol** *also* **ex·toll** \ik-ˈstōl\ *vt* **ex·tolled; ex·tol·ling** [ME, fr. L *extollere*, fr. *ex-* + *tollere* to lift up — more at TOLERATE] (15c) : to praise highly : GLORIFY — **ex·tol·ler** *n* — **ex·tol·ment** \-ˈstōl-mənt\ *n*
**ex·tort** \ik-ˈstȯrt\ *vt* [L *extortus*, pp. of *extorquēre* to wrench out, extort, fr. *ex-* + *torquēre* to twist — more at TORTURE] (1529) : to obtain from a person by force, intimidation, or undue or illegal power : WRING; *also* : to gain esp. by ingenuity or compelling argument  *syn* see EDUCE — **ex·tort·er** *n* — **ex·tor·tive** \-ˈstȯr-tiv\ *adj*
**ex·tor·tion** \ik-ˈstȯr-shən\ *n* (14c)  1 : the act or practice of extorting esp. money or other property; *esp* : the offense committed by an official engaging in such practice  2 : something extorted; *esp* : a gross overcharge — **ex·tor·tion·er** \-sh(ə-)nər\ *n* — **ex·tor·tion·ist** \-sh(ə-)nist\ *n*
**ex·tor·tion·ary** \-shə-ˌner-ē\ *adj* (1805) *archaic* : EXTORTIONATE 1
**ex·tor·tion·ate** \ik-ˈstȯr-sh(ə-)nət\ *adj* (1789)  1 : characterized by extortion  2 : EXCESSIVE, EXORBITANT ⟨~ prices⟩ — **ex·tor·tion·ate·ly** *adv*
¹**ex·tra** \ˈek-strə\ *adj* [prob. short for *extraordinary*] (1776)  1  **a** : more than is due, usual, or necessary : ADDITIONAL ⟨~ work⟩  **b** : subject to an additional charge ⟨room service is ~⟩  2 : SUPERIOR ⟨~ quality⟩
²**extra** *n* (1793)  1 : one that is extra or additional: as  **a** : a special edition of a newspaper  **b** : an added charge  **c** : an additional worker; *specif* : one hired to act in a group scene in a motion picture or stage production  2 : something of superior quality or grade
³**extra** *adv* (1823) : beyond the usual size, extent, or degree ⟨~ large⟩
**extra-** *prefix* [ME, fr. L *extra*, adv. & prep., outside, except, beyond, fr. *exter* being on the outside — more at EXTERIOR] : outside : beyond ⟨*extrajudicial*⟩
**extra–base hit** *n* (ca. 1949) : a hit in baseball that lets the batter take more than one base
**ex·tra·cel·lu·lar** \ˌek-strə-ˈsel-yə-lər\ *adj* (1867) : situated or occurring outside a cell or the cells of the body ⟨~ digestion⟩ ⟨~ enzymes⟩ — **ex·tra·cel·lu·lar·ly** *adv*
**ex·tra·chro·mo·som·al** \-ˌkrō-mə-ˈsō-məl, -ˈzō-\ *adj* (1940) : situated or controlled by factors outside the chromosome ⟨~ inheritance⟩
**ex·tra·cor·po·re·al** \-kȯr-ˈpōr-ē-əl, -ˈpȯr-\ *adj* (1865) : occurring or based outside the living body ⟨heart surgery employing ~ circulation⟩ — **ex·tra·cor·po·re·al·ly** \-ē-ə-lē\ *adv*
**ex·tra·cra·ni·al** \-ˈkrā-nē-əl\ *adj* (ca. 1884) : situated or occurring outside the cranium
¹**ex·tract** \ik-ˈstrakt, oftenest in sense 5 ˈek-ˌ\ *vt* [ME, fr. L *extractus*, pp. of *extrahere*, fr. *ex-* + *trahere* to draw] (15c)  1  **a** : to draw forth (as by research) ⟨~ data⟩  **b** : to pull or take out forcibly ⟨~ed a wisdom tooth⟩  **c** : to obtain by much effort from someone unwilling ⟨~ed a confession⟩  2 : to withdraw (as a juice or fraction) by physical or chemical process; *also* : to treat with a solvent so as to remove a soluble substance  3 : to separate (a metal) from an ore  4 : to determine (a mathematical root) by calculation  5 : to select (excerpts) and copy out or cite  *syn* see EDUCE — **ex·tract·abil·i·ty** \ik-ˌstrak-tə-ˈbi-lə-tē, (ˌ)ek-\ *n* — **ex·tract·able** \ik-ˈstrak-tə-bəl, ˈek-ˌ\ *adj*
²**ex·tract** \ˈek-ˌstrakt\ *n* (15c)  1 : a selection from a writing or discourse : EXCERPT  2 : a product (as an essence or concentrate) prepared by extracting; *esp* : a solution (as in alcohol) of essential constituents of a complex material (as meat or an aromatic plant)
**ex·trac·tion** \ik-ˈstrak-shən\ *n* (15c)  1 : the act or process of extracting something  2 : ANCESTRY, ORIGIN  3 : something extracted
¹**ex·trac·tive** \ik-ˈstrak-tiv, ˈek-ˌ\ *adj* (1599)  1  **a** : of, relating to, or involving extraction  **b** : tending toward or resulting in withdrawal of natural resources by extraction with no provision for replenishment ⟨~ agriculture⟩  2 : capable of being extracted — **ex·trac·tive·ly** *adv*
²**extractive** *n* (1847) : something extracted or extractable : EXTRACT
**ex·trac·tor** \ik-ˈstrak-tər\ *n* (1611) : one that extracts; *esp* : the mechanism in a firearm that dislodges a spent cartridge from the chamber
**ex·tra·cur·ric·u·lar** \ˌek-strə-kə-ˈri-kyə-lər\ *adj* (1925)  1 : not falling within the scope of a regular curriculum; *specif* : of or relating to officially or semiofficially approved and usu. organized student activities (as athletics) connected with school and usu. carrying no academic credit  2  **a** : lying outside one's regular duties or routine  **b** : EXTRAMARITAL — **extracurricular** *n*
**ex·tra·dit·able** \ˈek-strə-ˌdī-tə-bəl\ *adj* (1881)  1 : subject or liable to extradition  2 : making one liable to extradition ⟨an ~ offense⟩
**ex·tra·dite** \ˈek-strə-ˌdīt\ *vt* **-dit·ed; -dit·ing** [back-formation fr. *extradition*] (1864)  1 : to deliver up to extradition  2 : to obtain the extradition of
**ex·tra·di·tion** \ˌek-strə-ˈdi-shən\ *n* [F, fr. *ex-* + L *tradition-, traditio* act of handing over — more at TREASON] (1839) : the surrender of an alleged criminal usu. under the provisions of a treaty or statute by one authority (as a state) to another having jurisdiction to try the charge
**ex·tra·dos** \ˈek-strə-ˌdäs, -ˌdō; ek-ˈstrā-ˌdäs\ *n, pl* **-dos·es** \-ˌdä-səz\ *or* **-dos** \-ˌdōz, -ˌdäs\ [F, fr. L *extra* + F *dos* back — more at DOSSIER] (1772) : the exterior curve of an arch — see ARCH illustration
**ex·tra·em·bry·on·ic** \ˌek-strə-ˌem-brē-ˈä-nik\ *adj* (ca. 1903) : situated outside the embryo; *esp* : developed from the zygote but not part of the embryo ⟨~ membranes⟩
**ex·tra·ga·lac·tic** \ˌek-strə-gə-ˈlak-tik\ *adj* [ISV] (1851) : lying or coming from outside the Milky Way; *also* : of or relating to extragalactic space ⟨~ astronomy⟩
**ex·tra·he·pat·ic** \-hi-ˈpa-tik\ *adj* (ca. 1923) : situated or originating outside the liver

