# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. 04 10162 DPW |

## DECLARATION OF SUZANNE D. FESSLER IN SUPPORT OF DALLAS MANUFACTURING'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,765,502

I, Suzanne D. Fessler, declare as follows:

1.　　I have been retained by the law firms of Sheppard, Mullin, Richter & Hampton LLP and Locke, Liddell & Sapp LLP to serve as an expert witness on behalf of Dallas Manufacturing Company, Inc., Doskocil Manufacturing Company, Inc., and BJ's Wholesale Club, Inc.

2.　　If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. I submit this declaration in support of DALLAS MANUFACTURING'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,765,502.

4. I own my own patternmaking, consulting and design business in Los Angeles. My qualifications, as well as a list of my publications, are set forth in my curriculum vitae, a true and correct copy of which is attached hereto as Exhibit A.

5. Attached hereto as Exhibit B is a true and correct copy of my expert report re: infringement issues for U.S. Patent No. 5,765,502, along with Exhibits A and B to the expert report itself. The expert report includes my opinions on the issues of infringement, including related claim construction issues, the basis and reasons for my opinions, and the information I considered in forming my opinions. Exhibit A to the expert report contains true and correct photographs of a Dallas Manufacturing bolster pet bed (the "BJ's Bed") that did not have the covering for the bolster cushion sewn onto the covering for the bottom cushion. Exhibit B to the expert report contains drawings that accurately depict the Dallas Manufacturing bolster pet beds sold by BJ's Wholesale Club, Bass Pro, Sam's Club, and Big Lots. The drawings also accurately depict the Dallas Manufacturing bolster pet bed sold by Costco, except for the zipper attached to the bolster covering in Figures 2-5, 7, and 8.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on November 29, 2005, at Los Angeles, California.

/s/ Suzanne D. Fessler
SUZANNE D. FESSLER

## CERTIFICATE OF SERVICE

       I hereby certify that a true copy of the above document was served upon counsel for Plaintiff and Counterdefendant Flexi-Mat Corporation, William A. Meunier, Esq., Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109, and Larry L. Saret, Esq., Michael, Best & Friedrich LLP, 401 North Michigan Avenue, Suite 1900, Chicago, Illinois 60611, via first class mail, postage pre-paid, on November 30, 2005.

       I hereby certify that a true copy of the above document was also served upon counsel for Defendant and Counterclaimant Doskocil Manufacturing Company, Inc., Roy W. Hardin, Esq., Locke Liddell & Sapp LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776, via first class mail, postage pre-paid, on November 30, 2005.

                              /s/ Darren M. Franklin
                                  Darren M. Franklin