# Resume
*Suzanne D. Fessler*

Home:  
1740 Golf Club Drive  
Glendale, California  91206  
(818) 246-9499

Business:  
***Suzanne's Pattern Specialist***  
819 Santee #402  
Los Angeles, California 90014  
(213) 627-5255

**EXPERIENCE**

| | | |
|---|---|---|
| A. | Present: | Suzanne's Pattern Specialist - Owner / Manager:  Professional Consultations, Designing ( including Contemporary & Updated,  Junior and Missy Dresses, Sportswear,  Swimwear,  Men's, Children,  Maternity, Uniforms, Evening wear, Bridal,  Specialty items ),  First  and Production patterns,  Samplemaking, Cutting, and  Grading.   Designing dolls and toys,  Prototypes, and Inflatables. Costumes for Movies.  Supervise 7. |
| B. | Present: | Instructor – Woodbury University:  Senior Collection – Couture; Senior Studio – Contemporary; Costume Design Studio. |
| C. | 1999-2003 | Instructor - Otis School of Art and Design:  Sophmore Studio and Pattern Drafting. Instructor - California Design College:  Draping, and Advanced Pattern Drafting. |
| D. | 2003 | Write and published a book entitled – "Creating an Original Soccer Bag" |
| D. | 2000-2003 | Instructor - Pasadena City College:  Advanced Pattern Drafting. |
| E. | 2000: | Wrote and published a book entitled  -  "Creating Garments Using Novelty Fabric Textures". |
| F. | 1999: | Wrote and published a booklet entitled  -  "Creating Dog and Cat Toys from Denim Fabrics". |
| G. | 1988: | Wrote and published a book entitled  -  "Draping and Design". |
| H. | 1982-1988: | Instructor  -  Los Angeles Trade-Technical College:  Pattern Draping. |
| I. | 1982-1984: | Instructor  -  Los Angeles Fashion Institute:  Patternmaking. |
| J. | 1982-1984: | Nina Piccalino  -  Production Supervisor:  First Patternmaker,  Production Patternmaker,  Production Manager,  Quality Control.  Supervised  8. |
| K. | 1982: | Barbara's Express  -  Production Patternmaker,  9 months.  Supervised  4. |
| L. | 1981-1982: | New Leaf  -  Production Patternmaker,  7 months.  Supervised 5. |
| M. | 1980-1981: | Poor Charlie  -  Head Production Patternmaker,  10 months.  Supervised  9. |
| N. | 1979-1980: | Funky  -  Head Production Patternmaker,   1 year.  Supervised  8. |
| O. | 1979: | Junior Concepts  -  Designer / Patternmaker,  Production Manager,  Sample Cutter, 8 months.  Supervised  5. |
| P. | 1978-1979: | Julie Miller  -  Head Production Patternmaker,  9 months.  Supervised 8. |
| Q. | 1978: | Saba  -  Head Production Patternmaker,  9 months.  Supervised  8. |
| R. | 1974-1978: | Adult Education Teacher,  Garden Grove District  -  Tailoring,  Fit and Pattern Design,  Pants,  Alterations,  Beginning and Advanced Clothing,  Sewing. |
| S. | 1997: | Barbara Barbara – Head Production Patternmaker, 8 months.  Supervised 6. |
| T. | 1976-1977: | That's It  -  Production Patternmaker,  10 months.  Supervised  3. |
| U. | 1976: | Knapps Originals  -  First and Production Patternmaker,  6 months.  Supervised  4. |
| V. a | 1975-1976: | YWCA in Hollywood  -  Lecture / Demonstration classes on Design,  Patternmaking Personal Fit.  Lectured at Orange Coast College on Personal Fit. |
| W. | 1975: | Saba-Arjon  -  Samplemaker,  6 months. |
| X. | 1975: | Alpaq  -  Graded patterns,  made markers,  7 months.  Supervised  2. |

