# EXHIBIT A
# TO
# FESSLER REPORT





Case 1:04-cv-10162-DPW    Document 87-4    Filed 11/30/2005    Page 3 of 10



Case 1:04-cv-10162-DPW     Document 87-4     Filed 11/30/2005     Page 4 of 10



Case 1:04-cv-10162-DPW    Document 87-4    Filed 11/30/2005    Page 5 of 10



# EXHIBIT B
# TO
# FESSLER REPORT



1/3

FIG. 1

FIG. 2

FIG. 3



2/3

FIG. 4

FIG. 5

3/3



FIG. 6



FIG. 7



FIG. 8