## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04 10162 DPW |

## BJ'S WHOLESALE CLUB'S JOINDER IN DALLAS MANUFACTURING'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,765,502

Defendant BJ's Wholesale Club, Inc. hereby joins in DALLAS MANUFACTURING'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,765,502.

    Attorneys for Defendant and Counterclaimant
    BJ'S WHOLESALE CLUB, INC.

    /s/ Darren M. Franklin
    Gary A. Clark (*pro hac vice*)
    Darren M. Franklin (*pro hac vice*)
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
      Including Professional Corporations
    333 South Hope Street, 48th Floor
    Los Angeles, California  90071-1448
    Telephone:   (213) 620-1780
    Facsimile:    (213) 620-1398
    E-mail:       gclark@sheppardmullin.com
                   dfranklin@sheppardmullin.com

Dated:   November 30, 2005

James J. Marcellino, Esq. (BBO # 318840)
David M. Mello, Esq. (BBO # 634722)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, Massachusetts  02109-1775
Telephone:   (617) 535-4000
Facsimile:   (617) 535-3800
E-mail:         jmarcellino@mwe.com
                    dmello@mwe.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon counsel for Plaintiff and Counterdefendant Flexi-Mat Corporation, William A. Meunier, Esq., Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109, and Larry L. Saret, Esq., Michael, Best & Friedrich LLP, 401 North Michigan Avenue, Suite 1900, Chicago, Illinois 60611, via first class mail, postage pre-paid, on November 30, 2005.

      I hereby certify that a true copy of the above document was also served upon counsel for Defendant and Counterclaimant Doskocil Manufacturing Company, Inc., Roy W. Hardin, Esq., Locke Liddell & Sapp LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776, via first class mail, postage pre-paid, on November 30, 2005.

      /s/ Darren M. Franklin
      Darren M. Franklin