UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04 10162 DPW |
| DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, | ) ) ) ) ) ) | **DEFENDANT DOSKOCIL MANUFACTURING COMPANY, INC.'s** |
| Defendants. | ) ) | **MOTION FOR SUMMARY JUDGMENT** |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) ) ) | **OF INVALIDITY AND NON-INFRINGEMENT OF THE '502 PATENT** |
| Counter-Claimant, | ) ) | |
| v. | ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) | |
| Counter-Defendant. | ) ) | |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) ) ) | |
| Counter-Claimant, | ) ) | |
| v. | ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) | |
| Counter-Defendant. | ) ) | |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, | ) ) ) | |
| Counter-Claimant, | ) ) | |
| v. | ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) | |
| Counter-Defendant. | ) | |

---

**Doskocil's Motion for Summary Judgment (Invalidity and Non-Infringement)**   1
DALLAS: 26935.00036: 1400424v1 BST99 1483040-1.072263.0011

Defendant Doskocil Manufacturing Company, Inc. ("Doskocil") respectfully files this Motion for Summary Judgment of Invalidity and Non-Infringement of United States Patent Number 5,765,502 ("the '502 Patent"). As is set forth in greater detail herein, and in the accompanying Brief in Support, the claims of the '502 Patent may be construed as a matter of law, and there are no questions of material fact concerning the construction of the accused Doskocil "Berkley & Jensen Premium Quality Bolster Pet Bed." Because no reasonable jury could find, either literally or by application of the doctrine of equivalents, each and every limitation in the properly construed claims in the accused bed, summary judgment of non-infringement is proper. *Innova/Pure Water, Inc. v. Safari Water Filtration Systems, Inc.,* 381 F.3d 1111, 1115 (Fed. Cir. 2004). Further, there are no questions of material fact concerning the teachings of the prior art. In view of the prior art as discussed more fully in the accompanying Brief in Support, the claims of the '502 Patent are either anticipated or obvious under 35 U.S.C. §§ 102 and/or 103. A concise statement of material facts to which there is no genuine issue to be tried is set forth in the accompanying Brief in Support, filed concurrently herewith, and incorporated by reference.

### Conclusion and Prayer

As set forth herein, and in the accompanying Brief in Support, claims 1, 2, 3, 7, and 8 of the '502 Patent are invalid under either 35 U.S.C. §102 as anticipated, or under 35 U.S.C. §103 as obvious in view of the relevant and material prior art. The claims placed at issue may be construed as a matter of law by the Court, and there are no genuine issues as to the teachings of the cited prior art references. Likewise, there are no genuine issues of material fact concerning the construction of the Doskocil Accused Bed, and of the non-infringement of the properly construed claims of the '502 Patent. Accordingly, summary judgment is appropriate, and Doskocil's Motion for Summary Judgment should be granted.

Respectfully submitted,

Dated: November 30, 2005

/s/ M. Scott Fuller
Roy W. Hardin
Martin Korn
M. Scott Fuller
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: 214.740.8556
Facsimile: 214.740.8800

/s/ James J. Marcellino
David M. Mello (BBO #634722)
James J. Marcellino (BBO #318840)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, Massachusetts 02109
Telephone: 617.535.4000
Facsimile: 617.535.3800

Counsel for Defendant
Doskocil Manufacturing Company, Inc.

## Certificate of Conference

Pursuant to Local Rule 7.1(a)(2), it is certified that counsel for Defendant Doskocil Manufacturing Company, Inc. held a conference with counsel for Plaintiff Flexi-Mat Corp. via telephone on November 29, 2005 concerning the merits of the present Motion. Agreement could not be reached, and counsel for Flexi-Mat indicated its opposition to this Motion. Accordingly, this Motion is presented to the Court for determination.

/s/ M. Scott Fuller
Counsel for Doskocil Manufacturing Company, Inc.

## Certificate of Service

      The undersigned hereby certifies that true and correct copies of the following: (a) Doskocil's Motion for Summary Judgment; (b) Brief in Support thereof; and (c) Appendix thereto; were caused to be served on the following by the manner indicated on November 30, 2005:

**By First Class Mail**

Michael E. Husmann, Esq.
Michael Best & Friedrich LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Facsimile: (414) 277-0656

Larry L Saret, Esq.
Michael Best & Friedrich LLP
401 N. Michigan Avenue, Suite 1900
Chicago, IL 66011
Facsimile: (312) 222-0818

William A. Meunier, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Facsimile: (617) 523-1231

Darren M. Franklin, Esq.
Sheppard, Mullin, Richter & Hampton LLP
48th Floor
333 South Hope Street
Los Angeles, CA 90071-1448
Telephone: (213) 617-5498
Facsimile: (213) 620-1398

                                        /s/ M. Scott Fuller
                                        Counsel for Defendant
                                        Doskocil Manufacturing Company, Inc.