## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 04 10162 DPW ) |
| DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, | ) ) ) ) **DEFENDANT DOSKOCIL** ) **MANUFACTURING COMPANY, INC.'s** ) |
| Defendants. | ) **UNOPPOSED** ) **MOTION FOR LEAVE** |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) **TO FILE ITS** ) **MOTION FOR** ) **SUMMARY JUDGMENT** |
| Counter-Claimant, | ) **OF INVALIDITY AND** ) **NON-INFRINGEMENT** |
| v. | ) **OF THE '502 PATENT** ) |
| FLEXI-MAT CORPORATION, a corporation, | ) ) |
| Counter-Defendant. | ) ) |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) ) ) |
| Counter-Claimant, | ) |
| v. | ) |
| FLEXI-MAT CORPORATION, a corporation, | ) ) |
| Counter-Defendant. | ) ) |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, | ) ) ) |
| Counter-Claimant, | ) |
| v. | ) |
| FLEXI-MAT CORPORATION, a corporation, | ) ) |
| Counter-Defendant. | ) |

---

**Doskocil's Motion for Leave**   1
DALLAS: 26935.00036: 1454672v1 BST99 1483042-1.072263.0011

Defendant Doskocil Manufacturing Company, Inc. ("Doskocil") respectfully files this Motion Requesting Grant of Leave of the Court to file the accompanying Motion for Summary Judgment of Invalidity and Non-Infringement of United States Patent Number 5,765,502. A conference with counsel for Plaintiff Flexi-Mat Corporation has taken place, and Flexi-Mat does not oppose this Motion. Likewise, a conference with counsel for Dallas Manufacturing Company, Inc. and BJ's Wholesale Club, Inc. has taken place, and neither party opposes the present Motion.

By Order of the Court, the deadline for filing dispositive motions in this matter was November 30, 2005. Doskocil's Motion for Summary Judgment was prepared in advance of the November 30 deadline. On November 30, counsel for Flexi-Mat Corporation, Dallas Manufacturing, and BJ's Wholesale Club were sent copies of Doskocil's Motion for Summary Judgment via overnight delivery. Also on November 30, a Courtesy Copy to the Court of Doskocil's Motion for Summary Judgment was sent via overnight delivery.

Counsel for Doskocil intended to file the Motion for Summary Judgment electronically on November 30, but discovered that no counsel from the lead firm Locke Liddell & Sapp had been entered in the Court's CM/ECF docketing system. At the time of the discovery, an unsuccessful attempt was made to contact local counsel for Doskocil (the law firm McDermott, Will & Emery) in order to have Doskocil's Motion for Summary Judgment filed by attorneys at that firm. Accordingly, Doskocil's Motion for Summary Judgment was not timely filed with the Court.

The present Motion for Leave is not being filed for any strategic purpose. The accompanying Motion and Brief in Support were completed and served timely, and Plaintiff Flexi-Mat will not be disadvantaged or prejudiced if the present Motion for Leave is granted.

Doskocil therefore respectfully requests leave of the Court to file the accompanying Motion for Summary Judgment on December 1, 2005, one day after the November 30 deadline.

## Conclusion and Prayer

For the reasons set forth herein, Doskocil seeks leave of the Court to file the accompanying Motion for Summary Judgment, and prays that the present Motion for Leave be granted.

Respectfully submitted,

Dated: December 1, 2005

/s/ M. Scott Fuller
Roy W. Hardin
Martin Korn
M. Scott Fuller
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: 214.740.8556
Facsimile: 214.740.8800

/s/ James J. Marcellino
David M. Mello (BBO #634722)
James J. Marcellino (BBO #318840)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, Massachusetts 02109
Telephone: 617.535.4000
Facsimile: 617.535.3800

Counsel for Defendant
Doskocil Manufacturing Company, Inc.

## Certificate of Conference

Pursuant to Local Rule 7.1(a)(2), it is certified that counsel for Defendant Doskocil Manufacturing Company, Inc. held a conference with counsel for Plaintiff Flexi-Mat Corp. via telephone on December 1, 2005 concerning the merits of the present Motion. Counsel for Flexi-Mat does not oppose the present Motion.

                                           <u>/s/ M. Scott Fuller</u>
                                           Counsel for Doskocil Manufacturing Company, Inc.

Case 1:04-cv-10162-DPW   Document 91-2   Filed 12/01/2005   Page 4 of 5

**Certificate of Service**

      The undersigned hereby certifies that true and correct copies of the foregoing were caused to be served on the following by the manner indicated on December 1, 2005:

**By First Class Mail**

Michael E. Husmann, Esq.
Michael Best & Friedrich LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Facsimile: (414) 277-0656

Larry L Saret, Esq.
Michael Best & Friedrich LLP
401 N. Michigan Avenue, Suite 1900
Chicago, IL 66011
Facsimile: (312) 222-0818

William A. Meunier, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Facsimile: (617) 523-1231

Darren M. Franklin, Esq.
Sheppard, Mullin, Richter & Hampton LLP
48th Floor
333 South Hope Street
Los Angeles, CA 90071-1448
Telephone: (213) 617-5498
Facsimile: (213) 620-1398

                                                     /s/ M. Scott Fuller
                                                     Counsel for Defendant
                                                     Doskocil Manufacturing Company, Inc.