## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04 10162 DPW |
| ) | |
| DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, ) | **DEFENDANT BJ'S WHOLESALE CLUB, INC.'s** |
| ) | |
| Defendants. ) | **JOINDER IN DOSKOCIL MANUFACTURING COMPANY, INC'S** |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, ) | **MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND** |
| Counter-Claimant, ) | **NON-INFRINGEMENT OF THE '502 PATENT** |
| v. ) | |
| FLEXI-MAT CORPORATION, a corporation, ) | |
| Counter-Defendant. ) | |
| BJ'S WHOLESALE CLUB, INC., a corporation, ) | |
| Counter-Claimant, ) | |
| v. ) | |
| FLEXI-MAT CORPORATION, a corporation, ) | |
| Counter-Defendant. ) | |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, ) | |
| Counter-Claimant, ) | |
| v. ) | |
| FLEXI-MAT CORPORATION, a corporation, ) | |
| Counter-Defendant. ) | |

Defendant BJ's Wholesale Club, Inc. hereby expressly joins in Doskocil Manufacturing Company, Inc's Motion for Summary Judgment of Invalidity and Non-Infringement of United States Patent Number 5,765,502.

Respectfully submitted,

Dated: November 30, 2005

/s/ M. Scott Fuller
Roy W. Hardin
Martin Korn
M. Scott Fuller
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: 214.740.8556
Facsimile: 214.740.8800

/s/ James J. Marcellino
David M. Mello (BBO #634722)
James J. Marcellino (BBO #318840)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, Massachusetts 02109
Telephone: 617.535.4000
Facsimile: 617.535.3800

Counsel for Defendant
BJ's Wholesale Club, Inc.

## Certificate of Service

      The undersigned hereby certifies that true and correct copies of the foregoing were caused to be served on the following by the manner indicated on November 30, 2005:

**By First Class Mail**

Michael E. Husmann, Esq.
Michael Best & Friedrich LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Facsimile: (414) 277-0656

Larry L Saret, Esq.
Michael Best & Friedrich LLP
401 N. Michigan Avenue, Suite 1900
Chicago, IL 66011
Facsimile: (312) 222-0818

William A. Meunier, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Facsimile: (617) 523-1231

Darren M. Franklin, Esq.
Sheppard, Mullin, Richter & Hampton LLP
48th Floor
333 South Hope Street
Los Angeles, CA 90071-1448
Telephone: (213) 617-5498
Facsimile: (213) 620-1398

                                        /s/ M. Scott Fuller
                                        Counsel for Defendant
                                        BJ's Wholesale Club, Inc.