UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> DALLAS MANUFACTURING COMPANY, a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas Corporation, <br><br> Defendants. | Civil Action No. 04 10162 DPW |
| DALLAS MANUFACTURING COMPANY, INC., a Corporation, <br><br> Counter-Claimant, <br><br> v. <br><br> FLEXI-MAT CORPORATION, a Corporation, <br><br> Counter-Defendant. | |
| BJ'S WHOLESALE CLUB, INC., a Corporation, <br><br> Counter-Claimant, <br><br> v. <br><br> FLEXI-MAT CORPORATION, a Corporation, <br><br> Counter-Defendant. | |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, <br><br> Counter-Claimant, <br><br> v. <br><br> FLEXI-MAT CORPORATION, a Corporation, <br><br> Counter-Defendant. | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Larry L. Saret, Lisa C. Childs, and Gretchen M. Hosty, attorneys for Plaintiff Flexi-Mat Corporation, will have the following new address effective Monday, January 9, 2006:

> Michael Best & Friedrich LLP
> Two Prudential Plaza
> 180 North Stetson Avenue
> Suite 2000
> Chicago, IL 60601
> Phone: (312) 222-0800
> Fax: (312) 222-0818.

The address of Michael E. Husmann, another of Plaintiff's attorneys, will remain as follows:

> Michael Best & Friedrich LLP
> 100 East Wisconsin Avenue
> Suite 3300
> Milwaukee, WI 53202-4108.

Dated: January 9, 2006

Respectfully submitted,

/s/Richard B. Myrus
Richard B. Myrus (BBO # 638793)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Telephone: (617) 570-1058
Facsimile: (617) 523-1231

Michael Husmann
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108

Larry L. Saret
Lisa C. Childs
Gretchen M. Hosty
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601
Phone: (312) 222-0800
Fax: (312) 222-0818

Attorneys for Plaintiff
Flexi-Mat Corporation

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on January 9, 2006.

/s/ Richard B. Myrus

3