UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FLEXI-MAT CORPORATION, an Illinois corporation,    )
                                                   )
            Plaintiff,                             )
                                                   )
                                                   )
    v.                                             )    Civil Action No. 04 10162 DPW
                                                   )
DALLAS MANUFACTURING COMPANY, a Texas              )    Flexi-Mat's Agreed Motion to File Its
corporation, BJ'S WHOLESALE CLUB, INC., a Delaware )    Opposition to Dallas' Motion for
corporation, and DOSKOCIL MANUFACTURING           )    Summary Judgment of Non-Infringement
COMPANY, INC., a Texas corporation,                )    and Certain Exhibits Thereto Under Seal
                                                   )
            Defendants.                            )
                                                   )
DALLAS MANUFACTURING COMPANY, INC., a              )
corporation,                                       )
                                                   )
            Counter-claimant,                      )
                                                   )
    v.                                             )
                                                   )
FLEXI-MAT CORPORATION, a corporation,              )
                                                   )
            Counter-defendant.                     )
BJ'S WHOLESALE CLUB, INC., a corporation,          )
                                                   )
            Counter-claimant,                      )
                                                   )
    v.                                             )
                                                   )
FLEXI-MAT CORPORATION, a corporation,              )
                                                   )
            Counter-defendant.                     )
DOSKOCIL MANUFACTURING COMPANY, INC., a            )
corporation,                                       )
                                                   )
            Counter-claimant,                      )
                                                   )
    v.                                             )
                                                   )
FLEXI-MAT CORPORATION, a corporation,              )
                                                   )
            Counter-defendant.                     )

Plaintiff Flexi-Mat's Memorandum in Opposition to Dallas' Motion for Summary Judgment of Non-Infringement discusses and includes as FM Infringement Exhibits 12-20 documents that defendant Dallas Manufacturing Co. designated as "Confidential" during the course of discovery. Accordingly, pursuant to the Protective Order entered in this case, Flexi-Mat moves that its Memorandum in Opposition to Dallas' Motion for Summary Judgment of Non-Infringement and FM Infringement Exhibits 12-20 thereto be filed under seal.

Pursuant to Local Rule 7.1(a), Plaintiff's counsel certifies that it conferred on this motion with counsel for Dallas Manufacturing Co., who indicated that Dallas Manufacturing Co. agrees to the Court granting this motion. .

|  | Respectfully submitted, |
|---|---|
|  |  |
| Dated:  January 9, 2006 | /s Richard B. Myrus |
|  | Richard B. Myrus (BBO # 638793)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>Telephone:  (617) 570-1058<br>Facsimile:  (617) 523-1231<br><br>Michael Husmann<br>MICHAEL BEST & FRIEDRICH LLP<br>100 East Wisconsin Avenue<br>Suite 3300<br>Milwaukee, WI 53202-4108<br><br>Larry L. Saret<br>Lisa C. Childs<br>Gretchen M. Hosty<br>MICHAEL BEST & FRIEDRICH LLP<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 2000<br>Chicago, IL 60601<br>Phone: (312) 222-0800<br>Fax: (312) 222-0818<br><br>Attorneys for Plaintiff<br>Flexi-Mat Corporation |