# EXHIBIT 1

-----Original Message-----
From: Jon Comeau [mailto:ComeauJ@ORVIS.com]
Sent: Thursday, September 25, 2003 8:25 AM
To: 'Jim Elesh'
Subject: New project


Jim,

I was reviewing our dog nest sales yesterday. The bolster style is still our strongest seller and getting stronger. I'm considering offering our tough chew nest in a bolster style. I've left a message with Cela to get some sample yardage of the cordura fabric sent to you for prototypes. I will let you know when it ships.

Best regards,

Jon
--------------------------------------------------------------------------
-----------------------------------------

The Orvis Company, Inc. Email system has scanned this email for malicious content
IMPORTANT: Do Not open attachments from unrecognized senders

1                                    ELESH EXHIBIT 1

Confidential Attorneys' Eyes Only                              FM010157