# EXHIBIT 2



ELESH EXHIBIT 2



Case 1:04-cv-10162-DPW    Document 99-3    Filed 01/09/2006    Page 3 of 4

