# EXHIBIT 3



ELESH EXHIBIT 3