# EXHIBIT 1



HANDELSMAN EXHIBIT 1