# EXHIBIT 2

Case 1:04-cv-10162-DPW    Document 100-3    Filed 01/09/2006    Page 1 of 3



**HANDELSMAN EXHIBIT 2**

