# EXHIBIT 3

```
00001
 1         IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 2
 3
 4  FLEXI-MAT CORPORATION, an    )
    Illinois corporation,        )
 5         Plaintiff,             )
                                 ) Civil Action
 6     -vs-                      ) No. 04 10162 DPW
                                 )
 7  DALLAS MANUFACTURING COMPANY, )
    INC., a Texas corporation,   )
 8  BJ'S WHOLSESALE CLUB, INC.,  )
    a Delaware corporation, and  )
 9  DOSKOCIL MANUFACTURING       )
    COMPANY, INC., a Texas       )
10  corporation,                 )
         Defendants.             )
11
12
13
14       Videotaped deposition of SIMON F. HANDELSMAN
15  taken before NADINE J. WATTS, CSR, RPR, and Notary
16  Public, pursuant to the Federal Rules of Civil Procedure
17  for the United States District Courts pertaining to the
18  taking of depositions, at Suite 4500, 227 West Monroe
19  Street, in the City of Chicago, Cook County, Illinois,
20  commencing at 10:00 o'clock a.m. on the 1st day of
21  November, A.D., 2005.
22
23
24
```

Handlesman, Simon; 11/1/05                Page 1

HANDELSMAN EXHIBIT 3

```
00091
  1   or modify --
  2    A   No.
  3    Q   -- from this morning?
  4        Let's continue to look at your infringement
  5   report, which is Exhibit 720. Here.
  6    A   Thank you.
  7    Q   Now, in Section B, starting at the bottom of
  8   page 3, and also in Section C, in the middle of page 4,
  9   you're talking about Dallas beds sold to BJ's, correct?
 10    A   Yes.
 11    Q   I have a BJ's bed here that was previously
 12   marked in this case as an exhibit, and what I'd like to
 13   have you do is with reference to that bed explain to me
 14   your conclusion in both Sections B and C of Exhibit 720
 15   why you conclude that substantially all of the bolster
 16   is disposed exteriorly about at least a portion of the
 17   perimeter of the bottom portion. Could you do that for
 18   me please? And I don't know if you -- You can turn it
 19   for the camera so you can explain.
 20    A   I'm going to spill my coffee everywhere. Let me
 21   just make sure that -- What I would do is refer you to
 22   the last page or last picture in which I took the bed
 23   that I had and with one hand I tried to find the
 24   exterior perimeter of the bottom cushion, and then with
```

00092
1  the other hand I put it up against the bolster where it
2  was, and in that way I was able to determine what I'm
3  showing here is the amount where the bolster leans over
4  the edge of the bottom cushion.
5      And on this bed -- It's easier on the floor
6  there.
7  Q  Well, I'm afraid though that the camera can't
8  capture it when you're on the floor like that. So if we
9  could put it back up on the table.
10  MR. SARET: Maybe we should clear some more space.
11  MR. CLARK: Right. Why don't we do that.
12  THE WITNESS: What I do here is visually and by feel
13  try to determine where the exterior perimeter of the
14  bottom cushion cover is and where the interior of the
15  bolster is, and in that basis I can make an estimation
16  of how far over this cushion -- the bolster goes. And
17  that varies from bed to bed. As a matter of fact, I
18  would guess it varies in this bed.
19  MR. CLARK: Q  Okay. It appears as though you're
20  pushing on the bolster while you're doing that.
21  A  No, I'm really trying to -- I'm really trying to
22  only maintain -- I am pushing in a little at this end to
23  feel where the perimeter is because the perimeter isn't
24  here.

Handlesman, Simon; 11/1/05        Page 92

00093
1    Q  Well, you can just unzip the bottom cushion to
2  see where it is, couldn't you?
3    A  I could do that too. That's fine with me. Is
4  that okay? Because there is in fact the perimeter.
5  Now, it is not the same perimeter when it's zipped as
6  when it's unzipped.
7    Q  Why is that?
8    A  Because the zipper tends to hold the thing
9  together, which is why I did it when it was zipped
10 originally. But in doing that, what I do is I try to
11 determine what position the bolster lays in in
12 relationship to the bottom cushion and cover.
13   Q  And according to this methodology, what did you
14 determine?
15   A  I determined that the bolster is substantially
16 exterior to the bottom cushion.
17   Q  Okay. Can you estimate in -- you know, in a
18 dimension, inches, how much you think the bolster
19 extends beyond the perimeter of the bottom cushion?
20   A  I prefer to zip this if you don't mind since I
21 did the others that way. And I'm not using undue
22 pressure. I would guess about this much is on the
23 outside, from about here, something like that.
24   Q  So it's --

