**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, </br></br> Plaintiff, </br></br> v. </br></br> DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, </br></br> Defendants. </br></br> AND RELATED COUNTERCLAIMS. | Civil Action No. 04 10162 DPW |

## DECLARATION OF GARY A. CLARK IN OPPOSITION TO FLEXI-MAT'S MOTIONS FOR SUMMARY JUDGMENT

I, Gary A. Clark, declare as follows:

1. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendants Dallas Manufacturing, Inc. and BJ's Wholesale Club, Inc. I am an attorney duly admitted *pro hac vice* in this action.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. I submit this declaration in opposition to FLEXI-MAT'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT and FLEXI-MAT'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY.

-2-

4.	Attached hereto as Exhibit A are true and correct copies of pages from the transcript of the deposition of Larry L. Saret taken on September 21, 2005 in this action.

5.	Attached hereto as Exhibit B are true and correct copies of pages from the transcript of the deposition of Neil Nivert taken on June 29, 2005 in this action.

6.	Attached hereto as Exhibit C is a true and correct copy of Exhibit B to SIMON HANDELSMAN'S EXPERT REPORT ON INFRINGEMENT.

7.	Attached hereto as Exhibit D are true and correct copies of pages from the transcript of the deposition of Richard Mathews taken on June 28, 2005 in this action.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on January 9, 2006, at Los Angeles, California.


/s/ Gary A. Clark
GARY A. CLARK