**EXHIBIT B**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Neil Nivert    June 29, 2005

Page 1

```
                IN THE UNITED STATES DISTRICT COURT
1                       DISTRICT OF MASSACHUSETTS
2
    FLEXI-MAT CORPORATION, an    )    CASE NO. 04 10162 DPW
3   Illinois corporation,        )
                                 )
4       Plaintiff,               )
                                 )
5   VS.                          )
                                 )
6   DALLAS MANUFACTURING         )
    COMPANY, INC., a Texas       )
7   corporation, and BJ'S        )
    WHOLESALE CLUB, INC., a      )
8   Delaware corporation,        )
    DOSKOCIL MANUFACTURING       )
9   COMPANY, INC., a Texas       )
    corporation,                 )
10                               )
        Defendants.              )
11
12   -------------------------------------------
             ORAL AND VIDEOTAPED DEPOSITION OF
13                       NEIL NIVERT
                       JUNE 29, 2004
14   -------------------------------------------
15       ORAL AND VIDEOTAPED DEPOSITION OF NEIL NIVERT,
16  produced as a witness at the instance of the Plaintiff,
17  and duly sworn, was taken in the above-styled and
18  numbered cause on the 29th day of June, 2005, from
19  10:06 a.m. to 2:36 p.m., before Kimberly Byrns Buchanan,
20  CSR in and for the State of Texas, reported by machine
21  shorthand, at the offices of Hughes & Luce, LLP,
22  1717 Main Street, Suite 2900, Dallas, Texas 75201,
23  pursuant to the Federal Rules of Civil Procedure and the
24  provisions stated on the record or attached hereto.
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Neil Nivert    June 29, 2005

Page 2

```
                      A P P E A R A N C E S
 1
 2
 3      FOR THE PLAINTIFF:
 4      Mr. Michael E. Husmann
        Mr. Larry L. Saret
 5      MICHAEL BEST & FRIEDRICH LLP
        100 East Wisconsin Avenue
 6      Suite 3300
        Milwaukee, WI 53202-4108
 7      Tel:  (414) 271-6560
        Fax:  (414) 277-0656
 8      E-mail:  mehusmann@michaelbest.com
 9
10
11      FOR THE DEFENDANT,
        DALLAS MANUFACTURING COMPANY, INC.:
12
        Mr. Gary A. Clark
13      SHEPPARD MULLIN RICHTER & HAMPTON LLP
        333 South Hope Street
14      48th Floor
        Los Angeles, CA 90071-1448
15      Tel:  (213) 620-1780
        Fax:  (213) 620-1398
16      E-mail:  gclark@sheppardmullin.com
17
18
19   ALSO PRESENT:
20      Mr. Gary Bentley - Videographer
21
22
23
24
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Neil Nivert    June 29, 2005

Page 133

1    A.    Save costs.
2    Q.    So the way you manufactured the cover was to
3    make the cover first and then stuff it, rather than make
4    a separate cover for the bolster, stuff it, make a
5    separate cover for the bottom cushion, stuff it, and sew
6    the two together.  Correct?
7    A.    The way we constructed it was to make the
8    entire cover together.
9    Q.    Yes.
10   A.    And -- and -- as separate pieces, the
11   cushion --
12   Q.    Right.
13   A.    -- is made, the empty cushion, with no fiber in
14   it.  The bolster is attached to the top of the cushion.
15   Q.    Okay.
16   A.    With no fiber in it.
17   Q.    Right.
18   A.    A separate liner is made for each piece.
19   Q.    Right.
20   A.    Is inserted into the bolster -- the liner for
21   the bolster is inserted into the bolster.  The liner for
22   the cushion is inserted into the -- to the cushion.
23   Then -- that is done overseas.
24   Q.    Okay.
25   A.    Then that is brought in.  And we blow fiberfill

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Neil Nivert    June 29, 2005

139

1          IN THE UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

2

   FLEXI-MAT CORPORATION, an    )   CASE NO. 04 10162 DPW
3  Illinois corporation,        )
                                )
4       Plaintiff,              )
                                )
5  VS.                          )
                                )
6  DALLAS MANUFACTURING         )
   COMPANY, INC., a Texas       )
7  corporation, and BJ'S        )
   WHOLESALE CLUB, INC., a      )
8  Delaware corporation,        )
   DOSKOCIL MANUFACTURING       )
9  COMPANY, INC., a Texas       )
   corporation,                 )
10                              )
        Defendants.             )

11

12              REPORTER'S CERTIFICATION
              DEPOSITION OF NEIL NIVERT
13                  JUNE 29, 2004

14

15       I, Kimberly Byrns Buchanan, Certified Shorthand
16  Reporter in and for the State of Texas, hereby certify
17  to the following:
18       That the witness, NEIL NIVERT, was duly sworn by
19  the officer and that the transcript of the oral
20  deposition is a true record of the testimony given by
21  the witness;
22       That the deposition transcript was submitted on
23  the _____ day of _____, 2005, to the witness or
24  to the attorney for the witness for examination,
25  signature and return to me by the ____ of _____; 2005;

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Neil Nivert    June 29, 2005

140

1    That the amount of time used by each party at
2    the deposition is as follows:
3        Mr. Husmann    - 03 HRS: 03 MIN;
4        Mr. Saret      - 00 HRS: 00 MIN;
5        Mr. Clark      - 00 HRS: 00 MIN.
6        That pursuant to information given to the
7    deposition officer at the time said testimony was taken,
8    the following includes all parties of record:
9        Mr. Michael E. Husmann, and Mr. Larry L. Saret,
10   Attorneys for Plaintiff;
11       Mr. Gary A. Clark, Attorney for Defendant,
12   Dallas Manufacturing Company, Inc.
13       I further certify that I am neither counsel for,
14   related to, nor employed by any of the parties or
15   attorneys in the action in which this proceeding was
16   taken, and further that I am not financially or
17   otherwise interested in the outcome of the action.
18       Further certification requirements pursuant to
19   Rule 203 of TRCP will be certified to after they have
20   occurred.
21       Certified to by me this 21st day of July, 2005.
22
23
24
25

141

1

2

3

*Kimberly Byrns Buchanan*

4   KIMBERLY BYRNS BUCHANAN

    Texas CSR #7579

5   Expiration Date:   12/31/05

6   LEGALINK DALLAS

    Firm Registration No. 191

7   4144 North Central Expressway

    Suite 450

8   Dallas, Texas 75204

    (214) 720-4567

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Neil Nivert    June 29, 2005

142

1    FURTHER CERTIFICATION UNDER RULE 203 TRCP
2        The original deposition was/was not returned to
3    the deposition officer on _____;
4        If returned, the attached Changes and Signature
5    page contains any changes and the reasons therefor;
6        If returned, the original deposition was
7    delivered to _____, Custodial Attorney;
8        That $_____ is the deposition officer's
9    charges to Mr. Michael E. Husmann for preparing the
10   original deposition transcript and any copies of
11   exhibits;
12       That the deposition was delivered in accordance
13   with Rule 203.3, and that a copy of this certificate was
14   served on all parties shown herein on and filed with the
15   Clerk.
16       Certified to by me this 19th day of
17   July_____, 2005.
18
19
                    _Kimberly Byrns Buchanan_
20                  KIMBERLY BYRNS BUCHANAN
                    Texas CSR #7579
21                  Expiration Date:  12/31/05
22                  LEGALINK DALLAS
                    Firm Registration No. 191
23                  4144 North Central Expressway
                    Suite 450
24                  Dallas, Texas 75204
                    (214) 720-4567
25