**EXHIBIT C**

## DALLAS (I) BED SOLD TO BJ'S (PAR. 2.B)



1
3 (inside)
2 (inside)
4



1
3
2
5



EXHIBIT B

## DALLAS (I) BED SOLD TO BJ'S (PAR. 2.B)





## DALLAS (I) BED SOLD TO BJ'S (PAR. 2.B)

