**EXHIBIT D**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews   June 28, 2005

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
 2
      FLEXI-MAT CORPORATION, an    )   CASE NO. 04 10162 DPW
 3    Illinois corporation,        )
                                   )
 4         Plaintiff,              )
                                   )
 5    VS.                          )
                                   )
 6    DALLAS MANUFACTURING         )
      COMPANY, INC., a Texas       )
 7    corporation, and BJ'S        )
      WHOLESALE CLUB, INC., a      )
 8    Delaware corporation,        )
      DOSKOCIL MANUFACTURING       )
 9    COMPANY, INC., a Texas       )
      corporation,                 )
10                                 )
           Defendants.             )
11
12        ------------------------------------------
                ORAL AND VIDEOTAPED DEPOSITION OF
13                     RICHARD MATHEWS
                       JUNE 28, 2005
14        ------------------------------------------
15         ORAL AND VIDEOTAPED DEPOSITION OF RICHARD MATHEWS,
16    produced as a witness at the instance of the Plaintiff,
17    and duly sworn, was taken in the above-styled and
18    numbered cause on the 28th day of July, 2005, from
19    9:13 a.m. to 6:03 p.m., before Kimberly Byrns Buchanan,
20    CSR in and for the State of Texas, reported by machine
21    shorthand, at the offices of Hughes & Luce, LLP, 1717
22    Main Street, Suite 2900, Dallas, Texas 75201, pursuant
23    to the Federal Rules of Civil Procedure and the
24    provisions stated on the record or attached hereto.
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews    June 28, 2005

Page 2

```
 1                 A P P E A R A N C E S
 2      FOR THE PLAINTIFF:
 3      Mr. Michael E. Husmann
        Mr. Larry L. Saret
 4      MICHAEL BEST & FRIEDRICH LLP
        100 East Wisconsin Avenue
 5      Suite 3300
        Milwaukee, WI 53202-4108
 6      Tel:  (414) 271-6560
        Fax:  (414) 277-0656
 7      E-mail:  mehusmann@michaelbest.com
 8
 9      FOR THE DEFENDANT,
        DALLAS MANUFACTURING COMPANY, INC.:
10
        Mr. Gary A. Clark
11      SHEPPARD MULLIN RICHTER & HAMPTON LLP
        333 South Hope Street
12      48th Floor
        Los Angeles, CA 90071-1448
13      Tel:  (213) 620-1780
        Fax:  (213) 620-1398
14      E-mail:   gclark@sheppardmullin.com
15
16      FOR THE DEFENDANT,
        DOSKOCIL MANUFACTURING COMPANY, INC.
17
        Mr. M. Scott Fuller
18      LOCKE LIDDELL & SAPP LLP
        2200 Ross Avenue
19      Suite 2200
        Dallas, Texas 75201-6776
20      Tel:  (214) 740-8556
        Fax:  (214) 740-8800
21      E-mail:  rhardin@lockeliddell.com
22
23   ALSO PRESENT:
24      Mr. Gary Bentley - Videographer
25
```

LEGALINK-CHICAGO
(312) 263-3524  (312) 263-3544

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews   June 28, 2005

Page 246

1    Q.   Okay.  And so we'll -- we will refer to this
2  bed as Exhibit 2C.  Okay?
3               (Exhibit 2C marked)
4              And then there's another bed that was
5  produced.  I believe it says, "Sam's?"
6    A.   That's correct.
7    Q.   Would you identify that -- that bed?
8    A.   That's a 42-inch bolster bed.
9    Q.   Is that the bolster bed that Dallas is
10 currently selling to Sam's?
11   A.   Not currently.  That was last year.
12   Q.   So Dallas sold that to Sam's last year?
13   A.   Yes.  I --
14   Q.   Are they selling any beds to -- is Dallas
15 selling any beds to Sam's for 2005?
16   A.   Yes.  Not any bolster beds.
17   Q.   Okay.  And what is the -- is the construction
18 of the bed sold to Sam's the same as the construction
19 sold to BJ's?
20   A.   Yes.  And it just -- you can see there's a
21 different fabric on there.  That's a micro-terry fabric.
22   Q.   Okay.
23   A.   And this is obviously your standard berber.
24   Q.   And then there's a bed that has the name "Bass
25 Pro" on it?

