Page 5

1    Q    A vacation day where you're working?

2    Working vacation?

3    A    Yes.

4    Q    Have you done anything in the past week

5    since your past deposition with Mr. Franklin to

6    prepare for today?

7    A    No.

8    Q    Did you have a meeting with Mr. Husmann or

9    Mr. Saret or any other attorney concerning today's

10   deposition?

11   A    Short conversation after we left the last

12   meeting.

13   Q    Okay.  I think you understand the process

14   that we're going to go through today, but I'll just

15   briefly remind you that you are under oath and I

16   will be asking you a series of questions.  And if

17   there's any part of my question that you don't

18   understand, please tell me and I'll try to rephrase

19   it so that it's clear to you.  And I will assume

20   that if you answer my question, that you understood

21   my question.  Is that fair enough?

22   A    Yes.

23   Q    Can you just quickly, sort of in a

24   narrative fashion tell me, give me your educational

EXHIBIT
D

d2cda072-a2b0-4c83-a255-17006481abaf

Page 6

1    history, I guess?  Did you attend college?

2        A    Yes, I have a bachelor's degree in

3    accounting.

4        Q    From?

5        A    University of Illinois, Chicago.

6        Q    In accounting?

7        A    Yes.

8        Q    Anything beyond your bachelor's?

9        A    No.

10       Q    When did you graduate from University of

11   Illinois?

12       A    '86.  No, actually, that's too late.  '84

13   maybe is probably a better guess.

14       Q    You are currently employed where?

15       A    It's a company called Harbor Town.

16       Q    Harbor Town?  What kind of business is

17   Harbor Town engaged in?

18       A    Promotional furniture business, things like

19   bean bag chairs and futons, that sort of thing.

20       Q    When you say promotional, what do you mean?

21       A    It's just a category of that kind of

22   furniture.  It's basically stuff that doesn't get

23   sold at much of a profit.

24       Q    Novelty type?

d2cda072-a2b0-4c83-a255-17006481abaf

Scott Haugh - 9/21/2005

Page 7

1       A       Right.

2       Q       What's your position at Harbor Town?

3       A       I'm the engineer, head of the engineering

4    design department.

5       Q       How long have you been with Harbor Town?

6       A       It's coming on nine years, since 1996.

7       Q       And has that -- have you always been a

8    design engineer with Harbor Town?

9       A       Yes.

10      Q       How big of a company is Harbor Town?

11      A       It varies.  We can have 400 employees at

12   some point in the year and down to 50 other times.

13      Q       Are most of those manufacturing positions?

14      A       Yes, labor.

15      Q       Prior to '96 -- or do you recall when in

16   1996 you joined Harbor Town?

17      A       It was probably November of '96.

18      Q       And prior to November '96, where were you

19   employed?

20      A       The company that was there before them was

21   called Now Products.

22      Q       And what business was Now Products?

23      A       Same thing.

24      Q       Promotional type?

d2cda072-a2b0-4c83-a255-17006481abaf

Scott Haugh - 9/21/2005

Page 8

1      A      Bean bag chairs, that sort of thing.

2      Q      Did Now Products cease to exist and become

3  Harbor Town or did Harbor Town buy --

4      A      Ceased to exist and the owners of Harbor

5  Town bought the assets of Now Products as is, where

6  is and started up again.

7      Q      How long were you with Now Products?

8      A      Since 1989, '89 to '95 or '96 when they

9  went out of business.

10      Q      And for that approximately six years, you

11  were employed as a design engineer?

12      A      Same thing, yes, design engineer.

13      Q      Prior to '89?

14      A      Prior to '89 I worked for a company called

15  Victory Furniture.

16      Q      What was your job title at Victory?

17      A      At Victory, I was the office manager.  Plus

18  I also assisted, you know, on some of the work.  And

19  Victory was the pattern maker for Now Products.  So

20  when they went out of business, I went to work for

21  Now.

22      Q      Sort of took the pattern making, they

23  brought it in house, basically?

24      A      Right.  I basically took it over at

d2cda072-a2b0-4c83-a255-17006481abaf

Scott Haugh - 9/21/2005

Page 9

1  Victory.  You know, I did all the work for Now, so

2  they gave me a job when Victory closed.

3       Q    And I'm assuming that you worked at Victory

4  from the time you graduated college?

5       A    Yes.

6       Q    Was that your first job out of college?

7       A    Out of college, yes.

8       Q    So you parlayed an accounting degree into a

9  furniture design career?

10      A    Yes.  It's kind of complicated, but that's

11  what happened.

