| | | |
|---|---|---|
| 10:03:06 | 1 | about the correspondence between the patent office |
| 10:03:09 | 2 | and the applicant for the '502 patent? |
| 10:03:12 | 3 | A.  Yes, sir. |
| 10:03:13 | 4 | Q.  Would you look at page nine of your report. |
| 10:03:41 | 5 | In the first sentence on that page, you |
| 10:03:43 | 6 | conclude that the '044 Steensen patent discloses |
| 10:04:03 | 7 | each requirement of at least claims one, two and |
| 10:04:05 | 8 | three of the '502 patent, correct? |
| 10:04:08 | 9 | A.  Yes. |
| 10:04:08 | 10 | Q.  And you would conclude that Steensen then |
| 10:04:12 | 11 | anticipates those claims, claims one, two and three, |
| 10:04:16 | 12 | correct? |
| 10:04:16 | 13 | A.  Yes. |
| 10:04:16 | 14 | Q.  Okay.  Is Steensen addressed to a pet bed? |
| 10:04:25 | 15 | A.  In the preamble, it does not specify a pet |
| 10:04:33 | 16 | bed. |
| 10:04:33 | 17 | (Deposition Exhibit 320 was marked |
| 10:04:33 | 18 | for identification and is retained in |
| 10:04:33 | 19 | the custody of Mr. Husmann.) |
| 10:04:34 | 20 | BY MR. HUSMANN: |
| 10:04:34 | 21 | Q.  Steensen is Exhibit 320, if you want to |
| 10:04:37 | 22 | refer to it while we are discussing this. |
| 10:04:45 | 23 | THE WITNESS:  Do you have an extra piece of |
| 10:04:48 | 24 | paper I can put there? |
| 10:04:52 | 25 | MR. FRANKLIN:  Sure. |

EXHIBIT
H

Page 44

| | | |
|---|---|---|
| 10:05:55 | 1 | Q.  Okay.  Is there any express disclosure in |
| 10:05:58 | 2 | this reference that it is for a pet? |
| 10:06:01 | 3 | MR. FRANKLIN:  Objection; the document |
| 10:06:03 | 4 | speaks for itself. |
| 10:06:04 | 5 | THE WITNESS:  No, it does not. |
| 10:06:07 | 6 | BY MR. HUSMANN: |
| 10:06:08 | 7 | Q.  Okay.  Do you believe that a person in 1996 |
| 10:06:24 | 8 | designing a pet bed would look to human beds for |
| 10:06:29 | 9 | ideas in how to develop a pet bed? |
| 10:06:33 | 10 | A.  Possibly. |
| 10:06:35 | 11 | Q.  Why? |
| 10:06:35 | 12 | A.  Because of the comfort factor; because of |
| 10:06:42 | 13 | the protection factor; because they could use, they |
| 10:06:48 | 14 | could look at human beds.  They could look at human |
| 10:06:51 | 15 | sofas.  The construction would be interestingly |
| 10:06:56 | 16 | comparable.  And it would be useful in how you are |
| 10:07:04 | 17 | going to put it together, maybe what you would stuff |
| 10:07:08 | 18 | it with. |
| 10:07:08 | 19 | A lot of, there is a lot of different |
| 10:07:11 | 20 | reasons why somebody would look to other prior art |
| 10:07:17 | 21 | or other products on the market to create a newer, |
| 10:07:27 | 22 | better product. |
| 10:07:30 | 23 | Q.  You mentioned that one would look to human |
| 10:07:36 | 24 | beds for types of materials, stuffing for that, |
| 10:07:41 | 25 | correct? |

