Page 64

| | | |
|---|---|---|
| 11:34:31 | 1 | bolsters, correct? |
| 11:34:32 | 2 | A   Yes. |
| 11:34:32 | 3 | Q   Bolsters aren't unique to pet beds? |
| 11:34:36 | 4 | A   Not to my knowledge. |
| 11:34:38 | 5 | Q   And are you aware that bolsters existed for |
| 11:34:41 | 6 | human furniture before they existed for pet beds? |
| 11:34:45 | 7 | A   Yes. |
| 11:34:46 | 8 | Q   Is there something unique or different about a |
| 11:34:51 | 9 | bolster for a pet bed as compared to a bolster for a |
| 11:34:54 | 10 | piece of human furniture? |
| 11:34:56 | 11 | A   There might be.  I don't know. |
| 11:34:58 | 12 | Q   Can you think of anything? |
| 11:35:04 | 13 | A   Bolsters on human furniture are used as -- in |
| 11:35:09 | 14 | decorative ways sometimes. |
| 11:35:11 | 15 | Q   And they're also used functionally, to lean |
| 11:35:14 | 16 | against? |
| 11:35:15 | 17 | A   I believe so, yes. |
| 11:35:20 | 18 | Q   Earlier in the deposition I think you told me |
| 11:35:22 | 19 | that your understanding of the term bolster was a long, |
| 11:35:29 | 20 | slender pillow? |
| 11:35:29 | 21 | A   Long, narrow pillow. |
| 11:35:29 | 22 | Q   Long, narrow pillow.  Do you use the same |
| 11:35:29 | 23 | definition of bolster whether you're talking about human |
| 11:35:32 | 24 | furniture or a pet bed? |

EXHIBIT
I

| | | |
|---|---|---|
| 14:53:34 | 1 | Exhibit 733 where the dog is laying its head, is that a |
| 14:53:37 | 2 | wall or a bolster? |
| 14:53:38 | 3 | A   It's a wall. |
| 14:53:50 | 4 | Q   So a wall and a bolster can be made of the same |
| 14:53:57 | 5 | material, they can have a similar shape and they can |
| 14:54:00 | 6 | both serve as a place for the dog to lay its head, but |
| 14:54:06 | 7 | I'm now not certain at all how you distinguish a wall |
| 14:54:08 | 8 | from a bolster. |
| 14:54:10 | 9 | A   A dog can lay its head on a wall, as it can lay |
| 14:54:18 | 10 | its head on anything.  This is a wall.  This is not a |
| 14:54:21 | 11 | bolster. |
| 14:54:21 | 12 | Q   And, again, what makes it a wall rather than a |
| 14:54:24 | 13 | bolster? |
| 14:54:26 | 14 | A   It's rigid.  It's not built to be a pillow. |
| 14:54:37 | 15 | THE VIDEOGRAPHER:  Mr. Clark, we have to change the |
| 14:54:38 | 16 | videotape. |
| 14:54:39 | 17 | MR. CLARK:  Q   If it's made of the same material as |
| 14:54:41 | 18 | a bolster, is it any more rigid than a bolster? |
| 14:54:44 | 19 | MR. SARET:  Object to the form of the question. |
| 14:54:51 | 20 | THE WITNESS:  It depends on how it's made.  If it's |
| 14:54:53 | 21 | made thicker, it could be made of the same material and |
| 14:54:58 | 22 | be very thick and strong and then would be a good wall. |
| 14:55:13 | 23 | MR. CLARK:  Q   Is it just too difficult to come up |
| 14:55:18 | 24 | with a definition of a wall that distinguishes it from a |

Page 139

| | | |
|---|---|---|
| 14:55:21 | 1 | bolster, Mr. Handelsman? |
| 14:55:24 | 2 | MR. SARET: Objection, form of the question. |
| 14:55:31 | 3 | THE WITNESS: I'm sure I could come up with a |
| 14:55:33 | 4 | definition of a wall that would be clearer, and maybe it |
| 14:55:37 | 5 | would be clearer for you, but at this moment, if you're |
| 14:55:40 | 6 | going to keep asking me, I'm unable to come up with one |
| 14:55:44 | 7 | now. |
| 14:55:44 | 8 | MR. CLARK: Let's take a break. |
| 14:55:45 | 9 | THE VIDEOGRAPHER: This is the end of tape No. 2 of |
| 14:55:47 | 10 | the deposition of Mr. Simon Handelsman. The time is |
| 14:55:52 | 11 | 2:55 p.m. |
| 14:55:54 | 12 | (Recess was taken.) |
| 15:16:19 | 13 | THE VIDEOGRAPHER: This is the beginning of tape |
| 15:16:20 | 14 | No. 3 of the deposition of Mr. Simon F. Handelsman. The |
| 15:16:24 | 15 | time is 3:16 p.m. |
| 15:16:32 | 16 | MR. CLARK: Let's mark this document as the next |
| 15:16:34 | 17 | exhibit in order. |
| 15:16:37 | 18 | (Document marked as Deposition |
| 15:16:37 | 19 | Exhibit 734 for identification.) |
| 15:16:53 | 20 | MR. CLARK: Q   Mr. Handelsman, I'll hand you a |
| 15:16:55 | 21 | document which we've marked as Exhibit 734.  It's Dallas |
| 15:17:00 | 22 | Manufacturing's notice of subpoena and deposition of |
| 15:17:06 | 23 | you, to which attached is a subpoena with a bunch of |
| 15:17:14 | 24 | document requests, asking you to search for and bring |