M. VON BELOW.
TERRACE MATTRESS.
APPLICATION FILED DEC. 22, 1909.

984,324.

Patented Feb. 14, 1911.
2 SHEETS—SHEET 1.



Fig. 1.

Fig. 2.

Fig. 3.

Witnesses

Inventor
Matthias Von Below
By [signature], Attorneys


EXHIBIT P



M. VON BELOW.
TERRACE MATTRESS.
APPLICATION FILED DEC. 22, 1909.

984,324.

Patented Feb. 14, 1911.
2 SHEETS—SHEET 2.

Fig. 4.

Fig. 5.

Witnesses

Inventor
Matthias Von Below
By H. A. B. Lacey, Attorneys.

# UNITED STATES PATENT OFFICE.

MATTHIAS VON BELOW, OF MEMPHIS, TENNESSEE.

TERRACE-MATTRESS.

984,324.     Specification of Letters Patent.     **Patented Feb. 14, 1911.**

Application filed December 22, 1909. Serial No. 534,500.

*To all whom it may concern:*

Be it known that I, MATTHIAS VON BELOW, a citizen of Germany, residing at Memphis, in the county of Shelby and State of
5  Tennessee, have invented certain new and useful Improvements in Terrace-Mattresses, of which the following is a specification.

This invention relates to beds and more particularly to an auxiliary mattress adapt-
10  ed to be used in connection with an ordinary mattress for the purpose of insuring the comfort of the occupant of the bed.

The object of the invention is to provide an auxiliary mattress, which, when placed
15  in position on an ordinary mattress forms a raised portion or terrace on one side thereof against and upon which the occupant of the bed may rest and support simultaneously different portions of his or her body.

20  A further object is to provide an auxiliary mattress, the construction of which is such that the occupant of the bed may assume a variety of different positions greatly conducive to restful slumber or relaxation.
25  A still further object of the invention is generally to improve this class of devices so as to increase their utility, durability and efficiency.

Further objects and advantages will ap-
30  pear in the following description, it being understood that various changes in form, proportions and minor details of construction may be resorted to within the scope of the appended claim.

35  For a full understanding of the invention and the merits thereof and also to acquire a knowledge of the details of construction and the means for effecting the result, reference is to be had to the following descrip-
40  tion and accompanying drawings, in which:

Figure 1 is a perspective view of a single bed provided with an auxiliary mattress constructed in accordance with my invention; Fig. 2 is a transverse sectional view of
45  the same; Fig. 3 is a perspective view of the auxiliary mattress detached; Fig. 4 is a perspective view showing the auxiliary mattress in connection with a double bed; Fig. 5 is a transverse sectional view showing the
50  sections comprising the auxiliary mattress detached and positioned two on each side of the bed.

Corresponding and like parts are referred to in the following description and indi-
55  cated in all the views of the drawings by the same reference characters.

The auxiliary mattress forming the subject matter of the present invention may be used on different styles of beds and by way of illustration is shown in Fig. 1 in connec- 60
tion with an ordinary single bed, in which 5 designates the head of the bed, 6 the foot, and 7 the mattress supported on the side rails 8 in the usual manner.

The auxiliary mattress, when used in con- 65
nection with single beds, is preferably formed in two sections 9 and 10, each including a jacket or cover 11 made of cotton, canvas or other suitable material and provided with an interior filling of cotton-felt or the like, 70
indicated at 12.

The inner ends of the sections 9 and 10 are detachably united by longitudinally disposed straps 13 having spring sockets 14 formed in the opposite ends thereof and 75
which engage buttons or similar fastening devices 15 secured to the adjacent longitudinal edges of said sections. If desired, however, the straps 13 may be dispensed with and the auxiliary mattress formed in 80
a continuous length instead of in sections.

In order to secure the auxiliary mattress in the desired position on the mattress 7, the opposite ends of the sections 9 and 10 are provided with straps 16 preferably 85
sewed or otherwise secured to the corners of the sections and adapted to be passed around the adjacent rods of the head and foot sections of the bed, as shown in Fig. 1 of the drawings. 90

The auxiliary mattress may extend either the entire length or part of the length of the main mattress 7 and may be positioned on either side of the latter so as to form a rest or support 17 for the back as well as for the 95
abdomen, limbs or shoulders.

Attention is here called to the fact that the auxiliary mattress forms in effect a raised portion or terrace upon which the occupant of the bed may rest simultaneously or 100
alternately, various parts of the body including the head, and thus assume different positions conducive to restful slumber or physical comfort. It also facilitates eating and reading in bed. 105

By detaching the straps 6 from the head and foot sections of the bed, the auxiliary mattress may move transversely of said bed to any desired position thereon to insure the comfort of the occupant of the bed. 110

When the attaching straps 16 are released, the auxiliary mattress may be removed from

984,324

the main mattress 7 when it is desired to change the bed covering, said auxiliary mattress being retained in position on the main mattress 7 by passing the straps 16 around the head and foot of the bed and tying the same in any suitable manner, as before stated.

When the auxiliary mattress is used in connection with a double bed, said auxiliary mattress will preferably be made in four sections 10', varying in height according to the size of the occupants of the bed and each preferably one-third narrower than the sections of the auxiliary mattress for the single bed, as best shown in Fig. 4 of the drawing.

When two or more persons are occupying a double bed, the four sections constituting the auxiliary mattress may be positioned in the center thereof so that a rest or support 17 may be provided for each person, or if desired, the fastening devices 18 of said sections may be detached and two of the sections used on each side of the bed, as illustrated in Fig. 5.

It will of course be understood that the auxiliary mattress may be formed integral with the main mattress 7 and in some cases suitable springs may be disposed within the auxiliary mattress.

It will also be understood, that the auxiliary mattress for both the double and single beds may vary in height and extend either the entire length of the bed or only for a portion of the length thereof, without departing from the spirit of the invention.

Having thus described the invention, what is claimed as new is:

The combination with a mattress, of a terrace body support resting on the mattress and formed of mating longitudinally alined sections, substantially rectangular in cross section to present vertical walls at the opposite longitudinal edges thereof, the inner ends of the terrace sections being disposed in contact with each other and detachably united, and the outer ends thereof provided with attaching straps for engagement with the head and foot of a bedstead.

In testimony whereof I affix my signature in presence of two witnesses.

MATTHIAS VON BELOW. [L. S.]

Witnesses:
  J. R. WELCH,
  GEO. P. POPE.