Oct. 2, 1923.  V. M. McGARVEY  1,469,523

REVERSIBLE CUSHION

Filed March 18, 1922

Fig. 1.



Fig. 2.



Fig. 3.    Fig. 4.



Inventor
Virginia M. McGarvey

By Mason Fenwick & Lawrence
Attorneys



Patented Oct. 2, 1923.    1,469,523

# UNITED STATES PATENT OFFICE.

VIRGINIA MARY McGARVEY, OF BRUNSWICK, GEORGIA.

REVERSIBLE CUSHION.

Application filed March 18, 1922. Serial No. 544,947.

*To all whom it may concern:*

Be it known that I, VIRGINIA M. McGARVEY, a citizen of the United States, residing at Brunswick, in the county of Glynn and State of Georgia, have invented certain new and useful Improvements in Reversible Cushions; and I do hereby declare the following to be a full, clear, and exact description of the invention, such as will enable others skilled in the art to which it appertains to make and use the same.

This invention relates to new and useful improvements in cushions and more particularly to a reversible cushion. It is an object of the invention to provide a cushion which can be used in chairs, settees or the like for any other purpose to which the same is adaptable wherein two different types of covering are arranged upon the cushion and so disposed that the cushion can be readily reversed whereby either type of covering will be exposed for use.

A further object of the invention is the provision of a reversible cushion which is particularly adapted for use during the different seasons of the year. The cushion is preferably covered with two different types of material, one being of substantially heavy dark type for use during the winter months, and the other being of substantially light weight and color as is customarily used during the summer season.

The invention embodies the idea of a skirt or skirt-like portion attached to the peripheral or marginal edge of one of the faces of the cushion, the skirt being preferably of the same material as the face to which it is attached, the skirt being adapted to be drawn close to the sides or wall separating the faces of the cushion, there being a draw string or the like at the free end of the skirt for drawing the same about the wall or side of the cushion, the skirt being of a length to allow the draw string edge of the skirt to be disposed adjacent the opposite face of the cushion.

The above and other novel features of the invention will appear from the detailed description taken in connection with the accompanying drawings, and will be set forth in the claims.

In the drawings:

Figure 1 is a top plan view of a cushion constructed in accordance with my invention;

Fig. 2 is a bottom plan view of Fig. 1, showing the reverse side of the cushion, the skirt being drawn about the sides of the cushion and the free ends thereof disposed against the opposite face of the cushion.

Fig. 3 is a partial sectional and side elevational view of Fig. 1; and

Fig. 4 is a partial sectional and elevational view of a cushion showing the skirt in out of use position and disposed adjacent the face to which it is attached.

In the drawings there is illustrated a flat cushion of any suitable interior construction. 1 indicates a heavy, dark material arranged over one face and side of the cushion, and 2 indicates a light weight material which completes the covering of the cushion, the two materials being joined at their marginal edges 3 in a neat and suitable manner, or in a manner giving an outline as is customary.

In order to give the cushion the semblance of being entirely covered with light weight or summer material, there is provided a continuation of such light weight material in the form of a skirt 5 which extends from the marginal or peripheral edge of the cover face 2. The free or outer end of this skirt is provided with a draw string 4 whereby the skirt may be drawn snugly against the side of the cushion as clearly shown in Figs. 1, 2 and 3, thereby giving the cushion the appearance of being entirely covered with light weight material or material of a single color or texture.

Should it be desired to reverse the cushion to expose the dark or heavy covering 1, the skirt is drawn back over the face to which it is attached or of which it is a continuation, as shown in Fig. 4. To effect this, it is merely necessary to release the draw string if the latter is a flexible but non-extensible member and then to open up the end of the skirt and draw the same over the cushion as will be readily understood. The draw string may be an elastic member as will be readily appreciated and in such case it is of course merely necessary to stretch the elastic member to draw the skirt back over the cushion.

From the above description it will be seen that I have provided what, as regards the appearance of the cushion, amounts to two cushions in one, by the simple but practical expedient of providing one of the faces of the cushion with a skirt which is adapted to cover the sides of the cushion,

**2**                                            1,469,523

but which may be disposed in out of use position when it is desired to expose the other face and corresponding sides of the cushion. The invention is simple but of great practical utility and I desire it to be understood that I intend no limitations on the invention except as may be defined by the appended claims.

I claim:

1. A cushion including a stationary cover attached to one face of the cushion and extending over the edges thereof and onto the opposite face of the cushion, an additional cover member attached to the face of the cushion opposite the first cover and connected with the extended edges of the first cover, said second cover having its free edges projecting beyond the connected portion to provide a skirt, and a flexible draw-string attached to the free edges of the second cover.

2. A cushion of the class described including a cover member normally enclosing one face and the side edges of the cushion with its edge extending onto the opposite face of the cushion, an additional cover member enclosing the opposite face of the cushion and having connection with the edge of the first covering; the free edges of the second covering having a flexible draw-string connected thereto.

3. A flat cushion comprising opposite contrasting faces, a separating wall between the marginal edges of said faces, the said wall being of the same pattern as one of the said faces, a skirt attached to the peripheral edges of that face which contrasts with the said wall and of the same pattern as the last mentioned face, said skirt being of a length to allow the free end of the skirt to cover up the wall and extend over the peripheral edges of the contrasting face, said skirt also adapted to be drawn back from said wall and to be disposed against the cushion face of the same pattern as the skirt.

4. The combination of a cushion having two different faces, a skirt attached to the marginal edge of, and being of the same material as, one of said faces and of a length to cover the sides of the cushion, and means at the free edge of said skirt for holding the same to one face of the cushion, or for drawing the skirt over the sides thereof and over a portion of the reverse face of the cushion.

In testimony whereof I affix my signature.

VIRGINIA MARY McGARVEY.