**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04 10162 DPW |
| DALLAS MANUFACTURING COMPANY, a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, | ) |
| Defendants. | ) |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) **FLEXI-MAT'S NOTICE OF CORRECTION** |
| Counter-claimant, | ) |
| v. | ) |
| FLEXI-MAT CORPORATION, a corporation, | ) |
| Counter-defendant. | ) |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) |
| Counter-claimant, | ) |
| v. | ) |
| FLEXI-MAT CORPORATION, a corporation, | ) |
| Counter-defendant. | ) |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, | ) |
| Counter-claimant, | ) |
| v. | ) |
| FLEXI-MAT CORPORATION, a corporation, | ) |
| Counter-defendant. | ) |

On January 9, 2006, Plaintiff Flexi-Mat filed (1) Flexi-Mat's Memorandum In Opposition

To Doskocil's Motion For Summary Judgment Of Validity And Non-Infringement; and (2) Flexi-

-1-

Mat's Memorandum In Opposition To Dallas' Motion For Summary Judgment Of Non-Infringement. Flexi-Mat has discovered an inadvertent error in each of its oppositions and is filing this Notice to correct those errors.

First, the Table Of Authorities was deleted inadvertently from Flexi-Mat's Memorandum In Opposition To Doskocil's Motion For Summary Judgment Of Validity And Non-Infringement during the filing process. The deleted Table of Authorities is attached to this Notice.

Second, the incorrect document was submitted as Exhibit 21 to Flexi-Mat's Memorandum In Opposition To Dallas' Motion For Summary Judgment Of Non-Infringement. The correct Exhibit 21 is attached to this Notice.

|  | Respectfully submitted, |
|---|---|
| Dated: January 23, 2006 | /s Richard B. Myrus |
|  | Richard B. Myrus (BBO # 638793)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>Telephone: (617) 570-1058<br>Facsimile: (617) 523-1231<br><br>Michael Husmann<br>MICHAEL BEST & FRIEDRICH LLP<br>100 East Wisconsin Avenue<br>Suite 3300<br>Milwaukee, WI 53202-4108<br><br>Larry L. Saret<br>Lisa C. Childs<br>Gretchen M. Hosty<br>MICHAEL BEST & FRIEDRICH LLP<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 2000<br>Chicago, IL 60601<br>Phone: (312) 222-0800<br>Fax: (312) 222-0818<br><br>Attorneys for Plaintiff<br>Flexi-Mat Corporation |

## **CERTFICATE OF SERVICE**

I certify that the foregoing FLEXI-MAT'S NOTICE OF CORRECTION was electronically filed served on January 23, 2006 using the Court's CM/ECF system, which will serve the filing on defendants' counsel.

/s William Meunier
One of the attorneys for Plaintiff Flexi-Mat Corporation
