**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04 10162 DPW |
| DALLAS MANUFACTURING COMPANY, a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| DALLAS MANUFACTURING COMPANY, INC., a corporation, | ) ) ) | **FLEXI-MAT'S MEMORANDUM IN OPPOSITION TO DOSKOCIL'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY AND NON-INFRINGEMENT** |
| Counter-claimant, | ) ) ) | |
| v. | ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) | |
| Counter-defendant. | ) | |
| BJ'S WHOLESALE CLUB, INC., a corporation, | ) ) | |
| Counter-claimant, | ) ) ) | |
| v. | ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) | |
| Counter-defendant. | ) | |
| DOSKOCIL MANUFACTURING COMPANY, INC., a corporation, | ) ) ) | |
| Counter-claimant, | ) ) ) | |
| v. | ) ) | |
| FLEXI-MAT CORPORATION, a corporation, | ) ) | |
| Counter-defendant. | ) | |

## TABLE OF AUTHORITIES

**Federal Cases**

*Abbott Labs. v. Syntron Bioresearch Inc.*, 334 F.3d 1343 (Fed. Cir. 2003). ...................................4

*Advanced Display Sys., Inc. v. Kent State Univ.*, 212 F.3d 1272, 1285 (Fed. Cir. 2000) ...............5

*Environmental Designs, Ltd. v. Union Oil Co.*, 713 F.2d 693 (Fed. Cir. 1983) ...............................3

*Fromson v. Advance Offset Plate, Inc.,* 755 F.2d 1549 (Fed. Cir. 1985)..........................................5

*Graham v. John Deere Co.,* 383 U.S. 1 (1966)..............................................................................4

*Grain Processing Corp. v. American Maize-Prods. Co.*, 840 F.2d 902 (Fed. Cir. 1988). ................2

*In re Rouffet*, 149 F.3d 1350 (Fed. Cir. 1998)................................................................................4

*Knoll Pharmaceutical Co. v. Teva Pharmaceuticals USA, Inc.*, 367 F.3d 1381, 1385, (Fed. Cir. 2004)................................................................................................................5

*Symbol Technologies, Inc. v. Opticon, Inc.*, 935 F.2d 1569 (Fed. Cir. 1991) .................................5

**Other Authorities**

35 U.S.C. §103................................................................................................................3