Suzanne D. Fessler - 11/3/2005

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3
 4   ----------------------------------
 5   FLEXI-MAT CORPORATION, an         )   Civil Action No.
 6   Illinois corporation,             )   04 10162 DPW
 7                 PLAINTIFF,          )
 8        vs.                          )
 9   DALLAS MANUFACTURING COMPANY,     )
10   INC., a Texas corporation;        )
11   BJ's WHOLESALE CLUB, INC., a      )
12   Delaware corporation, and         )
13   DOSKOCIL MANUFACTURING COMPANY,   )
14   INC., a Texas corporation,        )
15                 DEFENDANTS.         )   (Pages 285)
16   ----------------------------------)
17   AND RELATED COUNTERCLAIMS.        )
18   ----------------------------------
19   VIDEOTAPED DEPOSITION OF:
20              SUZANNE D. FESSLER
21              THURSDAY, NOVEMBER 03, 2005
22              9:19 A.M.
23   REPORTED BY:
24              DONNIE A. STICKLEY
25              C.S.R. 9510, R.P.R., R.M.R.
```

sf 11-3-05 amc.txt
```
22   determine this?
23        A.   Both.
24        Q.   Both.  Okay.
25             So you determined if the cover was not so
0258
 1   disposed, then the bolster would not be?
 2        A.   Correct.
 3        Q.   Okay.  You talked also -- I forget what it
 4   was.
 5             You said you looked at some pictures of a
 6   prototype, correct?
 7        A.   Yeah.  We had a, we have a prototype that I
 8   believe you have a copy.
 9        Q.   A prototype of what?
10        A.   Of the Dallas bed, when it was --
11        Q.   The actual bed?
12             Did you see the actual bed?
13        A.   Of a bed, yes.
14        Q.   Did you see the actual prototype bed?
15        A.   Yes, in the process of being constructed.
16   It was one of the first.
17        Q.   When did you see this bed?
18        A.   A week ago.
19        Q.   Was it after you prepared these reports?
20        A.   I believe a copy of the picture was
21   included in my report.
22             Wasn't it?
23        Q.   If you look at your non-infringement --
24        A.   Yes, there it is.
25        Q.   -- report --
0259
 1        A.   It is right here.
 2        Q.   What do you understand this to be?
 3        A.   This was a working prototype of the bed, as
 4   they structured it.
 5        Q.   And when was this prototype made?
 6        A.   It was one of the first experiments that
 7   they made, before they went into manufacturing.  And
 8   this shows how the bolster cover is attached to the
 9   cushion of the bed.
10        Q.   So it's your --
11             MR. FRANKLIN:  Objection; lack of
12   foundation.  I'm objecting to the question, the
13   previous question.
14             MR. HUSMANN:  Read the question back,
15   please.
16             (The record was read as follows:
17                 And when was this prototype
18        made?)
19             MR. HUSMANN:  And you are objecting that
20   she does not have foundation to testify as to when
21   this prototype was made?
22             MR. FRANKLIN:  Yes, that's my objection.
23             MR. HUSMANN:  Okay.
24   BY MR. HUSMANN:
25        Q.   When is your understanding --
0260
 1             When were you told that this prototype was
 2   made?
 3             MR. FRANKLIN:  Objection; assumes facts not
 4   in evidence.
 5             THE WITNESS:  I believe they told me that
 6   it was one of the first prototype, or first ideas
                              Page 107
```

```
                              sf 11-3-05 amc.txt
   7    that they worked on, before they went into
   8    production.
   9    BY MR. HUSMANN:
  10        Q.  Okay.  And who told you this?
  11        A.  The attorneys here at Mullin.
  12        Q.  And would you name who they are, please?
  13        A.  Gary and Darren --
  14        Q.  Gary Clark?
  15        A.  -- Franklin.
  16            Gary Clark and Darren Franklin.
  17        Q.  Okay.  This was not something that was made
  18    just for this lawsuit, is that your understanding?
  19        A.  Yeah, that's my understanding.
  20        Q.  Okay.  Do you know where this prototype is
  21    now?
  22        A.  No, I don't know.
  23        Q.  Where did you see it at?
  24        A.  In this office.
  25        Q.  Mr. Clark and Mr. Franklin had possession
0261
   1    of it?
   2        A.  Yes.
   3            MR. HUSMANN:  Do you still have it?
   4            MR. FRANKLIN:  Yes.
   5            MR. HUSMANN:  Counsel, I would sure like to
   6    see it, because it's never been produced.  And if it
   7    was an early prototype it should have been.
