# EXHIBIT 25

```
                                                             Page 2
1    DOSKOCIL MANUFACTURING COMPANY,  )
     INC., a corporation,             )
2                                     )
               Counter-claimant,      )
3                                     )
         vs.                          )
4                                     )
     FLEXI-MAT CORPORATION, a         )
5    corporation,                     )
                                      )
6              Counter-defendant.     )
7
8         The deposition of SCOTT HAUGH, taken in the
9    above entitled case, before Lydia B. Pinkawa, CSR
10   and Notary Public in and for the County of Cook and
11   State of Illinois, on the 21st day of September,
12   2005, at 1:10 p.m., at 17th Floor, 401 North
13   Michigan Avenue, Chicago, Illinois, pursuant to
14   notice.
15
16
17      PRESENT:
18         MICHAEL BEST & FRIEDRICH, LLP,
           By MR. MICHAEL E. HUSMANN,
19         100 East Wisconsin Avenue, Suite 3300,
           Milwaukee, Wisconsin  53202-4108,
20         (414) 271-6560
21           appeared on behalf of Flexi-Mat
             Corporation,
22
23
24
```

1  sided pillow that someone had taken a needle and
2  stitched that portion of it down, you know, to form
3  like a bolster on one end and a pillow on the other.
4  But it wasn't satisfactory for them, you know, it
5  didn't have the height that they were looking for.
6      Q    Okay.  Other than trying to improve the
7  height of -- well, let me back up.  What did they
8  identify the product as?  Was it identified as a
9  bolster bed, do you recall?
10     A    I think it was just described as a pillow
11 that had a raised bolster that would go around,
12 whatever.
13     Q    Was the term bolster a term that you were
14 familiar with at that time?
15     A    For me, yes, it's something that we put
16 like on different pieces of furniture.  It's like a
17 back rest for furniture.
18     Q    So you understood what was meant by the
19 term bolster?
20     A    Yes, I believe so.
21     Q    And you had seen it in other products?
22     A    Not like that, no.  What we call a bolster
23 is more of a rounded pillow.  There's a foam chair
24 that we make that has a bolster, it's what you lean

```
 1  back against, but it's just like a sausage shaped
 2  pillow.
 3       Q    That's what Now Products sort of classified
 4  as a bolster, would be this sort of --
 5       A    Rounded back pillow.
 6       Q    Rounded back pillow?  And was it your
 7  understanding that that's not what Flexi-Mat had in
 8  mind?
 9       A    Just as a descriptive term, you know.  I
10  mean, that's what they called it.  And in the
11  process of describing it, you know, said then I want
12  it to, you know, stick up here and go around here
13  (indicating), bolster this.
14       Q    And were you asked or was Now Products
15  asked to do anything with this concept?
16       A    They asked us if we could make a sample.
17  And we just made one sample in one of the sizes that
18  they were looking for.
19       Q    And what did you do with the sample?  Did
20  you make a sample?
21       A    Yes.
22       Q    Do you remember what you did with the
23  sample?
24       A    When it was finished, we brought it back
```

Page 45

1    Q    Did you know who Larry Saret was at the
2    time you executed this power of attorney?
3    A    Yes, I understood that he was Flexi-Mat's
4    attorney.
5    Q    Okay.  And that he was involved in seeking
6    patent protection for the bolster bed?
7    A    Yes.
8    Q    I would like for you to look, if you will,
9    at Exhibit 607.  At the time that you were creating
10   your sample for Flexi-Mat, had you ever seen a bed
11   like what is depicted in Exhibit 607?
12   A    It's a pretty typical dog bed.  I'm sure
13   I'd seen one.
14   Q    Do you recall whether or not you -- let me
15   ask a different question.  Does the bed in Exhibit
16   607, would you consider that to have a bolster
17   around it?
18   A    I'd describe it more like a wall than a
19   bolster.
20   Q    Okay, what's the difference in your mind
21   between a wall and a bolster?
22   A    Wall is usually a solid filling and a
23   bolster has loose filling.
24   Q    Solid filling meaning like a foam?