# EXHIBIT 26

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
 3
 4   FLEXI-MAT CORPORATION, an    )
 5   Illinois Corporation,        )
 6              Plaintiff,        ) Civil Action
 7         -vs-                   ) No. 0410162 DPW
 8   DALLAS MANUFACTURING COMPANY,)
 9   INC., a Texas Corporation,   )
10   BJ's WHOLESALE CLUB, INC.,   )
11   a Delaware Corporation, and  )
12   DOSKOCIL MANUFACTURING       )
13   COMPANY, INC., a Texas       )
14   Corporation,                 )
15              Defendants.       )
16
17         The videotaped deposition of SCOTT HAUGH,
     called for examination pursuant to the Rules of
18   Civil Procedure for the United States District
     Courts pertaining to the taking of depositions,
19   taken before Shelly S. Rubas, a notary public
     within and for the County of Cook and State of
20   Illinois, at 277 West Monroe, Chicago, Illinois, on
     the 14th day of September, 2005, at the hour of
21   2:12 o'clock P.M.
22
23   Reported by: Shelly S. Rubas, CSR
24   License No.: 084-004298
25
```

Page 20

```
 1   parameters that they wanted that were similar to
 2   other beds that they have, you know, in their line.
 3        Q.   And they specifically told you that they
 4   wanted a bed that had a wall that went around it?
 5        A.   Yeah.  They actually had like one of their
 6   flat pillow type beds that one of their people had
 7   stitched down, you know, maybe by hand describing
 8   that line, you know, where the bolster was.  But it
 9   was not very good and, you know, they were
10   dissatisfied with that idea because the bolster
11   portion actually was sitting lower than the pillow
12   portion of the bed, you know.
13             Then they said we want this to be higher,
14   to be like an enclosing wall around it.  That was
15   the extent of it.  I had to take it from there and
16   try to make it.
17        Q.   And you came up with a prototype that you
18   believe had the wall around it?
19        A.   Yeah.
20        Q.   Was that a wall or a bolster or is there a
21   difference?
22        A.   Yeah.  It's -- a soft form like this, you
23   would call it a bolster because it basically forms
24   around in kind of a sausage.  A wall would be more
25   like a sheet of foam, you know, that would stand
```

1  up.  And what they wanted was a soft rounded
2  structure, not just a straight wall.
3      Q.   So in your mind, what exactly is a
4  bolster?
5      A.   A bolster is a -- in furniture terms, a
6  bolster is like a pillow that you would lean
7  against.  In a dog bed, it's that, you know, it's
8  like a sausage shaped pad that sits higher than the
9  seating portion of the bed.
10     Q.   Did they also explain to you anything else
11 that they wanted about the bolster bed?
12     A.   It needed to be a removable cover and
13 washable cover.
14     Q.   Anything else?
15     A.   The size, you know, that it was going to
16 be in several different sizes.  I am sure that got
17 mentioned, but nothing specific at all.  You know,
18 they just kind of left it up to me to make
19 something.
20     Q.   Did they tell you anything about where
21 they wanted the bolster positioned with respect to
22 the bottom cushion?
23     A.   I got the idea of what they wanted from
24 that pillow that they had, you know, and tried to
25 stitch down the line, but the bolster, you know,

```
 1      Q.   But in doing your design, did it come
 2   through your mind that maybe this might be a way to
 3   design it?
 4      A.   In my mind, this accomplished the
 5   objective of creating the bolster.
 6      Q.   So in coming up with your design, you
 7   never considered --
 8      A.   I wouldn't have considered doing more than
 9   I needed to do to accomplish the objective.
10      Q.   Earlier we talked about prior beds that
11   you had seen that had a side wall on them.
12           Do you remember that?
13      A.   A foam bed.
14      Q.   A foam bed.
15           How do you tell the difference between a
16   wall and a bolster if there is one?
17      A.   A wall would be made from a layer of foam
18   and bent like a wall like that and a bolster is a
19   soft form round pillow.
20      Q.   So the difference between a wall and a
21   bolster has to do with the materials that they are
22   made out of?
23      A.   Yeah, and how it's designed to be more of
24   a soft almost like a back rest or a pillow versus
25   just an enclosing wall.
```

Page 86

```
 1  firm the material is in it; is that correct?
 2      A.  Well, more for the function.  A bolster is
 3  more of a cushion and a wall is more of a
 4  delineating line than a cushion.
 5      Q.  In that circumstance, I guess would the
 6  difference between a wall and the bolster also have
 7  to do with what size dog is using the bed?
 8      A.  No, not necessarily.  I mean, it's more as
 9  a function for the dog.  A bolster is something the
10  dog rests against like a pillow versus a wall.
11      Q.  Can a dog rest against a wall?
12      A.  Could.
13      Q.  So how does a dog resting against a wall
14  differ from a dog resting against a bolster?
15      A.  Comfort, softer form is what you are
16  after.  That was the idea here.
17      Q.  Which is why if he took the Flexi-Mat bed
18  and filled it with a really hard foam, the bolster
19  would become a wall?
20      MR. HUSMANN:  Objection.  It's repetitive and
21  now we are just arguing with words.  We are not
22  after facts.
23  BY MR. FRANKLIN:
24      Q.  Is that your understanding?
25      A.  If you wanted to, you could build a wall
```