# **EXHIBIT B**

Page 5

1  Q  A vacation day where you're working?
2  Working vacation?
3  A  Yes.
4  Q  Have you done anything in the past week
5 since your past deposition with Mr. Franklin to
6 prepare for today?
7  A  No.
8  Q  Did you have a meeting with Mr. Husmann or
9 Mr. Saret or any other attorney concerning today's
10 deposition?
11  A  Short conversation after we left the last
12 meeting.
13  Q  Okay. I think you understand the process
14 that we're going to go through today, but I'll just
15 briefly remind you that you are under oath and I
16 will be asking you a series of questions. And if
17 there's any part of my question that you don't
18 understand, please tell me and I'll try to rephrase
19 it so that it's clear to you. And I will assume
20 that if you answer my question, that you understood
21 my question. Is that fair enough?
22  A  Yes.
23  Q  Can you just quickly, sort of in a
24 narrative fashion tell me, give me your educational

Page 6

1 history, I guess? Did you attend college?
2  A  Yes, I have a bachelor's degree in
3 accounting.
4  Q  From?
5  A  University of Illinois, Chicago.
6  Q  In accounting?
7  A  Yes.
8  Q  Anything beyond your bachelor's?
9  A  No.
10  Q  When did you graduate from University of
11 Illinois?
12  A  '86. No, actually, that's too late. '84
13 maybe is probably a better guess.
14  Q  You are currently employed where?
15  A  It's a company called Harbor Town.
16  Q  Harbor Town? What kind of business is
17 Harbor Town engaged in?
18  A  Promotional furniture business, things like
19 bean bag chairs and futons, that sort of thing.
20  Q  When you say promotional, what do you mean?
21  A  It's just a category of that kind of
22 furniture. It's basically stuff that doesn't get
23 sold at much of a profit.
24  Q  Novelty type?

Page 7

1  A  Right.
2  Q  What's your position at Harbor Town?
3  A  I'm the engineer, head of the engineering
4 design department.
5  Q  How long have you been with Harbor Town?
6  A  It's coming on nine years, since 1996.
7  Q  And has that -- have you always been a
8 design engineer with Harbor Town?
9  A  Yes.
10  Q  How big of a company is Harbor Town?
11  A  It varies. We can have 400 employees at
12 some point in the year and down to 50 other times.
13  Q  Are most of those manufacturing positions?
14  A  Yes, labor.
15  Q  Prior to '96 -- or do you recall when in
16 1996 you joined Harbor Town?
17  A  It was probably November of '96.
18  Q  And prior to November '96, where were you
19 employed?
20  A  The company that was there before them was
21 called Now Products.
22  Q  And what business was Now Products?
23  A  Same thing.
24  Q  Promotional type?

Page 8

1  A  Bean bag chairs, that sort of thing.
2  Q  Did Now Products cease to exist and become
3 Harbor Town or did Harbor Town buy --
4  A  Ceased to exist and the owners of Harbor
5 Town bought the assets of Now Products as is, where
6 is and started up again.
7  Q  How long were you with Now Products?
8  A  Since 1989, '89 to '95 or '96 when they
9 went out of business.
10  Q  And for that approximately six years, you
11 were employed as a design engineer?
12  A  Same thing, yes, design engineer.
13  Q  Prior to '89?
14  A  Prior to '89 I worked for a company called
15 Victory Furniture.
16  Q  What was your job title at Victory?
17  A  At Victory, I was the office manager. Plus
18 I also assisted, you know, on some of the work. And
19 Victory was the pattern maker for Now Products. So
20 when they went out of business, I went to work for
21 Now.
22  Q  Sort of took the pattern making, they
23 brought it in house, basically?
24  A  Right. I basically took it over at

Page 9

1 Victory. You know, I did all the work for Now, so
2 they gave me a job when Victory closed.
3    Q    And I'm assuming that you worked at Victory
4 from the time you graduated college?
5    A    Yes.
6    Q    Was that your first job out of college?
7    A    Out of college, yes.
8    Q    So you parlayed an accounting degree into a
9 furniture design career?
10   A    Yes. It's kind of complicated, but that's
11 what happened.
12   Q    Other than, I guess, bean bags and you said
13 futons?
14   A    Yes.
15   Q    Any other types of furniture that you
16 designed for Victory or Now or Harbor Town?
17   A    Ottomans, chairs, sofas, all kinds of -- we
18 had 300 different products at one point or another.
19   Q    And when you design a sofa, for example,
20 what's involved in -- what's your task in designing
21 a sofa? Do you design the whole structural
22 construction --
23   A    Yes, everything.
24   Q    -- of the piece of furniture?

Page 10

1    A    Frame, fabric, all of the different
2 components.
3    Q    Ever design a dog bed other than the bed
4 for Flexi-Mat?
5    A    That was really the only, other than just a
6 pillow, just a square pillow or something like that.
7    Q    Do you recall how you became involved in
8 designing a bolster bed for, I guess, Flexi-Mat? Is
9 that sort of what happened? Did Flexi-Mat approach
10 you?
11   A    I think we were introduced to Flexi-Mat
12 through one of our suppliers, foam supplier.
13   Q    When you say we, you mean Now Products?
14   A    Yes.
15   Q    Okay.
16   A    And how that came about, I'm not really
17 sure, you know. But I believe they had asked our
18 foam supplier if we could help them design something
19 or whether we approached them, you know, looking for
20 work, you know, to stay busy. Because Now was kind
21 of going down the tubes at that time.
22   Q    So it was your understanding that Flexi-Mat
23 had sort of an idea for a product and needed help in
24 just constructing the thing?

Page 11

1    A    I'd say it was more than that. They didn't
2 really have that kind of experience, you know, three
3 dimensional kind of forms and they needed somebody
4 that could create that idea that they had in mind,
5 you know, a pillow with that bolster around.
6    Q    Now, do you know if Now Products had any
7 prior business relationship with Flexi-Mat or Jim
8 Elesh prior to this time?
9    A    Not that I know of. I think we knew who
10 they were but I don't think we had any kind of other
11 business arrangements.
12   Q    Do you recall the name of the foam supplier
13 that put Flexi-Mat in touch with Now?
14   A    It was probably the president of General
15 Foam at that time. Bob Flynn is his name.
16   Q    I'm sorry?
17   A    Bob Flynn.
18   Q    Flynn? And that was General Foam?
19   A    Yes.
20   Q    Are they a local company?
21   A    No, they were a subsidiary of the same
22 group that owned Now Products.
23   Q    Okay. And do you recall the name of that
24 group?

Page 12

1    A    PMC.
2    Q    PNC?
3    A    PMC Corporation.
4    Q    So PMC owned both General Foam and Now?
5    A    (Nodding.)
6    Q    Were there any other companies or
7 subsidiaries under PMC?
8    A    It's a huge conglomerate out of California.
9 I think they owned Sherwin-Williams Paint at that
10 time.
11   Q    Do you think PMC had any financial
12 relationship with Flexi-Mat?
13   A    Other than General Foam selling Flexi-Mat
14 foam, I think that was it.
15   Q    Do you know what sort of -- well, I guess
16 it's pretty evident. General Foam provided foam,
17 correct?
18   A    Yes.
19   Q    Did they supply any other product other
20 than foam?
21   A    It's strictly foam and foam products,
22 carpet pad, things like that.
23   Q    And they supplied foam to Flexi-Mat?
24   A    Yes.