**EXHIBIT A**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews   June 28, 2005

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
 2
     FLEXI-MAT CORPORATION, an    )   CASE NO. 04 10162 DPW
 3   Illinois corporation,        )
                                  )
 4       Plaintiff,               )
                                  )
 5   VS.                          )
                                  )
 6   DALLAS MANUFACTURING         )
     COMPANY, INC., a Texas       )
 7   corporation, and BJ'S        )
     WHOLESALE CLUB, INC., a      )
 8   Delaware corporation,        )
     DOSKOCIL MANUFACTURING       )
 9   COMPANY, INC., a Texas       )
     corporation,                 )
10                                )
         Defendants.              )
11
12   ------------------------------------------------
            ORAL AND VIDEOTAPED DEPOSITION OF
13                   RICHARD MATHEWS
                     JUNE 28, 2005
14   ------------------------------------------------
15       ORAL AND VIDEOTAPED DEPOSITION OF RICHARD MATHEWS,
16   produced as a witness at the instance of the Plaintiff,
17   and duly sworn, was taken in the above-styled and
18   numbered cause on the 28th day of July, 2005, from
19   9:13 a.m. to 6:03 p.m., before Kimberly Byrns Buchanan,
20   CSR in and for the State of Texas, reported by machine
21   shorthand, at the offices of Hughes & Luce, LLP, 1717
22   Main Street, Suite 2900, Dallas, Texas 75201, pursuant
23   to the Federal Rules of Civil Procedure and the
24   provisions stated on the record or attached hereto.
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews    June 28, 2005

Page 38

1  A.  From memory, and I believe there's a document
2  to support this, she sent me a reply e-mail saying
3  something like, yes but, and she put in some other
4  specifications that she wanted, and they -- it may have
5  been related to size and things. I don't remember.
6  Q.  Okay. Did Dallas ultimately sell this bed that
7  we're talking about -- that you were -- you were talking
8  to Teresa Stumbaugh about a particular type of bed.
9  Okay? And did Dallas subsequently sell them a bed that
10 came out of those discussions?
11 A.  No, sir.
12 Q.  Okay. And you never have, to date?
13 A.  No, we have sold them one, but nothing that
14 came out of that --
15 Q.  That --
16 A.  -- discussion with Teresa Stumbaugh.
17 Q.  Okay. And do you know what -- well, why -- why
18 didn't that develop into a sale, to your knowledge?
19 A.  To my knowledge, I -- I don't think Costco was
20 ever happy with the final sample, nor were we happy with
21 it, and there were so many other projects going on that
22 that wasn't necessary that it had to be done right
23 there. So because we were not happy with the quality
24 that anybody was able to achieve, we just tabled that
25 whole issue and --

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews   June 28, 2005

Page 109

1  facility being closed and trying to get Eric Heilborn to
2  help us and all of this going back and forth with
3  samples and things, I just remember we were doing a lot
4  of sampling.  And Curt says here, need to see final
5  designs.  So that tells me that the bed in that picture
6  was not what ultimately ended up at retail because of
7  that comment.
8             But if you look at my document there, the
9  price is not the same.  In the PowerPoint, it says:
10 Projected case pack 14, cost $21.00.  Well, what BJ's
11 ended up ultimately taking from us, I believe -- I can't
12 see it from here -- but I think it's twenty-three
13 dollars and -- 23.20.  So my recollection is we did some
14 more things to the bed to really make it outstanding,
15 but it cost us more.  And thus, we had to go back to Jim
16 and say, I can't honor $21.00.  It's 23.20 for this
17 design.
18       Q.   Let's look at Exhibit 184.  In that second
19 paragraph under "General Comments," it says:  Indication
20 was that the bolster as it sits now does not sit up very
21 well against the visuals from Orvis or against the
22 import piece he has.  Do you see that?
23       A.   Yes, I do.
24       Q.   And do you know what -- the Orvis they're
25 referring to, that's the Flexi-Mat bed, correct?

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews   June 28, 2005

Page 110

1    A.    That is correct.
2    Q.    And this indicates that Jim Pereira did not
3    like the way the Dallas bed sat up, as opposed to the
4    Orvis bed -- the Flexi-Mat bed, correct?
5          MR. CLARK:  Object to the question as
6    mischaracterizing what's stated there.  It says it
7    doesn't sit up very well against the visuals.
8    A.    Yeah.  Could I speak to that?
9    Q.    Well, it says -- okay.  The bolster -- it's --
10   you understood that to mean the Dallas bed, correct?
11   A.    That is correct.
12   Q.    Okay.  (Reading):  As it sits now does not sit
13   up very well against the visuals of the Orvis?
14   A.    Right.
15   Q.    Okay.  And that's the visuals of the Flexi-Mat
16   bed?
17   A.    It's the photograph, not the actual bed.
18   Q.    Yes.
19   A.    And there's a distinction because I yet -- I --
20   I have been unable to buy a bed out in retail that
21   performs the way our bed does.
22         You can look at Orvis or Frontgate, and
23   they'll typically have these beautiful puppies or golden
24   retrievers, and the bed is up against a hearth, and it
25   creates this look that the bolster is up on top of the

