**EXHIBIT C**

**Darren Franklin**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Thursday, July 14, 2005 2:21 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-10162-DPW Flexi-Mat Corporation v. Dallas Manufacturing Company, Inc. et al "Order on Motion to Amend" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Rynne, Michelle entered on 7/14/2005 at 5:21 PM EDT and filed on 7/14/2005

**Case Name:** Flexi-Mat Corporation v. Dallas Manufacturing Company, Inc. et al
**Case Number:** 1:04-cv-10162
**Filer:**
**Document Number:**

**Docket Text:**
Judge Douglas P. Woodlock : Electronic ORDER entered granting [61] Motion to Amend scheduling order: fact discovery by 9/14/05; status report by 9/21/05; further scheduling/status conference set for 9/27/05 at 2:30; experts by 9/16/05; depositions of experts by 9/30/05; rebuttal experts by 10/21/05; all other deadlines remain the same: expert discovery by 11/11/05; dispositive motions by 11/30/05. (Rynne, Michelle)

The following document(s) are associated with this transaction:

**1:04-cv-10162 Notice will be electronically mailed to:**

Gary A. Clark    gclark@sheppardmullin.com

Darren M Franklin    dfranklin@sheppardmullin.com

James J. Marcellino    jmarcellino@mwe.com

Richard B. Myrus    rmyrus@goodwinprocter.com

**1:04-cv-10162 Notice will not be electronically mailed to:**

M. Scott Fuller

,

1/30/2006

Roy Harding

,

Manotti L. Jenkins
Michael, Best & Friedrich
401 N. Michigan Ave. Suite 1900
Chigago, IL 60611

Martin Korn

,

David M. Mello
McDermott, Will & Emery LLC
28 State Street
Boston, MA 02109

1/30/2006