## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. 04 10162 DPW |

## SUPPLEMENTAL DECLARATION OF GARY A. CLARK IN SUPPORT OF DALLAS MANUFACTURING'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,765,502

I, Gary A. Clark, declare as follows:

1. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendants Dallas Manufacturing, Inc. and BJ's Wholesale Club, Inc. I am an attorney duly admitted *pro hac vice* in this action.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. I submit this declaration in support of DALLAS MANUFACTURING'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,765,502.

4. Attached hereto as Exhibit A are true and correct copies of pages from the transcript of the deposition of Richard Mathews taken on June 28, 2005 in this action.

5. Attached hereto as Exhibit B are true and correct copies of pages from the transcript of the deposition of Simon F. Handelsman taken on November 1, 2005 in this action.

6. Attached hereto as Exhibit C is a true and correct copy of the Court's Order on Motion to Amend dated July 14, 2005.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2006, at Los Angeles, California.


/s/ Gary A. Clark
GARY A. CLARK

I declare under penalty of perjury that a true and correct signature has been obtained from the above signatory.

/s/ Darren M. Franklin
Attorney for Defendant and Counterclaimant
DALLAS MANUFACTURING COMPANY, INC.