IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FLEXI-MAT CORPORATION,**<br>an Illinois corporation,<br>Plaintiff,<br><br>v.<br><br>**DALLAS MANUFACTURING COMPANY,**<br>**INC.,** a Texas corporation, **BJ'S**<br>**WHOLESALE CLUB, INC.,** a Delaware<br>corporation, and **DOSKOCIL**<br>**MANUFACTURING COMPANY, INC.,** a<br>Texas corporation,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 04 10162 DPW |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of David M. Mello of McDermott Will & Emery LLP on behalf of the defendants Dallas Manufacturing Company, Inc., BJ's Wholesale Club, Inc., and Doskocil Manufacturing Company, Inc. in the above-referenced matter. Dallas Manufacturing Company, Inc., BJ's Wholesale Club, Inc., and Doskocil Manufacturing Company, Inc. shall continue to be represented by James J. Marcellino of McDermott Will & Emery LLP.

Respectfully submitted,

DALLAS MANUFACTURING COMPANY, INC.
BJ'S WHOLESALE CLUB, INC.
DOSKOCIL MANUFACTURING COMPANY, INC.

By its attorneys,

    /s/ David M. Mello
David M. Mello (BBO# 634722)
James J. Marcellino (BBO# 318840)
McDermott, Will & Emery LLP
28 State Street
Boston, MA 02109
617-535-4037

Dated: June 29, 2006

BST99 1506630-1.028634.0010