UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEXI-MAT CORPORATION, an Illinois corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>DALLAS MANUFACTURING COMPANY, INC., a Texas corporation, BJ'S WHOLESALE CLUB, INC., a Delaware corporation, and DOSKOCIL MANUFACTURING COMPANY, INC., a Texas corporation,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. 04 10162 DPW |

## STIPULATED DISMISSAL

## STIPULATED DISMISSAL

WHEREAS, the plaintiff, Flexi-Mat Corporation ("Flexi-Mat"), and the co-defendants, Dallas Manufacturing Company, Inc., BJ's Wholesale Club, Inc., and Doskocil Manufacturing Company, Inc. (collectively, "Co-defendants"), have settled and compromised their disputes by execution of a Settlement Agreement dated _August 31_, 2006, and agree to entry of this Stipulated Dismissal on the following terms and conditions, the Court being fully apprised of the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Complaint is dismissed with prejudice and the Counterclaims are dismissed without prejudice, each party to bear its own costs and attorney fees.

Jurisdiction of this cause and of the parties is retained by the Court for the purpose of enabling the parties to apply to this Court at any time for such orders, modifications, or corrections that may become necessary for the enforcement of the Settlement Agreement.

The parties waive their right to appeal from this Stipulated Dismissal.

SO ORDERED:

_____    Dated: _August 23, 2007_
United States District Judge

The parties through their counsel hereby agree to the entry of the foregoing Stipulated Dismissal and approve as to its form:

| Flexi-Mat Corporation | Dallas Manufacturing Company |
|---|---|
| By: *Larry Saret* | By: *Darren Franklin* |
| Name: Larry Saret | Name: Darren Franklin |
| Title: attorney | Title: attorney |
| Dated: Oct 23, 2006 | Dated: September 27, 2006 |

| BJ's Wholesale Club, Inc. | Doskocil Manufacturing Company, Inc. |
|---|---|
| By: *Darren Franklin* | By: |
| Name: Darren Franklin | Name: |
| Title: attorney | Title: |
| Dated: September 27, 2006 | Dated: |

The parties through their counsel hereby agree to the entry of the foregoing Stipulated Dismissal and approve as to its form:

| Flexi-Mat Corporation | Dallas Manufacturing Company |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Dated: _____ | Dated: _____ |
| | |
| BJ's Wholesale Club. Inc. | Doskocil Manufacturing Company, Inc. |
| By: _____ | By: [signature] |
| Name: _____ | Name: M. SCOTT FULLER |
| Title: _____ | Title: ATTORNEY |
| Dated: _____ | Dated: 9-7-06 |