**per·fi·dy** \'pər-fə-dē\ *n, pl* **-dies** [L *perfidia*, fr. *perfidus* faithless, fr. *per-* detrimental to + *fides* faith — more at PER-, FAITH] (1592) **1** : the quality or state of being faithless or disloyal : TREACHERY **2** : an act or an instance of disloyalty

**per·fo·li·ate** \,pər-'fō-lē-ət, 'pər-\ *adj* [NL *perfoliata*, an herb having leaves pierced by the stem, fr. L *per* through + *foliata*, fem. of *foliatus* foliate] (1687) : having the basal part naturally united around the stem ⟨a ~ leaf of a honeysuckle⟩

**per·fo·rate** \'pər-fə-,rāt\ *vb* **-rat·ed; -rat·ing** [L *perforatus*, pp. of *perforare*, fr. *per-* through + *forare* to bore — more at BORE] *vt* (1538) **1** : to make a hole through ⟨an ulcer ~s the duodenal wall⟩; *esp* : to make a line of holes in to facilitate separation **2** : to pass through or into by or as if by making a hole ~ *vi* : to penetrate a surface — **per·fo·rate** \'pər-f(ə-)rət, -fə-,rāt\ *adj* — **per·fo·ra·tor** \-fə-,rā-tər\ *n*

**per·fo·rat·ed** \-fə-,rā-təd\ *adj* (1597) **1** : having a hole or perforations; *esp* : having a specified number of perforations in 20 millimeters ⟨the stamps are ~ 10⟩ **2** : characterized by perforation ⟨a ~ ulcer⟩

**per·fo·ra·tion** \,pər-fə-'rā-shən\ *n* (15c) **1** : the act or process of perforating **2 a** : a hole or pattern made by or as if by piercing or boring **b** : one of the series of holes between rows of postage stamps in a sheet that serve as an aid in separation

**per·force** \pər-'fōrs, -'fors\ *adv* [ME *par force*, fr. MF, by force] (14c) **1** *obs* : by physical coercion **2** : by force of circumstances