| | | |
|---|---|---|
| Y. | 1962-1975: | Designing, Dressmaking, Tailoring and Alteration Business: including dress designing, drill team outfits, men and women's suits, school clothes, bridesmaid and wedding dresses, nurses uniforms, airline pilot's suits, formals and graduation dresses for private customers. |
| Z. | 1972-1974: | Donna O'Hara Originals - Manufacturing Restaurant Uniforms: Production Manager of designing, patterrnmaking, and construction. Supervised 2. |
| AA. | 1974: | Wrote a revised edition and new material for "Sewing Men'swear", to be published by Prentice Hall, New York. |
| BB. | 1974: | Student-Teacher, Fullerton College pilot program for the 4-H Club. |
| CC. | 1973: | Wrote an article that was published in BEAU Men's Magazine. |
| DD. | 1973: | Wrote and published a book entitled - "Sewing Men's Knit Pants". |
| EE. | 1973: | Made two personal TV appearances in connection with published books on - "Dialing for Dollars", and "Ralph Story's AM Program". |
| FF. | 1971-1973: | Leah's Fabric Gallery, Orange and Cerritos Mall - Lectured, demonstrated, gave lessons, put on fashion shows, designed and constructed store samples of men, women, and children's clothing. Clothing Construction Consultant for store customers. |
| GG. | 1971-1973: | Sunny Fabrics, Fullerton - Organized sewing classes on men'swear, gave lectures and lessons, and made up sample garments for men, women and children's clothing. |
| HH. | 1972: | Wrote and published a revised edition of - "Sewing Men's Knit Jackets". |
| I I. | 1970-1972: | Leslie's Fabrics, Placentia: Organized stretch-sewing classes on basic knits and men'swear, gave lectures and sewing lessons, made up store samples. Store Manager and Fabric Buyer. Responsible during owners' absence. |
| JJ. | 1970-1972: | Leiter's Designer Fabrics, Kansas City, Mo. - Fabric and Design Consultant for individual customers, displayed fabric, and made display models. |
| KK. | 1969-1973: | Teacher - Private homes. Sewing lessons for small groups of 3-10, including personal sewing, fit, lingerie, men'swear and tailoring. |
| LL. | 1969-1972: | Teacher - Brea Recreation Department, Brea - Organized and taught sewing for teens and adults, groups of 10-20. Beginning and Advanced classes. |
| MM. | 1967-1969: | Turnabout Shop, Brea; and Irene's House of Fashion, Fullerton - Alterations for these two dress shops including sportswear and formals. |
| NN. | 1965-1967: | Oregon Tailor Shop, Klamath Falls - Extensive experience in all phases of men and women's alterations. |

**EDUCATION**

| | | |
|---|---|---|
| A. | 1986: | California State University at Los Angeles. Major: Home Economics/Textiles and Clothing Department. Graduated: Masters Degree. |
| B. | 1973-1981: | California State Polytechnic College, Pomona. Major: Home Economics. Graduated: B.S. Degree. |
| C. | 1972-1979: | Fullerton College, Fullerton. Major: Home Economics and Fashion.. |
| D. | 1977-1978: | University of California at Long Beach. Major: Education. |
| E. | 1976-1978: | University of California at Los Angeles. Major: Teacher Education. |
| F. | 1976-1977: | University of California at Irvine. Major: Education. |
| G. | 1974-1977: | University of California at Fullerton. Major: Education. |
| H. | 1974-1976: | Los Angeles Trade-Technical College. Major: Fashion Design. Graduated: A.A. Degree. |
| I. | 1974-1975: | Chapman College, Orange. Major: Education. |
| J. | 1971-1972: | National School of Dress Design, Chicago. Graduate. |
| K. | 1968-1973: | North Orange County Adult Eduction. Tailoring; Knit and Stretch Fabrics, Dress Design, Sportswear for Men. |
| L. | 1963-1967: | University of California Extension, Berkeley. Major: English. |
| M. | 1960-1962: | University of California at Sacramento. Major: Home Economics. |
| N. | 1957-1960: | Palo Alto High School. Graduate. |

## COMMUNITY SERVICE

A. 1980-1990: Advisory Committee Member, Apparel Arts, Fullerton College.
B. 1974-1978: Fashion Show Coordinator for Garden Grove Adult Education.
C. 1967: Lecture series presentation at Orange Coast College: Personal Fit.
D. 1967-1974: Brea Junior Women's Club, Brea: Member and Fine Arts Chairman, 1967; Historian, 1968; Publicity Chairman, 1969; Second Vice-President, 1970; Publicity Chairman, 1971; Ways and Means Chairman, 1973.
E. 1972-1973: Brea United Methodist Church: Member. Adult Choir member.
F. 1968-1971: Brea Congregational Church: Member. Organized and directed Youth Choirs. Adult Choir member.
G. 1970: Brea Congregational Sewing Fair: Organized, instsigated and participated in fashion show, showed films, sew up displays, and demonstrated.
H. 1967: Miss Brea Beauty Contest: Organized and developed procedures for the lst Miss Brea Beauty Contest, during the lst Brea Bonanza Days Celebration; encouraged participants and sponsors. Personally sponsored a contestant.