**Handlesman, Simon; 11/1/05**                    **Page 93**

```
00094
 1    A    That seems to replicate the same basis I did.
 2  Now, if I fluffed this -- if I take this bed and I fluff
 3  it around and get it organized a little bit, what
 4  happens is now it's a little more.
 5    Q    What's a little more?
 6    A    The bolster is further outside the perimeter of
 7  the bottom cushion.
 8    Q    Could you hold your hands apart like -- you
 9  know, like fisherman do about the one that got away?
10  That's the full width of the bolster, isn't it?
11    A    That is the full width of the bolster.
12    Q    You're saying the entirety --
13    A    No, that's --
14    Q    -- of the bolster is beyond the exterior of the
15  base cushion?
16    MR. SARET:  Objection.
17    THE WITNESS:  No, I didn't -- That's not what I
18  said.  You misunderstood what I said or I said it
19  poorly.  I don't know which.
20        If you're going -- Is the question how much, as
21  a fisherman would indicate, is exterior rather than
22  interior; is that the question?
23    MR. CLARK:  Q  Yes.  Well, how much of that bolster
24  is in your view exterior of the perimeter of the base
```

Handlesman, Simon; 11/1/05                    Page 94

00095
1  cushion? Just hold your hands up.

2   A  (Indicating.)

3   Q  That appears to be the whole width of the --

4   A  No, it's not. If I go back to that, it's about

5  that much I would guess. And I suspect it's a little

6  different here and it's a little different there. But

7  it was the best methodology I could use to determine

8  what I was trying to determine -- what I was asked.

9   Q  If what you're saying is true, why isn't the

10 bolster just flopped over -- You're saying that there's

11 nothing holding that bolster up, there's nothing

12 underneath it except an empty cover on the bottom?

13    MR. SARET: Objection --

14    THE WITNESS: No.

15    MR. SARET: -- mischaracterizing the witness'

16 testimony.

17    THE WITNESS: I'm not saying that.

18    MR. CLARK: Q  Well, if you're saying there's that

19 much of the bolster that's beyond the base cushion,

20 you're saying that much of the bolster is not supported

21 by anything underneath?

22    MR. SARET: Objection.

23    MR. CLARK: Correct?

24    MR. SARET: Again, mischaracterizing the witness'

**Handlesman, Simon; 11/1/05**                    **Page 95**

00096
1  testimony.
2      THE WITNESS: I'm saying that when you take this bed
3  and you are trying to determine where the position of
4  the bolster is in relationship to the bottom cushion,
5  one, it changes. If you keep fluffing the bed, it
6  changes wherever it is. But my estimation is it's about
7  like that. And that's on this bed. If you present me
8  with a hundred beds, I suspect there's a variation.
9      MR. CLARK: Q  Okay. Now, in the up and down
10 direction where is the bolster relative to the base
11 cushion?
12     A  In the up and down direction?
13     Q  In other words, is the bolster down around the
14 side of the base cushion or is it up above the side of
15 the base cushion and simply extended outwardly, you
16 know, above the base cushion?
17     MR. SARET: Object to the form of the question.
18     THE WITNESS: It flops over, if that's any help.
19     MR. CLARK: Q  Is it flopped over right now?
20     A  Yes.
21     Q  That's -- Okay. Just so we have our terminology
22 straight, this is your idea of flopping over?
23     A  This is a degree of flopping over. I'm not
24 trying to be -- I've examined other beds which are more

00097
1  flopped over than this. This one is not as flopped over
2  as some of the others I saw.
3  Q  Okay. But could you explain what you mean by
4  flopped over?
5  A  The majority of the bolster is outside the
6  perimeter of the bottom cushion.
7  Q  Maybe I should have you draw for me in a
8  cross-section what you think --
9  A  Yes, I'm sorry about that.
10    THE VIDEOGRAPHER: Mr. Clark, can we turn the bed so
11  it's perpendicular, counterclockwise -- clockwise as you
12  look down it, the other way, so it's to the right angle?
13  There, we can see the angle of the bolster.
14    MR. CLARK: Q  Why don't you draw a cross-section
15  and show me as the bed sits there right now without you
16  pushing it around at all --
17  A  Well, you want to arrange it?
18  Q  Why don't you draw for me in cross-section where
19  you say the bolster is relative to the base cushion?
20    MR. SARET: Gary, while we're waiting, I don't know
21  that you ever identified this exhibit by number. Did
22  you do that omission purposefully?
23    MR. CLARK: I'm sorry?
24    MR. SARET: Did you omit the exhibit number

Handlesman, Simon; 11/1/05                    Page 97