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews   June 28, 2005

278

```
 1           IN THE UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
 2
     FLEXI-MAT CORPORATION, an   )   CASE NO. 04 10162 DPW
 3   Illinois corporation,       )
                                 )
 4      Plaintiff,               )
                                 )
 5   VS.                         )
                                 )
 6   DALLAS MANUFACTURING        )
     COMPANY, INC., a Texas      )
 7   corporation, and BJ'S       )
     WHOLESALE CLUB, INC., a     )
 8   Delaware corporation,       )
     DOSKOCIL MANUFACTURING      )
 9   COMPANY, INC., a Texas      )
     corporation,                )
10                               )
        Defendants.              )
11
12              REPORTER'S CERTIFICATION
              DEPOSITION OF RICHARD MATHEWS
13                   JUNE 28, 2005
14
15         I, Kimberly Byrns Buchanan, Certified Shorthand
16   Reporter in and for the State of Texas, hereby certify
17   to the following:
18         That the witness, RICHARD MATHEWS, was duly
19   sworn by the officer and that the transcript of the oral
20   deposition is a true record of the testimony given by
21   the witness;
22         That the deposition transcript was submitted on
23   the _____ day of _____, 2005, to the witness or
24   to the attorney for the witness for examination,
25   signature and return to me by the ____ of _____, 2005;
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews   June 28, 2005

279

1        That the amount of time used by each party at

2   the deposition is as follows:

3            Mr. Husmann   - 06 HRS: 33 MIN;

4            Mr. Saret     - 00 HRS: 00 MIN;

5            Mr. Fuller    - 00 HRS: 00 MIN;

6            Mr. Clark     - 00 HRS: 00 MIN.

7        That pursuant to information given to the

8   deposition officer at the time said testimony was taken,

9   the following includes all parties of record:

10           Mr. Michael E. Husmann, and Mr. Larry L. Saret,

11  Attorneys for Plaintiff;

12           Mr. M. Scott Fuller, Attorney for Defendant,

13  Doskocil Manufacturing Company, Inc.;

14           Mr. Gary A. Clark, Attorney for Defendant,

15  Dallas Manufacturing Company, Inc.

16       I further certify that I am neither counsel for,

17  related to, nor employed by any of the parties or

18  attorneys in the action in which this proceeding was

19  taken, and further that I am not financially or

20  otherwise interested in the outcome of the action.

21       Further certification requirements pursuant to

22  Rule 203 of TRCP will be certified to after they have

23  occurred.

24       Certified to by me this 21st day of June, 2005.

25

LEGALINK-CHICAGO
(312) 263-3524  (312) 263-3544

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews   June 28, 2005

280

1  Certified to by me this 18th day of July, 2005.

2

3

*(signature: Kimberly Byrns Buchanan)*

4  KIMBERLY BYRNS BUCHANAN

Texas CSR #7579

5  Expiration Date: 12/31/05

6  LEGALINK DALLAS

Firm Registration No. 191

7  4144 North Central Expressway

Suite 450

8  Dallas, Texas 75204

(214) 720-4567

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews   June 28, 2005

281

1	FURTHER CERTIFICATION UNDER RULE 203 TRCP
2	The original deposition was/was not returned to
3	the deposition officer on _____;
4	If returned, the attached Changes and Signature
5	page contains any changes and the reasons therefor;
6	If returned, the original deposition was
7	delivered to _____, Custodial Attorney;
8	That $_____ is the deposition officer's
9	charges to Mr. Michael E. Husmann for preparing the
10	original deposition transcript and any copies of
11	exhibits;
12	That the deposition was delivered in accordance
13	with Rule 203.3, and that a copy of this certificate was
14	served on all parties shown herein on and filed with the
15	Clerk.
16	Certified to by me this 19th day of
17	July_____, 2005.
18
19
                *Kimberly Byrns Buchanan* (signature)
20	KIMBERLY BYRNS BUCHANAN
	Texas CSR #7579
21	Expiration Date: 12/31/05
22	LEGALINK DALLAS
	Firm Registration No. 191
23	4144 North Central Expressway
	Suite 450
24	Dallas, Texas 75204
	(214) 720-4567
25

LEGALINK-CHICAGO
(312) 263-3524  (312) 263-3544