12      Q    Other than, I guess, bean bags and you said

13  futons?

14      A    Yes.

15      Q    Any other types of furniture that you

16  designed for Victory or Now or Harbor Town?

17      A    Ottomans, chairs, sofas, all kinds of -- we

18  had 300 different products at one point or another.

19      Q    And when you design a sofa, for example,

20  what's involved in -- what's your task in designing

21  a sofa?  Do you design the whole structural

22  construction --

23      A    Yes, everything.

24      Q    -- of the piece of furniture?

LegaLink Dallas
800-966-4567    www.legalink.com
d2cda072-a2b0-4c83-a255-17006481abaf

Scott Haugh - 9/21/2005

Page 10

1      A      Frame, fabric, all of the different

2   components.

3      Q      Ever design a dog bed other than the bed

4   for Flexi-Mat?

5      A      That was really the only, other than just a

6   pillow, just a square pillow or something like that.

7      Q      Do you recall how you became involved in

8   designing a bolster bed for, I guess, Flexi-Mat?  Is

9   that sort of what happened?  Did Flexi-Mat approach

10  you?

11     A      I think we were introduced to Flexi-Mat

12  through one of our suppliers, foam supplier.

13     Q      When you say we, you mean Now Products?

14     A      Yes.

15     Q      Okay.

16     A      And how that came about, I'm not really

17  sure, you know.  But I believe they had asked our

18  foam supplier if we could help them design something

19  or whether we approached them, you know, looking for

20  work, you know, to stay busy.  Because Now was kind

21  of going down the tubes at that time.

22     Q      So it was your understanding that Flexi-Mat

23  had sort of an idea for a product and needed help in

24  just constructing the thing?

d2cda072-a2b0-4c83-a255-17006481abaf

Scott Haugh - 9/21/2005

Page 18

1    sided pillow that someone had taken a needle and

2    stitched that portion of it down, you know, to form

3    like a bolster on one end and a pillow on the other.

4    But it wasn't satisfactory for them, you know, it

5    didn't have the height that they were looking for.

6         Q    Okay.  Other than trying to improve the

7    height of -- well, let me back up.  What did they

8    identify the product as?  Was it identified as a

9    bolster bed, do you recall?

10        A    I think it was just described as a pillow

11   that had a raised bolster that would go around,

12   whatever.

13        Q    Was the term bolster a term that you were

14   familiar with at that time?

15        A    For me, yes, it's something that we put

16   like on different pieces of furniture.  It's like a

17   back rest for furniture.

18        Q    So you understood what was meant by the

19   term bolster?

20        A    Yes, I believe so.

21        Q    And you had seen it in other products?

22        A    Not like that, no.  What we call a bolster

23   is more of a rounded pillow.  There's a foam chair

24   that we make that has a bolster, it's what you lean

d2cda072-a2b0-4c83-a255-17006481abaf

Scott Haugh - 9/21/2005

Page 19

1    back against, but it's just like a sausage shaped

2    pillow.

3        Q    That's what Now Products sort of classified

4    as a bolster, would be this sort of --

5        A    Rounded back pillow.

6        Q    Rounded back pillow?  And was it your

7    understanding that that's not what Flexi-Mat had in

8    mind?

9        A    Just as a descriptive term, you know.  I

10   mean, that's what they called it.  And in the

11   process of describing it, you know, said then I want

12   it to, you know, stick up here and go around here

13   (indicating), bolster this.

14       Q    And were you asked or was Now Products

15   asked to do anything with this concept?

16       A    They asked us if we could make a sample.

17   And we just made one sample in one of the sizes that

18   they were looking for.

19       Q    And what did you do with the sample?  Did

20   you make a sample?

21       A    Yes.

22       Q    Do you remember what you did with the

23   sample?

24       A    When it was finished, we brought it back

d2cda072-a2b0-4c83-a255-17006481abaf

Page 29

1    able to sew to that band portion, you know, getting

2    it measured, that sort of thing, so that the sewing

3    operator didn't have a problem sewing.  That's the

4    trick.

5        Q    Did your sample that you made have straps

6    on the inside?

7        A    Yes.

8        Q    What was the purpose of including the

9    straps?

10        A    The purpose is to hold the bolstered pillow

11    in position.

12        Q    So the sample you made had a bolster pillow

13    and did it have any other pillows?

14        A    The main seat portion, bed portion pillow

15    that fit in and then the bolstered pillow that went

16    in in the upper part of the bed.