Page 45

| | | |
|---|---|---|
| 10:07:41 | 1 | A. You could. |
| 10:07:42 | 2 | Q. Would, if you distinguish between just the |
| 10:07:48 | 3 | design of the bed as opposed to the particular |
| 10:07:50 | 4 | fabrics or structure or fillers it's made out of, |
| 10:07:56 | 5 | would one look to human beds for the actual design |
| 10:07:59 | 6 | of the pet bed? |
| 10:08:00 | 7 | A. It's possible. |
| 10:08:01 | 8 | Q. Now you identify in your report or |
| 10:08:19 | 9 | conclusion of your report that Steensen has a |
| 10:08:22 | 10 | bolster, correct? |
| 10:08:23 | 11 | A. Yes. |
| 10:08:25 | 12 | Q. And what do you identify as the bolster? |
| 10:08:54 | 13 | A. I don't know if you want to refer to the |
| 10:08:56 | 14 | pictures or tube numbers, but 31 to 36 is a bolster. |
| 10:09:07 | 15 | If you look at the pictures, 31 is the end, and the |
| 10:09:21 | 16 | other numbers are surrounding the unit on the top |
| 10:09:25 | 17 | edge. |
| 10:09:26 | 18 | Q. Okay. Now you conclude that those are |
| 10:09:29 | 19 | bolsters, as that term is used in the claims of the |
| 10:09:33 | 20 | '502 patent, correct? |
| 10:09:33 | 21 | A. Yes. |
| 10:09:33 | 22 | Q. Okay. And what do you understand the term |
| 10:09:36 | 23 | bolster to mean as it's used in the claim of the |
| 10:09:41 | 24 | '502 patent? |
| 10:09:41 | 25 | MR. FRANKLIN: Objection to the extent the |

Page 46

| | | |
|---|---|---|
| 10:09:42 | 1 | question calls for a legal conclusion. |
| 10:09:45 | 2 | THE WITNESS: Well, the bolster is, number |
| 10:09:51 | 3 | one, a comfort factor. A bolster is something that |
| 10:09:55 | 4 | the pet can lay its head on; a bolster it can lean |
| 10:10:01 | 5 | against. A bolster could be a pillow in the sense, |
| 10:10:06 | 6 | I mean you could terminology, you know, the term, |
| 10:10:09 | 7 | semantics could be used a lot interchangeably with |
| 10:10:13 | 8 | those two things. |
| 10:10:14 | 9 | But a bolster sometimes is protection; |
| 10:10:19 | 10 | sometimes it's comfort. |
| 10:10:20 | 11 | BY MR. HUSMANN: |
| 10:10:25 | 12 | Q. That's how you understand the term as used |
| 10:10:27 | 13 | in the '502 patent, correct? |
| 10:10:29 | 14 | A. Yes. |
| 10:10:29 | 15 | Q. Okay. |
| 10:10:30 | 16 | MR. FRANKLIN: Same objection. |
| 10:10:31 | 17 | BY MR. HUSMANN: |
| 10:10:32 | 18 | Q. Now, the items you have identified as a |
| 10:10:39 | 19 | bolster are the tubes, air tubes, correct? |
| 10:10:42 | 20 | A. Yes. |
| 10:10:43 | 21 | Q. And they are positioned around the |
| 10:10:47 | 22 | perimeter of the bed that's shown in Steensen, |
| 10:10:52 | 23 | correct? |
| 10:10:52 | 24 | A. Yes. |
| 10:10:53 | 25 | Q. And when the Steensen bed is put together, |

| Time | Line | |
|---|---|---|
| 11:01:43 | 1 | BY MR. HUSMANN: |
| 11:01:45 | 2 | Q. Can you permanently affix a -- Strike that. |
| 11:02:07 | 3 | We could look at page 14 of your report. |
| 11:02:30 | 4 | A. Yes, sir. |
| 11:02:31 | 5 | Q. This begins your opinion regarding the |
| 11:02:36 | 6 | Barreto patent, correct? |
| 11:02:38 | 7 | A. Yes. |
| 11:02:38 | 8 | Q. Okay. And, again, the format you have used |
| 11:02:43 | 9 | in the report is to lay out claim one and three |
| 11:02:46 | 10 | elements, correct? |
| 11:02:47 | 11 | A. That's correct. |
| 11:02:48 | 12 | Q. And then you go through there. |
| 11:02:49 | 13 | And as to the first element, the outer |
| 11:02:52 | 14 | covering, you have concluded that the Barreto patent |
| 11:02:59 | 15 | has an outer cover, as that term is used in claim |
| 11:03:03 | 16 | one of the '502 patent, correct? |
| 11:03:06 | 17 | A. That's correct. |
| 11:03:06 | 18 | Q. Now you talk in this section of your report |
| 11:03:34 | 19 | regarding Barreto about the difference between a |
| 11:03:37 | 20 | wall and a bolster, correct? |
| 11:03:39 | 21 | A. I believe those words are used |
| 11:03:43 | 22 | interchangeably. Barreto talks about it as a |
| 11:03:53 | 23 | sidewall. |
| 11:03:53 | 24 | Q. When you say the two terms are used |
| 11:03:55 | 25 | interchangeably, what do you mean? |