   8            MR. FRANKLIN:  You can see it.
   9            MR. HUSMANN:  Let's go get it.
  10            MR. FRANKLIN:  Off the record?
  11            MR. HUSMANN:  Sure.
  12            Is she correct about what it is.
  13            MR. FRANKLIN:  That's right.
  14            MR. HUSMANN:  Or maybe if she is wrong,
  15    maybe we ought to clear it up.
  16            THE REPORTER:  Do you want to go off the
  17    record?
  18            MR. FRANKLIN:  Let's go off the record.
  19            MR. HUSMANN:  No.  Let's stay on the
  20    record.  Let's stay on the record until we get this
  21    cleared up.
  22            MR. FRANKLIN:  No.
  23            MR. HUSMANN:  You are not going to put on
  24    the record what this actually is?
  25            MR. FRANKLIN:  Do you want to discuss this
0262
   1    off the record?  We can discuss it off the record.
   2            MR. HUSMANN:  Okay.  Let's discuss it off
   3    the record.
   4            THE VIDEOGRAPHER:  All right.  Let's go off
   5    the record at 5:21.
   6            (Discussion off the record.)
   7            THE VIDEOGRAPHER:  Let's go back on the
   8    record.  The time is still 5:21.
   9            MR. HUSMANN:  Mr. Franklin, off the record,
  10    has told me that he believes that what we have been
  11    looking at, these pictures that are attached to
  12    Ms. Fessler's report, is not an early prototype but
  13    were, were a prototype that was put together for
  14    this litigation and is work product.
  15            Is that correct, Mr. Franklin?
  16            MR. FRANKLIN:  It was work product.
  17            You have asked me to show you the bed.  And
                               Page 108
```

sf 11-3-05 amc.txt
```
18    I have agreed to bring it to you.
19         MR. HUSMANN:  Okay.  But we, we don't have
20    a witness here who can say who made it, do we?
21         MR. FRANKLIN:  No.
22         MR. HUSMANN:  Okay.  I will take a look at
23    it after the deposition.  Let's finish it up, so the
24    witness can get out of here.
25         MR. FRANKLIN:  Just for the record, the bed
0263
 1    has been offered for Mr. Husmann's inspection during
 2    this deposition.
 3         MR. HUSMANN:  I think that's on the record.
 4         MR. FRANKLIN:  Okay.
 5         MR. HUSMANN:  This is the first time you
 6    have offered it, correct?
 7         MR. FRANKLIN:  I don't know.
 8         MR. HUSMANN:  Okay.
 9    BY MR. HUSMANN:
10         Q.  What was the prototype that the pictures,
11    that are attached to your report, what were they --
12    why were they put together, do you know?
13         A.  No, I don't.
14         Q.  And why did you look at them?
15         A.  We were discussing the construction of
16    Dallas.  And I was showing Mr. Clark and
17    Mr. Franklin how I suspected it would, his Dallas
18    bed was sewn together.
19         Q.  Uh-huh.
20         A.  And there was some confusion in their mind.
21    But they said:  Oh, we have a sample of something.
22    Do you want to look at it and see --
23         Q.  Okay.
24         A.  -- if this is what you mean.
25         Q.  Uh-huh.
0264
 1         A.  And it clarified all of our minds, when I
 2    saw it.
 3         Q.  Okay.  So they had a prototype that was
 4    made for them, as I understand it, and then they
 5    gave it to you and told you that this is the way the
 6    Dallas bed is actually made?
 7         A.  We looked at it together, yes.
 8         Q.  Okay.  But this is not a production model
 9    of the bed that Dallas actually sells, correct?
10         A.  Apparently -- apparently it's not, because
11    it was made, it was in two sections.  And the beds
12    that I have are in one complete section sewn
13    together.
14         Q.  Okay.  Now, there were some, weren't there
15    some lines drawn on these pictures?
16              I believe on the first couple of pictures,
17    there were some lines drawn.
18         A.  This one here?
19         Q.  Yes.
20              Who drew those lines?
21         A.  I can assume somebody from Dallas
22    Manufacturing.
23         Q.  Do you know whether or not the attorneys
24    drew them?
25         A.  I don't believe so.
0265
 1         Q.  And why don't you believe so?
 2         A.  Because they didn't understand the
                          Page 109
```

```
                          sf 11-3-05 amc.txt
  3    construction of the bed.
  4         Q.   They didn't understand it, either?
  5         A.   Until, until I explained to them.
  6         Q.   You explained to them the construction of
  7    this bed --
  8         A.   Right.
  9         Q.   -- correct?  Okay.
 10         A.   And the beds that they have in the office.
 11         Q.   Okay.  But when you first saw this bed,
 12    these lines were already drawn on them?