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews   June 28, 2005

Page 111

1  bed and the animals are reclining into it.  But when you
2  ultimately buy the bed, as we did here and as I was
3  trying to do through Orvis, it's nothing like that.  The
4  bed you actually purchase, the bolster sits way back
5  behind the main cushion and flops off the back and gives
6  no bolstered support as marketed in the photograph.
7            So what I believe from my memory and
8  recollection is Jim was saying, I want something that
9  looks like the picture that creates that support.  And
10 that's why we went back to the drawing board again and
11 ultimately -- ultimately designed what you now see
12 before you today.
13     Q.   Did you have a conversation with Mr. Moore
14 about this -- the visuals from Orvis being propped up
15 against a hearth?
16     A.   Yes, I believe we discussed it.
17     Q.   When was that?
18     A.   I'm sure it would have been right around this
19 time -- time frame.
20     Q.   Okay.  Do you know what the picture was that --
21 that -- the picture from Orvis that BJ's had that they
22 were comparing to the bolster bed from Dallas?  Do you
23 know what picture it was?
24     A.   No, I don't.  I think Curt might have brought
25 some type of Orvis advertisement to the meeting.  The

278

```
                IN THE UNITED STATES DISTRICT COURT
 1
                      DISTRICT OF MASSACHUSETTS
 2
     FLEXI-MAT CORPORATION, an   )   CASE NO. 04 10162 DPW
 3   Illinois corporation,       )
                                 )
 4       Plaintiff,              )
                                 )
 5   VS.                         )
                                 )
 6   DALLAS MANUFACTURING        )
     COMPANY, INC., a Texas      )
 7   corporation, and BJ'S       )
     WHOLESALE CLUB, INC., a     )
 8   Delaware corporation,       )
     DOSKOCIL MANUFACTURING      )
 9   COMPANY, INC., a Texas      )
     corporation,                )
10                               )
         Defendants.             ).
11
                      REPORTER'S CERTIFICATION
12             DEPOSITION OF RICHARD MATHEWS
                         JUNE 28, 2005
13
14
15       I, Kimberly Byrns Buchanan, Certified Shorthand
16   Reporter in and for the State of Texas, hereby certify
17   to the following:
18          That the witness, RICHARD MATHEWS, was duly
19   sworn by the officer and that the transcript of the oral
20   deposition is a true record of the testimony given by
21   the witness;
22          That the deposition transcript was submitted on
23   the _____ day of _____, 2005, to the witness or
24   to the attorney for the witness for examination,
25   signature and return to me by the ____ of _____, 2005;
```

LEGALINK-CHICAGO
(312) 263-3524  (312) 263-3544

1    That the amount of time used by each party at

2    the deposition is as follows:

3        Mr. Husmann    - 06 HRS: 33 MIN;

4        Mr. Saret      - 00 HRS: 00 MIN;

5        Mr. Fuller     - 00 HRS: 00 MIN;

6        Mr. Clark      - 00 HRS: 00 MIN.

7        That pursuant to information given to the

8    deposition officer at the time said testimony was taken,

9    the following includes all parties of record:

10       Mr. Michael E. Husmann, and Mr. Larry L. Saret,

11   Attorneys for Plaintiff;

12       Mr. M. Scott Fuller, Attorney for Defendant,

13   Doskocil Manufacturing Company, Inc.;

14       Mr. Gary A. Clark, Attorney for Defendant,

15   Dallas Manufacturing Company, Inc.

16       I further certify that I am neither counsel for,

17   related to, nor employed by any of the parties or

18   attorneys in the action in which this proceeding was

19   taken, and further that I am not financially or

20   otherwise interested in the outcome of the action.

21       Further certification requirements pursuant to

22   Rule 203 of TRCP will be certified to after they have

23   occurred.

24       Certified to by me this 21st day of June, 2005.

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews   June 28, 2005

280

1    Certified to by me this 18th day of July, 2005.

2

3

   *Kimberly Byrns Buchanan* (signature)

4    KIMBERLY BYRNS BUCHANAN

     Texas CSR #7579

5    Expiration Date:  12/31/05

6    LEGALINK DALLAS

     Firm Registration No. 191

7    4144 North Central Expressway

     Suite 450

     Dallas, Texas 75204

8    (214) 720-4567

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Richard Mathews   June 28, 2005

281

1  FURTHER CERTIFICATION UNDER RULE 203 TRCP

2  The original deposition was/was not returned to
3  the deposition officer on _____;
4  If returned, the attached Changes and Signature
5  page contains any changes and the reasons therefor;
6  If returned, the original deposition was
7  delivered to _____, Custodial Attorney;
8  That $_____ is the deposition officer's
9  charges to Mr. Michael E. Husmann for preparing the
10 original deposition transcript and any copies of
11 exhibits;
12 That the deposition was delivered in accordance
13 with Rule 203.3, and that a copy of this certificate was
14 served on all parties shown herein on and filed with the
15 Clerk.
16 Certified to by me this 19th day of
17 _____July_____, 2005.
18
19
       _Kimberly Byrns Buchanan_
20     KIMBERLY BYRNS BUCHANAN
       Texas CSR #7579
21     Expiration Date: 12/31/05
22     LEGALINK DALLAS
       Firm Registration No. 191
23     4144 North Central Expressway
       Suite 450
24     Dallas, Texas 75204
       (214) 720-4567
25