**per·form** \pə(r)-'form\ *vb* [ME, fr. AF *performer*, alter. of OF *perfournir*, fr. *per-* thoroughly (fr. L) + *fournir* to complete — more at FURNISH] *vt* (14c) **1** : to adhere to the terms of : FULFILL ⟨~ a contract⟩ **2** : CARRY OUT, DO **3 a** : to do in a formal manner or according to prescribed ritual **b** : to give a rendition of : PRESENT ~ *vi* **1** : to carry out an action or pattern of behavior : ACT, FUNCTION **2** : to give a performance : PLAY — **per·form·abil·i·ty** \-,for-mə-'bi-lə-tē\ *n* — **per·form·able** \-'for-mə-bəl\ *adj* — **per·form·er** \-'for-mər\ *n*

*syn* PERFORM, EXECUTE, DISCHARGE, ACCOMPLISH, ACHIEVE, EFFECT, FULFILL mean to carry out or into effect. PERFORM implies action that follows established patterns or procedures or fulfills agreed-upon requirements and often connotes special skill ⟨*performed* gymnastics⟩. EXECUTE stresses the carrying out of what exists in plan or in intent ⟨*executed* the hit-and-run⟩. DISCHARGE implies execution and completion of appointed duties or tasks ⟨*discharged* his duties⟩. ACCOMPLISH stresses the successful completion of a process rather than the means of carrying it out ⟨*accomplished* everything they set out to do⟩. ACHIEVE adds to ACCOMPLISH the implication of conquered difficulties ⟨*achieve* greatness⟩. EFFECT adds to ACHIEVE an emphasis on the inherent force in the agent capable of surmounting obstacles ⟨*effected* sweeping reforms⟩. FULFILL implies a complete realization of ends or possibilities ⟨*fulfilled* their ambitions⟩.

**per·for·mance** \pə(r)-'for-mən(t)s\ *n* (15c) **1 a** : the execution of an action **b** : something accomplished : DEED, FEAT **2** : the fulfillment of a claim, promise, or request : IMPLEMENTATION **3 a** : the action of representing a character in a play **b** : a public presentation or exhibition ⟨a benefit ~⟩ **4 a** : the ability to perform : EFFICIENCY **b** : the manner in which a mechanism performs ⟨engine ~⟩ **5** : the manner of reacting to stimuli : BEHAVIOR **6** : the linguistic behavior of an individual : PAROLE; *also* : the ability to speak a certain language — compare COMPETENCE 3

**performance art** *n* (1971) : a nontraditional art form that consists of or features a performance by the artist — **performance artist** *n*

**per·for·ma·tive** \-'for-mə-tiv\ *adj* (1955) : being or relating to an expression that serves to effect a transaction or that constitutes the performance of the specified act by virtue of its utterance ⟨~ verbs such as *promise* and *congratulate*⟩ — compare CONSTATIVE — **performative** *n*

**per·for·ma·to·ry** \-mə-,tōr-ē, -,tor-\ *adj* (1949) : PERFORMATIVE; *also* : of or relating to performance

**performing** *adj* (1889) : of, relating to, or constituting an art (as drama) that involves public performance ⟨the ~ arts⟩

**¹per·fume** \'pər-,fyüm, (,)pər-'\ *n* [MF *perfum*, prob. fr. OProv, fr. *perfumar* to perfume, fr. *per-* thoroughly (fr. L) + *fumar* to smoke, fr. L *fumare*, fr. *fumus* smoke — more at FUME] (1533) **1** : the scent of something sweet-smelling **2** : a substance that emits a pleasant odor; *esp* : a fluid preparation of natural essences (as from plants or animals) or synthetics and a fixative used for scenting *syn* see FRAGRANCE

**²per·fume** \(,)pər-'fyüm, 'pər-,\ *vt* **per·fumed; per·fum·ing** (1538) : to fill or imbue with an odor

**per·fum·er** \pə(r)-'fyü-mər, 'pər-,\ *n* (ca. 1580) : one that makes or sells perfumes

**per·fum·ery** \pə(r)-'fyü-mə-rē, -'fyüm-rē\ *n, pl* **-er·ies** (1800) **1 a** : the art or process of making perfume **b** : the products made by a perfumer **2** : an establishment where perfumes are made

**per·func·to·ry** \pər-'fəŋ(k)-t(ə-)rē\ *adj* [LL *perfunctorius*, fr. L *perfungi* to accomplish, get through with, fr. *per-* through + *fungi* to perform — more at PER-, FUNCTION] (1593) **1** : characterized by routine or superficiality : MECHANICAL ⟨a ~ smile⟩ **2** : lacking in interest or enthusiasm — **per·func·to·ri·ly** \-t(ə-)rə-lē\ *adv* — **per·func·to·ri·ness** \-t(ə-)rē-nəs\ *n*

**per·fus·ate** \(,)pər-'fyü-,zāt, -zət\ *n* (1915) : a fluid (as a solution pumped through the heart) that is perfused

**per·fuse** \(,)pər-'fyüz\ *vt* **per·fused; per·fus·ing** [ME, fr. L *perfusus*, pp. of *perfundere* to pour over, fr. *per-* through + *fundere* to pour — more at FOUND] (15c) **1** : SUFFUSE **2 a** : to cause to flow or spread : DIFFUSE **b** : to force a fluid through (an organ or tissue) esp. by way of the blood vessels — **per·fu·sion** \-'fyü-zhən\ *n*