## HONORS

A. 1975: Los Angeles Trade-Technical College. Save-A-Life Scholarship.
B. 1974-1976: Los Angeles Trade-Technical College. Chancellor's Distinguished Honor List.
C. 1974: Los Angeles Trade-Technical College. Patternmaking Contest Winner.
D. 1960-1962: Delta Sigma Nu Sorority, Sacramento College. Member.

## CREDENTIALS

A. 1979: State of California, Community College Instructors Credential, Life-Time, Full-Time. Subjects: Textiles, Textile Services, and Related Technologies.
B. 1979: State of California, Standard Designated Teaching Credential, Vocational Trade and Technical, Life-Time, Full-Time. Subjects: Sewing, Tailoring, and Fashion Design.
C. 1974: State of California, Adult Education Credential. Subjects: Sewing, Tailoring and Patternmaking.

## CONSULTATION INFORMATION

I am listed as an expert witness in the Southern California Experts and Consultants Directory, published by the Los Angeles County Bar Association. A Lawyer-to-Lawyer Consultants Network.

I am also listed as an expert witness with TASA, Technical Advisory Service for Attorneys in Penn. A nation-wide referral service for attorneys. 1-800-523-2319.

The following are the people I have consulted with and served as an expert for:

Gordon Boyco
Wes-Tex Adjusting Service, Inc.
8l9 Santee #400
Los Angeles, California 90014.
(213) 627-5255

Date: 1990 and onwards
Re: Expert Witness testimony in an arbitration hearing; testimony on the witness stand before the judge; casework consultation.

Ms. Judianne Jaffee, Esq.
Pritchard and Fields
10100 Santa Monica Blvd., Suite #950
Los Angeles, California 90067
(310)284-8410

Date: May 13, 1993
Re: Texollini, Inc. v. Lola, Inc.
    Expert Witness testimony in arbitration hearing,
    meetings with attorneys (Depo preparation).

Date: June 5, 1998
Re: Southern Calif. Embroidery v. Thin Red Line
    Expert Witness Consultation: review doc, assess
    damaged goods, document and report findings.

John T. Brooks, Esq.
Luce, Forward, Hamilton and Scripps, LLP
600 West Broadway, Suite #2600
San Diego, California 92101
(619) 699-2401

Date: September 30, 1996
Re: Rated R Clothing, Inc. v. Northbrook, et al.
    Expert Witness Consultation: review doc, prepare
    questions for opposition Depo. (fire loss,
    pattern damage)

Steve Galvez
Mirrors-Granite, Inc.
4309 Exchange Avenue
Vernon, California 90058
(213) 585-7282

Date: June 20, 1997
Re: Documented Report: Inspection of Garments
    Dispute between Mirrors Inc. and Lerners Store

Joe Pittera, Esq.
2214 Torrance Blvd. #101
Torrance, California 90501
(310) 328-3588

Date: Nov. 20, 2002
Re: Tooba Jaghoori v. Teresa Kucer
    Client Dispute/ Arbitration

Kristin Wedell
Gallagher, Sharp, Fulton, and Norman
1501 Euclid Avenue, 6th Floor
Cleveland, Ohio 44115-2108
(216) 241-5310

Date: October 12, 2000
Re: Jane Barrett v. Bradcourt Corp, et al.
    Expert Witness Opinion Report: review docs,
    research, document and report findings.

Sheridan Ross
Paul Cha
1560 Broadway, Suite 1200
Denver, Colorado 80202
(303) 863-9700

Date: October 18, 2004
Re: Lippincott v. Bounce Inc.
    Witness Consultation. Research/Documents
    Patent infringement

David Brien, Esq.
23801 Calabasas Road, Suite 1006
Calabasas, California 91302
(818) 222-6667

Date: January 2, 2005
Re: Adwani v. Jan
    Expert research on clothing fire damage