17        Q    And those were the only two pillows?

18        A    Yes.

19        Q    And I take it that your sample also had a

20    fabric enclosure, is that fair to say?

21        A    It's a set of patterns, patterns for the

22    inner pillows which are on like a ticking and then

23    an outer cover, outer portion.

24        Q    So the inner pillows, those are called

Scott Haugh - 9/21/2005

Page 32

1          A     It was basically building on that idea, you

2     know, it was in the same diameters that they also

3     had other beds in.  You know, they knew what

4     diameters they wanted.

5          Q     I think you said that Flexi-Mat, when you

6     took them your sample, I guess looked at it

7     favorably and decided to -- well, I guess I'll ask

8     you a question.  What was Flexi-Mat's response when

9     you took them your sample?

10         A     They were happy with it.

11         Q     And why do you say they were happy with it?

12         A     They asked me to also do a set of patterns

13    in three or four more diameters, bigger and smaller.

14         Q     Okay.  Of the same pattern, just larger

15    size?

16         A     Yes, exactly.  Scaled bigger.

17         Q     Was there any indication that Flexi-Mat

18    would move forward with production and selling this

19    type of item?

20              MR. HUSMANN:  Would you read that question

21         back, please?

22              (Question read.)

23              MR. HUSMANN:  We're talking about this

24         initial meeting?

d2cda072-a2b0-4c83-a255-17006481abaf

Scott Haugh - 9/21/2005

Page 33

1    BY MR. FULLER:

2        Q    I'm sorry, when you took the sample and

3    they said they were happy with it, did they indicate

4    to you that their happiness with the design would

5    lead them to move forward with producing that type

6    of product?

7        A    I believe so.  After I made the different

8    sizes of patterns and another sample of each one, we

9    brought that back to them again and they liked that,

10   also.  They said everything was fine and asked, I

11   believe we did another cut after that of four or

12   five pieces in each size to create samples, you

13   know, that they can send to people.

14       Q    Okay.  Did you have any discussions

15   concerning the role that Now Products would play in

16   the manufacture of the product for Flexi-Mat?

17       A    I don't believe there was any kind of

18   arrangement like that.  It was strictly a pattern

19   job that we were doing.

20            MR. FULLER:  I'm sorry.  Could you read

21       that last question and answer?

22            (Question and answer read.)

23       Q    Were you aware of any discussions between

24   Now and Flexi-Mat concerning any business

d2cda072-a2b0-4c83-a255-17006481abaf

Scott Haugh - 9/21/2005

Page 46

1    A    A sheet of foam or something like that.

2    Q    If a bed were constructed as shown in 607

3  with a non-foam wall, would that then be a bolster?

4    A    Probably fill out round like a bolster

5  rather than a sheet like a wall.

6    Q    If you'll look at Exhibit 608.  There is a

7  not very clear picture, I'm afraid, of a bed there

8  in the center of Exhibit 608 which is called a

9  braided Jacobean bed.  Have you ever seen a bed like

10  that before?

11    A    No, I've never seen it before.

12    Q    Would you consider that bed to have a

13  bolster?

14    A    Yes, it appears like it's very soft,

15  rounded.

16    Q    Do you recognize any differences in the way

17  that bed -- strike that last question.

18         If you will now turn to Exhibit 616.  And

19  towards the back at page FM 207, there are depicted

20  three different products.  Have you seen any of

21  those products before?

22    A    Yes, I have.

23    Q    You have?

24    A    Yes.

d2cda072-a2b0-4c83-a255-17006481abaf

Scott Haugh - 9/21/2005

Page 47

1    Q    Prior to the time when you developed the

2    bed for Flexi-Mat?

3    A    Probably not, no.

4    Q    Do you recall what the circumstances were

5    that made you aware of these beds?

6    A    These are very much like what I make for

7    like children's furniture and it has this flip out

8    portion which becomes like a sleeper, some place for

9    the kid to sleep.  And I remember looking at these,

10   saying, geez, they're making these for dogs now.  It

11   looks like a sofa and flips out into a bed.  So it's

12   actually very typical to some of the stuff I've

13   made.

14   Q    The next exhibit is 617.  Have you seen

15   this document before?

16   A    Yes.

17   Q    What is Exhibit 617?

18   A    It's the actual patent for the bed.

19   Q    Do you recall the first time you saw the

20   actual patent?

21   A    I'm not sure whether I had seen it before

22   they showed it to me at the first meeting I had with

23   Mike and Larry.

24   Q    If you will turn to the first page of text,

d2cda072-a2b0-4c83-a255-17006481abaf