Suzanne D. Fessler - 11/3/2005

Page 74

| Time | Line | Text |
|---|---|---|
| 11:03:57 | 1 | A. Some inventors call it a bolster and some |
| 11:04:01 | 2 | inventors call it a wall, a sidewall, a surround. |
| 11:04:05 | 3 | Q. And how do people in the pet industry use |
| 11:04:08 | 4 | them? Do they use them interchangeably? |
| 11:04:10 | 5 | A. Yes. |
| 11:04:11 | 6 | Q. And who have you talked to in the industry |
| 11:04:13 | 7 | that use the terms wall and bolster interchangeably? |
| 11:04:20 | 8 | A. The customers that I have dealt with, they |
| 11:04:22 | 9 | kind of don't find a distinction between the two. |
| 11:04:28 | 10 | If you go in the, outside in the retail, |
| 11:04:33 | 11 | they will talk about different pet beds. And some |
| 11:04:38 | 12 | of them, they call them bolsters; some of them they |
| 11:04:41 | 13 | call them walls. |
| 11:04:42 | 14 | It's not, it doesn't seem to have a |
| 11:04:47 | 15 | difference at all in the function of it. It's just |
| 11:04:49 | 16 | in the terminology. |
| 11:04:51 | 17 | Q. The two customers that you dealt with in |
| 11:04:55 | 18 | terms of designing a bed, one of them wanted a |
| 11:05:00 | 19 | bolster? |
| 11:05:01 | 20 | A. Right. |
| 11:05:01 | 21 | Q. And you made a pillow that looked like a |
| 11:05:04 | 22 | sausage, correct? |
| 11:05:05 | 23 | A. That's correct. |
| 11:05:05 | 24 | Q. The other one wanted a wall, and you used a |
| 11:05:08 | 25 | foam piece that stood up around the outside column, |

LegaLink Dallas
800-966-4567    www.legalink.com
41e23b97-a03a-4a9c-b3af-bf80581842ef

Page 81

| Time | # | |
|---|---|---|
| 11:13:31 | 1 | find it here.  On column six -- |
| 11:13:35 | 2 | A.  Uh-huh. |
| 11:13:36 | 3 | Q.  -- about line 49, 48, 49. |
| 11:13:39 | 4 | A.  Okay. |
| 11:13:39 | 5 | Q.  It says a perimeter wall to define a |
| 11:13:43 | 6 | partial enclosure; do you see that? |
| 11:13:45 | 7 | A.  Yes. |
| 11:13:45 | 8 | Q.  Isn't the ordinary meaning of the term wall |
| 11:13:49 | 9 | something that is going to define an enclosure? |
| 11:13:52 | 10 | A.  In the, in the broad sense of the world, |
| 11:14:00 | 11 | outside world, a wall could be a separating factor. |
| 11:14:07 | 12 | It would not always enclose something. |
| 11:14:12 | 13 | There are other means of enclosing things. |
| 11:14:15 | 14 | Q.  In the general use of the term -- well, |
| 11:14:27 | 15 | strike that. |
| 11:14:27 | 16 | Do you know of any, excluding pet beds that |
| 11:14:50 | 17 | you have talked about that that you believe the |
| 11:14:53 | 18 | terms are used interchangeably, the terms being wall |
| 11:14:57 | 19 | and bolsters, do you know whether or not those terms |
| 11:14:58 | 20 | are used interchangeably in any other area, |
| 11:15:01 | 21 | industry, anyplace else? |
| 11:15:03 | 22 | MR. FRANKLIN:  Objection; lack of |
| 11:15:05 | 23 | foundation. |
| 11:15:06 | 24 | THE WITNESS:  I believe the terms are |
| 11:15:11 | 25 | interchangeable in several senses of like |