 13         A.   This line was already drawn, yes.
 14         Q.   Okay.  And you have no firsthand knowledge
 15    of who drew those lines?
 16         A.   No.
 17         Q.   Okay.  Did they tell you why they had this
 18    bed in this fashion?
 19         A.   No.
 20         Q.   And how did you use this in rendering your
 21    opinions that's contained in this report?
 22         A.   I didn't.
 23         Q.   You don't use these at all?
 24         A.   No.
 25         Q.   They got nothing to do with your report?
0266
  1         A.   No.
  2         Q.   So we could take these completely out of
  3    your report, and it won't make any difference --
  4         A.   That's fine.
  5         Q.   -- correct?
  6         A.   That's correct.
  7         Q.   Okay.  Attached, then, there are some
  8    drawings also, correct?
  9         A.   Yes.
 10         Q.   And who made those drawings?
 11         A.   They were made by a patent artist to define
 12    and show the Dallas bed.
 13         Q.   And who was this artist?
 14         A.   I don't recall his name.
 15         Q.   And how did he go about the process of
 16    making these drawings?
 17         A.   He was given the Dallas bed.
 18         Q.   And who gave it to them?
 19         A.   I understand it was Gary Clark and Darren
 20    Franklin.
 21         Q.   And did they discuss with him what they
 22    wanted drawn?
 23         A.   As far as I recall, it was just a likeness
 24    to the bed.
 25         Q.   Were you there, when they gave the
0267
  1    instructions to the draftsman to make these
  2    drawings?
  3         A.   No.  They gave him the bed.
  4         Q.   When did you first see these drawings?
  5         A.   I first saw them when I came in to --
  6              When did I first --
  7              I saw the completed drawings, when I came
  8    in to sign my infringement report.  And I saw all
  9    three of these pages completed.
 10         Q.   And that was the first time you saw them?
 11         A.   I may have seen the first page partially
 12    before that, but I didn't see the completed
 13    drawings, the way they are, until I finished my
                              Page 110
```

```
                                      sf 11-3-05 amc.txt
14   report.
15        Q.  And did you have discussions with Mr. Clark
16   and Mr. Franklin about what these drawings were?
17        A.  You mean when I first saw them?
18        Q.  Yes.
19            Did you ask them, for instance, why they
20   were attached to your report?
21        A.  No.  They told me that they would be
22   attached, that they would bring in sketches that
23   would show a representation of the Dallas beds.
24        Q.  And then this is what they brought?
25        A.  Yes.
0268
 1        Q.  So you did not prepare these drawings,
 2   correct?
 3        A.  No, I did not.
 4        Q.  And did you use these drawings in relying,
 5   in formulating any of your opinions in this report?
 6        A.  No, I did not.
 7        Q.  Okay.  So we could take these drawings out
 8   of this report, and it wouldn't change anything,
 9   correct?
10        A.  It wouldn't change my report.
11        Q.  Okay.  Page 14 of your report you at the
12   bottom paragraph, it's the paragraph that bridges
13   pages 14 and 15.
14        A.  Yes.
15        Q.  You say:
16            "The bed is designed and
17   constructed to have the bolster on top
18   of the bottom cushion by use of a side
19   fabric gusset."
20        A.  That's correct.
21        Q.  Do you see that?
22            Can you draw for me what you mean, when you
23   say a side fabric gusset, if I give you a piece of
24   paper --
25        A.  Yes.
0269
 1        Q.  -- and a pen?
 2            See if I can find some paper.
 3            MR. HUSMANN:  Do you have -- okay.  Just
 4   give it to her.
 5            MR. FRANKLIN:  Okay let me give you
 6   something that's not torn.
 7            THE WITNESS:  It doesn't matter.
 8            MR. HUSMANN:  I used to have some -- okay.
 9   Here is what I been missing.
10   BY MR. HUSMANN:
11        Q.  Go ahead.
12        A.  Okay.  So what, what specifically?
13        Q.  I'm trying to understand what you mean by
14   the side fabric gusset on the Dallas bed.  Okay.
15   That's what I'm trying to figure out.
16        A.  Okay.
17        Q.  Okay.  And I thought the best way of doing
18   that, if you could just draw what you mean by side
19   fabric gusset.
20        A.  It might be easier if we looked at the
21   renderings of the line drawings that were in my
22   report.
23        Q.  The drawings that Mr. Franklin --
24        A.  Right.
                                    Page 111
```