**per·fu·sion·ist** \(,)pər-'fyü-zhə-nist\ *n* (1964) : a certified medical technician responsible for extracorporeal oxygenation of the blood during open-heart surgery and for the operation and maintenance of equipment (as a heart-lung machine) controlling it

**per·go·la** \'pər-gə-lə, pər-'gō-\ *n* [It, fr. L *pergula*] (1675) **1** : ARBOR, TRELLIS **2** : a structure usu. consisting of parallel colonnades supporting an open roof of girders and cross rafters

**¹per·haps** \pər-'haps, 'praps\ *adv* [*per* + *hap*] (1528) : possibly but not certainly : MAYBE

**²perhaps** *n* (1534) : something open to doubt or conjecture

**pe·ri** \'pir-ē\ *n* [Per *perī* fairy, genius, fr. MPer *parīk*; akin to Av *pairikā* sorceress] (ca. 1780) **1** : a supernatural being in Persian folklore descended from fallen angels and excluded from paradise until penance is accomplished **2** : a beautiful and graceful girl

**peri-** *prefix* [L, fr. Gk, around, in excess, fr. *peri*; akin to Gk *peran* to pass through — more at FARE] **1** : all around : about ⟨*periscope*⟩ **2** : near ⟨*perihelion*⟩ **3** : enclosing : surrounding ⟨*perineurium*⟩

**peri·anth** \'per-ē-,an(t)th\ *n* [NL *perianthium*, fr. *peri-* + Gk *anthos* flower — more at ANTHOLOGY] (1828) : the floral structure comprised of the calyx and corolla esp. when the two whorls are fused — see FLOWER illustration

**peri·apt** \'per-ē-,apt\ *n* [MF or Gk; MF *periapte*, fr. Gk *periapton*, fr. *periaptein* to fasten around (oneself), fr. *peri-* + *haptein* to fasten] (1584) : AMULET

**peri·car·di·al** \,per-ə-'kär-dē-əl\ *adj* (1654) : of, relating to, or affecting the pericardium; *also* : situated around the heart

**peri·car·di·tis** \-,kär-'dī-təs\ *n* [NL] (ca. 1799) : inflammation of the pericardium

**peri·car·di·um** \-'kär-dē-əm\ *n, pl* **-dia** \-dē-ə\ [ME, fr. ML, fr. Gk *perikardion*, neut. of *perikardios* around the heart, fr. *peri-* + *kardia* heart — more at HEART] (15c) : the conical sac of serous membrane that encloses the heart and the roots of the great blood vessels of vertebrates **2** : a cavity or space that contains the heart of an invertebrate and in arthropods is a part of the hemocoel

**peri·carp** \'per-ə-,kärp\ *n* [NL *pericarpium*, fr. Gk *perikarpion* pod, fr. *peri-* + *-karpion* -carp] (1759) : the ripened and variously modified walls of a plant ovary — see ENDOCARP illustration

**peri·chon·dri·um** \,per-ə-'kän-drē-əm\ *n, pl* **-dria** \-drē-ə\ [NL, fr. *peri-* + Gk *chondros* grain, cartilage] (1741) : the membrane of fibrous connective tissue that invests cartilage except at joints — **peri·chon·dral** \-drəl\ *adj*

**pe·ric·o·pe** \pə-'ri-kə-pē\ *n* [LL, fr. Gk *perikopē* section, fr. *peri-* + *koptein* to cut — more at CAPON] (1658) : a selection from a book; *specif* : LECTION 1

**peri·cra·ni·um** \,per-ə-'krā-nē-əm\ *n, pl* **-nia** \-nē-ə\ [ME *pericraneum*, fr. ML, fr. Gk *perikranion*, neut. of *perikranios* around the skull, fr. *peri-* + *kranion* skull — more at CRANIUM] (15c) : the external periosteum of the skull — **peri·cra·ni·al** \-nē-əl\ *adj*

**peri·cy·cle** \'per-ə-,sī-kəl\ *n* [F *péricycle*, fr. Gk *perikyklos* spherical, fr. *peri-* + *kyklos* circle — more at WHEEL] (ca. 1892) : a thin layer of parenchymatous or sclerenchymatous cells that surrounds the stele in most vascular plants — **peri·cy·clic** \,per-ə-'sī-klik, -'si-\ *adj*

**peri·derm** \'per-ə-,dərm\ *n* [NL *peridermis*, fr. *peri-* + *-dermis*] (1849) : an outer layer of tissue; *esp* : a cortical protective layer of many roots and stems that typically consists of phellem, phellogen, and phelloderm

**pe·rid·i·um** \pə-'ri-dē-əm\ *n, pl* **pe·rid·ia** \-dē-ə\ [NL, fr. Gk *pēridion*, dim. of *pēra* leather bag] (ca. 1823) : the outer envelope of the sporophore of many fungi