Page 82

| Time | Line | Text |
|---|---|---|
| 11:15:17 | 1 | upholsteries, chairs, that sort of thing, where we |
| 11:15:21 | 2 | have pillows, cushions and bolsters to lean against. |
| 11:15:25 | 3 | In Victorian times, they made that distinction of |
| 11:15:29 | 4 | bolsters that were attached to the fainting beds, |
| 11:15:34 | 5 | where they would lay on. |
| 11:15:38 | 6 | As far as a wall is concerned, I think it |
| 11:15:41 | 7 | happens to be the inventor's terminology that he |
| 11:15:44 | 8 | wants to describe it as a wall instead of a bolster, |
| 11:15:49 | 9 | without having the inventor here to ask him |
| 11:15:52 | 10 | specifically. |
| 11:15:52 | 11 | It's not, it's not something made of |
| 11:15:55 | 12 | concrete. It's a stuffed element of his design. |
| 11:16:03 | 13 | And whether he chooses to call it a wall or a |
| 11:16:05 | 14 | bolster, I think that's his license -- |
| 11:16:07 | 15 | BY MR. HUSMANN: |
| 11:16:08 | 16 | Q. He could call it a pillow, if he wanted to? |
| 11:16:10 | 17 | A. -- to call. |
| 11:16:10 | 18 | I believe so. |
| 11:16:11 | 19 | Q. On page 16 of your report, in the last |
| 11:16:38 | 20 | sentence you say: |
| 11:16:40 | 21 | "In short, the patent does not |
| 11:16:42 | 22 | limit the shape of the wall..." |
| 11:16:45 | 23 | Do you see that? |
| 11:16:47 | 24 | A. No. You lost me. Oh. |
| 11:16:49 | 25 | Q. It's the last sentence of that paragraph. |

Suzanne D. Fessler - 11/3/2005

Page 89

| Time | Line | Text |
|---|---|---|
| 11:33:50 | 1 | Fessler. |
| 11:33:51 | 2 | The time on the video monitor is 11:34. |
| 11:33:54 | 3 | BY MR. HUSMANN: |
| 11:33:56 | 4 | Q.  Could we turn to page 19 of your report, |
| 11:34:00 | 5 | please. |
| 11:34:01 | 6 | A.  Certainly. |
| 11:34:02 | 7 | Q.  At 19, you began your discussion concerning |
| 11:34:16 | 8 | your opinions regarding the '513 Rinz patent, |
| 11:34:21 | 9 | correct? |
| 11:34:22 | 10 | A.  Yes. |
| 11:34:22 | 11 | (Deposition Exhibit 322 was marked |
| 11:34:22 | 12 | for identification and is retained in |
| 11:34:22 | 13 | the custody of Mr. Husmann.) |
| 11:34:22 | 14 | BY MR. HUSMANN: |
| 11:34:22 | 15 | Q.  Okay.  And we have marked the Rinz patent |
| 11:34:25 | 16 | as 322 for your reference.  Okay. |
| 11:34:34 | 17 | Now this patent is directed to converting a |
| 11:34:36 | 18 | conventional pillow into an orthopedic pillow, |
| 11:34:41 | 19 | correct? |
| 11:34:41 | 20 | A.  Correct. |
| 11:34:42 | 21 | Q.  And is it your understanding that the |
| 11:34:45 | 22 | people designing, in the art of designing pet beds |
| 11:34:49 | 23 | would look to orthopedic pillows for humans for |
| 11:34:55 | 24 | ideas about how to design a pet bed? |
| 11:34:58 | 25 | A.  It's possible. |