**per·i·dot** \'per-ə-,dät, -,dō(t)\ *n* [F *péridot*, fr. OF *peritot*] (ca. 1706) : a deep yellowish green transparent olivine used as a gem — **per·i·dot·ic** \,per-ə-'dä-tik, -'dō-\ *adj*

**pe·ri·do·tite** \pə-'ri-də-,tīt\ *n* [F *péridotite*, fr. *péridot*] (1878) : any of a group of granitoid igneous rocks composed of ferromagnesian minerals and esp. olivine — **pe·ri·do·tit·ic** \pə-,ri-də-'ti-tik\ *adj*

**peri·gee** \'per-ə-(,)jē\ *n* [MF, fr. NL *perigeum*, fr. Gk *perigeion*, fr. neut. of *perigeios* near the earth, fr. *peri-* + *gē* earth] (1594) : the point in the orbit of an object (as a satellite) orbiting the earth that is nearest to the center of the earth; *also* : the point nearest a planet or a satellite (as the moon) reached by an object orbiting it — compare APOGEE — **peri·ge·an** \,per-ə-'jē-ən\ *adj*

**pe·rig·y·nous** \pə-'ri-jə-nəs\ *adj* [NL *perigynus*, fr. *peri-* + *-gynus* *-gynous*] (1807) : borne on a ring or cup of the receptacle surrounding a pistil ⟨~ petals⟩; *also* : having perigynous stamens and petals ⟨~ flowers⟩ — **pe·rig·y·ny** \-nē\ *n*

**peri·he·lion** \,per-ə-'hēl-yən\ *n, pl* **-he·lia** \-'hēl-yə\ [NL, fr. *peri-* + Gk *hēlios* sun — more at SOLAR] (1666) : the point in the path of a celestial body (as a planet) that is nearest to the sun — compare APHELION — **peri·he·lial** \-'hēl-yəl\ *adj*

**peri·kar·y·on** \-'kar-ē-,än, -ən\ *n, pl* **-kar·ya** \-ē-ə\ [NL, fr. *peri-* + Gk *karyon* nut, kernel — more at CAREEN] (1897) : CELL BODY — **peri·kar·y·al** \-ē-əl\ *adj*

**¹per·il** \'per-əl\ *n* [ME, fr. OF, fr. L *periculum* — more at FEAR] (13c) **1** : exposure to the risk of being injured, destroyed, or lost : DANGER ⟨fire put the city in ~⟩ **2** : something that imperils : RISK ⟨lessen the ~s of the streets⟩

**²peril** *vt* **-iled** *also* **-illed; -il·ing** *also* **-il·ling** (1567) : to expose to danger

**pe·ril·la** \pə-'ri-lə\ *n* [NL] (1900) : any of a genus (*Perilla*) of Asian mints that have a bilabiate fruiting calyx and rugose nutlets

**perilla oil** *n* (1917) : a light yellow drying oil that is obtained from seeds of perillas

**per·il·ous** \'per-ə-ləs\ *adj* (14c) : full of or involving peril : HAZARDOUS *syn* see DANGEROUS — **per·il·ous·ly** *adv* — **per·il·ous·ness** *n*

**peri·lune** \'per-ə-,lün\ *n* [*peri-* + L *luna* moon — more at LUNAR] (1960) : the point in the path of a body orbiting the moon that is nearest to the center of the moon — compare APOLUNE

**peri·lymph** \-,lim(p)f\ *n* [ISV] (ca. 1839) : the fluid between the membranous and bony labyrinths of the ear

**pe·rim·e·ter** \pə-'ri-mə-tər\ *n* [ME *perimetre*, fr. L *perimetros*, fr. Gk, fr. *peri-* + *metron* measure — more at MEASURE] (15c) **1 a** : the boundary of a closed plane figure **b** : the length of a perimeter **2** : a line or strip bounding or protecting an area **3** : outer limits — often used in pl.

**peri·my·si·um** \,per-ə-'mi-zhē-əm, -zē-\ *n, pl* **-sia** \-zhē-ə, -zē-\ [NL, irreg. fr. *peri-* + Gk *mys* mouse, muscle — more at MOUSE] (ca. 1842) : the connective-tissue sheath that surrounds a muscle and forms sheaths for the bundles of muscle fibers

---

\ə\ abut \'\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot
\y\ yet \zh\ vision \ä, k, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʼ\ *see* Guide to Pronunciation