Suzanne D. Fessler - 11/3/2005

Page 90

| | | |
|---|---|---|
| 11:35:00 | 1 | Q. It's possible they would? |
| 11:35:02 | 2 | A. Yes. |
| 11:35:03 | 3 | Q. Okay. You concluded -- |
| 11:35:23 | 4 | You identify in the Rinz patent, |
| 11:35:33 | 5 | Exhibit 322, the structure that you believe |
| 11:35:35 | 6 | corresponds to the bolster in claim one of the '502 |
| 11:35:39 | 7 | patent. |
| 11:35:39 | 8 | (Discussion off the record.) |
| 11:36:04 | 9 | THE WITNESS: The bolster, that would be c. |
| 11:36:10 | 10 | on page 21? |
| 11:36:11 | 11 | BY MR. HUSMANN: |
| 11:36:11 | 12 | Q. Yes. |
| 11:36:12 | 13 | And what I would like you to do is identify |
| 11:36:14 | 14 | in the Rinz patent, Exhibit 322, the structure that |
| 11:36:18 | 15 | you believe corresponds to the bolster that's |
| 11:36:21 | 16 | claimed in claim one of the '502 patent. |
| 11:36:24 | 17 | A. Okay. I'm referring to the insert, which |
| 11:36:38 | 18 | is number 16. |
| 11:36:42 | 19 | Q. Okay. And then the bottom, the structure, |
| 11:36:47 | 20 | what is the structure in the Rinz patent that you |
| 11:36:52 | 21 | believe corresponds to the bottom cushion as claimed |
| 11:36:55 | 22 | in claim one of the '502 patent? |
| 11:36:59 | 23 | A. Well, the bottom cushion, it basically has |
| 11:37:02 | 24 | a combination of two. It's 17, and then in |
| 11:37:15 | 25 | Figure 4, it's identified as 17 in the first |

Suzanne D. Fessler - 11/3/2005

Page 122

```
13:28:16   1   BY MR. FRANKLIN:
13:28:16   2       Q.  On page 31, you discuss the Murray-Ferguson
13:28:28   3   article, correct?
13:28:28   4       A.  Yes.
13:28:29   5       Q.  And that article is addressed to treatment
13:28:36   6   of asthmatic children, correct?
13:28:38   7       A.  That's correct.
13:28:39   8       Q.  And do you believe that people designing
13:28:45   9   pet beds would look to art regarding how to treat
13:28:51  10   asthmatic children in designing a pet bed?
13:28:54  11       A.  Well, it's very possible that they would
13:28:57  12   look to it to --
13:29:00  13           Well, with pets, we don't have the asthma
13:29:03  14   problem as much as we have the fleas and mite
13:29:07  15   problem.  And it might be something that they would
13:29:09  16   consider making a zippered enclosure that would
13:29:13  17   protect the bed itself from being infested with
13:29:16  18   something.
13:29:20  19           These were encased completely.  That's the
13:29:22  20   whole purpose of the quotation.
13:29:26  21       Q.  The Murray-Ferguson article suggested, when
13:29:32  22   treating asthmatic children, one thing you can do to
13:29:35  23   cut down dust and mites is to use zippered vinyl
13:29:35  24   covers, correct --
13:29:40  25       A.  Correct.
```

Page 145

| | | |
|---|---|---|
| 14:05:15 | 1 | MR. HUSMANN: Using the Heilborn, the two |
| 14:05:18 | 2 | Heilborn patents have been marked as Exhibits 326 |
| 14:05:21 | 3 | and 327. |
| 14:05:21 | 4 | THE REPORTER: 326? |
| 14:05:29 | 5 | MR. HUSMANN: And 327. |
| 14:05:29 | 6 | MR. HARDIN: It's 327 through 328. |
| 14:05:31 | 7 | MR. HUSMANN: I think you are right. |
| 14:05:33 | 8 | THE WITNESS: 326 is Henry. |
| 14:05:34 | 9 | MR. HUSMANN: Right. That's okay. |
| 14:05:34 | 10 | (Deposition Exhibits 327 and 328 |
| 14:05:34 | 11 | were marked for identification and |
| 14:05:34 | 12 | are retained in the custody of |
| 14:05:44 | 13 | Mr. Husmann.) |
| 14:05:44 | 14 | BY MR. HUSMANN: |
| 14:05:45 | 15 | Q. Looking at 327 -- |
| 14:05:46 | 16 | A. Uh-huh. |
| 14:05:47 | 17 | Q. -- can you identify for me the structure |
| 14:05:58 | 18 | that you believe corresponds to the bolster claimed |
| 14:06:01 | 19 | in the claim one of the '502 patent? |
| 14:06:06 | 20 | A. Okay. The bolster is numbered 14 in |
| 14:06:10 | 21 | Figure 3. Wait a minute. That's prior art. |
| 14:06:18 | 22 | It's 106b. |
| 14:06:35 | 23 | Q. 106? |
| 14:06:36 | 24 | A. In Figure 6. |
| 14:06:38 | 25 | Q. 106b? |