QUIOUS implies fawning or sycophantic compliance and exaggerated deference of manner ⟨waiters who are *obsequious* in the presence of celebrities⟩.
**sub-set** \'səb-,set\ *n* (1902) : a set each of whose elements is an element of an inclusive set
**sub-shrub** \-,shrəb, *esp Southern* -,srəb\ *n* (1851) : a perennial plant having woody stems except for the terminal part of the new growth which is killed back annually; *also* : a low shrub
**sub-side** \səb-'sīd\ *vi* **sub-sid-ed; sub-sid-ing** [L *subsidere*, fr. *sub-* + *sidere* to sit down, sink; akin to L *sedēre* to sit — more at SIT] (1607)  1 : to sink or fall to the bottom : SETTLE  2 : to tend downward : DESCEND; *esp* : to flatten out so as to form a depression  3 : to let oneself settle down : SINK ⟨*subsided* into a chair⟩  4 : to become quiet or less ⟨as the fever ∼s⟩ ⟨my anger *subsided*⟩  *syn* see ABATE — **sub-si-dence** \səb-'sī-d'n(t)s, 'səb-sə-dən(t)s\ *n*
**sub-sid-i-ar-i-ty** \,səb-,si-dē-'er-ə-tē, səb-,si-\ *n* (1936)  1 : the quality or state of being subsidiary  2 : a principle in social organization: functions which subordinate or local organizations perform effectively belong more properly to them than to a dominant central organization
¹**sub-sid-i-ary** \səb-'si-dē-,er-ē, -'si-də-rē\ *adj* [L *subsidiarius*, fr. *subsidium* reserve troops] (1543)  1 a : furnishing aid or support : AUXILIARY ⟨∼ details⟩  b : of secondary importance ⟨a ∼ stream⟩  2 : of, relating to, or constituting a subsidy ⟨a ∼ payment to an ally⟩ — **sub-sid-i-ari-ly** \-,si-dē-'er-ə-lē\ *adv*
²**subsidiary** *n*, *pl* -**ar-ies** (1603) : one that is subsidiary; *esp* : a company wholly controlled by another
**sub-si-dise** *Brit var of* SUBSIDIZE
**sub-si-dize** \'səb-sə-,dīz, -zə-\ *vt* -**dized; -diz-ing** (1795) : to furnish with a subsidy: as  a : to purchase the assistance of by payment of a subsidy  b : to aid or promote (as a private enterprise) with public money ⟨∼ soybean farmers⟩ ⟨∼ public transportation⟩ — **sub-si-di-za-tion** \,səb-sə-də-'zā-shən, -zə-\ *n* — **sub-si-diz-er** *n*
**sub-si-dy** \'səb-sə-dē, -zə-\ *n*, *pl* -**dies** [ME, fr. L *subsidium* reserve troops, support, assistance, fr. *sub-* near + *sedēre* to sit — more at SUB-, SIT] (14c) : a grant or gift of money: as  a : a sum of money formerly granted by the British Parliament to the crown and raised by special taxation  b : money granted by one state to another  c : a grant by a government to a private person or company to assist an enterprise deemed advantageous to the public
**sub-sist** \səb-'sist\ *vb* [LL *subsistere* to exist, fr. L, to come to a halt, remain, fr. *sub-* + *sistere* to come to a stand; akin to L *stare* to stand — more at STAND] *vi* (1549)  1 a : to have existence : BE  b : PERSIST, CONTINUE  2 : to have or acquire the necessities of life (as food and clothing); *esp* : to nourish oneself ⟨∼ing on roots, berries and grubs⟩  3 a : to hold true  b : to be logically conceivable as the subject of true statements  ∼ *vt* : to support with provisions
**sub-sis-tence** \səb-'sis-tən(t)s\ *n* [ME, fr. LL *subsistentia*, fr. *subsistent-, subsistens*, prp. of *subsistere*] (15c)  1 a (1) : real being : EXISTENCE  (2) : the condition of remaining in existence : CONTINUATION, PERSISTENCE  b : an essential characteristic quality of something that exists  c : the character possessed by whatever is logically conceivable  2 : means of subsisting: as  a : the minimum (as of food and shelter) necessary to support life  b : a source or means of obtaining the necessities of life — **sub-sis-tent** \-tənt\ *adj*
**subsistence farming** *n* (1939)  1 : farming or a system of farming that provides all or almost all the goods required by the farm family usu. without any significant surplus for sale  2 : farming or a system of farming that produces a minimum and often inadequate return to the farmer — called also *subsistence agriculture* — **subsistence farmer** *n*
**sub-so-cial** \,səb-'sō-shəl\ *adj* (ca. 1909) : incompletely social; *esp* : tending to associate gregariously but lacking fixed or complex social organization ⟨∼ insects⟩
¹**sub-soil** \'səb-,soi(ə)l\ *n* (1799) : the stratum of weathered material that underlies the surface soil
²**subsoil** *vt* (1840) : to turn, break, or stir the subsoil of — **sub-soil-er** *n*
**sub-so-lar point** \,səb-'sō-lər-\ *n* (ca. 1908) : the point on the surface of the earth or a planet at which the sun is at the zenith
**sub-son-ic** \,səb-'sä-nik\ *adj* [ISV] (1937)  1 : of, relating to, or being a speed less than that of sound in air  2 : moving, capable of moving, or utilizing air currents moving at a subsonic speed  3 : INFRASONIC 1 — **sub-son-i-cal-ly** \-ni-k(ə-)lē\ *adv*
**sub-space** \'səb-,spās\ *n* (1927) : a subset of a space; *esp* : one that has the essential properties (as those of a vector space or topological space) of the including space
**sub spe-cie ae-ter-ni-ta-tis** \sŭb-'spe-kē-,ā-,ĭ-,ter-nə-'tä-təs\ *adv* [NL, lit., under the aspect of eternity] (1895) : in its essential or universal form or nature
**sub-spe-cies** \'səb-,spē-shēz, -sēz\ *n* [NL] (1699) : a subdivision of a species: as  a : a category in biological classification that ranks immediately below a species and designates a population of a particular geographical region genetically distinguishable from other such populations of the same species and capable of interbreeding successfully with them where its range overlaps theirs  b : a named subdivision (as a race or variety) of a taxonomic species  c : SUBGROUP 1 ⟨∼ of economy fares —Michael DiPaola⟩ — **sub-spe-cif-ic** \,səb-spi-'si-fik\ *adj*
**sub-stage** \'səb-,stāj\ *n* (1888) : an attachment to a microscope by means of which accessories (as mirrors, diaphragms, or condensers) are held in place beneath the stage of the instrument
**sub-stance** \'səb-stən(t)s\ *n* [ME, fr. MF, fr. L *substantia*, fr. *substant-, substans*, prp. of *substare* to stand under, fr. *sub-* + *stare* to stand — more at STAND] (14c)  1 a : essential nature : ESSENCE  b : a fundamental or characteristic part or quality  c *Christian Science* : GOD 1b  2 a : ultimate reality that underlies all outward manifestations and change  b : practical importance : MEANING, USEFULNESS ⟨the . . . bill—which will be without ∼ in the sense that it will authorize nothing more than a set of ideas —Richard Reeves⟩  3 a : physical material from which something is made or which has discrete existence  b : matter of particular or definite chemical constitution  c : something (as drugs or alcoholic beverages) deemed harmful and usu. subject to legal restriction ⟨possession of a controlled ∼⟩ ⟨has a ∼ problem⟩  4 : material possessions : PROPERTY ⟨a family of ∼⟩ — **sub-stance-less** \-ləs\ *adj* — **in substance** : in respect to essentials : FUNDAMENTALLY