Suzanne D. Fessler - 11/3/2005

Page 146

| | | |
|---|---|---|
| 14:06:40 | 1 | A. Yes. Yeah. Yes. |
| 14:06:45 | 2 | He actually has two bolsters. In Figure 8, |
| 14:06:47 | 3 | he shows 106a, 106b. It might collapses on itself. |
| 14:07:01 | 4 | Yeah, it's a and b, Figure 6, 106a and |
| 14:07:09 | 5 | 106b. The 106b is the taller one; 106a is the |
| 14:07:13 | 6 | shorter one. |
| 14:07:16 | 7 | Q. Do you think 106a and 106b are separate |
| 14:07:20 | 8 | structures? |
| 14:07:22 | 9 | A. No. I think that they are contiguous |
| 14:07:26 | 10 | around the circle. |
| 14:07:27 | 11 | Q. Okay. And 106a is the lower portion of |
| 14:07:38 | 12 | that contiguous structure? Is that the way you |
| 14:07:46 | 13 | understand it? |
| 14:07:47 | 14 | A. That's what I was looking at right now. |
| 14:07:50 | 15 | But then, I notice that there is two -- |
| 14:07:57 | 16 | That's what Figure 6 looks like. However, |
| 14:08:03 | 17 | it is a -- no. That's right. Collapsible -- |
| 14:08:15 | 18 | It's just their drawings are very -- I |
| 14:08:39 | 19 | think it's, I think it's one total unit around, |
| 14:08:45 | 20 | surround unit. |
| 14:08:47 | 21 | Q. Now does the Heilborn patents refer to this |
| 14:08:56 | 22 | structure as a bolster? |
| 14:09:02 | 23 | MR. FRANKLIN: Objection; the patent speaks |
| 14:09:04 | 24 | for itself. |
| 14:09:06 | 25 | THE WITNESS: It does not use the word |

```
14:09:34   1    bolster, but the patent is not, does not limit the
14:09:40   2    shape of the foam core, the foam that surrounds the
14:09:46   3    bed.
14:09:47   4    BY MR. HUSMANN:
14:09:47   5         Q.   What do you mean?
14:09:48   6         A.   It does not --
14:09:49   7         Q.   I'm sorry.  Go ahead.
14:09:49   8         A.   So it's not, it doesn't use specifically
14:09:52   9    the word bolster.
14:09:53  10         Q.   Okay.
14:09:54  11         A.   It could be interpreted as a bolster, but
14:09:57  12    it doesn't use that terminology.
14:10:00  13         Q.   What terminology does it use?  Doesn't it
14:10:03  14    use the term wall --
14:10:04  15              MR. FRANKLIN:  Same objections.
14:10:04  16    BY MR. HUSMANN:
14:10:05  17         Q.   -- or wall portion?
14:10:06  18         A.   Yes.
14:10:11  19              MR. FRANKLIN:  Same objection.
14:10:11  20              THE WITNESS:  Yes, it does.
14:10:12  21    BY MR. HUSMANN:
14:10:13  22         Q.   And you said it's not limited to the
14:10:14  23    structure that's shown in the patent, is that
14:10:17  24    correct?
14:10:17  25         A.   Yes.  It doesn't have any yardstick to say
```

| | | |
|---|---|---|
| 14:10:20 | 1 | how big, how wide, how tall, how thick that |
| 14:10:26 | 2 | particular foam core is. |
| 14:10:28 | 3 | Q.  Does it disclose -- Strike that. |
| 14:10:45 | 4 | Is there any teaching in the Heilborn |
| 14:10:51 | 5 | patent, that you can identify, that teaches one to |
| 14:10:59 | 6 | use a bolster around the bottom portion? |
| 14:11:16 | 7 | A.  I think the terminology they use throughout |
| 14:11:18 | 8 | is a wall or a foam core that surrounds -- let's |
| 14:11:18 | 9 | see. |
| 14:11:37 | 10 | Yes.  They call it here on column eight, |
| 14:11:43 | 11 | number 19, "a resilient collapsible wall member |
| 14:11:48 | 12 | which at least partially surrounds said cushion |
| 14:11:51 | 13 | member when said bed is in an expanded |
| 14:11:54 | 14 | configuration." |
| 14:11:57 | 15 | So they are calling it either a wall, or in |
| 14:12:02 | 16 | like 34, it says said enclosure for enclosed said |
| 14:12:09 | 17 | wall member.  So they are calling it, again, a wall. |
| 14:12:14 | 18 | Q.  I believe you testified, however, this wall |
| 14:12:24 | 19 | is not limited in, you believe the patent does not |
| 14:12:28 | 20 | limit the wall as to how thick it could be? |
| 14:12:32 | 21 | A.  It doesn't give any measurements.  It |
| 14:12:34 | 22 | doesn't give any suggestion, like a previous patent |
| 14:12:39 | 23 | did, as to the thick or thinness of the wall. |
| 14:12:45 | 24 | Q.  Well, does it teach to use a thick |
| 14:12:49 | 25 | structure around the bottom of the perimeter? |