**substance abuse** *n* (1982) : excessive use of a drug (as alcohol, narcotics, or cocaine) : use of a drug without medical justification — **substance abuser** *n*
**substance P** *n* (1934) : a neuropeptide that consists of 11 amino-acid residues, that is widely distributed in the brain, spinal cord, and peripheral nervous system, and that acts across nerve synapses to produce prolonged postsynaptic excitation
**sub-stan-dard** \,səb-'stan-dərd\ *adj* (1897) : deviating from or falling short of a standard or norm: as  a : of a quality lower than that prescribed by law  b : conforming to a pattern of linguistic usage existing within a speech community but not that of the prestige group in that community  c : constituting a greater than normal risk to an insurer
**sub-stan-tial** \səb-'stan(t)-shəl\ *adj* (14c)  1 a : consisting of or relating to substance  b : not imaginary or illusory : REAL, TRUE  c : IMPORTANT, ESSENTIAL  2 : ample to satisfy and nourish : FULL ⟨a ∼ meal⟩  3 a : possessed of means : WELL-TO-DO  b : considerable in quantity : significantly great ⟨earned a ∼ wage⟩  4 : firmly constructed : STURDY  5 : being largely but not wholly that which is specified ⟨a ∼ lie⟩ — **substantial** *n* — **sub-stan-ti-al-i-ty** \-,stan(t)-shē-'a-lə-tē\ *n* — **sub-stan-tial-ly** \-'stan(t)-sh(ə-)lē\ *adv* — **sub-stan-tial-ness** \-'stan(t)-shəl-nəs\ *n*
**sub-stan-tia ni-gra** \səb-,stan(t)-shē-ə-'nī-grə, -'ni-\ *n*, *pl* **sub-stan-ti-ae ni-grae** \-chē-,ē-'nī-(,)grē, -'ni-\ [NL, lit., black substance] (1882) : a layer of deeply pigmented gray matter situated in the midbrain and containing the cell bodies of a tract of dopamine-producing nerve cells whose secretion tends to be deficient in Parkinson's disease
**sub-stan-ti-ate** \səb-'stan(t)-shē-,āt\ *vt* -**at-ed; -at-ing** (1657)  1 : to give substance or form to : EMBODY  2 : to establish by proof or competent evidence : VERIFY ⟨∼ a charge⟩  *syn* see CONFIRM — **sub-stan-ti-a-tion** \-,stan(t)-shē-'ā-shən\ *n* — **sub-stan-ti-a-tive** \-'stan(t)-shē-,ā-tiv\ *adj*
**sub-stan-ti-val** \,səb-stən-'tī-vəl\ *adj* (ca. 1832) : of, relating to, or serving as a substantive — **sub-stan-ti-val-ly** \-və-lē\ *adv*
¹**sub-stan-tive** \'səb-stən-tiv\ *n* [ME *substantif*, fr. MF, fr. *substantif*, adj., having or expressing substance, fr. LL *substantivus*] (14c) : NOUN; *broadly* : a word or word group functioning syntactically as a noun — **sub-stan-tiv-ize** \-ti-,vīz\ *vt*
²**sub-stan-tive** \'səb-stən-tiv; 2c & 3 *also* səb-'stan-tiv\ *adj* [ME, fr. LL *substantivus* having substance, fr. L *substantia*] (14c)  1 : being a totally independent entity  2 a : real rather than apparent : FIRM; *also* : PERMANENT, ENDURING  b : belonging to the substance of a thing  c : ESSENTIAL  c : expressing existence ⟨the ∼ verb is the verb *to be*⟩  d : requiring or involving no mordant ⟨a ∼ dyeing process⟩  3 a : having the nature or function of a grammatical substantive ⟨a ∼ phrase⟩  b : relating to or having the character of a noun or pronominal term in logic  4 : considerable in amount or numbers : SUBSTANTIAL  5 : creating and defining rights and duties ⟨∼ law⟩ — compare PROCEDURAL  6 : having substance : involving matters of major or practical importance to all concerned ⟨∼ discussions among world leaders⟩ — **sub-stan-tive-ly** *adv* — **sub-stan-tive-ness** *n*