| | | |
|---|---|---|
| 14:12:54 | 1 | A. What it says is, column four, line 23 and |
| 14:13:14 | 2 | 24, it says the structural part that is an |
| 14:13:20 | 3 | upstanding foam core. That's what, that's what it |
| 14:13:23 | 4 | teaches. |
| 14:13:24 | 5 | Q. Okay. And do you consider an upstanding |
| 14:13:26 | 6 | foam core to be a bolster? |
| 14:13:29 | 7 | A. It could be referred to as that. It could |
| 14:13:32 | 8 | be, another inventor could call it a bolster. |
| 14:13:37 | 9 | Q. Do you consider it to be a bolster? |
| 14:13:40 | 10 | A. I think it's semantics. I think a bolster, |
| 14:13:47 | 11 | if it's a stuffed unit within a covering, it could |
| 14:13:53 | 12 | be stuffed with peanuts; it could be stuffed with |
| 14:13:56 | 13 | foam; it could be stuffed with fiberfill, it could |
| 14:13:59 | 14 | be stuffed with batting, blown in, or whatever, it |
| 14:14:04 | 15 | still creates an outer area for the pet. |
| 14:14:07 | 16 | So whether do you call it a bolster or a |
| 14:14:10 | 17 | wall I think is semantics. It's still, it's not |
| 14:14:13 | 18 | solid. Yet, as we would go over to the wall of this |
| 14:14:17 | 19 | room and say, this is a wall, and I hit it and I |
| 14:14:20 | 20 | hurt my hand, this is not the same sort of |
| 14:14:25 | 21 | structure. |
| 14:14:26 | 22 | So I would consider any of these terms |
| 14:14:30 | 23 | cushion/bolster/wall to be interchangeable. |
| 14:14:33 | 24 | Q. No matter how thick the upright portion is |
| 14:14:38 | 25 | or how soft it is, you would consider that, those |

| | | |
|---|---|---|
| 14:14:42 | 1 | words to be interchangeable when used in a pet bed, |
| 14:14:46 | 2 | is that correct? |
| 14:14:46 | 3 | A. Yes, I would. |
| 14:14:47 | 4 | Q. So if one made the wall portion a quarter |
| 14:14:53 | 5 | of an inch thick and six inches high, and made it |
| 14:14:57 | 6 | out of stiff foam, you would, nonetheless, consider |
| 14:15:00 | 7 | that to be a bolster? |
| 14:15:01 | 8 | A. It would still work within his, his |
| 14:15:05 | 9 | description of his patent. |
| 14:15:06 | 10 | Q. Would you consider it to be a bolster? |
| 14:15:09 | 11 | A. Yes, it would be a bolster. |
| 14:15:11 | 12 | Q. Okay. And if you took a piece of hard |
| 14:15:15 | 13 | plastic and stood it up, and it was a quarter of an |
| 14:15:18 | 14 | inch thick and 10 inches high, would you consider |
| 14:15:21 | 15 | that to be a bolster? |
| 14:15:23 | 16 | A. No, I would not. |
| 14:15:24 | 17 | Q. Why not? |
| 14:15:24 | 18 | A. Because of the element that you are putting |
| 14:15:30 | 19 | into it. A hard plastic is hard. It would not be |
| 14:15:33 | 20 | put in a pet bed, number one. And number two, it |
| 14:15:37 | 21 | could then be traditionally called a wall, because |
| 14:15:41 | 22 | it would be inflexible. |
| 14:15:45 | 23 | When -- You said only a quarter of an inch |
| 14:15:47 | 24 | thick? |
| 14:15:48 | 25 | Q. Yes. |