**substantive due process** *n* (1954) : DUE PROCESS 2
**substantive right** *n* (1939) : a right (as of life, liberty, property, or reputation) held to exist for its own sake and to constitute part of the normal legal order of society
**sub-sta-tion** \'səb-,stā-shən\ *n* (1881) : a subordinate or subsidiary station: as  a : a branch post office  b : a subsidiary station in which electric current is transformed  c : a police station serving a particular area
**sub-stit-u-ent** \səb-'sti-chə-wənt, -'stich-wənt\ *n* [L *substituent-, substituens*, prp. of *substituere*] (ca. 1896) : an atom or group that replaces another atom or group in a molecule — **substituent** *adj*
**sub-sti-tut-able** \'səb-stə-,tü-tə-bəl, -,tyü-\ *adj* (1805) : capable of being substituted — **sub-sti-tut-abil-i-ty** \,səb-stə-,tü-tə-'bi-lə-tē, -,tyü-\ *n*
¹**sub-sti-tute** \'səb-stə-,tüt, -,tyüt\ *n* [ME, fr. L *substitutus*, pp. of *substituere* to put in place of, fr. *sub-* + *statuere* to set up, place — more at STATUTE] (15c) : a person or thing that takes the place or function of another — **substitute** *adj*
²**substitute** *vb* -**tut-ed; -tut-ing** *vt* (1588)  1 a : to put or use in the place of another  b : to introduce (an atom or group) as a substituent; *also* : to alter (as a compound) by introduction of a substituent ⟨a *substituted* benzene ring⟩  2 : to take the place of : REPLACE  ∼ *vi* : to serve as a substitute
**sub-sti-tu-tion** \,səb-stə-'tü-shən, -'tyü-\ *n* [ME *substitucion*, fr. MF *substitution*, fr. LL *substitution-, substitutio*, fr. *substituere*] (14c)  1 a : the act, process, or result of substituting one thing for another  b : replacement of one mathematical entity by another of equal value  2 : one that is substituted for another — **sub-sti-tu-tion-al** \-shnəl, -shə-n°l\ *adj* — **sub-sti-tu-tion-al-ly** *adv* — **sub-sti-tu-tion-ary** \-shə-,ner-ē\ *adj*
**substitution cipher** *n* (1936) : a cipher in which the letters of the plaintext are systematically replaced by substitute letters — compare TRANSPOSITION CIPHER
**sub-sti-tu-tive** \'səb-stə-,tü-tiv, -,tyü-\ *adj* (1668) : serving or suitable as a substitute — **sub-sti-tu-tive-ly** *adv*
**sub-strate** \'səb-,strāt\ *n* [ML *substratum*] (1807)  1 : SUBSTRATUM 2 : the base on which an organism lives (the soil is the ∼ of most seed plants)  3 : a substance acted upon (as by an enzyme)
**sub-stra-tum** \'səb-,strā-təm, -,stra-, ,səb-'\ *n*, *pl* -**stra-ta** \-tə\ [ML, fr. L, neut. of *substratus*, pp. of *substernere* to spread under, fr. *sub-* + *sternere* to spread — more at STREW] (1631) : an underlying support : FOUNDATION: as  a : substance that is a permanent subject of qualities or phenomena  b : the material of which something is made and from which it derives its special qualities  c : a layer beneath the surface soil; *specif* : SUBSOIL  d : SUBSTRATE 2
**sub-struc-ture** \'səb-,strək-chər\ *n* (1726) : an underlying or supporting part of a structure — **sub-struc-tur-al** \-chə-rəl, -shrəl\ *adj*
**sub-sume** \səb-'süm\ *vt* **sub-sumed; sub-sum-ing** [NL *subsumere*, fr. L *sub-* + *sumere* to take up — more at CONSUME] (1825) : to include or place within something larger or more comprehensive : encompass as a subordinate or component element ⟨red, green, and yellow are *subsumed* under the term "color"⟩ — **sub-sum-able** \-'sü-mə-bəl\ *adj*
**sub-sump-tion** \səb-'səm(p)-shən\ *n* [NL *subsumption-, subsumptio*, fr. *subsumere*] (1651) : the act or process of subsuming